B1 (Official Form 1)(1/08)

# United States Bankruptcy Court
## District of Oregon

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**McGrath's Publick Fish House, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>**FDBA McGrath's Properties LLC** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**93-0764760** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1935 Davcor St SE**<br>**Salem, OR**<br>ZIP Code **97302** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Marion** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): **See Attached** | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | McGrath's Publick Fish House, Inc. |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>  Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **McGrath's Publick Fish House, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  **/s/ Leon Simson**
Signature of Attorney for Debtor(s)

**Leon Simson OSB#75342**
Printed Name of Attorney for Debtor(s)

**Tonkon Torp LLP**
Firm Name

**1600 Pioneer Tower**
**888 SW Fifth Ave**
**Portland, OR 97204-2099**

Address

**503-221-1440  Fax: 503-274-8779**
Telephone Number

**February  3, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ John P. McGrath**
Signature of Authorized Individual

**John P. McGrath**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**February  3, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

*In re: McGrath's Publick Fish House, Inc.*
**Attachment to Voluntary Petition**
**Locations of Principal Assets of Debtor (restaurant locations)**

| Rest. # | Property Location / Name | Address | City, State ZIP |
|---|---|---|---|
| 15 | Beaverton | 3211 SW Cedar Hills Blvd | Beaverton, OR 97005-1339 |
| 3 | Bend | 3118 N Highway 97 | Bend, OR  97701 |
| 8 | Boise | 1749 S Cole Road | Boise, ID  83709 |
| 6 | Corvallis | 350 Circle Blvd | Corvallis, OR  97330 |
| 5 | Eugene | 1036 Valley River Way | Eugene, OR  97401 |
| 21 | Federal Way - The Commons | 1911 South 320th Street | Federal Way, WA 98003-5165 |
| 19 | Goodyear | 1800 N Litchfield Rd | Goodyear, AZ 85395 |
| 20 | Lakewood | 14035 W Colfax Dr | Lakewood, CO 80401 |
| 13 | Layton | 908 Main Street | Layton, UT  84041 |
| 17 | Lynwood - Alderwood Mall | 3000 184th St SW Suite 870 | Lynnwood, WA 98037 |
| 7 | Medford | 68 E  Stewart Ave | Medford, OR  97501 |
| 14 | Mesa | 1610 So Stapley Drive | Mesa, AZ  85204-6610 |
| 4 | Milwaukie | 11050 SE Oak St | Milwaukie, OR  97222 |
| 10 | Orem | 860 West 1250 South | Orem, UT  84058-5904 |
| 99 | Salem - *Corporate Office* | 1935 Davcor St S E | Salem, OR  97302 |
| 1 | Salem - Downtown | 350 Chemeketa St | Salem, OR  97301 |
| 2 | Salem - Lancaster Mall | 3805 Center Street N E | Salem, OR  97301 |
| 12 | Salt Lake City - Gateway Mall | 190 South  400 West | Salt Lake City, UT  84101 |
| 11 | Sandy | 10590 S. State Street | Sandy, UT   84070 |
| 18 | Scottsdale | 7000 E Mayo Blvd Bldg #5 | Phoenix, AZ 85054 |
| 9 | Vancouver | 12501  SE Second Circle | Vancouver, WA  98684 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re ) Case No. _____
**McGrath's Publick Fish House, Inc.** )
) **EXHIBIT "C-1"**
)
) [NOTE: Must be FULLY completed by ALL debtors
Debtor(s) ) and attached to ALL copies of the Petition.]

**(NOTE: You must answer ALL questions. Attach additional sheets if necessary. Use of "UNKNOWN" is NOT acceptable!)**

1. DESCRIBE ASSETS REQUIRING TRUSTEE'S IMMEDIATE ATTENTION:
   NONE

2. Street address and description of principal assets (note property):
   Debtor owns and/or operates multiple properties - please refer to Attachment to Voluntary Petition for locations of principal assets of debtor

3. **The BANKRUPTCY DOCUMENT PREPARER DECLARATION below has been completed for any person who helped, for compensation, prepare any of the bankruptcy papers if the debtor does not have an attorney.**

I declare under penalty of perjury that the above information provided in this Exhibit "C-1" is true and correct.

