1   **Leon Simson,** OSB No. 753429
    (Lead Attorney)
2       Direct Dial:  (503) 802-2067
        Facsimile:    (503) 972-3767
3       E-Mail:       leon.simson@tonkon.com
    **Timothy J. Conway**, OSB No. 851752
4       Direct Dial:  (503) 802-2027
        Facsimile:    (503) 972-3727
5       E-Mail:       tim.conway@tonkon.com
6   **Haley B. Bjerk**, OSB No. 062760
        Direct Dial:  (503) 802-5765
7       Facsimile:    (503) 972-7465
        E-Mail:       haley.bjerk@tonkon.com
8   **TONKON TORP** LLP
    1600 Pioneer Tower
9   888 S.W. Fifth Avenue
    Portland, OR  97204
10
        Attorneys for Debtor
11

12              IN THE UNITED STATES BANKRUPTCY COURT

13                  FOR THE DISTRICT OF OREGON

14  In re                              Case No. 10-60500-aer11

15  McGrath's Publick Fish House, Inc.,    **DEBTOR'S MOTION FOR ORDER**
                                           **AUTHORIZING PAYMENT OF**
16              Debtor.                    **PREPETITION WAGES,**
                                           **SALARIES, COMPENSATION,**
17                                         **EXPENSES, BENEFITS, AND**
                                           **RELATED TAXES AND TO**
18                                         **CONTINUE EMPLOYEE BENEFITS**
                                           **POSTPETITION**
19
                                           ***EXPEDITED HEARING***
20                                         ***REQUESTED***

21

22              McGrath's Publick Fish House, Inc., as debtor and debtor-in-

23  possession ("Debtor") moves this Court for an order authorizing Debtor to pay prepetition

24  wages, salaries, compensation, expenses, benefits, and related taxes and to continue

25  employee benefits postpetition, and in support thereof states as follows:

26  * * *

**Page 1 of 5** -  DEBTOR'S MOTION FOR ORDER AUTHORIZING PAYMENT OF PREPETITION WAGES, SALARIES,
                   COMPENSATION, EXPENSES, BENEFITS, AND RELATED TAXES AND TO CONTINUE EMPLOYEE
                   BENEFITS POSTPETITION

1.      On February 3, 2010 (the "Petition Date"), Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code.

2.      Debtor has continued in possession of its property and is continuing to operate and manage its business as debtor-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

3.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334(b) and the standing order of reference of the District Court.  This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).  Venue is proper under 28 U.S.C. §§ 1408 and 1409.

4.      Debtor is an Oregon corporation, incorporated in 1980, that owns and operates a chain of seafood restaurants, known as McGrath's Fish House.  Since Debtor opened its first restaurant 30 years ago, its business has grown to include 20 McGrath's Fish House restaurants in Oregon, Washington, Idaho, Utah, Arizona, and Colorado.  Debtor's corporate office is in Salem, Oregon.

5.      As of the Petition Date, Debtor employs approximately 1,025 people, with an average payroll of approximately $600,000 per 2-week period, including all taxes.

6.      Debtor pays its hourly and salaried employees every other Thursday for compensation earned for the two-week period ending on the preceding Sunday.  Debtor's last payroll was paid on January 28, 2010 for the two-week pay period ending January 24, 2010.  The next regular payroll date is February 11, 2010 for the two-week pay period covering January 25, 2010 through February 7, 2010.  Accordingly, Debtor has incurred unpaid prepetition obligations for wages, salaries, expenses, commissions, and other employment compensation and benefits for the period between January 25, 2010 and the Petition Date.

7.      The total amount Debtor is obligated to pay for accrued and unpaid prepetition wages, salaries, compensation, expenses, benefits and related taxes is

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

approximately $409,616.90.[1]  No individual is owed more than $10,950 for prepetition

wages, salaries, commissions or other compensation, including benefits.  Debtor does not

request authority to pay any person more than the $10,950 amount of their priority claim as

provided by 11 U.S.C. §§ 507(a)(4) and (a)(5).

