1  **Leon Simson,** OSB No. 753429
(Lead Attorney)
2       Direct Dial: (503) 802-2067
        Facsimile:   (503) 972-3767
3       E-Mail:      leon.simson@tonkon.com
   **Timothy J. Conway**, OSB No. 851752
4       Direct Dial: (503) 802-2027
        Facsimile:   (503) 972-3727
5       E-Mail:      tim.conway@tonkon.com
   **Haley B. Bjerk**, OSB No. 062760
6       Direct Dial: (503) 802-5765
        Facsimile:   (503) 972-7465
7       E-Mail:      haley.bjerk@tonkon.com
   **TONKON TORP LLP**
8  1600 Pioneer Tower
   888 S.W. Fifth Avenue
9  Portland, OR  97204

10       Attorneys for Debtor

11

12            IN THE UNITED STATES BANKRUPTCY COURT

13            FOR THE DISTRICT OF OREGON

14

| In re | Case No. 10-60500-aer11 |
|---|---|
| McGrath's Publick Fish House, Inc., | **DEBTOR'S MOTION FOR INTERIM AND FINAL AUTHORITY TO USE CASH COLLATERAL** |
| Debtor. | *EXPEDITED HEARING REQUESTED* |

20            Pursuant to 11 U.S.C. §  363(c) and Bankruptcy Rule 4001(b),

21  McGrath's Publick Fish House, Inc. ("Debtor" or "Debtor-In-Possession") moves this Court

22  for an order (a) authorizing Debtor to use cash collateral on a temporary basis at two of

23  Debtor's restaurants until a final hearing can be held on this motion; and (b) after a final

24  hearing held pursuant to Bankruptcy Rule 4001(c)(2), a final order authorizing Debtor to use

25  cash collateral during the pendency of this case.  In support of this motion, Debtor states as

26  follows:

**Page 1 of 5** - DEBTOR'S MOTION FOR INTERIM AND FINAL AUTHORITY TO USE CASH
        COLLATERAL

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

1    1.    On February 3, 2010 (the "Petition Date"), Debtor filed a voluntary

2    petition for relief under Chapter 11 of Title 11 of the United States Code.

3    2.    Debtor has continued in possession of its property and is continuing to

4    operate and manage its business as debtor-in-possession pursuant to Sections 1107(a) and

5    1108 of the Bankruptcy Code.

6    3.    The Court has jurisdiction over this matter pursuant to 28 U.S.C.

7    § 1334(b) and the standing order of reference of the District Court.  This matter is a core

8    proceeding pursuant to 28 U.S.C. § 157(b)(2).  Venue is proper under 28 U.S.C. §§ 1408 and

9    1409.

10    4.    No request has been made for the appointment of a trustee or an

11    examiner, and no official committee has yet been established in this case.

12    5.    Debtor is an Oregon corporation, incorporated in 1980, that owns and

13    operates a chain of seafood restaurants, known as McGrath's Fish House.  Since Debtor

14    opened its first restaurant 30 years ago, its business has grown to include 20 McGrath's Fish

15    House restaurants in Oregon, Washington, Idaho, Utah, Arizona, and Colorado.  Debtor's

16    corporate office is in Salem, Oregon.

17    6.    A number of the restaurants that Debtor operates are quite profitable.

18    However, there are also a number of restaurants that are unprofitable, and the losses

19    generated by those restaurants impair Debtor's ability to pay debt service and other expenses.

20    Debtor has filed this bankruptcy case to provide, among other things, an orderly means to

21    restructure the obligations relating to the unprofitable restaurants, or failing that, to close

22    them.

