DISTRICT OF OREGON
**F I L E D**
February 12, 2010
Clerk, U.S. Bankruptcy Court

Below is an Order of the Court.

_____
FRANK R. ALLEY
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>McGrath's Publick Fish House, Inc.,<br><br>Debtor. | Case No. 10-60500-fra11<br><br>**ORDER AUTHORIZING PAYMENT OF PREPETITION WAGES, SALARIES, COMPENSATION, EXPENSES, BENEFITS, AND RELATED TAXES AND TO CONTINUE EMPLOYEE BENEFITS POSTPETITION** |

   THIS MATTER came before the Court on Debtor's Motion for Order Authorizing Payment of Prepetition Wages, Salaries, Compensation, Expenses, Benefits, and Related Taxes, and to Continue Employee Benefits Postpetition ("Motion"). The Court has reviewed the Motion and finds that cause exists for the relief requested; NOW THEREFORE,

   IT IS HEREBY ORDERED:

   1. The Motion is granted.

   2. Debtor is authorized to (a) pay to or for the benefit of its employees incurred prepetition wages, salaries, reimbursable employee business expenses, commissions, and other compensation on the regularly-scheduled postpetition pay dates; (b) pay any and all

**Page 1 of 2** - ORDER AUTHORIZING PAYMENT OF PREPETITION WAGES, SALARIES, COMPENSATION, EXPENSES, BENEFITS AND RELATED TAXES AND TO CONTINUE EMPLOYEE BENEFITS POSTPETITION

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

local, state and federal withholding and payroll-related taxes relating to prepetition periods, including, but not limited to, all prepetition withholding taxes, social security taxes, Medicare taxes, and unemployment taxes; (c) pay all court-ordered wage garnishments, including, but not limited to, child support and tax garnishments; (d) make accrued prepetition contributions or payments directly on account of employee benefits; (e) continue to honor earned but unused vacation and other benefits accrued prepetition; (f) continue existing employee benefits postpetition; and (g) direct all banks to honor prepetition checks or electronic transfers for payment of the prepetition claims and benefits described herein; provided, however, that no employee shall be paid more than the priority amount provided by 11 U.S.C. §§ 507(a)(4) and (a)(5).

       IT IS FURTHER ORDERED that Debtor is authorized to use its existing bank accounts for this payroll and Debtor's banks are authorized and instructed to honor outstanding payroll checks and all prepetition and postpetition checks and electronic transfers for payment of the prepetition claims and benefits described above.

# # #

Presented by:

TONKON TORP LLP

By */s/ Leon Simson*
    Leon Simson, OSB No. 753429 (Lead Attorney)
    Timothy J. Conway, OSB No. 851752
    Haley B. Bjerk, OSB No. 062760
    888 S.W. Fifth Avenue, Suite 1600
    Portland, OR  97204-2099
    Telephone: 503-221-1440
    Facsimile: 503-274-8779
    E-mail:  leon.simson@tonkon.com
            tim.conway@tonkon.com
            haley.bjerk@tonkon.com
    Attorneys for Debtor

cc:    List of Interested Parties

034434/00001/1999908v1

**Page 2 of 2** -   ORDER AUTHORIZING PAYMENT OF PREPETITION WAGES, SALARIES, COMPENSATION, EXPENSES, BENEFITS AND RELATED TAXES AND TO CONTINUE EMPLOYEE BENEFITS POSTPETITION

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

# LIST OF INTERESTED PARTIES

*In re: McGrath's Publick Fish House, Inc.,*
**U.S. Bankruptcy Court Case No. 10-60500-fra11**

## ECF PARTICIPANTS

- HALEY B BJERK    haley.bjerk@tonkon.com, kellie.weber@tonkon.com
- SUSAN S FORD    susanf@sussmanshank.com, ecf.susan.ford@sussmanshank.com
- RONALD W GOSS    ronald_w_goss@keybank.com, joanne_aponte-morgan@keybank.com
- DAVID W HERCHER    dave.hercher@millernash.com, teri.cochran@millernash.com; d.hercher@comcast.net
- KRISTEN N PATE    ggpbk@ggp.com
- CRAIG G RUSSILLO    crussillo@schwabe.com, dkinonen@schwabe.com; docket@schwabe.com; bankruptcynotices@schwabe.com
- LEON SIMSON    leon.simson@tonkon.com, laura.lindberg@tonkon.com; shannon.sullivan@tonkon.com
- US Trustee, Eugene    USTPRegion18.EG.ECF@usdoj.gov
- JOSEPH M VANLEUVEN    joevanleuven@dwt.com, marciebutler@dwt.com