DATE:  **February 3, 2010**    /s/ John P. McGrath    1-503-399-8456    _____
                               Debtor's Signature         Phone #        Joint Debtor's Signature

**BANKRUPTCY DOCUMENT PREPARER DECLARATION**

**I, the undersigned, declare under penalty of perjury that (1) neither I, nor anyone else listed herein, collected or received any payment from or on behalf of the debtor for court fees in connection with filing the petition; (2) I have received $_____ from or on behalf of the debtor within the previous 12 month period; (3) $_____ is the unpaid fee charged to the debtor; and (4) the following is true and accurate about myself and any other assistants:**

Individual Name and Firm (Type or Print): _____
Address (Type or Print): _____
Last 4 digits of Social Security Number of all OTHER individuals who prepared or assisted in the preparation of these bankruptcy documents:
_____

Signature: _____ Last 4 digits of Social Security #:_____ Phone #:_____
**[NOTE: Penalties up to $500 per item may be assessed for omission of any required information (11 USC §110; 18 USC §156) and Fed. Bankruptcy Rule 1006 prohibits further payment to any person for services until the court filing fees are paid in full.]**

EXHIBIT C-1 (8/8/08)

# United States Bankruptcy Court
### District of Oregon

In re  **McGrath's Publick Fish House, Inc.**                     Case No.
                                        Debtor(s)                  Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **amount determined in accordance with hourly rates as approved by the Court** |
   | Prior to the filing of this statement I have received | $ **232,508.22** |
   | Balance Due | $ **no balance owed currently; future post-petition amounts owing to be determined by Order of the Court** |

2. $ **1,039.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☒ Debtor    ☐ Other (specify):    **Since August 2008, Tonkon Torp LLP has received $132,508.22 from Debtor for legal services performed on behalf of Debtor (see attached Exhibit A). Tonkon Torp LLP also received a $100,000 retainer from Debtor prepetition (of which $10,000 of the retainer was received July 14, 2008 and $90,000 was received February 2, 2010), of which $20,669.00 was applied to fees for prepetition services and the cost of the filing. The remaining retainer of $79,331.00 is currently held in Tonkon Torp's LLP's trust account.**

4. The source of compensation to be paid to me is:

   ☒ Debtor    ☐ Other (specify):

5. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]
      **General representation of Debtor in regard to the Chapter 11 case.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of Debtor in any related actions or proceedings where it may be subsequently determined that there exists a conflict, such that third party counsel must be engaged on behalf of Debtor. (If applicable, such a conflict would be disclosed in pleadings filed with this Court).**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  February 3, 2010                    */s/ Leon Simson*
                                            **Leon Simson OSB#753429**
                                            **Tonkon Torp LLP**
                                            **1600 Pioneer Tower - 888 SW Fifth Ave**
                                            **Portland, OR 97204-2099**
                                            **503-802-2067   Fax: 503-972-3767**

**McGrath's Publick Fish House, Inc.**

**Financial Matters**

**034434-00001**

| Invoice Number | Billed Date | Date Paid | Check No. | Amount Billed | Paid |
|---|---|---|---|---|---|
| 1426126 | 8/11/2008 | 8/22/2008 | 141986 | 16,888.50 | 16,888.50 |
| 1426974 | 9/9/2008 | 10/1/2008 | 142701 | 12,732.50 | 12,732.50 |
| 1427847 | 10/7/2008 | 10/23/2008 | 143430 | 4,270.00 | 4,270.00 |
| 1429010 | 11/10/2008 | 11/24/2008 | 144349 | 4,245.00 | 4,245.00 |
| 1430171 | 12/10/2008 | 12/31/2008 | 145291 | 2,720.00 | 2,720.00 |
| 1431202 | 1/20/2009 | 2/18/2009 | 146351 | 5,786.50 | 5,786.50 |
| 1432337 | 2/20/2009 | 3/18/2009 | 147070 | 998.00 | 998.00 |
| 1433105 | 3/11/2009 | 4/6/2009 | 147614 | 450.00 | 450.00 |
| 1433953 | 4/6/2009 | 5/18/2009 | 148141 | 2,340.00 | 2,340.00 |
| 1435559 | 5/14/2009 | 6/9/2009 | 149215 | 3,849.05 | 3,849.05 |
| 1436644 | 6/16/2009 | 7/6/2009 | 149880 | 1,080.00 | 1,080.00 |
| 1437770 | 7/21/2009 | 8/10/2009 | 150746 | 354.00 | 354.00 |
| 1438790 | 8/17/2009 | 9/18/2009 | 151460 | 2,595.90 | 2,595.90 |
| 1439623 | 9/14/2009 | 10/16/2009 | 152279 | 4,271.00 | 4,271.00 |
| 1440577 | 10/13/2009 | 11/13/2009 | 152810 | 2,971.07 | 2,971.07 |
| 1441385 | 11/9/2009 | 1/20/2010 | 155094 | 5,186.30 | 5,186.30 |
| 1442758 | 12/17/2009 | 1/20/2010 | 155094 | 8,714.80 | 8,714.80 |
| 1443456 | 1/14/2010 | 1/20/2010 | 155094 | 6,608.50 | 6,608.50 |
| 1443933 | 2/2/2010 | 2/2/2010 | wire | 45,913.10 | 45,913.10 |
|  |  |  |  | **131,974.22** | **131,974.22** |