        8.     Debtor requests that this Court enter an order, pursuant to

Sections 105(a) and 507(a)(4) and (a)(5) of the Bankruptcy Code, authorizing Debtor to

(a) pay to or for the benefit of its employees incurred prepetition wages, salaries,

reimbursable employee business expenses, and other compensation on the regularly

scheduled postpetition pay dates; (b) pay any and all local, state, and federal withholding and

payroll-related taxes relating to prepetition periods, including, but not limited to, all

prepetition withholding taxes, social security taxes, Medicare taxes, and unemployment

taxes; (c) pay all court-ordered wage garnishments, including, but not limited to, child

support and tax garnishments; (d) make accrued prepetition contributions or payments

directly on account of employee benefits; (e) continue to honor earned but unused vacation

and other benefits accrued prepetition; (f) continue existing employee benefits postpetition;

and (g) direct all banks to honor prepetition checks or electronic transfers for payment of the

prepetition claims and benefits described herein.

        9.     Debtor believes that in order to preserve, and potentially enhance, the

value of its business as a going concern, it must honor its prepetition obligations to its

employees.  A failure to pay accrued wages, salaries, commissions, expenses, benefits, and

other related obligations, or even a delay in such payment, would have a significant negative

impact on employee morale and some employees may not report to work, thereby impairing

Debtor's ability to continue operations.

* * *

---

[1] This prepetition amount is estimated based on Debtor's daily average of $40,961.69 for the last two payroll periods.

**Page 3 of 5** -  DEBTOR'S MOTION FOR ORDER AUTHORIZING PAYMENT OF PREPETITION WAGES, SALARIES, COMPENSATION, EXPENSES, BENEFITS, AND RELATED TAXES AND TO CONTINUE EMPLOYEE BENEFITS POSTPETITION

10.     Debtor believes the requested relief will enable it to maintain its current operations without interruption and, at the same time, maintain employee morale. The employees are vital to Debtor's efforts to reorganize and provide essential services, without which Debtor would be unable to function.  Without the relief requested, Debtor's ability to preserve its assets for the benefit of all creditors and equity security holders would be dramatically impaired, and Debtor's efforts to reorganize in a fashion that maximizes the value of Debtor's estate could be significantly impaired.  Accordingly, the relief requested herein is consistent with Bankruptcy Rule 6003.

11.     It is in the best interest of Debtor and its creditors for the above-described payments for wages, salaries, compensation, expenses, benefits, and related taxes to be paid for the reason that such payments will enable Debtor to continue to operate its businesses in the ordinary course.

12.     Debtor has provided notice of this motion to the office of the U.S. Trustee, Debtor's secured creditors, and the holders of the 20 largest unsecured claims. An unsecured creditors' committee has not yet been appointed in this case.  Further notice is impracticable and unnecessary due to the limited issues involved and the nature of the payments to be made.

13.     A copy of the proposed Order is attached as Exhibit A.

WHEREFORE, Debtor prays that this Court enter an order authorizing Debtor to pay prepetition wages, salaries, compensation, expenses, benefits and payroll taxes, and

* * *

* * *

* * *

* * *

* * *

* * *

**Page 4 of 5** - DEBTOR'S MOTION FOR ORDER AUTHORIZING PAYMENT OF PREPETITION WAGES, SALARIES, COMPENSATION, EXPENSES, BENEFITS, AND RELATED TAXES AND TO CONTINUE EMPLOYEE BENEFITS POSTPETITION

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

1  authorizing and ordering Debtor's Banks to honor any outstanding payroll checks or

2  electronic transfers.