23    7.    Debtor has entered into various loan and security agreements with

24    lenders pertaining to its various restaurants.  Two of those lenders are secured by a security

25    interest in Debtor's inventory at certain restaurant locations.  Specifically, GE Capital

26    Franchise Finance Corporation ("GE Capital Franchise Finance") has a security interest in

**Page 2 of 5** - DEBTOR'S MOTION FOR INTERIM AND FINAL AUTHORITY TO USE CASH
            COLLATERAL

1  Debtor's inventory at its Alderwood restaurant in Lynwood, Washington, and Arizona

2  Business Bank has a security interest in Debtor's inventory at its Goodyear, Arizona

3  restaurant (GE Capital Franchise Finance and Arizona Business Bank are collectively herein,

4  the "Lenders").  Debtor has a need to use the cash collateral of the Lenders in order to

5  continue its operations at its Alderwood restaurant pending resolution of Debtor's motion to

6  reject the Alderwood lease and at its Goodyear restaurant in order to preserve the value of

7  Debtor and its estate.

8  **GE Capital Franchise Finance**

9  8.    On or about August 17, 2004, Debtor entered into an Equipment Loan

10  and Security Agreement with GE Capital Franchise Finance in the original principal amount

11  of $1,082,800, which was subsequently amended and restated in the original principal

12  amount of $1,320,000 and secured by an interest in all Debtor's right, title, and interest, in all

13  tangible personal property located at the Alderwood location, including all machinery,

14  appliances, furniture, equipment and inventory.  The current amount owing on the loan is

15  approximately $1,156,126.32.

16  **Arizona Business Bank**

17  9.    Debtor entered into a loan agreement with Arizona Business Bank.

18  The current principal balance is approximately $2,296,715.25.  This obligation is secured by,

19  among other things, inventory at the Goodyear restaurant.

20  **Cash Collateral and Adequate Protection**

21  10.    In order to preserve and maintain the assets of this bankruptcy estate,

22  Debtor requires the use of cash generated from its Alderwood and Goodyear restaurants for

23  the payment of ongoing operating expenses at those respective restaurants.

24  11.    Debtor has prepared budgets setting forth the amounts necessary for

25  Debtor's continued operations at the Alderwood restaurant and the Goodyear restaurant.

26  Debtor's budgets project the amounts Debtor will need on an interim basis for payment of

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

1    operating expenses at those restaurants pending a final hearing on this matter.  Debtor's

2    budgets then project the amounts Debtor will need thereafter as additional expenses

3    necessarily incurred for Debtor's continued operations.  The Alderwood restaurant budget for

4    the use of cash collateral on which GE Capital Franchise Finance claims an interest is

5    attached hereto as Exhibit A.  The Goodyear restaurant budget for which Arizona Business

6    Bank claims an interest is attached hereto as Exhibit B.

7              12.    It is in the best interest of Debtor, its creditors, and its estate for Debtor

8    to use the Lender's cash collateral because the use of cash collateral will allow the continued

9    operation of Debtor as a going concern and will maximize the likelihood of reorganization,

10   thereby maximizing the recovery to all creditors.

11             13.    To provide adequate protection for the use by Debtor of cash in which

12   each Lender claims or may claim an interest, Debtor proposes to grant each Lender a

13   replacement security interest and lien.  The replacement security interest and lien upon the

14   assets from and after the Petition Date shall be of the same category, kind, character, and

15   description as were subject to the perfected and valid security interest in existence on the

16   Petition Date.  The adequate protection lien granted to Lenders shall not enhance or improve

17   their respective positions.

18             14.    To preserve the value of Debtor as a going concern, Debtor requires

19   the use of cash collateral in which the Lenders claim an interest as described above.

20             15.    Debtor will suffer immediate and irreparable harm if it is not permitted

21   to use the cash collateral in which the Lenders claim an interest.  Without use of the cash,

22   Debtor's operations at the Alderwood restaurant and the Goodyear restaurant will need to

23   immediately cease.

24             16.    None of the provisions listed in LBF 541.7 are included in this motion

25   or the proposed order.

26   * * *

**Page 4 of 5** - DEBTOR'S MOTION FOR INTERIM AND FINAL AUTHORITY TO USE CASH
         COLLATERAL

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

1     17.    A copy of the proposed interim order authorizing use of cash collateral

2  and granting adequate protection is attached hereto as Exhibit C.