## NON-ECF PARTICIPANTS

**SECURED LENDERS**

SunTrust Equipment Finance & Leasing Corp.
Attn Michael Ireton
300 E. Joppa Rd., Suite 700
Towson, MD 21286
Phone: 410-307-6634
Fax: 410-307-6652
E-mail: Mike.Ireton@suntrust.com

Arizona Business Bank
Attn Julie H Chase
1757 E Baseline Rd
Building 1 #101
Gilbert, AZ 85233
Phone: 602-240-2723
Fax: 602-230-5780
E-mail: jchase@azbizbank.com

Bank of the West
Attn: Accounts Receivable
Dept LA 23083
Pasadena, CA 91185-3083
Phone: 626-564-4000
Fax: 626-564-4020

CEDCO Small Business Finance Corporation
Attn Bill Bacon
1175 Osage Street
Suite 110
Denver, CO 80204
Ph: 303-893-8989 ext. 102
Fax: 303-892-8398

General Electric Capital Corp
Attn Doby A Rose, VP
GE Capital Global Restructuring Solutions
4 Park Plaza #1400
Irvine, CA 92614-8560
Ph: 949-838-3075
Fax: 866-947-1619
E-mail: doby.rose@ge.com

Sterling Savings Bank
Attn Glen Petersen, Special Assets
111 N Wall St
VOF 1262
Spokane, WA 99201
Ph: 509-363-0766
Fax: 509-363-5125
E-mail: Glen.Petersen@sterlingsavings.com

**TOP 20 (Not including deficiency claimants already listed above)**

Alderwood Mall LLC
c/o GGP / Homart II LLC
Attn Jerry Alder
110 N Wacker Dr
Chicago, IL 60606
Ph: 425-771-1121
E-mail: jerry.alder@generalgrowth.com

| | |
|---|---|
| Duck Delivery Produce Inc<br>Attn Derek Delandro<br>8448 NE 33rd Dr #120<br>Portland, OR 97211-2163<br>Ph: 503-288-9380<br>Fax: 503-288-0400 | Sysco Food Services of Portland Inc<br>Attn Kevin Perman<br>POB 2210<br>Wilsonville, OR 97070<br>Ph: 503-682-8281<br>Fax: 503-682-4854 |
| Inland SW Management LLC<br>Attn Tracy James - Bldg 5070<br>90 South 400 West #330<br>Salt Lake City, UT 84101<br>Ph: 801-456-0007<br>Fax: 801-456-0005 | Sysco Intermountain Food Svcs<br>Attn Ben Butler<br>POB 27638<br>Salt Lake City, UT 84127-0638<br>Ph: 801-563-6496<br>Fax: 801-563-6901 |
| Outlot Developers<br>Attn Clarke Smith<br>735 Ohms Way<br>Costa Mesa, CA 92627<br>Ph: 949-646-9648<br>Fax: 949-646-7959 | Richer & Overholt PC<br>David W Overholt, Atty for SYSCO<br>c/o Andalin Bachman<br>901 West Baxter Drive<br>South Jordan, UT 84095<br>Ph: 801-561-4750<br>Fax: 801-561-4744 |
| Pan Pacific Retail Properties<br>c/o Kimco Realty (Milwaukie MarketPlace)<br>Attn Roger Shirley<br>13635 NW Cornell Rd #160<br>Portland, OR 97229<br>Ph: 503-574-3329 ext 202<br>Fax: 503-574-2289 | Washburn Management LC<br>Attn Accounts Receivable<br>1044 South 400 West<br>Orem, UT 84058<br>Ph: 801-426-7688<br>Fax: 801-426-6914 |
| Kimco Realty Corp.<br>Attn: Legal Department<br>1621-B South Melrose Drive<br>Vista, CA 92081 | 034434/00001/1987702v2 |

Kimco Realty Corp.
Attn: Legal Department
3333 New Hyde Park Road, Suite 100
Post Office Box 5020
New Hyde Park, NY 11042-0020

RPP Bend I, LLC
Attn Rita Jones
9601 Wilshire Blvd Suite 260
Beverly Hills, CA 90210
Ph: 541-388-3644
E-mail: rdjones@bendbroadband.com

Sundance Development, Inc
c/o John Hanks
3340 Tully Rd #C-1
Modesto, CA 95350
Ph: 858-866-6777
Fax: 858-566-0269

LIST OF INTERESTED PARTIES (as of 2-5-2010)          2