**Scottsdale**

**034434-00002**

| Invoice Number | Billed Date | Date Paid | Check No. | Amount Billed | Paid |
|---|---|---|---|---|---|
| 1442759 | 12/17/2009 | 1/20/2010 | 155094 | 444.00 | 444.00 |
| 1443934 | 2/2/2010 | 2/2/2010 | wire | 90.00 | 90.00 |
|  |  |  |  | **534.00** | **534.00** |

|  |  |  |  | 132,508.22 | 132,508.22 |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Oregon

In re     **McGrath's Publick Fish House, Inc.**                        Case No.
                                          Debtor(s)          Chapter     **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **General Electric Capital Corp**<br>**Attn Doby A Rose, VP**<br>**GE Capital Global Restructuring Solution**<br>**4 Park Plaza #1400**<br>**Irvine, CA 92614-8560** | **Doby Rose**<br>**General Electric Capital Corp**<br>**Attn Doby A Rose, VP**<br>**GE Capital Global Restructuring Solution**<br>**Irvine, CA 92614-8560**<br>**949-838-3075** | **\*\*DEFICIENCY CLAIM\*\* Building Loans - Federal Way, WA & Alderwood, WA); Equipment Loans - Goodyear, AZ, Scottsdale, AZ & Federal Way, WA** | | **3,891,611.80**<br><br>**(2,001,322.78 secured)** |
| **Sterlings Savings Bank**<br>**Attn Glen Petersen, Special Assets**<br>**111 N Wall St**<br>**VOF 1262**<br>**Spokane, WA 99201** | **Glen Petersen**<br>**Sterlings Savings Bank**<br>**Attn Glen Petersen, Special Assets**<br>**111 N Wall St**<br>**Spokane, WA 99201**<br>**509-363-0766** | **\*\*DEFICIENCY CLAIM\*\* Building and Equipment Loans - Lakewood, CO** | | **3,448,900.00**<br><br>**(2,462,283.00 secured)** |
| **Key Equipment Finance**<br>**Attn Eugene R Luisi**<br>**Asset Recovery Group**<br>**102 E Yakima Ave - POB 182**<br>**Yakima, WA 98907** | **Eugene R Luisi**<br>**Key Equipment Finance**<br>**Attn Eugene R Luisi**<br>**Asset Recovery Group**<br>**Yakima, WA 98907**<br>**509-574-3105** | **\*\*DEFICIENCY CLAIM\*\* Equipment Leases - Corvallis, OR, Sandy, UT, Salt Lake City, UT Gateway Mall, Orem, UT** | | **935,054.33**<br><br>**(47,049.43 secured)** |
| **KeyBank N.A.**<br>**Attn Eugene R Luisi**<br>**Asset Recovery Group**<br>**102 E Yakima Ave - POB 182**<br>**Yakima, WA 98907** | **Eugene R Luisi**<br>**KeyBank N.A.**<br>**Attn Eugene R Luisi**<br>**Asset Recovery Group**<br>**Yakima, WA 98907**<br>**509-574-3105** | **\*\*DEFICIENCY CLAIM\*\* Building Loan - Scottsdale, AZ** | | **1,362,900.00**<br><br>**(617,406.00 secured)** |
| **Arizona Business Bank**<br>**Attn Julie H Chase**<br>**1757 E Baseline Rd**<br>**Building 1 #101**<br>**Gilbert, AZ 85233** | **Julie H Chase**<br>**Arizona Business Bank**<br>**Attn Julie H Chase**<br>**1757 E Baseline Rd**<br>**Gilbert, AZ 85233**<br>**602-240-2723** | **\*\*DEFICIENCY CLAIM\*\* Building/Land Loan - Goodyear, AZ** | | **2,296,715.25**<br><br>**(1,631,634.00 secured)** |

B4 (Official Form 4) (12/07) - Cont.