3         DATED this 3rd day of February, 2010.

4              TONKON TORP LLP

5

6          By */s/ Leon Simson*
              Leon Simson, OSB No. 753429 (Lead Attorney)
7             Timothy J. Conway, OSB No. 851752
              Haley B. Bjerk, OSB No. 062760
8             888 S.W. Fifth Avenue, Suite 1600
              Portland, OR  97204-2099
9             Telephone: 503-221-1440
              Facsimile: 503-274-8779
10            E-mail:   leon.simson@tonkon.com
                     tim.conway@tonkon.com
11                   haley.bjerk@tonkon.com

12            Attorneys for Debtor

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**Page 5 of 5** -  DEBTOR'S MOTION FOR ORDER AUTHORIZING PAYMENT OF PREPETITION WAGES, SALARIES, COMPENSATION, EXPENSES, BENEFITS, AND RELATED TAXES AND TO CONTINUE EMPLOYEE BENEFITS POSTPETITION

# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

In re

McGrath's Publick Fish House, Inc.,

          Debtor.

Case No. 10-60500-aer11

**[PROPOSED] ORDER AUTHORIZING PAYMENT OF PREPETITION WAGES, SALARIES, COMPENSATION, EXPENSES, BENEFITS, AND RELATED TAXES AND TO CONTINUE EMPLOYEE BENEFITS POSTPETITION**

THIS MATTER came before the Court on Debtor's Motion for Order Authorizing Payment of Prepetition Wages, Salaries, Compensation, Expenses, Benefits, and Related Taxes, and to Continue Employee Benefits Postpetition ("Motion").  The Court has reviewed the Motion and finds that cause exists for the relief requested; NOW THEREFORE,

        IT IS HEREBY ORDERED:

        1.        The Motion is granted.

        2.        Debtor is authorized to (a) pay to or for the benefit of its employees incurred prepetition wages, salaries, reimbursable employee business expenses, commissions,

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

and other compensation on the regularly-scheduled postpetition pay dates; (b) pay any and all local, state and federal withholding and payroll-related taxes relating to prepetition periods, including, but not limited to, all prepetition withholding taxes, social security taxes, Medicare taxes, and unemployment taxes; (c) pay all court-ordered wage garnishments, including, but not limited to, child support and tax garnishments; (d) make accrued prepetition contributions or payments directly on account of employee benefits; (e) continue to honor earned but unused vacation and other benefits accrued prepetition; (f) continue existing employee benefits postpetition; and (g) direct all banks to honor prepetition checks or electronic transfers for payment of the prepetition claims and benefits described herein; provided, however, that no employee shall be paid more than the priority amount provided by 11 U.S.C. §§ 507(a)(4) and (a)(5).

IT IS FURTHER ORDERED that Debtor is authorized to use its existing bank accounts for this payroll and Debtor's banks are authorized and instructed to honor outstanding payroll checks and all prepetition and postpetition checks and electronic transfers for payment of the prepetition claims and benefits described above.

# # #

Presented by:

TONKON TORP LLP

By_____
     Leon Simson, OSB No. 753429 (Lead Attorney)
     Timothy J. Conway, OSB No. 851752
     Haley B. Bjerk, OSB No. 062760
     888 S.W. Fifth Avenue, Suite 1600
     Portland, OR  97204-2099
     Telephone: 503-221-1440
     Facsimile: 503-274-8779
     E-mail:  leon.simson@tonkon.com
                  tim.conway@tonkon.com
                  haley.bjerk@tonkon.com

     Attorneys for Debtor

cc:     List of Interested Parties

**Page 2 of 2** – [PROPOSED] ORDER AUTHORIZING PAYMENT OF PREPETITION WAGES, SALARIES, COMPENSATION, EXPENSES, BENEFITS, AND RELATED TAXES AND TO CONTINUE EMPLOYEE BENEFITS POSTPETITION

1    CERTIFICATE OF SERVICE

2    I hereby certify that I served the foregoing **DEBTOR'S MOTION FOR ORDER AUTHORIZING PAYMENT OF PREPETITION WAGES, SALARIES, COMPENSATION, EXPENSES, BENEFITS, AND RELATED TAXES AND TO CONTINUE EMPLOYEE BENEFITS POSTPETITION** on the parties indicated as "ECF" on the attached List of Interested Parties by electronic means through the Court's Case Management/Electronic Case File system on the date set forth below.