3     WHEREFORE, Debtor prays that this court enter an interim order

4  (a) authorizing Debtor to use cash collateral, pending a final hearing on this motion;

5  (b) granting to the Lenders adequate protection as herein proposed or is otherwise approved

6  by the Court; and (c) setting a final hearing on this motion.

7     DATED this 3rd day of February, 2010.

8          TONKON TORP LLP

9

10           By */s/ Leon Simson*

              Leon Simson, OSB No. 753429 (Lead Attorney)

11            Timothy J. Conway, OSB No. 851752

              Haley B. Bjerk, OSB No. 062760

12            888 S.W. Fifth Avenue, Suite 1600

              Portland, OR  97204-2099

13            Telephone: 503-221-1440

              Facsimile: 503-274-8779

14            E-mail:   leon.simson@tonkon.com

                      tim.conway@tonkon.com

15                   haley.bjerk@tonkon.com

16            Attorneys for Debtor

17

18

19

20

21

22

23

24

25

26

**Page 5 of 5** - DEBTOR'S MOTION FOR INTERIM AND FINAL AUTHORITY TO USE CASH
       COLLATERAL

# EXHIBIT A

| | 17 Alderwood P1 2010 | 17 Alderwood P2 2010 |
|---|---|---|
| Sales | 199,142.00 | 172,704.00 |
| | | |
| COGS | 57,377.00 | 49,297.00 |
| **Gross Profit** | 141,765.00 | 123,407.00 |
| | | |
| Labor | 78,284.00 | 69,401.00 |
| Total Mgr Controllable Exp | 15,160.00 | 12,818.00 |
| Total Other Oper Expenses | 23,073.00 | 19,688.00 |
| Occupancy Expenses | 18,082.00 | 23,907.00 |
| Total Operating and Occupancy Costs | 134,599.00 | 125,814.00 |
| Total Oper Income (loss) | 7,166.00 | (2,407.00) |
| | | |
| **Total G&A** | 6,705.00 | 6,705.00 |
| **EBITDA $$$** | **4,577.00** | **(5,198.00)** |

# EXHIBIT B

|                                    | 19 Goodyear<br>P1 2010 | 19 Goodyear<br>P2 2010 | 19 Goodyear<br>P3 2010 |
|------------------------------------|-----------|------------|------------|
| Sales                              | 138,762.00 | 154,549.00 | 158,543.00 |
|                                    |            |            |            |
| COGS                               | 39,588.00  | 42,508.00  | 44,294.00  |
| **Gross Profit**                   | 99,174.00  | 112,041.00 | 114,249.00 |
|                                    |            |            |            |
| Labor                              | 46,585.00  | 48,085.00  | 51,409.00  |
| Total Mgr Controllable Exp         | 7,625.00   | 8,260.00   | 8,351.00   |
| Total Other Oper Expenses          | 14,797.00  | 14,705.00  | 16,628.00  |
| Occupancy Expenses                 | 29,470.00  | 29,470.00  | 29,470.00  |
| Total Operating and Occupancy Costs | 98,477.00 | 100,520.00 | 105,858.00 |
| Total Oper Income (loss)           | 697.00     | 11,521.00  | 8,391.00   |
|                                    |            |            |            |
| General & Admin Expenses           | 6,705.00   | 6,705.00   | 6,705.00   |
| **EBITDA $$$**                     | **(2,723.00)** | **8,488.00** | **6,371.00** |

# EXHIBIT C

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re | Case No. 10-60500-aer11 |
| McGrath's Publick Fish House, Inc., | **[PROPOSED] ORDER GRANTING DEBTOR'S MOTION FOR INTERIM AND FINAL AUTHORITY TO USE CASH COLLATERAL** |
| Debtor. | |