In re  **McGrath's Publick Fish House, Inc.**                                    Case No. _____
                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| US Bancorp Equipment Finance<br>Attn Betty Kinoshita, VP<br>Special Assets Group (PD-OR-P5SA)<br>555 SW Oak St #505<br>Portland, OR 97204 | Betty Kinoshita<br>US Bancorp Equipment Finance<br>Attn Betty Kinoshita, VP<br>Special Assets Group (PD-OR-P5SA)<br>Portland, OR 97204<br>503-275-3220 | **DEFICIENCY CLAIM**<br>Equipment Leases - Beaverton, OR, Layton, UT, Mesa, AZ | | 1,017,762.56<br>(534,358.38 secured) |
| SunTrust Equipment Finance & Leasing Cor<br>Attn Mike Ireton<br>300 E. Joppa Rd., Suite 700<br>Towson, MD 21286 | Mike Ireton<br>SunTrust Equipment Finance & Leasing Cor<br>Attn Mike Ireton<br>300 E. Joppa Rd., Suite 700<br>Towson, MD 21286<br>410-307-6634 | **DEFICIENCY CLAIM**<br>Equipment Loans (refrigeration) - Bend, OR; Eugene, OR; and Medford, OR | | 277,403.29<br>(90,000.00 secured) |
| GE Capital Franchise Finance Corp<br>Attn Carolyn Jarvis or Hal Vinson<br>8377 East Hartford Dr #200<br>Scottsdale, AZ 85255 | Carolyn Jarvis or Hal Vinson<br>GE Capital Franchise Finance Corp<br>Attn Carolyn Jarvis or Hal Vinson<br>8377 East Hartford Dr #200<br>Scottsdale, AZ 85255<br>480-563-6080 | **DEFICIENCY CLAIM**<br>Equipment Loan with GE Capital Franchise Finance Corp - Alderwood, WA | | 642,740.00<br>(504,780.48 secured) |
| Pacific Sea Food - Oregon<br>Attn Doug Roan<br>POB 97<br>Clackamas, OR 97015 | Doug Roan<br>Pacific Sea Food - Oregon<br>Attn Doug Roan<br>POB 97<br>Clackamas, OR 97015<br>503-989-2110 | trade debt (NOTE: Debtor will file a motion for authority to pay these amounts to vendor under 503(b)(9) and 507(a)(2) | | 106,595.94 |
| Inland SW Management LLC<br>Attn Tracy James - Bldg 5070<br>90 South 400 West #330<br>Salt Lake City, UT 84101 | Tracy James<br>Inland SW Management LLC<br>Attn Tracy James - Bldg 5070<br>90 South 400 West #330<br>Salt Lake City, UT 84101<br>801-456-0007 | Lease on Salt Lake City Location; rent owed to landlord | | 95,612.08 |
| Sysco Food Services of Portland Inc<br>Attn Kevin Perman<br>POB 2210<br>Wilsonville, OR 97070 | Kevin Perman<br>Sysco Food Services of Portland Inc<br>Attn Kevin Perman<br>POB 2210<br>Wilsonville, OR 97070<br>503-682-8281 | trade debt (NOTE: Debtor will file a motion for authority to pay these amounts to vendor under 503(b)(9) and 507(a)(2) | | 88,404.11 |

B4 (Official Form 4) (12/07) - Cont.

In re  **McGrath's Publick Fish House, Inc.**                    Case No.
                                Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Alderwood Mall LLC c/o GGP / Homart II LLC 110 N Wacker Dr Chicago, IL 60606** | **Jerry Alder Alderwood Mall LLC c/o GGP / Homart II LLC 110 N Wacker Dr Chicago, IL 60606 425-771-1121** | **Lease on Lynnwood Location; rent owed to landlord** | | **69,246.17** |
| **Pan Pacific Retail Properties c/o Kimco Realty (Milwaukie MarketPlace) Attn Roger Shirley 13635 NW Cornell Rd #160 Portland, OR 97229** | **Roger Shirley Pan Pacific Retail Properties c/o Kimco Realty (Milwaukie MarketPlace) Attn Roger Shirley Portland, OR 97229 503-574-3329 ext 202** | **Lease on Milwaukie Location; rent owed to landlord** | | **62,998.14** |
| **GE Commercial Finance Business Property Attn Mike Hudspeth 16479 Dallas Pkwy #500 Addison, TX 75001** | **Mike Hudspeth GE Commercial Finance Business Property Attn Mike Hudspeth 16479 Dallas Pkwy #500 Addison, TX 75001 Mike Hudspeth** | **\*\*DEFICIENCY CLAIM\*\* Building Loan - Federal Way, WA** | | **2,452,321.38 (2,404,367.00 secured)** |
| **Sundance Development Inc. c/o John Hanks 3340 Tully Road Suite C-1 Modesto, CA 98350** | **John Hanks Sundance Development Inc. c/o John Hanks 3340 Tully Road Suite C-1 Modesto, CA 98350 858-866-6777** | **Lease on Boise Location; real property taxes owed to landlord** | | **32,654.14** |
| **RPP Bend I, LLC 9601 Wilshire Blvd Suite 260 Beverly Hills, CA 90210** | **Rita Jones RPP Bend I, LLC 9601 Wilshire Blvd Suite 260 Beverly Hills, CA 90210 541-388-3644** | **Lease on Bend Location; rent owed to landlord** | | **28,490.16** |
| **Duck Delivery Produce Inc Attn Derek Delandro 8448 NE 33rd Dr #120 Portland, OR 97211-2163** | **Derek Delandro Duck Delivery Produce Inc Attn Derek Delandro 8448 NE 33rd Dr #120 Portland, OR 97211-2163 (503) 288-9380** | **trade debt (NOTE: Debtor will file a motion for authority to pay these amounts to vendor under 503(b)(9) and 507(a)(2)** | | **23,529.50** |
| **Outlot Developers Attn Clarke Smith 735 Ohms Way Costa Mesa, CA 92627** | **Clarke Smith Outlot Developers Attn Clarke Smith 735 Ohms Way Costa Mesa, CA 92627 949-646-9648** | **Lease on Eugene Location; real property taxes owed to landlord** | | **20,612.74** |