5    In addition, I served the foregoing on the parties indicated as "Non-ECF" on the attached List of Interested Parties:

7    ☒ by faxing a copy thereof to each party at their last-known facsimile number and by mailing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to each attorney's last-known address and depositing in the U.S. mail at Portland, Oregon on the date set forth below; except Top 20 creditors Alderwood Mall LLC and RPP Bend I, LLC who were served via US mail and via electronic mail

10    ☐ by causing a copy thereof to be hand-delivered to said attorneys at each attorney's last-known office address on the date set forth below;

11    ☐ by sending a copy thereof via overnight courier in a sealed, prepaid envelope, addressed to each attorney's last-known address on the date set forth below; or

13    ☐ by faxing a copy thereof to each attorney at his last-known facsimile number on the date set forth below.

14    DATED this 3rd day of February, 2010.

15    TONKON TORP LLP

17    By /s/ Leon Simson
18    Leon Simson, OSB No. 753429 (Lead Attorney)
     Timothy J. Conway, OSB No. 851752
19    Haley B. Bjerk, OSB No. 062760
     888 S.W. Fifth Avenue, Suite 1600
20    Portland, OR  97204-2099
     Telephone: 503-221-1440
21    Facsimile: 503-274-8779
     E-mail:    leon.simson@tonkon.com
22            tim.conway@tonkon.com
             haley.bjerk@tonkon.com

23    Attorneys for Debtor

26    034434/00001/1964997v1

**Page 1 of 1** -   CERTIFICATE OF SERVICE

## LIST OF INTERESTED PARTIES

*In re: McGrath's Publick Fish House, Inc.,*
**U.S. Bankruptcy Court Case No. 10-60500-aer11**

## ECF PARTICIPANTS

Office of the United States Trustee
Wayne L. Morse Courthouse
Attn:  Pamela J. Griffith
405 East 8th Avenue, Suite 1100
Eugene, Oregon  97401
Phone 541-465-6330
Fax 541-465-6335
E-mail:  Pamela.griffith@usdoj.gov

## NON-ECF PARTICIPANTS

### SECURED LENDERS

SunTrust Equipment Finance & Leasing
Corp.
Attn Michael Ireton
300 E. Joppa Rd., Suite 700
Towson, MD 21286
Phone:  410-307-6634
Fax:  410-307-6652
E-mail: Mike.Ireton@suntrust.com

Arizona Business Bank
Attn Julie H Chase
1757 E Baseline Rd
Building 1 #101
Gilbert, AZ  85233
Phone: 602-240-2723
Fax: 602-230-5780
E-mail: jchase@azbizbank.com

Bank of the West
Attn: Accounts Receivable
Dept LA 23083
Pasadena, CA 91185-3083
Phone: 626-564-4000
Fax: 626-564-4020

CEDCO Small Business Finance
Corporation
Attn Bill Bacon
1175 Osage Street
Suite 110
Denver, CO 80204
Ph: 303-893-8989 ext. 102
Fax: 303-892-8398

GE Capital Franchise Finance Corp
Attn Carolyn Jarvis or Hal Vinson
8377 East Hartford Dr #200
Scottsdale, AZ 85255
Ph: 480-563-6080
Fax: 480-563-6156
E-mail: Carolyn.Jarvis@ge.com;
Hal.Vinson@ge.com

GE Commercial Finance Business
Property
Attn Mike Hudspeth
16479 Dallas Pkwy #500
Addison, TX  75001
Ph: 972 447 2550
Fax: 972-447-2667
E-mail:
Michael.Hudspeth@gecapital.com

Schwabe Williamson & Wyatt PC
Attn Alex Poust
1900 Pacwest Center
1211 SW Fifth Ave
Portland, OR  97204
Ph: 503-796-2913
Fax: 503-796-2900
E-mail: apoust@schwabe.com
**Attorney for GE Commercial
Finance Business Property**

General Electric Capital Corp
Attn Doby A Rose, VP
GE Capital Global Restructuring
Solutions
4 Park Plaza #1400
Irvine, CA  92614-8560
Ph: 949-838-3075
Fax: 866-947-1619
E-mail: doby.rose@ge.com