THIS MATTER having come before the Court upon Debtor's Motion for Interim and Final Authority to Use Cash Collateral filed by McGrath's Publick Fish House, Inc. ("Debtor"), a hearing having been held before the Court, and the Court having reviewed the Motion and accompanying statements, and being otherwise duly advised in the premises; NOW, THEREFORE,

IT IS HEREBY ORDERED as follows:

1.    For the interim period pending a final hearing on this matter, Debtor be and hereby is authorized to use cash collateral in which GE Capital Franchise Finance Corporation ("GE Capital Franchise Finance") and Arizona Business Bank have an interest in accordance with and for the purposes set forth in the budgets attached hereto as Exhibits A and B.

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

2.      As adequate protection for the use by Debtor of cash collateral in which GE Capital Franchise Finance and Arizona Business Bank claim or may claim an interest, Debtor will grant each GE Capital Franchise Finance and Arizona Business Bank a replacement security interest and lien.  The replacement security interests in and lien upon the assets shall be of the same category, type, kind, character, and description as were subject to the perfected and valid security interests in existence on the Petition Date and will have the same relative priority as any valid and unavoidable lien held by GE Capital Franchise Finance and Arizona Business Bank as of the Petition Date.  The liens and security interest to be granted to GE Capital Franchise Finance and Arizona Business Bank will be granted for adequate protection purposes only, and will not enhance or improve their respective positions.

IT IS FURTHER ORDERED that a final hearing on Debtor's Motion for Authority to Use Cash Collateral shall be held by the Court in Courtroom No. __ of the United States Bankruptcy Court for the District of Oregon, Wayne L. Morse Courthouse, 405 East 8th Avenue, Suite 1100, Eugene, Oregon 97401, on February _____, 2010, at _____ _.m., or as soon thereafter as counsel may be heard.  Within three (3) business days after the

\* \* \*

\* \* \*

\* \* \*

\* \* \*

\* \* \*

\* \* \*

\* \* \*

\* \* \*

\* \* \*

\* \* \*

**Page 2 of 3** -   [PROPOSED] ORDER GRANTING DEBTOR'S MOTION FOR INTERIM AND FINAL AUTHORITY TO USE CASH COLLATERAL

entry hereof, Debtor shall mail or otherwise serve a copy of this Order, together with a

Notice of the final hearing pursuant LBR 4001-1D and LBF 541.50.


# # #


Presented by:

TONKON TORP LLP


By_____
    Leon Simson, OSB No. 753429 (Lead Attorney)
    Timothy J. Conway, OSB No. 851752
    Haley B. Bjerk, OSB No. 062760
    888 S.W. Fifth Avenue, Suite 1600
    Portland, OR  97204-2099
    Telephone: 503-221-1440
    Facsimile: 503-274-8779
    E-mail:  leon.simson@tonkon.com
           tim.conway@tonkon.com
           haley.bjerk@tonkon.com

    Attorneys for Debtor

cc:    List of Interested Parties


034434/00001/1976637v1


**Page 3 of 3** - [PROPOSED] ORDER GRANTING DEBTOR'S MOTION FOR INTERIM AND FINAL
AUTHORITY TO USE CASH COLLATERAL

1    CERTIFICATE OF SERVICE

2        I hereby certify that I served the foregoing **DEBTOR'S MOTION FOR
INTERIM AND FINAL AUTHORITY TO USE CASH COLLATERAL** on the parties
3    indicated as "ECF" on the attached List of Interested Parties by electronic means through the
Court's Case Management/Electronic Case File system on the date set forth below.