B4 (Official Form 4) (12/07) - Cont.

In re  **McGrath's Publick Fish House, Inc.**            Case No.
                            Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Sysco Intermountain Food Svcs<br>POB 27638<br>Salt Lake City, UT 84127-0638 | Ben Butler<br>Sysco Intermountain Food Svcs<br>POB 27638<br>Salt Lake City, UT 84127-0638<br>801-563-6496 | trade debt (NOTE: Debtor will file a motion for authority to pay these amounts to vendor under 503(b)(9) and 507(a)(2) | | 17,409.01 |
| Washburn Management LC<br>1044 South 400 West<br>Orem, UT 84058 | Attn Accounts Receivable<br>Washburn Management LC<br>1044 South 400 West<br>Orem, UT 84058<br>801-426-7688 | Lease on Orem Location; real property taxes owed to landlord | | 16,541.94 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **February 3, 2010**        Signature  **/s/ John P. McGrath**
                                                        **John P. McGrath**
                                                        **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

| | |
|---|---|
| 1 | **Leon Simson,** OSB No. 753429 |
|   | (Lead Attorney) |
| 2 |     Direct Dial:  (503) 802-2067 |
|   |     Facsimile:   (503) 972-3767 |
| 3 |     E-Mail:      leon.simson@tonkon.com |
|   | **Timothy J. Conway**, OSB No. 851752 |
| 4 |     Direct Dial:  (503) 802-2027 |
|   |     Facsimile:   (503) 972-3727 |
| 5 |     E-Mail:      tim.conway@tonkon.com |
|   | **Haley B. Bjerk**, OSB No. 062760 |
| 6 |     Direct Dial:  (503) 802-5765 |
|   |     Facsimile:   (503) 972-7465 |
| 7 |     E-Mail:      haley.bjerk@tonkon.com |
| 8 | **TONKON TORP LLP** |
|   | 1600 Pioneer Tower |
| 9 | 888 S.W. Fifth Avenue |
|   | Portland, OR  97204 |
| 10 |      Attorneys for Debtor |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re | Case No. |
|---|---|
| McGrath's Publick Fish House, Inc., | **CERTIFICATE OF SERVICE OF LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS ON THE U.S. TRUSTEE** |
| Debtor. | |

     I hereby certify that I served (1) a copy of the **LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS,** (2) address mailing labels for the debtor, debtor's attorney, and a contact person for each creditor on the List, and (3) this Certificate of Service on the U.S. Trustee at 405 East 8th Avenue, Suite 1100, Eugene, OR  97401 by mailing a copy thereof in a sealed, first-class postage prepaid envelope on the date set forth below.

     DATED this 3rd day of February, 2010.

                         TONKON TORP LLP

                         By */s/ Leon Simson*
                            Leon Simson, OSB No. 753429 (Lead Attorney)
                            Timothy J. Conway, OSB No. 851752
                            Haley B. Bjerk, OSB No. 062760
                            888 S.W. Fifth Avenue, Suite 1600
                            Portland, OR  97204-2099
                            Telephone: 503-221-1440
                            Facsimile: 503-274-8779
                            E-mail:   leon.simson@tonkon.com
                                          tim.conway@tonkon.com
                                          haley.bjerk@tonkon.com
                            Attorneys for Debtor