Davis Wright Tremaine LLP
Attn Joseph VanLeuven
1300 SW Fifth Avenue
Suite 2300
Portland, OR 97201
Ph: 503-778-5325
Fax: 503-778-5299
E-mail: joevanleuven@dwt.com
**Attorney for GECC**

KeyBank Asset Recovery Group
Attn Dan Willetts
1675 Broadway, Second Fl
Denver, CO  80202
Ph: 720-904-4371
Fax: 720-904-4370
E-mail: Dan_Willetts@KeyBank.com

KeyBank N.A.
Key Equipment Finance
Attn Eugene R Luisi
Asset Recovery Group
102 E Yakima Ave - POB 182
Yakima, WA  98907
Ph: 509-574-3105
Fax: 509-574-3109
E-mail: Eugene.luisi@keybank.com

Sterling Savings Bank
Attn Glen Petersen, Special Assets
111 N Wall St
VOF 1262
Spokane, WA  99201
Ph: 509-363-0766
Fax: 509-363-5125
E-mail:
Glen.Petersen@sterlingsavings.com

US Bank N.A.
US Bancorp Equipment Finance
US Bank Consumer Finance
Attn Betty Kinoshita, VP Special Assets
Group (PD-OR-P5SA)
555 SW Oak St, #505
Portland, OR 97204
Ph: 503-275-3220
Fax: 503-275-5919
E-mail: betty.kinoshita@usbank.com

Miller Nash LLP
Attn Lou Henry
3400 US Bancorp Tower
111 SW Fifth Ave
Portland, OR  97204-3699
Ph: 503-224-5858
Fax: 503-224-0155
E-mail: lou.henry@millernash.com
  **Attorney for US Bank**

**TOP 20 (Not including deficiency claimants already listed above)**

Alderwood Mall LLC
c/o GGP / Homart II LLC
Attn Jerry Alder
110 N Wacker Dr
Chicago, IL 60606
Ph: 425-771-1121
E-mail:
jerry.alder@generalgrowth.com

Duck Delivery Produce Inc
Attn Derek Delandro
8448 NE 33rd Dr #120
Portland, OR 97211-2163
Ph: 503-288-9380
Fax: 503-288-0400

Inland SW Management LLC
Attn Tracy James - Bldg 5070
90 South 400 West #330
Salt Lake City, UT 84101
Ph: 801-456-0007
Fax: 801-456-0005

Outlot Developers
Attn Clarke Smith
735 Ohms Way
Costa Mesa, CA 92627
Ph: 949-646-9648
Fax: 949-646-7959

Pacific Sea Food - Oregon
Attn Doug Roan
POB 97
Clackamas, OR 97015
Ph: 503-989-2110
Fax: 503-905-4221

Pan Pacific Retail Properties
c/o Kimco Realty (Milwaukie
MarketPlace)
Attn Roger Shirley
13635 NW Cornell Rd #160
Portland, OR 97229
Ph: 503-574-3329 ext 202
Fax: 503-574-2289

RPP Bend I, LLC
Attn Rita Jones
9601 Wilshire Blvd Suite 260
Beverly Hills, CA 90210
Ph: 541-388-3644
E-mail: rdjones@bendbroadband.com

Sundance Development Inc.
c/o John Hanks
3340 Tully Road Suite C-1
Modesto, CA 98350
Ph: 858-866-6777
Fax: 858-566-0269

Sysco Food Services of Portland
Inc
Attn Kevin Perman
POB 2210
Wilsonville, OR 97070
Ph: 503-682-8281
Fax: 503-682-4854

Sysco Intermountain Food Svcs
Attn Ben Butler
POB 27638
Salt Lake City, UT 84127-0638
Ph: 801-563-6496
Fax: 801-563-6901

Washburn Management LC
Attn Accounts Receivable
1044 South 400 West
Orem, UT 84058
Ph: 801-426-7688
Fax: 801-426-6914