4
    In addition, I served the foregoing on the parties indicated as "Non-ECF" on
5    the attached List of Interested Parties:

6        ☒ by faxing a copy thereof to each party at their last-known facsimile
number and by mailing a copy thereof in a sealed, first-class postage prepaid envelope,
7    addressed to each attorney's last-known address and depositing in the U.S. mail at Portland,
Oregon on the date set forth below; except Top 20 creditors Alderwood Mall LLC and RPP
8    Bend I, LLC who were served via US mail and via electronic mail

9        ☐ by causing a copy thereof to be hand-delivered to said attorneys at each
attorney's last-known office address on the date set forth below;

10
    ☐ by sending a copy thereof via overnight courier in a sealed, prepaid
11    envelope, addressed to each attorney's last-known address on the date set forth below; or

12        ☐ by faxing a copy thereof to each attorney at his last-known facsimile
number on the date set forth below.

13
    DATED this 3rd day of February, 2010.

14
    TONKON TORP LLP

15

16
    By  */s/ Leon Simson*
17        Leon Simson, OSB No. 753429 (Lead Attorney)
    Timothy J. Conway, OSB No. 851752
18        Haley B. Bjerk, OSB No. 062760
    888 S.W. Fifth Avenue, Suite 1600
19        Portland, OR  97204-2099
    Telephone: 503-221-1440
20        Facsimile: 503-274-8779
    E-mail:   leon.simson@tonkon.com
21        tim.conway@tonkon.com
    haley.bjerk@tonkon.com
22
    Attorneys for Debtor
23

24

25    034434/00001/1976284v1

26

**Page 1 of 1** -   CERTIFICATE OF SERVICE

## LIST OF INTERESTED PARTIES

*In re: McGrath's Publick Fish House, Inc.,*
**U.S. Bankruptcy Court Case No. 10-60500-aer11**

### ECF PARTICIPANTS

Office of the United States Trustee
Wayne L. Morse Courthouse
Attn:  Pamela J. Griffith
405 East 8th Avenue, Suite 1100
Eugene, Oregon  97401
Phone 541-465-6330
Fax 541-465-6335
E-mail:  Pamela.griffith@usdoj.gov

### NON-ECF PARTICIPANTS

**SECURED LENDERS**

SunTrust Equipment Finance & Leasing Corp.
Attn Michael Ireton
300 E. Joppa Rd., Suite 700
Towson, MD 21286
Phone:  410-307-6634
Fax:  410-307-6652
E-mail: Mike.lreton@suntrust.com

Arizona Business Bank
Attn Julie H Chase
1757 E Baseline Rd
Building 1 #101
Gilbert, AZ  85233
Phone: 602-240-2723
Fax: 602-230-5780
E-mail: jchase@azbizbank.com

Bank of the West
Attn: Accounts Receivable
Dept LA 23083
Pasadena, CA 91185-3083
Phone: 626-564-4000
Fax: 626-564-4020

CEDCO Small Business Finance Corporation
Attn Bill Bacon
1175 Osage Street
Suite 110
Denver, CO 80204
Ph: 303-893-8989 ext. 102
Fax: 303-892-8398

GE Capital Franchise Finance Corp
Attn Carolyn Jarvis or Hal Vinson
8377 East Hartford Dr #200
Scottsdale, AZ 85255
Ph: 480-563-6080
Fax: 480-563-6156
E-mail: Carolyn.Jarvis@ge.com;
Hal.Vinson@ge.com

GE Commercial Finance Business Property
Attn Mike Hudspeth
16479 Dallas Pkwy #500
Addison, TX  75001
Ph: 972 447 2550
Fax: 972-447-2667
E-mail:
Michael.Hudspeth@gecapital.com

Schwabe Williamson & Wyatt PC
Attn Alex Poust
1900 Pacwest Center
1211 SW Fifth Ave
Portland, OR  97204
Ph: 503-796-2913
Fax: 503-796-2900
E-mail: apoust@schwabe.com
    **Attorney for GE Commercial**
    **Finance Business Property**

General Electric Capital Corp
Attn Doby A Rose, VP
GE Capital Global Restructuring Solutions
4 Park Plaza #1400
Irvine, CA  92614-8560
Ph: 949-838-3075
Fax: 866-947-1619
E-mail: doby.rose@ge.com

Davis Wright Tremaine LLP
Attn Joseph VanLeuven
1300 SW Fifth Avenue
Suite 2300
Portland, OR 97201
Ph: 503-778-5325
Fax: 503-778-5299
E-mail: joevanleuven@dwt.com
    **Attorney for GECC**

KeyBank Asset Recovery Group
Attn Dan Willetts
1675 Broadway, Second Fl
Denver, CO  80202
Ph: 720-904-4371
Fax: 720-904-4370
E-mail: Dan_Willetts@KeyBank.com

KeyBank N.A.
Key Equipment Finance
Attn Eugene R Luisi
Asset Recovery Group
102 E Yakima Ave - POB 182
Yakima, WA  98907
Ph: 509-574-3105
Fax: 509-574-3109
E-mail: Eugene.luisi@keybank.com

Sterling Savings Bank
Attn Glen Petersen, Special Assets
111 N Wall St
VOF 1262
Spokane, WA  99201
Ph: 509-363-0766
Fax: 509-363-5125
E-mail:
Glen.Petersen@sterlingsavings.com

US Bank N.A.
US Bancorp Equipment Finance
US Bank Consumer Finance
Attn Betty Kinoshita, VP Special Assets
Group (PD-OR-P5SA)
555 SW Oak St, #505
Portland, OR 97204
Ph: 503-275-3220
Fax: 503-275-5919
E-mail: betty.kinoshita@usbank.com

Miller Nash LLP
Attn Lou Henry
3400 US Bancorp Tower
111 SW Fifth Ave
Portland, OR  97204-3699
Ph: 503-224-5858
Fax: 503-224-0155
E-mail: lou.henry@millernash.com
   **Attorney for US Bank**

**TOP 20 (Not including deficiency claimants already listed above)**

Alderwood Mall LLC
c/o GGP / Homart II LLC
Attn Jerry Alder
110 N Wacker Dr
Chicago, IL 60606
Ph: 425-771-1121
E-mail:
jerry.alder@generalgrowth.com

Duck Delivery Produce Inc
Attn Derek Delandro
8448 NE 33rd Dr #120
Portland, OR 97211-2163
Ph: 503-288-9380
Fax: 503-288-0400

Inland SW Management LLC
Attn Tracy James - Bldg 5070
90 South 400 West #330
Salt Lake City, UT 84101
Ph: 801-456-0007
Fax: 801-456-0005

Outlot Developers
Attn Clarke Smith
735 Ohms Way
Costa Mesa, CA 92627
Ph: 949-646-9648
Fax: 949-646-7959

Pacific Sea Food - Oregon
Attn Doug Roan
POB 97
Clackamas, OR 97015
Ph: 503-989-2110
Fax: 503-905-4221

Pan Pacific Retail Properties
c/o Kimco Realty (Milwaukie
MarketPlace)
Attn Roger Shirley
13635 NW Cornell Rd #160
Portland, OR 97229
Ph: 503-574-3329 ext 202
Fax: 503-574-2289

RPP Bend I, LLC
Attn Rita Jones
9601 Wilshire Blvd Suite 260
Beverly Hills, CA 90210
Ph: 541-388-3644
E-mail: rdjones@bendbroadband.com

Sundance Development Inc.
c/o John Hanks
3340 Tully Road Suite C-1
Modesto, CA 98350
Ph: 858-866-6777
Fax: 858-566-0269

Sysco Food Services of Portland
Inc
Attn Kevin Perman
POB 2210
Wilsonville, OR 97070
Ph: 503-682-8281
Fax: 503-682-4854

Sysco Intermountain Food Svcs
Attn Ben Butler
POB 27638
Salt Lake City, UT 84127-0638
Ph: 801-563-6496
Fax: 801-563-6901

Washburn Management LC
Attn Accounts Receivable
1044 South 400 West
Orem, UT 84058
Ph: 801-426-7688
Fax: 801-426-6914