1    **Leon Simson**, OSB No. 753429 (Lead Attorney)
     Direct Dial:  (503) 802-2067
2    Facsimile:    (503) 972-3767
     E-Mail:       leon.simson@tonkon.com
3    **Timothy J. Conway**, OSB No. 851752
     Direct Dial:  (503) 802-2027
4    Facsimile:    (503) 972-3727
     E-Mail:       tim.conway@tonkon.com
5    **Haley B. Bjerk**, OSB No. 062760
     Direct Dial:  (503) 802-5765
6    Facsimile:    (503) 972-7465
     E-Mail:       haley.bjerk@tonkon.com
7    **TONKON TORP LLP**
     1600 Pioneer Tower
8    888 S.W. Fifth Avenue
     Portland, OR  97204
9
          Attorneys for Debtor
10
                 IN THE UNITED STATES BANKRUPTCY COURT
11
                    FOR THE DISTRICT OF OREGON
12
     In re:                                Bankruptcy Case
13                                         No. 10-60500-fra11
     McGrath's Publick Fish House, Inc.
14                                         **DEBTOR'S FIRST AMENDED**
                        Debtor.            **DISCLOSURE STATEMENT**
15                                         **(Dated June 8, 2010)**
16
17
18
19
20
21
22
23
24
25
26

**Page 1 of 67** – DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT (June 8, 2010)

**TABLE OF CONTENTS**

I. INTRODUCTION AND SUMMARY OF PLAN ...................................................4
   A. INTRODUCTION ...........................................................................................4
   B. BRIEF EXPLANATION OF CHAPTER 11 ..................................................6
   C. SUMMARY OF PLAN....................................................................................7
II. VOTING PROCEDURES AND CONFIRMATION OF A PLAN.........................9
   A. BALLOTS AND VOTING DEADLINE .......................................................9
   B. PARTIES ENTITLED TO VOTE ................................................................11
   C. VOTES REQUIRED FOR CLASS ACCEPTANCE OF THE PLAN .........12
   D. "CRAM DOWN" OF THE PLAN ...............................................................12
   E. CONFIRMATION HEARING .....................................................................12
III. BACKGROUND AND GENERAL INFORMATION .......................................13
   A. McGRATH'S PUBLICK FISH HOUSE, INC. AND McGRATH'S
   PROPERTIES, LLC ...........................................................................................13
   B. RESTAURANTS ..........................................................................................17
   C. OTHER REAL ESTATE ..............................................................................25
   D. OTHER SECURED CREDITORS ...............................................................25
   E. MANAGEMENT AND COMPENSATION ................................................26
      1. Key Management Personnel. .................................................................26
      2. Consultants............................................................................................27
      3. Affiliated Persons..................................................................................28
   F. FINANCIAL PERFORMANCE ...................................................................28
IV. THE BANKRUPTCY CASE .............................................................................29
   A. THE FILING ................................................................................................29
   B. "FIRST DAY" MOTIONS AND OTHER OPERATIONAL ORDERS .............29
   C. POST-PETITION DEVELOPMENTS .........................................................30
   D. UNSECURED CREDITORS COMMITTEE................................................31
V. ASSETS AND LIABILITIES ..............................................................................31
   A. ASSETS .......................................................................................................31
   B. LIABILITIES ...............................................................................................32
VI. DESCRIPTION OF PLAN OF REORGANIZATION .......................................33
   A. CLASSIFICATION AND TREATMENT OF CLAIMS .............................33
   B. EXECUTORY CONTRACTS AND UNEXPIRED LEASES.............................48
   C. IMPLEMENTATION OF THE PLAN..........................................................49
      1. Operations. .............................................................................................49
      2. Management............................................................................................50
      3. Amended Loan Documents.....................................................................50
      4. Security Interest in Debtor's Stock.........................................................50
   D. FEASIBILITY ..............................................................................................51
VII. EFFECT OF CONFIRMATION .......................................................................52
   A. DISCHARGE................................................................................................52
   B. REVESTING, OPERATION OF BUSINESS ..............................................52
   C. INJUNCTION ..............................................................................................52
   D. MODIFICATION OF THE PLAN; REVOCATION OR WITHDRAWAL OF
   THE PLAN ........................................................................................................53
   E. RETENTION OF JURISDICTION ..............................................................53
   F. UNITED STATES TRUSTEE FEES ............................................................54
VIII. LIQUIDATION ANALYSIS............................................................................55
IX. CERTAIN U.S. FEDERAL INCOME TAX CONSEQUENCES OF THE PLAN ........56

**Page 2 of 67** – DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT (June 8, 2010)

A. GENERAL TAX CONSIDERATIONS ..................................................57
B. FEDERAL INCOME TAX CONSEQUENCES TO DEBTOR .........................58
   1. In General................................................................................58
   2. Cancellation of Indebtedness Income. ........................................58
C. FEDERAL INCOME TAX CONSEQUENCES TO THE HOLDERS OF AN
ALLOWED CLAIM ............................................................................60
   1. Small Unsecured Creditor Claims. ..............................................60
   2. General Unsecured Creditor Claims. ...........................................60
D. CONSEQUENCES TO HOLDERS OF EQUITY INTERESTS .......................61
E. INFORMATION REPORTING AND BACKUP WITHHOLDING ..................61
F. IMPORTANCE OF OBTAINING PROFESSIONAL TAX ASSISTANCE ........61
X. ACCEPTANCE AND CONFIRMATION OF THE PLAN..............................62
A. CONFIRMATION HEARING ................................................................62
B. REQUIREMENTS OF CONFIRMATION ..................................................62
C. RISK FACTORS.................................................................................63
   1. General Economic Conditions. ...................................................64
   2. Value Competition. ...................................................................64
   3. Commodity Prices/COGS. ..........................................................64
   4. Health and Diet. .......................................................................64
   5. Changes in Eating Habits or Preferences.....................................65
   6. Labor. .....................................................................................65
   7. Footprints. ...............................................................................65
   8. Projected Financial Results. .......................................................65
   9. Claim Amounts. .......................................................................65
D. ALTERNATIVES TO CONFIRMATION OF THE PLAN ................................66
XI. CONCLUSION.....................................................................................66

List of Exhibits

Exhibit 1 – Debtor's Plan of Reorganization
Exhibit 2 – Definition of Net Cash Flow
Exhibit 3 – Unexpired Leases and Executory Contracts to be Assumed
Exhibit 4 – Debtor's Income Statements for 2007, 2008 and 2009
Exhibit 5 – Debtor's and McGrath's Properties Year End 2009 Balance Sheet
Exhibit 6 – Schedule of Secured and Deficiency Claims
Exhibit 7 – Debtor's Projections
Exhibit 8 – Debtor's Liquidation Analysis

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

**I.    INTRODUCTION AND SUMMARY OF PLAN**

**A.    INTRODUCTION**

On June 8, 2010, Debtor filed this First Amended Disclosure Statement (the "Disclosure Statement") together with its First Amended Plan of Reorganization (the "Plan") with the Bankruptcy Court.  A copy of the Plan is attached to this Disclosure Statement as Exhibit 1.  Debtor urges you to read, review, consider and carefully analyze the Plan and, if appropriate, consult with your own counsel about the Plan and its impact on your legal rights before you vote on the Plan.  Capitalized terms used but not defined in this Disclosure Statement will have the meanings assigned to those terms in the Plan or in the Bankruptcy Code.

This Disclosure Statement is being provided to you by Debtor to enable you to make an informed judgment about the Plan.  This Disclosure Statement discloses information that, in Debtor's opinion, is material and will be important and helpful to you as you evaluate the Plan.  Among other things, this Disclosure Statement describes the manner in which Claims and Interests will be satisfied, outlines the risks and alternatives to the Plan and outlines the procedure involved in confirmation of the Plan.

The description of the Plan contained in this Disclosure Statement is intended as a summary only and is qualified in its entirety by reference to the Plan itself.  If any inconsistency exists between the Plan and this Disclosure Statement, the terms of the Plan will control.

The factual information in this Disclosure Statement has been provided by Debtor only.  It was not provided by Debtor's attorneys or accountants.  The information has been obtained from the books and records of Debtor as well as other sources deemed reliable.  Debtor has prepared the information in this Disclosure Statement in good faith, based upon information available to Debtor.  The information concerning the Plan has not been subject to an audit.  No representation concerning Debtor or the Plan is authorized by Debtor other than

**Page 4 of 67** – DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT (June 8, 2010)

1    those in this Disclosure Statement.

2    The statements contained in this Disclosure Statement are made as of the date

3    of this Disclosure Statement unless another time is specified.  Delivery of this Disclosure

4    Statement does not imply that there has been no change in the facts described in this

5    Disclosure Statement since the date of this Disclosure Statement or the date the material

6    relied on in preparation of this Disclosure Statement was compiled.

7    This Disclosure Statement may not be relied on for any purpose other than to

8    determine how to vote on the Plan.  Nothing in this Disclosure Statement constitutes an

9    admission of any fact or liability by any person, or is admissible in any proceeding involving

10   Debtor or any other person, or should be deemed conclusive advice on the tax or other legal

11   effects of the reorganization on the holders of Claims or Interests.

12   This Disclosure Statement is submitted in accordance with Section 1125 of

13   the Bankruptcy Code and Bankruptcy Rule 3016.  As of _____, 2010, it has been approved

14   by Order of the Bankruptcy Court as containing information of a kind and in sufficient detail

15   to enable a hypothetical reasonable investor typical of holders of Claims or Interests of

16   relevant Classes to make an informed judgment concerning the Plan.  The Bankruptcy

17   Court's approval of this Disclosure Statement, however, does not constitute a

18   recommendation by the Bankruptcy Court either for or against the Plan.

19   The Bankruptcy Court has scheduled a hearing on confirmation of the Plan to

20   begin _____, 2010 at _____ Pacific Time.  That hearing will be held at the United

21   States Bankruptcy Court for the District of Oregon, Courtroom 6, 405 E. 8th Ave., Eugene,

22   OR 97401 before the Honorable Frank R. Alley III, United States Bankruptcy Judge.  The

23   hearing on confirmation may be adjourned from time to time by the Bankruptcy Court

24   without further notice, except for an announcement made at the hearing or any adjournment

25   of the hearing.

26   A ballot is enclosed with this Disclosure Statement for use in voting on the

**Page 5 of 67** – DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT (June 8, 2010)

1  Plan.  In order to be tabulated for purposes of determining whether the Plan has been

2  accepted or rejected, ballots must be received at the address indicated on the ballot by no

3  later than 4:00 p.m. Pacific Time on _____, 2010.  Debtor believes that confirmation

4  of the Plan is in the best interests of the holders of Claims and Interests and urges you to

5  accept the Plan.

6  **B.    BRIEF EXPLANATION OF CHAPTER 11**

7  Chapter 11 of the Bankruptcy Code is the principal reorganization provision

8  of the Bankruptcy Code.  Pursuant to Chapter 11, a debtor-in-possession attempts to

9  reorganize its business for the benefit of the debtor, its creditors, and other parties in interest.

10  The formulation and confirmation of a plan of reorganization is the principal

11  purpose of a Chapter 11 case.  A plan of reorganization describes a proposed method for

12  compensating the holders of claims against, and interests in, a debtor.  A claim or interest is

13  impaired under a plan of reorganization if the plan provides that the legal, equitable or

14  contractual rights of the holder of that claim or interest are altered.  A holder of an impaired

15  claim or interest is entitled to vote to accept or reject the plan.  Chapter 11 does not require

16  all holders of claims and interests to vote in favor of a plan in order for the Bankruptcy Court

17  to confirm it.

18  In order for the Bankruptcy Court to confirm a plan, the Bankruptcy Court

19  must find that the plan meets a number of statutory tests.  These tests are designed to protect

20  the interests of holders of claims or interests who do not vote to accept the plan, but who will

21  nonetheless be bound by the plan's provisions if it is confirmed by the Bankruptcy Court.

22  Any creditor or other party in interest that does not believe a plan satisfies the requirements

23  of the Bankruptcy Code may object to the confirmation of that plan.

24  In most Chapter 11 cases an official committee of unsecured creditors is

25  appointed by the United States Trustee's office to, among other things, negotiate regarding

26  the plan of reorganization on behalf of all unsecured creditors of the debtor.  The United

**Page 6 of 67** – DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT (June 8, 2010)

1   States Trustee was initially unable to appoint a committee of unsecured creditors in this case.

2   However, on May 18, 2010 the United States Trustee appointed a committee consisting of

3   Eric Severson of Northwest Mechanical, who serves as chair, Ed Burran, of Legacy Air, Inc.,

4   Cindy Urresti of KNG Inc., Patrick Swope of Pacific Seafood Co. and Julie Minnick

5   Bourden of Alderwood Mall, LLC.  Mr. Swope resigned as a member of the committee on

6   May 26, 2010.

7   **C.    SUMMARY OF PLAN**

8        A copy of the Plan is attached as Exhibit 1 and discussed later in this

9   Disclosure Statement.  The following description of the Plan is intended as a brief summary

10  only.  More detail regarding the Plan is contained below, but all descriptions in this

11  Disclosure Statement are qualified in their entirety by reference to the Plan.  Debtor urges

12  each holder of a Claim or Interest to carefully review the entire Plan before voting on the

13  Plan.

14       The Reorganized Debtor will continue to operate at least 12 stores, Salem, OR

15  (downtown) which is Store 1, Salem, OR (Lancaster Mall) which is Store 2, Bend, OR which

16  is Store 3, Milwaukie, OR which is Store 4, Eugene, OR which is Store 5, Corvallis, OR

17  which is Store 6,  Medford, OR which is Store 7, Boise, ID which is Store 8, Vancouver, WA

18  which is Store 9, Sandy, UT which is Store 11, Beaverton, OR which is Store 15, and Federal

19  Way, WA which is Store 21.

20       Debtor will list for sale the Layton, UT store which is Store 13, the Mesa, AZ

21  store which is Store 14, the Goodyear, AZ store which is Store 19, and the Lakewood, CO

22  store, which is Store 20.  The Reorganized Debtor will operate each of these stores on terms

23  mutually agreeable to the Secured Creditor and the Reorganized Debtor during the pendency

24  of the listing period.  Depending on whether the offers received during the listing period are

25  acceptable, the Reorganized Debtor may negotiate revised loan amounts and payment terms

26  with the appropriate Secured Creditor or Creditors pursuant to which one or more of the

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

1   listed stores will be included as a part of the Reorganized Debtor.

2       John McGrath will manage the Reorganized Debtor and The Restaurant

3   Management Group ("RMG") will be engaged as a consultant for a minimum period of six

4   months.

5       All Claims for unpaid past due real and personal property taxes at the 12

6   stores which will become a part of the Reorganized Debtor will be paid in full within 60 days

7   after the Effective Date.

8       Secured Creditors holding Collateral with a value equal to or greater than the

9   amount of their debt will be paid in full and will generally receive monthly payments in an

10  amount equal to the amount of such payments set forth in their Loan Documents.

11      Partially Secured Creditors whose stores will be retained by the Reorganized

12  Debtor will receive monthly payments sufficient to pay in full the amount equal to the value

13  of their Collateral.

14      Partially Secured Creditors holding Collateral that cannot support profitable

15  operations by the Reorganized Debtor on an ongoing basis will have their Collateral listed for

16  sale by Debtor.

17      Small Unsecured Creditors, defined as Creditors holding Unsecured Claims in

18  an amount equal to or less than $2500, will receive an amount equal to 20% of their Claims

19  within 60 days after the Effective Date.

20      General Unsecured Creditors will receive six (6) semi-annual payments each

21  in an amount equal to 60% of the Reorganized Debtor's annual Net Cash Flow, defined in

22  Exhibit 2, during such six month period.  Debtor estimates that the total of the semi-annual

23  payments will be approximately $1,850,000, provided however, that the total amount of such

24  payments cannot be less than $1,500,000.  Debtor estimates that its total Allowed General

25  Unsecured Claims will be between $14,000,000 and $16,000,000, so that General Unsecured

26  Creditors will receive distributions equal to 12% or 13% of their Claims.

**Page 8 of 67** – DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT (June 8, 2010)

1    The holders of Interests will retain their stock, but (a) will provide a non

2  recourse guarantee that the General Unsecured Creditors will receive at least $1,500,000, and

3  (b) will pledge their stock in the Reorganized Debtor to secure the performance of their

4  guarantee.

5    The unexpired leases and executory contracts listed on Exhibit 3 will be

6  assumed by Debtor through the Plan.  All other unexpired leases and executory contracts will

7  be rejected.

8    The Effective Date of the Plan will be the first Business Day after the

9  Confirmation Order becomes a Final Order.

10  **II.    VOTING PROCEDURES AND CONFIRMATION OF A PLAN**

11      **A.    BALLOTS AND VOTING DEADLINE**

12    This Disclosure Statement and a ballot to be used for voting to accept or reject

13  the Plan will be mailed to all Creditors entitled to vote.  After carefully reviewing this

14  Disclosure Statement and its exhibits, including the Plan, please indicate your acceptance or

15  rejection of the Plan by voting in favor of, or against, the Plan on the enclosed ballot as

16  directed below.

17    Holders of each Claim that is identified in Debtor's Schedules, or with respect

18  to which a Proof of Claim has been Filed, and who are entitled to vote, will receive ballots.

19  If a Proof of Claim has been Filed and no objection has been Filed thereto, the vote will be

20  based on the amount listed in the Proof of Claim.  If no Proof of Claim has been Filed, then

21  the vote will be based on the amount of the Claim identified in Debtor's Schedules unless

22  such Claim has been scheduled as disputed, contingent or unliquidated.  Claims as to which

23  an objection has been Filed, and Claims scheduled as disputed, contingent or unliquidated are

24  referred to as "Disputed Claims".  Holders of Disputed Claims will be entitled to vote if they

25  have settled the dispute with Debtor or if the Bankruptcy Court has ruled on the objection or

26  resolved the dispute.  The Bankruptcy Code provides that the Bankruptcy Court may, if

**Page 9 of 67** – DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT (June 8, 2010)

1  requested to do so by the holder of such Claim, estimate or temporarily allow a Disputed

2  Claim for the purposes of voting on the Plan.

3       If you hold Claims in more than one class entitled to vote on the Plan, you

4  will be entitled to complete and return a ballot for each Class.  If you do not receive a ballot

5  or if a ballot is damaged or lost, please contact:

6        Tonkon Torp LLP
         Attention:  Laura Lindberg
7        1600 Pioneer Tower
         888 S.W. Fifth Avenue
8        Portland, Oregon 97204-2099
         Telephone number:  (503) 802-2128

9

10       The Bankruptcy Court has directed that to be counted for voting purposes,

11  ballots for the acceptance or rejection of the Plan must be received by Debtor no later than

12  4:00 p.m. Pacific Time, on _____, 2010.  All persons entitled to vote on the Plan may cast

13  their vote for or against the Plan by completing, dating and signing the enclosed ballot and

14  returning it, by First Class Mail or hand delivery, to Debtor at the following address:

15       Tonkon Torp LLP
         Attention:  Laura Lindberg
16       1600 Pioneer Tower
         888 S.W. Fifth Avenue
17       Portland, Oregon 97204-2099

18       Ballots may also be sent to Debtor by facsimile transmission to Tonkon Torp

19  LLP, Attention: Laura Lindberg at (503) 972 3828.

20       Any ballots received after 4:00 p.m. Pacific Time on _____, 2010

21  will not be included in any calculation to determine whether the parties entitled to vote on the

22  Plan have voted to accept or reject the Plan.

23       When a ballot is signed and returned without further instruction regarding

24  acceptance or rejection of the Plan, the signed ballot will be counted as a vote accepting the

25  Plan.  When a ballot is returned indicating acceptance or rejection of the Plan but is unsigned,

26  the unsigned ballot will not be included in any calculation to determine whether those

**Page 10 of 67** – DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT (June 8, 2010)

1   entitled to vote on the Plan have voted to accept or reject the Plan.  When a ballot is returned

2   without indicating the amount of the Claim, the amount will be the amount identified on

3   Debtor's Schedules or any Proof of Claim Filed with respect to that Claim.

4          **B.      PARTIES ENTITLED TO VOTE**

5          Pursuant to Section 1126 of the Bankruptcy Code, each class of impaired

6   Claims or Interests that is not deemed to reject the Plan (as described below) is entitled to

7   vote to accept or reject the Plan.  A Class is "impaired" unless the legal, equitable and

8   contractual rights of the holders of Claims in that Class are left unaltered by the Plan or if the

9   Plan reinstates the Claims held by members of that Class by (1) curing any defaults, (2)

10  reinstating the maturity of the Claim, (3) compensating the holder of the Claim for damages

11  that result from the reasonable reliance on any contractual provision or law that allows

12  acceleration of that Claim, and (4) otherwise leaving unaltered any legal, equitable and

13  contractual right to which the Claim entitles the holder of the Claim.  Because of their

14  favorable treatment, Classes that are not Impaired are conclusively presumed to accept the

15  Plan.  Accordingly, it is not necessary to solicit votes from the holders of Claims in Classes

16  that are not Impaired as the holders of those Claims are deemed to accept the Plan.

17         The holders of Claims in Classes 10, 13, 17, 18, 19, 22, 23, 26, 27 and 31 are

18  unimpaired.  The holders of Claims for Classes 1-9, 11, 12, 14, 15, 16, 20, 21, 24, 25, 28, 29,

19  30, 32, 33, 34, 35 and 36 are impaired.

20         Classes of Claims or Interests that will not receive or retain any money or

21  property under a Plan on account of those Claims or Interests are deemed, as a matter of law

22  under Section 1126(g) of the Bankruptcy Code, to reject the Plan and therefore are not

23  entitled to vote on the Plan.  All Classes of Claims will receive or retain some money or

24  property under the Plan, so there are no Classes that are deemed to reject the Plan.

25  ///

26  ///

**Page 11 of 67** – DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT (June 8, 2010)

1        **C.       VOTES REQUIRED FOR CLASS ACCEPTANCE OF THE PLAN**

2              As a condition to confirmation, the Bankruptcy Code requires that each

3    Impaired Class of Claims or Interests accept a plan of reorganization, subject to the

4    exceptions referenced in Part D. below entitled "Cram Down of the Plan."  At least one

5    impaired Class of Claims must accept a plan in order for that plan to be confirmed.

6              For a Class of Claims to accept the Plan, Section 1126 of the Bankruptcy

7    Code requires acceptance by Creditors that hold at least two-thirds in dollar amount and a

8    majority in number of the allowed Claims of that Class, in both cases counting only those

9    Claims actually voting to accept or reject the Plan.  The holders of Claims who fail to vote

10   are not counted as either accepting or rejecting the Plan.  If the Plan is confirmed, it will be

11   binding with respect to all holders of Claims and Interests in each Class, including Classes

12   and members of Classes that did not vote or that voted to reject the Plan.

13       **D.       "CRAM DOWN" OF THE PLAN**

14             See the discussion of "Cram Down" at Section X.B. "Requirements of

15   Confirmation".

16       **E.       CONFIRMATION HEARING**

17             The Bankruptcy Court has scheduled a hearing on confirmation of the Plan to

18   begin on _____, 2010, at _____ Pacific Time.  The Confirmation Hearing will be

19   held at the United States Bankruptcy Court for the District of Oregon, Courtroom 6, 405 E.

20   8th Ave., Eugene, OR 97401, before the Honorable Frank R. Alley III, United States

21   Bankruptcy Judge.  At the hearing, the Bankruptcy Court will consider whether the Plan

22   satisfies the various requirements of the Bankruptcy Code, including whether it is feasible

23   and whether it is in the best interests of the Creditors of Debtor.  Prior to the hearing, Debtor

24   will submit a report to the Bankruptcy Court concerning the votes for acceptance or rejection

25   of the Plan by the persons entitled to vote on the Plan.

26             Section 1128(b) of the Bankruptcy Code provides that any party in interest

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

may object to confirmation of a plan of reorganization.  Any objections to confirmation of the Plan must be made in writing and filed with the Bankruptcy Court at the address set forth in Section IA, and a copy delivered so that it is received by counsel for Debtor at the address set forth in Section II.A., no later than _____, 2010, by __:00 p.m. Pacific Time.  Unless an objection to confirmation is timely filed and received, it may not be considered by the Bankruptcy Court.

**III.    BACKGROUND AND GENERAL INFORMATION**

**A.    McGRATH'S PUBLICK FISH HOUSE, INC. AND McGRATH'S PROPERTIES LLC**

McGrath's Fish House is a 29 year old specialty restaurant brand that as of the Petition Date was operating 20 full service casual dining restaurants in six states:  Oregon (8), Washington (3), Idaho (1), Utah (4), Arizona (3) and Colorado (1).  The restaurants specialize in Pacific Northwest Seafood as well as fresh fish and shellfish from other areas. All menu items are made from scratch.  Liquor, beer and wine are offered in all locations. The restaurants serve lunch and dinner and are open seven days a week.

The first McGrath's was established in downtown Salem, Oregon and built its success by offering high quality fresh seafood in a comfortable setting at reasonable prices. Early growth was in Oregon and later in Washington.  Debtor's restaurants are based on two designs.  Each design utilizes interesting exterior lines and colors, cathedral ceilings, wrought iron accents, warm lighting, high quality woodwork, ceramic flooring, comfortable seating and unique wall hangings that create a comfortable and inviting atmosphere.  Both restaurant designs seat approximately 250 guests, including in a separate bar/lounge area.

The McGrath's Fish House brand clearly bears the imprint of its founder, owner and president, John McGrath.  He is experienced, hard working, quick and decisive. He is highly regarded among his employees for integrity, discipline and high operational standards.  His "hands-on" approach has resulted in solid and consistent fundamentals in

**Page 13 of 67** – DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT (June 8, 2010)

1  execution, quality food, service and facility upkeep.

2         McGrath's Fish House restaurants compete in the casual dining segment

3  against national chains such as Red Lobster, Olive Garden, TGI Fridays, Applebee's, Chili's

4  and Red Robin, against regional/multi-state chains such as Newport Seafood Grill and

5  Stanford's, and against local independent restaurants.

6         The casual dining segment is highly competitive and is affected by several

7  factors, including changes in eating habits, health concerns, local and regional economic

8  conditions, disposable income, population and traffic patterns and by competitive intrusion.

9  For example, quick service and fast casual competitors have made significant inroads on

10 casual dining as a result of their more convenient locations, improved food quality and, in

11 this economic climate, lower price point options.

12        Debtor's expansion efforts started slowly.  Six and a half years after the first

13 restaurant opened in downtown Salem, Oregon in 1980, Debtor opened its second restaurant

14 in Bend, Oregon in 1987, its third in Milwaukie, Oregon in 1989, its fourth in Eugene,

15 Oregon in 1990 and its sixth in Corvallis, Oregon in 1991.  After a five year hiatus, Debtor

16 opened its seventh restaurant in Medford, Oregon in 1996, its eighth in Boise, Idaho in 1998

17 and its ninth in Vancouver, Washington in 1999.

18        The pace of new restaurant openings picked up significantly in the new

19 millennium.  Debtor opened a restaurant at Lancaster Mall in Salem, Oregon in 2001

20 followed by four new restaurants in Utah within the next year and a half—in Orem and

21 Sandy in 2001 followed by Salt Lake City and Layton in 2002.   In 2003, Debtor opened a

22 restaurant in Mesa, Arizona and two months later opened a restaurant in Beaverton, Oregon.

23 Debtor opened two restaurants in 2004, one in Arcadia, California (which was closed in

24 August, 2007) and the second at Alderwood Mall in Lynnwood, Washington.  Debtor

25 continued its expansion in Arizona by opening a restaurant in Scottsdale in 2005 and in

26 Goodyear in 2006.  In 2007, Debtor opened two restaurants, one in Lakewood, Colorado and

**Page 14 of 67** – DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT (June 8, 2010)

1  the other at The Commons in Federal Way, Washington.

2          All of the Oregon restaurants, as well as the Vancouver, Washington location,

3  are able to support themselves and to service at least the senior debt placed against them.

4  The other locations have not performed as well.  A number of factors contributed to that

5  situation, including the rapid pace of expansion, higher than expected start-up costs, the

6  distance of the newer restaurants from corporate headquarters and the support and control of

7  Debtor's management, increased competition and a slow response to adjust menu items and

8  prices to address the economy's down turn and its impact on consumer's discretionary

9  spending.

10          In 2008, sales nationally for full service restaurants grew by .7% when

11  compared with 2007.  However, the full year numbers were misleading.  Sales started to

12  decline in the latter portion of 2008.  As of February, 2009, regional and independent

13  restaurant companies were experiencing between 10% and 15% same store sales declines.

14  Restaurant sales continued to decline throughout 2009.

15          Debtor began experiencing declining same store sales trends at its restaurants

16  during 2007 and that trend continued through the first part of 2009.

17          Below is a table that demonstrates Debtor's sales (in thousands), on a same

18  store basis, for 2006, 2007, 2008 and 2009:

| Store/Year | 2006 | 2007 | 2008 | 2009 |
|---|---|---|---|---|
| #1  Salem Downtown | 2,036 | 2,124 | 1,958 | 1,881 |
| #2  Salem Lancaster Mall | 3,286 | 3,406 | 3,007 | 3,070 |
| #3  Bend | 2,568 | 2,542 | 2,121 | 2,030 |
| #4  Milwaukie | 3,001 | 2,822 | 2,532 | 2,518 |
| #5  Eugene | 3,232 | 3,188 | 2,851 | 2,808 |
| #6  Corvallis | 2,565 | 2,578 | 2,168 | 2,133 |
| #7  Medford | 3,214 | 3,165 | 2,723 | 2,606 |
| #8  Boise | 3,435 | 3,155 | 2,470 | 2,160 |
| #9  Vancouver | 3,465 | 3,513 | 3,080 | 2,935 |
| #10 Orem | 1,768 | 1,779 | 1,403 | 1,168 |
| #11 Sandy | 3,089 | 2,506 | 2,132 | 1,942 |
| #12 Salt Lake City - Gateway | 2,499 | 2,336 | 1,962 | 1,642 |

**Page 15 of 67** – DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT (June 8, 2010)

| Store/Year | 2006 | 2007 | 2008 | 2009 |
|---|---|---|---|---|
| #13 Layton | 2,102 | 1,980 | 1,640 | 1,542 |
| #14 Mesa | 2,646 | 2,163 | 1,592 | 1,433 |
| #15 Beaverton | 3,156 | 3,091 | 2,669 | 2,546 |
| #16 Arcadia | 1,736 | 989 | Closed 8/21/07 | |
| #17 Lynnwood | 3,256 | 3,074 | 2,457 | 2,081 |
| #18 Scottsdale | 2,415 | 1,863 | 1,327 | 1,127 |
| #19 Goodyear | 3,491 | 2,825 | 1,940 | 1,450 |
| #20 Lakewood | - | 2,445 | 2,111 | 1,612 |
| #21 Federal Way | - | 677 | 3,188 | 2,360 |
| Totals: | 52,959 | 52,219 | 45,330 | 41,045 |

In response to declining sales, Debtor reduced its headcount, payroll expenses (including its 401k benefit) and its general and administrative expenses by cutting personnel and freezing or reducing wages at its corporate headquarters, at the regional management and in-store management levels and in its stores. In 2008, Mr. McGrath obtained a line of credit on the equity in his home and contributed the loan proceeds to the business. Debtor used those proceeds to cover payroll and to make a scheduled payment on a class action lawsuit settlement in connection with an alleged California labor violation.

Beginning in 2008, Debtor began to experience difficulty servicing its debt and was in default of most, if not all, of its obligations to its lenders. In December, 2008, Debtor and certain of its affiliates entered into a Forbearance and Modification Agreement with eight of Debtor's lenders. Those lenders extended certain financial accommodations to Debtor through March 31, 2009. Among other things, the forbearance agreement permitted Debtor to make interest-only payments to those lenders at the pre-default rate of interest. That forbearance agreement was renewed several times.

Debtor leased several of its restaurants from McGrath's Properties LLC, an Oregon limited liability company owned by John McGrath, Deborah McGrath and their children Justin McGrath, Lori McGrath and Krista Oswald. A number of Debtor's newer restaurants were located on these properties. McGrath's Properties LLC's only business was leasing its real property to Debtor, its only assets were the real properties that were leased to

**Page 16 of 67** – DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT (June 8, 2010)

1   Debtor.  McGrath's Properties LLC's only creditors were its secured lenders and county

2   taxing authorities.  As these restaurants experienced the greatest financial difficulties,

3   McGrath's Properties had no equity in any of its real estate, and its lenders all had deficiency

4   claims.  As a result, McGrath's Properties LLC has no unsecured creditors other than the

5   deficiency claims held by its partially secured creditors and no assets to satisfy those

6   deficiency claims.  Furthermore, Debtor had guaranteed all of McGrath's Properties LLC's

7   debt to its lenders.

8          In order to simplify the bankruptcy proceeding, the McGrath children

9   conveyed their interests in McGrath's Properties LLC back to their parents, without

10  consideration.  McGrath's Properties LLC then merged with and into Debtor, which was the

11  surviving entity.  As a result, inter-company debts were eliminated and inter-company

12  contracts, including lease agreements, were, by operation of law, merged and no longer exist.

13  Since McGrath's Properties LLC had no assets with which to pay its deficiency claims, its

14  unsecured creditors were not harmed by the merger.  Since Debtor had guaranteed all of

15  McGrath's Properties LLC's obligations, the merger did not increase the amount of the

16  unsecured claims against Debtor.

17      **B.    RESTAURANTS**

18         Debtor operated 20 restaurants at the time the Petition was filed and currently

19  operates 16 restaurants in six states.  Debtor commonly refers to its restaurants by number.

20         <u>Store 1/Downtown Salem</u>:  The original McGrath's Fish House restaurant,

21  located at 350 Chemeketa St. in Salem, Oregon, opened in August, 1980.  Debtor leases the

22  land and restaurant building from The City of Salem for $5,645.50 per month.  There are no

23  Liens against this restaurant's assets.

24         <u>Store 2/Lancaster Mall, Salem</u>:  McGrath's Fish House located at 3805 Center

25  Street NE at Lancaster Mall in Salem, Oregon, opened in March, 2001.  Debtor leases the

26  land from Lancaster Development Co. LLC for $9,235.94 a month under a ground lease.

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

1  Debtor owns the building.  GE Commercial Finance Business Property ("GE CFBP") has a

2  Lien on the building and equipment to secure repayment of a loan.  Debtor believes that the

3  balance of the loan as of the Petition Date was approximately $1,124,800.  Other than the

4  Lien of GE CFBP, there are no other Liens against this restaurant's assets.  Debtor believes

5  the fair market value of this store as an ongoing business is equal to, or exceeds, the amount

6  of the secured debt based on this restaurant's ability to service that debt.

7       Store 3/Bend:  McGrath's Fish House located at 3118 N. Highway 97 in Bend,

8  Oregon, opened in January, 1987.  Debtor leases the land and restaurant building from RPP

9  Bend I, LLC for $6,906.28 a month, and Debtor owes the landlord $30,607.21.  SunTrust

10  Equipment Finance & Leasing Corp. ("SunTrust") has an unperfected security interest

11  against the refrigeration and related equipment at the Bend Store as well as against similar

12  equipment at the Eugene and Medford Stores to secure repayment of a loan which SunTrust

13  claims has a balance of approximately $345,718.00.  There are no Liens against this

14  restaurant's assets.

15       Store 4/Milwaukie:  McGrath's Fish House located at 11050 SE Oak Street in

16  Milwaukie, Oregon, opened in December 1989.  Debtor leases the land and restaurant

17  building from Pan Pacific Retail Properties (Milwaukie Marketplace) for $12,316.80 a

18  month, and Debtor owes the landlord $16,827.98.  There are no Liens against this restaurant's

19  assets.

20       Store 5/Eugene:  McGrath's Fish House located at 1036 Valley River Way in

21  Eugene, Oregon, opened in October 1990.  Debtor leases the land and restaurant building

22  from Outlot Developers, LLC for $12,000.00 a month.  There are no Liens against this

23  restaurant's assets.

24       Store 6/Corvallis:  McGrath's Fish House located at 350 Circle Blvd. in

25  Corvallis, Oregon, opened in December 1991.  Debtor leases the land and restaurant building

26  from Outlot Developers, LLC for $10,048.66 a month.  Key Equipment Finance has a Lien

**Page 18 of 67** – DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT (June 8, 2010)

on the furniture, fixtures and equipment that Debtor transferred to Corvallis from Restaurant 16 when Debtor closed that location.  That Lien secures a loan in the original principal amount of $592,415.98.  Debtor believes that as of the Petition Date the balance was $575,933.00.  Other than Key Equipment Finance's Lien, there are no Liens against this restaurant's assets.

Store 7/Medford:  McGrath's Fish House located at 68 E Stewart Ave. in Medford, Oregon, opened in February 1996.  Debtor owns the land and building at this location.  Keybank N.A. ("KeyBank") has a Lien against the real estate and improvements to secure repayment of a loan in the original principal amount of $1,380,790.39.  Debtor believes that as of the Petition Date the balance was $1,383,590.  Sterling Savings Bank ("Sterling") also has a Lien against this restaurant to secure three cross-collateralized loans, Loan 9001 evidencing funds advanced for Store 20, Loan 9002 evidencing funds advanced for Store 9, and Loan 9003 evidencing funds advanced for Store 7.  The three loans had an aggregate balance of approximately $5,084,000 as of the Petition Date (the "Sterling Loan").  Debtor believes that the fair market value of this store is $1,850,000 based on an appraisal performed for KeyBank.

Store 8/Boise:  McGrath's Fish House located at 1749 S. Cole Road, Boise, Idaho, opened in June, 1998.  Debtor leases the land and restaurant building from Sundance Development Inc. for $15,972.59 a month.  There are no Liens against this restaurant's assets.

Store 9/Vancouver:  McGrath's Fish House located at 12501 SE Second Circle in Vancouver, Washington, opened in November, 1999.  Debtor owns the land, the restaurant building and equipment at this location.  Sterling has a senior Lien against the real estate and improvements and a junior Lien (subordinate to the Lien of the United States Small Business Administration ("SBA") against the personal property to secure repayment of the Sterling Loan described above.  The SBA has a senior Lien against the personal property at Store 9 to secure repayment of a loan in the original principal amount of $1,500,000 (the "SBA Loan").

**Page 19 of 67** – DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT (June 8, 2010)

1  Debtor believes that the fair market value of the land and building is $2,700,000 based on an

2  appraisal performed for Sterling and the value of the equipment is $95,000 based on an

3  appraisal performed for the SBA.

4       Store 10/Orem:  McGrath's Fish House located at 860 West 1250 South in

5  Orem, Utah, opened in July, 2001 and ceased operations on February 15, 2010.  Debtor

6  leased the land from Washburn Management LC for $6,875.00 a month under a ground lease.

7  Debtor filed a motion to reject that lease.  However, at KeyBank's request Debtor agreed to

8  continue the hearing on that motion on the condition, among others, that KeyBank pay the

9  occupancy expenses after February 15, 2010.  Debtor owns the restaurant building.  KeyBank

10  has a Lien against on the building to secure repayment of a loan.  Debtor believes that the

11  current balance is $842,124.00.  Key Equipment Finance has a Lien on this restaurant's

12  furniture, fixtures and equipment located to secure payment under a capital lease.  Debtor

13  believes that the current balance is $70,614.00.  An appraisal performed for KeyBank states

14  that the value of this store is $700,000.  However, Debtor believes the value is approximately

15  $450,000 based on a broker's opinion.  Debtor is in the process of engaging the broker to sell

16  Debtor's interest in this store.

17       Store 11/Sandy:  McGrath's Fish House located at 10590 South State Street in

18  Sandy, Utah, opened in December, 2001.  Debtor leases the land from Macerich South

19  Towne LP for $14,847.40 a month under a ground lease.  Debtor owns the building.

20  KeyBank has a Lien on the building to secure repayment of a loan.  Debtor believes that the

21  current balance is $896,130.00.  Key Equipment Finance has a Lien on this restaurant's

22  furniture, fixtures and equipment to secure payment under a capital lease.  Debtor believes

23  that the current balance is $142,433.00.  Debtor estimates that the value of the building in

24  Sandy is $637,500 and the value of the furniture, fixtures and equipment is $112,500 for a

25  total of $750,000 based on the secured debt this restaurant can service.

26  ///

**Page 20 of 67** – DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT (June 8, 2010)

1    <u>Store 12/Salt Lake City</u>:  McGrath's Fish House located at 190 South 400

2    West in Salt Lake City, Utah, opened in January, 2002 and ceased operations on February 15,

3    2010.  Debtor leased the land and building from Inland US Management LLC.  Debtor has

4    rejected that lease effective February 17, 2010.  Key Equipment Finance has a Lien on this

5    restaurant's furniture, fixtures and equipment to secure payment under a capital lease.  Debtor

6    believes that the current balance is $130,132.00, and that the value of the equipment is

7    substantially less.

8    <u>Store 13/Layton</u>:  McGrath's Fish House located at 908 Main Street in Layton,

9    Utah, opened in July, 2002.  Debtor leases the land from JT Layton Crossing North LC for

10    $9,536.67 a month under a ground lease, and Debtor owes the landlord approximately

11    $35,000 for taxes which Debtor was obligated to pay under the ground lease.  Debtor owns

12    the building and the equipment.  US Bank N.A. ("US Bank") has a Lien against the building

13    to secure repayment of a loan.  Debtor believes that the current balance of that loan is

14    approximately $860,902.00.  U.S. Bancorp Equipment Finance ("US Bancorp") has a Lien

15    against all equipment, fixtures and personal property, leases, rents and income from this

16    restaurant to secure payment under a capital equipment lease.  Debtor believes that the

17    current balance of this loan is approximately $234,780.00.  Debtor believes that the sale

18    value of this store using an orderly sales process is between $700,000 and $900,000 based on

19    a broker's opinion.  Debtor is in the process of engaging the broker to sell Debtor's interest in

20    this store.

21    <u>Store 14/Mesa</u>:  McGrath's Fish House located at 1610 South Stapley Drive in

22    Mesa, Arizona, opened in July, 2003.  Debtor leases the land and building from McGrath-

23    Marshall LLC, a real estate holding company owned by Debtor (90%) and Debtor's Vice

24    President, James R. Marshall (10%) for $11,500 a month.  Debtor owed the landlord

25    $40,324.08 as of the Petition Date and has made no rent payments since then.  US Bank has a

26    Lien against the real estate and improvements to secure repayment of a promissory note

**Page 21 of 67** – DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT (June 8, 2010)

1    made by McGrath-Marshall LLC.  Debtor believes that the current balance is approximately

2    $1,754,892.00.  Debtor has guaranteed the payment of that note.  US Bancorp has a Lien on

3    various items of furniture, fixtures and equipment to secure payment of a capital equipment

4    lease.  Debtor believes that the current balance is approximately $380,211.00.  There is a

5    Lien for personal property taxes, estimated to be $8,188.20.  Debtor is in the process of

6    engaging a broker to sell this store.  Debtor believes that the sale value of this store is

7    approximately $1,350,000 based on the broker's opinion.

8        Store 15/Beaverton:  McGrath's Fish House located at 3211 SW Cedar Hills

9    Blvd. in Beaverton, Oregon, opened in October 2003.   Debtor leases the land from Center

10   Developments Oreg., Ltd. for $12,747.83 a month under a ground lease.  Debtor owns the

11   building and the equipment.  US Bank has a Lien on the building to secure repayment of a

12   loan.  Debtor believes that as of the Petition Date the balance was $936,900.00.  US Bancorp

13   has a Lien on furniture, fixtures and equipment located at this restaurant to secure payment

14   under a capital lease.  Debtor believes that as of the Petition Date the balance was

15   $402,771.00.  Debtor believes that the fair market value of this restaurant is equal to, or

16   exceeds, the amount of the secured debt owing based on its ability to service the secured

17   debt.

18       Store 16/Arcadia:  The McGrath's Fish House restaurant located at 400 South

19   Baldin, Avenue in Arcadia, California, opened in October, 2004, and closed in August, 2007.

20   Key Equipment Finance had a Lien against the equipment located at this restaurant, but the

21   lender permitted Debtor to move that equipment collateral to Corvallis, and the Lien

22   transferred with that equipment.

23       Store 17/Lynnwood:  McGrath's Fish House located at 3000 184th St. SW,

24   Suite 870 in Lynnwood, Washington, opened in December, 2004, and ceased operations on

25   February 15, 2010.  Debtor leased the land and building from Alderwood Mall LLC, c/o

26   GGP/Homart II LLC for $25,199.93 per month.  Debtor has rejected this lease.  GE Capital

**Page 22 of 67** – DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT (June 8, 2010)

Franchise Finance Corporation has a Lien on all tangible personal property at this location, including machinery, appliances, furniture, equipment and inventory, and all profits, income, accounts and contracts, to secure payment of $630,796.72 under a capital equipment lease. There is a Lien for personal property taxes, estimated to be $6,791.49. Debtor believes that the value of the tangible personal property is significantly less than the amount of the debt against it.

Store 18/Scottsdale: McGrath's Fish House located at 7000 E Mayo Blvd, Building #5 in Phoenix, Arizona, opened in September, 2005, and ceased operations on February 15, 2010. Debtor leased the land from Scottsdale / 101 Associates for $15,514.83 a month under a ground lease. Debtor filed a motion to reject that lease. However, at KeyBank's request Debtor agreed to continue the hearing on that motion on the condition, among others, that KeyBank pay the occupancy expenses after February 15, 2010. Debtor owns the building and the equipment. KeyBank has a Lien against the building to secure repayment of a loan. Debtor believes that the current balance is $1,362,900.00. General Electric Capital Corp. has a Lien against the personal property to secure payment of $787,110.45 under a capital equipment lease. There is a Lien for personal property taxes, estimated to be $11,133.58. Debtor is in the process of engaging a broker to sell Debtor's interest in the store. Debtor believes that the sale value of Debtor's interest of this store is between $500,000 and $700,000 based on the broker's opinion.

Store 19/Goodyear: McGrath's Fish House located at 1800 N. Litchfield Road in Goodyear, Arizona, was opened in April, 2006. Debtor owns the land, building and improvements at this location. Arizona Business Bank has a senior Lien against the real estate, improvements and inventory, building materials and general intangibles and a junior Lien on equipment and fixtures. The Lien secures repayment of a promissory note which Debtor believes has a current balance of approximately $2,296,715.25. GE Commercial Corp ("GECC"), by assignment from Key Equipment Finance, has a purchase money

**Page 23 of 67** – DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT (June 8, 2010)

1    security interest in specified furniture, fixtures and equipment to secure payment of an

2    obligation which Debtor believes has a current balance of approximately $952,763.  There

3    are also Liens for unpaid real property taxes, estimated to be $36,155.30 and personal

4    property taxes, estimated to be $12,470.99.  Debtor is in the process of engaging a broker to

5    sell this store.  Debtor believes that the sale value of this store is between $1,200,000 and

6    $1,400,000 based on the broker's opinion.

7            Store 20/Lakewood:  McGrath's Fish House located at 14035 West Colfax

8    Drive in Lakewood, Colorado, opened in April, 2007.  Debtor owns the land and building at

9    this location.  Sterling has a Lien against the real and personal property to secure the Sterling

10   Loan.  The Lien is in first position with regard to the first $2,248,900 of Loan 9001 which is

11   that portion of the Sterling Loan advanced for Store 20, and subordinated to the Lien of the

12   SBA (described below) to the extent of the next $93,750.34, and then in first position with

13   regard to the balance of the Sterling Loan.  SBA has a Lien against the personal property

14   with priority relative to the Sterling Loan as described above.  The SBA's Lien secures

15   repayment of the SBA Loan.  Debtor believes that the current balance of the SBA Loan is

16   approximately $1,573,078.00.  There are substantial disputed Liens for unpaid real and

17   personal property taxes.  Debtor is in the process of engaging a broker to sell this store.

18   Debtor believes that the sale value of this store is approximately $1,700,000.

19           Store 21/Federal Way:  McGrath's Fish House located at 1911 South 320th

20   Street, Federal Way, Washington, opened in November, 2007.  Debtor leases the land from

21   Steadfast Commons LLC for $12,827.42 a month under a ground lease.  GE Commercial

22   Finance Business Property has a Lien on the building, improvements and fixtures to secure

23   repayment of a loan.  Debtor believes that the current balance is approximately

24   $2,452,321.38.  General Electric Capital Corp. has a Lien on certain equipment to secure

25   repayment of a loan.  Debtor believes that the current balance is approximately $995,612.

26   Bank of the West has a Lien on certain point of sale equipment.  Debtor believes that the

**Page 24 of 67** – DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT (June 8, 2010)

1     value of the building is $490,000 and value of the equipment and personal property is

2     $260,000 for a total of $750,000 based on the secured debt this restaurant can service.

3     **C.    OTHER REAL ESTATE**

4         Debtor owns the office building at 1935 Davcor Street SE in Salem, Oregon,

5     where Debtor's corporate headquarters are located. Debtor refers to its corporate

6     headquarters as "Store 99". US Bank has a Lien against the real property and all furnishings,

7     fixtures, equipment and leasehold improvements, accounts, and general intangibles at this

8     location to secure a loan which had a balance of $58,244.29 as of the Petition Date and the

9     current balance is $56,811.00. Debtor believes that Store 99 has a fair market value of

10     $425,000 to $475,000 based on the broker's opinion.

11     **D.    OTHER SECURED CREDITORS**

12         GreatAmerica Leasing Corp. ("GreatAmerica") entered into a financing lease

13     agreement with Debtor in November 2008 for certain computer equipment that enables

14     Debtor to process credit cards at their various restaurant locations. The 'Radiant Point of

15     Sale' equipment pertaining to the GreatAmerica financing is located at six of Debtor's Oregon

16     stores (Beaverton, Bend, Corvallis, Eugene, Milwaukie and Salem-Lancaster). The total

17     outstanding loan amount owing to GreatAmerica as of the Petition Date is $31,800 according

18     to Debtor's books and records.

19         Similarly, in September 2008, Debtor entered into an Equipment Financing

20     Agreement with Alpine Leasing, Inc., which was subsequently assigned to Marlin Leasing

21     Corp. ("Marlin"), under which agreement Marlin is the holder of the debt pertaining to

22     Debtor's purchase of credit card processing computer equipment used at Debtor's fourteen

23     other stores (those not named in the paragraph above), as well as Debtor's corporate

24     headquarters office in Salem, Oregon. The total outstanding loan amount owing to Marlin as

25     of the Petition Date is $61,990 according to Debtor's books and records. The Equipment

26     Financing Agreement appears to be a true lease. However, Marlin has filed a financing

**Page 25 of 67** – DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT (June 8, 2010)

1  statement which would perfect its interest in the event the Equipment Financing Agreement

2  was construed as a security agreement.

3       Debtor maintains its bank accounts at US Bank.  According to US Bank,

4  Debtor has $985,937.11 in its accounts as of the Petition Date.  Debtor was in default of its

5  obligations owing to US Bank on the Petition Date, and US Bank contends that it has a

6  secured claim based on its right to set off the amount owing in Debtor's bank accounts

7  against the amount Debtor owed to US Bank.

8      **E.**   **MANAGEMENT AND COMPENSATION**

9      1.   Key Management Personnel.

10      <u>John McGrath, President and Owner</u>.  John McGrath is a northwest native and

11  has lived in Salem, Oregon for 35 years.  He earned a Hotel & Restaurant Administration

12  degree at Washington State University.  Mr. McGrath started his first restaurant in Salem at

13  age 29 and has owned and operated McGrath's Publick Fish House, Inc. since 1980.  Mr.

14  McGrath oversees Debtor's overall operations with his primary focus on menu development,

15  marketing and individual restaurant's achievement of standards.  Mr. McGrath will continue

16  to be employed by the Reorganized Debtor at an initial base salary of $14,583 per month.

17      <u>James R. Marshall, Vice President</u>.  Jim Marshall brings over 30 years of

18  experience in restaurant management to Debtor.  He has been employed by Debtor for over

19  15 years and is responsible for managing Debtor's restaurant operations and overseeing all

20  personnel issues.  Mr. Marshall supervised several restaurants of a national restaurant

21  company prior to his employment with Debtor.  Mr. Marshall will continue to be employed

22  by the Reorganized Debtor at an initial base salary of $9,800 per month plus $2,167 per

23  month for restaurant inspections and incentive compensation up to 50% of pre-tax salary.

24  Mr. Marshall's incentive compensation is based on how well each restaurant meets its

25  targeted controllable income which is defined as revenue minus controllable expenses.

26  ///

**Page 26 of 67** – DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT (June 8, 2010)

1       Dave Large, Controller. Dave Large brings over 8 years of experience in

2   corporate accounting to Debtor. He is responsible for managing Debtor's finances. Mr.

3   Large's career includes over 20 years working with multi branch / multi state corporations in

4   both operations and accounting. Mr. Large will continue to be employed by the Reorganized

5   Debtor at an initial base salary of $5,083 per month.

6       2.      Consultants.

7       RMG will continue to advise Debtor on Debtor's marketing and operations

8   pursuant to a consulting agreement for at least 6 months following the Effective Date. RMG

9   states on its website that it is "the only turnaround management company which specializes

10  exclusively in the restaurant space". RMG worked with Debtor for approximately a year

11  before the Petition Date.

12      RMG initially assessed for opportunities across all areas of the business.

13  RMG helped Debtor reformat its profit and loss statements to more accurately reflect

14  business performance – specifically in the discount line items (promotions, etc.). This

15  enabled a more detailed analysis of both promotional activity, customer satisfaction

16  (identifying discounts for cold food, poor service, etc.) as well as data mining of product mix

17  to support price changes and menu modification. Ultimately, based upon this analysis, a

18  revised menu was developed with improved pricing and value perception. RMG helped

19  Debtor implement a key indicator report which enabled field managers to dial in on cost

20  issues in their restaurants. The combination of these efforts both assisted Debtor's team with

21  improved operations, as well as drove revenue and traffic to the stores.

22      In order to assess customer interests, RMG developed and deployed a

23  customer feedback card. Information contained in these results assisted Debtor with crafting

24  a revised menu.

25      Simultaneously RMG guided Debtor through several revised marketing

26  campaigns. For example, previous efforts promoted a single item. Based on RMG's

**Page 27 of 67** – DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT (June 8, 2010)

1    recommendations, Debtor began offering multiple items in its quarterly promotions which

2    broadened its appeal and yielded greater traffic counts.  Additionally, McGrath's had under-

3    utilized banners, in-store materials and menu inserts.

4        RMG also helped Debtor institute additional marketing initiatives.  These

5    clearly drove both customer counts and revenue.  Within six months, Debtor's same store

6    sales trends improved from negative 17% to 18% (when RMG was engaged), to flat, and

7    even up over prior year in the fall of 2009.

8        RMG was also instrumental in lease negotiations.  Conducting some

9    discussions directly with landlords, and others with Debtor's team, several lease concessions

10   were obtained.

11       3.    Affiliated Persons.

12       Krista Oswald, Mr. McGrath's daughter, services as Debtor's marketing

13   coordinator.  She receives a salary of $34,000 per year for her services.  Justin McGrath, a

14   son, is a manager at the Milwaukie store, and makes $39,000 per year.  He, like any other

15   store manager, is eligible for a merit performance bonus.  The bonus cannot exceed $6,000

16   per year.  Bo Oswald, a son-in-law, owns a separate business and provides facility

17   management services to Debtor.  He is paid $500 per month and receives $350 per month

18   towards his rent.

19   **F.    FINANCIAL PERFORMANCE**

20       The income statements for Debtor (which show as an expense "internal rent"

21   paid to McGrath's Properties LLC) for the three prior fiscal years are attached as Exhibit 4.

22   Additional or more detailed information can be obtained by submitting a written request to

23   Debtor's counsel, identifying the information sought.

24   ///

25   ///

26   ///

**Page 28 of 67** – DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT (June 8, 2010)

1    **IV.    THE BANKRUPTCY CASE**

2        **A.    THE FILING**

3            Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy

4    Code on February 3, 2010.  The filing was required in order to provide a single forum in

5    which to accomplish a reorganization involving numerous secured creditors and landlords.

6        **B.    "FIRST DAY" MOTIONS AND OTHER OPERATIONAL ORDERS**

7            At the beginning of the Chapter 11 case, the Bankruptcy Court, at Debtor's

8    request, entered several orders necessary for Debtor to continue operations.  These orders

9    authorized Debtor to pay certain prepetition priority claims and granted other relief necessary

10   to facilitate Debtor's transition between prepetition and post-petition business operations.  In

11   the first few weeks after the Petition Date, the Bankruptcy Court orders authorized Debtor to,

12   among other things:

13       •    Pay accrued prepetition wages, salaries, compensation, expenses,

14            benefits and related taxes for Debtor's employees;

15       •    Maintain Debtor's bank accounts and operation of its cash

16            management system substantially as it existed before the Petition Date,

17            pending the opening of debtor in possession accounts;

18       •    Continue utility service during the case, including a determination as

19            to the amount of an adequate deposit;

20       •    Honor gift cards that were issued prepetition;

21       •    Pay suppliers who qualified under Section 503(b)(9) of the Bankruptcy

22            Code;

23       •    Use an alternative form of monthly financial reporting to comply with

24            standards in the industry and Debtor's normal and usual accounting

25            practices;

26

**Page 29 of 67** – DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT (June 8, 2010)

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

1          •     Use cash collateral in which some of the prepetition creditors held an

2                interest; and

3          •     Retain the following professionals to advise Debtor:  Tonkon Torp

4                LLP as general and restructuring counsel; AKT as accountants; and

5                RMG as marketing and operating consultants.

6     **C.     POST-PETITION DEVELOPMENTS**

7          Debtor closed Store 12 in Salt Lake City and Store 17 in Lynnwood and has

8     rejected the leases for those restaurants.  Debtor closed Store 10 in Orem, Utah and Store 18

9     in Scottsdale, Arizona.  Debtor also filed motions to reject these leases.  However, KeyBank,

10    a secured creditor with respect to those stores wanted more time to evaluate its alternatives

11    for those stores.  As a result the motions have been continued, and Debtor and KeyBank

12    entered into an agreement whereby KeyBank will pay the ongoing expenses of those

13    restaurants while KeyBank evaluates its alternatives.  The Bankruptcy Court has approved

14    that agreement.

15         The Bankruptcy Court granted General Electric Capital Corp.'s motion for

16    relief from the automatic stay to permit GECC to repossess its collateral at Store 17

17    (Lynnwood) and Store 18 (Scottsdale).  Debtor did not oppose that motion.

18         Debtor, with the consent of the applicable secured creditors, selected brokers

19    to sell Debtor's interests in the Orem, Layton, Mesa, Scottsdale, Goodyear and Lakewood

20    stores.  Debtor has submitted, or will submit, applications to employ these brokers.

21         Debtor has negotiated with a number of the landlords of the stores that will be

22    included as a part of the Reorganized Debtor in an effort to reduce rent.  Debtor, with RMG's

23    assistance, was successful with regard to four landlords and negotiations continue with two

24    others.

25    ///

26    ///

**Page 30 of 67** – DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT (June 8, 2010)

1      **D.      UNSECURED CREDITORS COMMITTEE**

2            As discussed above in Section I.B. an unsecured creditors committee was

3      appointed on May 18, 2010.

4      **V.      ASSETS AND LIABILITIES**

5      **A.      ASSETS**

6            The balance sheets for each of Debtor and McGrath's Properties as of fiscal

7      year end 2009 are attached hereto as Exhibit 5.  It is important to note that asset values are

8      based on book values.  In fact, the real market value of both the real property and equipment

9      vary significantly from their book value.

10           Debtor also holds liquor licenses as well as the right to use the "McGrath's"

11     trade names.  While these assets are valuable, it is difficult to assign an independent value to

12     them because they are integral to the operation of the restaurants and thus included within the

13     value of those restaurants.

14           Debtor has certain Rights of Action.  Debtor has performed a preliminary

15     preference analysis.  Because Debtor paid almost all of its vendors according to normal

16     business terms prior to bankruptcy, there are very few potentially recoverable preferences.

17     Debtor identified a total of about $150,000 of payments that could have been preferential and

18     were reviewed.  However, Debtor's best estimate at this time is that the net recovery from

19     any preferences will be almost zero because most of those payments were ordinary course

20     payments for debt that was incurred in the ordinary course of Debtor's business.  The most

21     significant potential preference payment was a $64,052.52 payment to ADLIB Advertising

22     Agency, Ltd. ("ADLIB") on February 3, 2010, the Petition Date.  Debtor's monthly invoices

23     from ADLIB typically total approximately $60,000—for example from October 2009

24     through January 2010, Debtor's invoices from ADLIB ranged from $58,000 per month to

25     $79,000 per month.  ADLIB sends Debtor an invoice at the end of each month for services

26     provided in during that month.  Debtor typically pays ADLIB's invoices in the second week

**Page 31 of 67** – DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT (June 8, 2010)

1  of the following month.  In this particular instance, Debtor paid ADLIB's January 2010

2  invoice on February 3, 2010, approximately a week earlier than normal.  Debtor does not

3  intend to pursue this claim because it believes the chance of obtaining a net recovery is very

4  small.

5         If Debtor's tentative agreement with US Bank is not implemented, Debtor may

6  also assert a preference claim against US Bank.  The claim relates to the improvement of its

7  setoff rights within 90 days of the Petition Date by virtue of Debtor's increased deposits in its

8  accounts at US Bank during that period.  Specifically, 90 days prior to the Petition Date,

9  Debtor had approximately $673,326 on deposit with US Bank, and as of the Petition Date

10 that amount had increased to $985,937.11.  US Bank claims that it is entitled to a setoff right

11 against the funds on deposit as of the Petition Date, and to the extent Debtor acknowledges a

12 set off right.  Debtor will likely assert that the improvement in US Bank's position by virtue

13 of Debtor's increased cash deposits within the 90 days prior to the Petition Date should be

14 recoverable as a preference.

15 **B.    LIABILITIES**

16        Debtor expects that it will have net administrative expenses relating to

17 professional fees of approximately $500,000 on the Effective Date.  Debtor anticipates that

18 the Reorganized Debtor will have about $10,300,000 in secured debt and between

19 $14,000,000 and $16,000,000 of unsecured debt.  Debtor estimates that prepetition unsecured

20 Claims will be between approximately $1,300,000 and $1,900,000, lease rejection Claims

21 will total between $850,000 and $1,500,000 depending on whether the leases for the Orem

22 and Scottsdale stores are assumed, and Secured Creditors' deficiency Claims will total

23 between approximately $12,000,000 and $12,500,000.  Exhibit 6 shows each Secured

24 Creditors' currently estimated secured and deficiency Claim as well as the basis for Debtor's

25 assumptions regarding those Claims.

26 ///

**Page 32 of 67** – DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT (June 8, 2010)

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

1    **VI.    DESCRIPTION OF PLAN OF REORGANIZATION**

2    **A.    CLASSIFICATION AND TREATMENT OF CLAIMS**

3    For purposes of this Plan, Claims (except those treated under Article 2 of the

4    Plan) are classified and will be treated as provided below.  A Claim is classified in a

5    particular Class only to the extent that such Claim qualifies within the description of such

6    Class, and is classified in a different Class to the extent that such Claim qualifies within the

7    description of such different Class.

8    Class 1 consists of the Allowed Secured Claim of GE CFBP in the amount of

9    $1,124,800 as of the Petition Date secured by its Lien against the real estate improvements

10    and restaurant equipment and furniture at Debtor's restaurant located at 3805 Center Street

11    NE at Lancaster Mall in Salem, Oregon ("Store 2").  The Class 1 Claim will be paid in equal

12    monthly installments of $14,621, including principal and interest at 8.90%.  The first such

13    monthly payment will be paid within the first ten (10) days of the first full month following

14    the Effective Date.  Each subsequent monthly payment will be paid within the first ten (10)

15    days of each subsequent calendar month until the Class 1 Claim is paid in full.  GE CFBP

16    will retain its Lien on the Collateral until the Class 1 Claim is paid in full.

17    Class 2 consists of the Allowed Secured Claim of Key Equipment Finance in

18    the amount of $575,933 as of the Petition Date secured by its Lien against Debtor's furniture,

19    fixtures and equipment at the restaurant located at 350 Circle Boulevard in Corvallis, Oregon

20    ("Store 6").  The Class 2 Claim will be paid in equal monthly installments of $6,479.83,

21    including principal and interest at 6%.  The first such monthly payment will be paid within

22    the first ten (10) days of the first full month following the Effective Date.  Each subsequent

23    monthly payment will be paid within the first ten (10) days of each subsequent calendar

24    month until the Class 2 Claim is paid in full.  Key Equipment Finance will retain its Lien on

25    the Collateral until the Class 2 Claim is paid in full.

26    Class 3 consists of the Allowed Secured Claim of KeyBank in the amount of

**Page 33 of 67** – DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT (June 8, 2010)

1   $1,383,590 as of the Petition Date secured by its Lien against Debtor's real property at the

2   restaurant located at 68 E Stewart Avenue in Medford, Oregon ("Store 7").  The Class 3

3   Claim will be amortized over 15 years with interest at 6% per annum.  The Class 3 Claim

4   will be paid in equal monthly installments of $12,100 which include principal and interest.

5   The first such monthly payment will be paid within the first ten (10) days of the first full

6   month following the Effective Date.  Each subsequent monthly payment will be paid within

7   the first ten (10) days of each subsequent calendar month until the fifth anniversary of the

8   first monthly payment at which time the then remaining unpaid balance shall be paid in full.

9   KeyBank will retain its Lien on the Collateral until the Class 3 Claim is paid in full.

10          Class 4 consists of the Allowed Secured Claim of Sterling in the amount of

11   $4,800,000 secured by a senior Lien against Debtor's real and personal property at the

12   restaurant located at 12501 SE Second Circle in Vancouver, Washington ("Store 9"), and a

13   junior Lien on Debtor's real property and fixtures and a senior Lien against the equipment

14   and furniture at Store 7, and a senior Lien against Debtor's real and personal property at the

15   restaurant located at 10435 W Colfax Drive in Lakewood, Colorado ("Store 20").  The Class

16   4 Claim will be paid as follows:

17          (a)     $2,700,000 of the Class 4 Claim will be amortized over twenty

18                  (20) years with interest at 6% per annum.  This portion of the

19                  Class 4 Claim will be paid in sixty (60) equal installments of

20                  principal and interest of $19,344.  The first such monthly

21                  payment will be paid within the first ten (10) days of the first

22                  full month following the Effective Date.  Each subsequent

23                  monthly payment will be paid within the first ten (10) days of

24                  each subsequent calendar month until the fifth anniversary of

25                  the first monthly payment at which time the then remaining

26                  unpaid balance shall be paid in full.  This $2,700,000

**Page 34 of 67** – DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT (June 8, 2010)

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

1    obligation will be evidenced by a promissory note and secured

2    by a first Lien against the real property and a second Lien

3    against the personal property at Store 9;

4    (b)    $400,000 of the Class 4 Claim will be amortized over twenty

5    (20) years with interest at 6% per annum.  This portion of the

6    Class 4 Claim will be paid in equal installments of principal

7    and interest of $2,865.80.  The first such monthly payment will

8    be paid within the first ten (10) days of the first full month

9    following the Effective Date.  Each subsequent monthly

10    payment will be paid within the first ten (10) days of each

11    subsequent calendar month until the fifth anniversary of the

12    first monthly payment at which time the then remaining unpaid

13    balance shall be paid in full.  This $400,000 obligation will be

14    evidenced by a promissory note and secured by a junior Lien

15    against the real property and a senior Lien against the

16    equipment and furniture at Store 7; and

17    (c)    $1,700,000 of the Class 4 Claim will be satisfied by either a

18    sale of Store 20 on terms satisfactory to Sterling or by granting

19    a deed in lieu of foreclosure conveying Store 20 to Sterling.

20    Debtor will list and attempt to sell Store 20 for a period of six

21    (6) months following the Effective Date.  If Store 20 is sold,

22    $1,700,000 of the Class 4 Claim will be deemed satisfied.  If

23    Store 20 does not sell within the six (6) month period, the

24    Reorganized Debtor will deliver to Sterling a deed in lieu of

25    foreclosure conveying Store 20 to Sterling in satisfaction of

26    $1,700,000 of the Class 4 Claim.  Debtor will continue to

**Page 35 of 67** – DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT (June 8, 2010)

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

1     operate Store 20 during the period that it is being offered for

2     sale. Any positive Net Cash Flow that results from operations

3     during the sale period will be paid first towards satisfaction of

4     the tax Liens that encumber Store 20, and then to Sterling to

5     reduce the Class 4 Claim. This $1,700,000 obligation will be

6     evidenced by a non-interest bearing promissory note and

7     secured by a deed of trust against the assets of Store 20.

8    Class 5 consists of the Allowed Secured Claim of SBA in the amount of

9 $95,000 secured by its senior Lien against Debtor's personal property and equipment at Store

10 9, and its junior Lien against Debtor's personal property and equipment at Store 20. The

11 Class 5 Claim will be paid in sixty (60) equal monthly installments of $1,831.98 including

12 principal and interest at 5.895% per annum. The first such monthly payment will be paid

13 within the first ten (10) days of the first full month following the Effective Date. Each

14 subsequent monthly payment will be paid within the first ten (10) days of each subsequent

15 calendar month until the Class 5 Claim is paid in full. SBA will retain its Lien on the

16 Collateral at Store 9 until the Class 5 Claim is paid in full, but its Lien on the Collateral at

17 Store 20 shall be extinguished on the Effective Date to facilitate the sale of Store 20.

18    Class 6 consists of the Allowed Secured Claim of KeyBank in an amount

19 equal to the value of Debtor's interest in the building and improvements located at 860 West

20 1250 South in Orem, Utah ("Store 10"), which amount is uncertain but is less than the

21 balance owing to KeyBank. The Class 6 Claim is secured by a Lien against such building

22 and improvements. The Class 6 Claim will be satisfied by Debtor's sale of its interest in the

23 building and improvements at Store 10 and the payment of the proceeds up to the amount of

24 the Class 6 Claim, or the conveyance of Debtor's interest in such property, to KeyBank.

25    Class 7 consists of the Allowed Secured Claim of Key Equipment Finance in

26 an amount equal to the value of Debtor's fixtures and equipment at Store 10, which amount is

**Page 36 of 67** – DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT (June 8, 2010)

1    uncertain but is less than the balance owing to Key Equipment Finance.  The Class 7 Claim is

2    secured by a Lien against such fixtures and equipment.  The Class 7 Claim will be satisfied

3    by Debtor's sale of its interest in the fixtures and equipment at Store 10 and the payment of

4    the proceeds up to the amount of the Class 7 Claim, or the conveyance of such property, to

5    Key Equipment Finance.

6          Class 8 consists of the Allowed Secured Claim of KeyBank in the amount of

7    $637,500 secured by a Lien on Debtor's interest in the real property at the restaurant located

8    at 10950 S. State Street in Sandy, Utah ("Store 11").  The Class 8 Claim will be paid in equal

9    monthly installments of $5,843.75, including principal and interest at 6%.  The first such

10    monthly payment will be paid within the first ten (10) days of the first full month following

11    the Effective Date.  Each subsequent monthly payment will be paid within the first ten (10)

12    days of each subsequent calendar month until the Class 8 Claim is paid in full.  KeyBank will

13    retain its Lien on the Collateral until the Class 8 Claim is paid in full.

14          Class 9 consists of the Allowed Secured Claim of Key Equipment Finance in

15    the amount of $112,500 secured by a Lien on Debtor's fixtures and equipment at Store 11.

16    The Class 9 Claim will be paid in equal monthly installments of $2,437.50, including

17    principal and interest at 6%.  The first such monthly payment will be paid within the first ten

18    (10) days of the first full month following the Effective Date.  Each subsequent monthly

19    payment will be paid within the first ten (10) days of each subsequent calendar month until

20    the Class 9 Claim is paid in full.  Key Equipment Finance will retain its Lien on the

21    Collateral until the Class 9 Claim is paid in full.

22          Class 10 consists of the Allowed Secured Claim of Key Equipment Finance

23    secured by a Lien on Debtor's personal property at the restaurant located at 190 South 400

24    West in Salt Lake City, Utah ("Store 12").  The Class 10 Claim has been satisfied by Debtor's

25    surrender of its personal property to Key Equipment Finance.

26          Class 11 consists of the Allowed Secured Claim of US Bank in the amount of

**Page 37 of 67** – DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT (June 8, 2010)

1    $860,902 secured by a Lien on Debtor's interest in the real property at the restaurant located

2    at 908 Main Street in Layton, Utah ("Store 13").  Debtor will list for sale its interest in the

3    real property (together with its interest in the furniture, fixtures and equipment) through

4    December 1, 2010, or such further period as may be agreed upon by Debtor, US Bank and

5    US Bancorp.  During the listing period Debtor will operate Store 13.  Debtor will not be

6    obligated to make any debt service payments during the listing period.  Net Cash Flow

7    derived from operations during the listing period will be used to pay taxes which are the

8    delinquent part of the rent owing to the landlord of Store 13.  Proceeds from the sale of Store

9    13 will be used first to pay the Class 11 Claim as well as the Class 12 Claim described below.

10   If Store 13 is sold for less than the total amount of the Class 11 and Class 12 Claims, that

11   portion of the purchase price attributable to Debtor's interest in the real property will be

12   deemed to satisfy the Class 11 Claim in full.  If Store 13 is not sold during the listing period,

13   Store 13 will be included as part of the Reorganized Debtor.  The Class 11 Claim will be

14   amortized over twenty (20) years at interest at 6% per annum and paid in equal monthly

15   installments of $6,167.77 which includes principal and interest.  The first such monthly

16   payment will be paid within ten (10) days of the first full month following the expiration of

17   the listing period.  Each subsequent monthly payment will be paid within the first ten (10)

18   days of each subsequent month until the seventh anniversary of the first payment at which

19   time the then remaining unpaid balance will be paid in full.  US Bank will retain its Lien on

20   the Collateral until the Class 11 Claim is paid in full.

21           Class 12 consists of the Allowed Secured Claim of US Bancorp in the amount

22   of $198,050 secured by a Lien on Debtor's furniture, fixtures, equipment and personal

23   property at Store 13.  Debtor will list for sale its interest in the furniture, fixtures and

24   equipment (together with the real property) through December 1, 2010, or such further period

25   as may be agreed upon by Debtor, US Bank and US Bancorp.  During the listing period

26   Debtor will operate Store 13.  Debtor will not be obligated to make any debt service

**Page 38 of 67** – DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT (June 8, 2010)

1    payments during the listing period.  Net Cash Flow derived from operations during the listing

2    period will be used to pay taxes which are the delinquent part of the rent owing to the

3    landlord of Store 13.  Proceeds from the sale of Store 13 will be used first to pay the Class 12

4    Claim as well as the Class 11 Claim described above.  If the proceeds from the sale of Store

5    13 are insufficient to pay the Class 12 Claim in full the holder of the Class 12 Claim will be

6    entitled to a deficiency claim to be paid as discussed in the treatment of the Class 35 Claim

7    below.  If Store 13 is not sold during the listing period, Store 13 will be included as part of

8    the Reorganized Debtor.  The Class 12 Claim will be paid with interest at 6.6% per annum

9    and paid in equal monthly installments of $1,558.62 which includes principal and interest.

10   The first such monthly payment will be paid within ten (10) days of the first full month

11   following the expiration of the listing period.  Each subsequent monthly payment will be paid

12   within the first ten (10) days of each subsequent month until the seventh anniversary of the

13   first payment at which time the then remaining unpaid balance will be paid in full.  US

14   Bancorp will retain its Lien on the Collateral until the Class 12 Claim is paid in full.

15          Class 13 consists of the Allowed Secured Claim of Maricopa County,

16   Arizona, in the amount of $8,118.20, secured by its Lien against Debtor's personal property

17   and equipment at the restaurant located at 1610 South Stapley Drive in Mesa, Arizona

18   ("Store 14").  As discussed below in the treatment of the Class 14 Claim, Debtor will list

19   Store 14 for sale through December 1, 2010, or such further time as may be agreed between

20   Debtor, US Bank and US Bancorp.  Maricopa County will retain its Lien, and all rights

21   relating thereto, against the personal property and equipment following the Effective Date.

22          Class 14 consists of the Allowed Secured Claim of US Bancorp which amount

23   is uncertain but is less than the amount owing to US Bancorp, secured by a Lien against

24   various items of furniture, fixtures, equipment and personal property at Store 14.  Debtor will

25   list for sale its interest in the furniture, fixtures, equipment and personal property (and

26   Debtor's affiliate, McGrath-Marshall LLC, will list the real property at Store 14 which is US

**Page 39 of 67** – DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT (June 8, 2010)

1   Bank's Collateral) through December 1, 2010.  After December 1, 2010, Debtor (and

2   McGrath-Marshall LLC) will confer with US Bancorp and US Bank regarding alternatives

3   and will take such action as US Bank and US Bancorp require as long as it does not cause

4   economic hardship to Debtor or Reorganized Debtor.  During the listing period Debtor and

5   Reorganized Debtor will operate Store 14.  No debt service payments will be required during

6   the listing period.  Net Cash Flow, if any, derived from operations during the listing period

7   will be used to pay taxes owing to Maricopa County, Arizona.  After payment of senior

8   Liens, if any, proceeds from the sale of Store 14 will be allocated proportionally between US

9   Bank and US Bancorp based on the amount of debt related to Store 14 owing to each.

10  Debtor or Reorganized Debtor may cease operating and close Store 14 during the listing

11  period if the financial results of operations create an economic hardship for Debtor or

12  Reorganized Debtor.  US Bancorp will retain its Lien on the Collateral until the Class 14

13  Claim is paid in accordance with this Plan.

14          Class 15 consists of the Allowed Secured Claim of US Bank in the amount of

15  $936,900 as of the Petition Date secured by a Lien on Debtor's interest in the real property at

16  the restaurant located at 3211 SW Cedar Hills Boulevard in Beaverton, Oregon ("Store 15").

17  The Class 15 Claim will be paid in equal monthly installments of $8,787.23, including

18  principal and interest at a floating rate equal to US Bank's prime rate plus 1.5% with a floor

19  of 4.75% and a cap of 8%.  The first such monthly payment will be paid within the first ten

20  (10) days of the first full month following the Effective Date.  Each subsequent monthly

21  payment will be paid within the first ten (10) days of each subsequent calendar month until

22  the tenth anniversary of the Effective Date at which time the then remaining unpaid balance

23  shall be paid in full.  US Bank will retain its Lien on the Collateral until the Class 15 Claim is

24  paid in full.

25          Class 16 consists of the Allowed Secured Claim of US Bancorp in the amount

26  of $402,771 as of the Petition Date secured by a Lien on Debtor's furniture, fixtures,

**Page 40 of 67** – DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT (June 8, 2010)

1  equipment and personal property at Store 15.  On the Effective Date, Debtor will pay

2  approximately $17,000 to pay the past due interest on the Class 16 Claim.  The Class 16

3  Claim will be paid in equal monthly installments of $7,833.60, including principal and

4  interest at a floating rate equal to US Bank's prime rate plus 1.5% with a floor of 4.75% and a

5  cap of 8%.  The first such monthly payment will be paid within the first ten (10) days of the

6  first full month following the Effective Date.  Each subsequent monthly payment will be paid

7  within the first ten (10) days of each subsequent calendar month until the fifth anniversary of

8  the Effective Date at which time the then remaining unpaid balance shall be paid in full.  US

9  Bancorp will retain its Lien on the Collateral until the Class 16 Claim is paid in full.

10  Class 17 consists of the Allowed Secured Claim of Snohomish County,

11  Washington, in the amount of $6,791.49 and secured by a Lien on Debtor's personal property

12  at the restaurant located at 3000 184th St SW, Suite 870 in Lynnwood, Washington ("Store

13  17").  Snohomish County will retain its Lien on Debtor's personal property following the

14  Effective Date.

15  Class 18 consists of the Allowed Secured Claim of GE Capital Franchise

16  Finance Corp., secured by a Lien on Debtor's personal property at Store 17.  The Class 18

17  Claim has been satisfied by surrender of the personal property to GE Capital Franchise

18  Finance Corp.

19  Class 19 consists of the Allowed Secured Claim of Maricopa County,

20  Arizona, in the amount of $11,133.58 and secured by a Lien on Debtor's personal property

21  and equipment at the restaurant located at 7000 East Mayo Blvd, Building #5 in Phoenix,

22  Arizona ("Store 18").  Maricopa County will retain its Lien, and all rights relating thereto,

23  against the personal property and equipment following the Effective Date.

24  Class 20 consists of the Allowed Secured Claim of KeyBank, in an amount

25  equal to the value of Debtor's interest in the building and improvements at Store 18, which

26  amount is uncertain but is less than the balance owing to KeyBank.  The Class 20 Claim is

**Page 41 of 67** – DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT (June 8, 2010)

1    secured by a Lien against such building and improvements.  The Class 20 Claim will be

2    satisfied by Debtor's sale of its interest in the building and improvements at Store 18, and

3    after payment of senior Liens the payment of the proceeds up to the amount of the Claim 20

4    Claim, or the conveyance of its interest in such property, to KeyBank.

5    Class 21 consists of the Allowed Secured Claim of General Electric Capital

6    Corporation secured by a Lien on Debtor's furniture, fixtures, equipment and personal

7    property at Store 18.  The Class 21 Claim has been satisfied by surrender of the furniture,

8    fixtures, equipment and personal property to General Electric Capital Corporation.

9    Class 22 consists of the Allowed Secured Claim of Maricopa County, Arizona

10    in the amount of $36,155.30 and secured by a Lien on Debtor's interest in real property at the

11    restaurant located at 1800 North Litchfield Road in Goodyear, Arizona ("Store 19").

12    Maricopa County will retain its Lien, and all rights relating thereto, against the real property

13    following the Effective Date.

14    Class 23 consists of the Allowed Secured Claim of Maricopa County, Arizona

15    in the amount of $12,470.99 and secured by a Lien on Debtor's personal property and

16    equipment at Store 19.  Maricopa County will retain its Lien, and all rights relating thereto,

17    against the personal property and equipment following the Effective Date.

18    Class 24 consists of the Allowed Secured Claim of Arizona Business Bank in

19    an amount which is equal to Debtor's interest in the real property, inventory, building

20    materials and general intangibles related to the property at Store 19, which amount is

21    uncertain but is less than the balance owing to Arizona Business Bank.  The Class 24 Claim

22    is secured by a senior Lien on Debtor's real property, inventory, building materials and

23    general intangibles and a junior Lien on Debtor's furniture, fixtures and equipment at Store

24    19.  Debtor will list for sale its interest in the real property and inventory (together with the

25    furniture, fixtures and equipment which are the Collateral of GECC as described below).

26    During the listing period Debtor and Reorganized Debtor will operate Store 19.  No debt

**Page 42 of 67** – DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT (June 8, 2010)

1    service payments will be required during the listing period.  After payment of senior Liens,

2    proceeds from the sale of Store 19 will be used to pay the Class 24 Claim as well as the Class

3    25 Claim described below.  If a sale of the assets of Store 19 includes only Arizona Business

4    Bank's Collateral, and not GECC's Collateral, then Arizona Business Bank and GECC shall

5    negotiate a period of time, not less than thirty (30) days, within which GECC may sell its

6    Collateral at Store 19.  Arizona Business Bank will retain its Lien on its Collateral until the

7    Class 24 Claim is paid.

8    　　　　Class 25 consists of the Allowed Secured Claim of GECC secured by a senior

9    Lien on Debtor's furniture, fixtures and equipment related to the property at Store 19, which

10   amount is uncertain but is less than the balance owing to GECC.  Debtor will list for sale its

11   interest in the furniture, fixtures and equipment (together with the real property).  During the

12   listing period Debtor and Reorganized Debtor will operate Store 19.  No debt service

13   payments will be required during the listing period.  After payment of senior Liens, proceeds

14   from the sale of Store 19 will be used first to pay the Class 25 Claim as well as the Class 24

15   Claim described above.  GECC will retain its Lien on its Collateral until the Class 25 Claim

16   is paid.

17   　　　　Class 26 consists of the Allowed Secured Claim of Jefferson County,

18   Colorado, secured by a Lien on Debtor's real property at the restaurant located at 14035 West

19   Colfax Drive in Lakewood, Colorado ("Store 20").  Jefferson County will retain its Lien on

20   Debtor's real property following the Effective Date.

21   　　　　Class 27 consists of the Allowed Secured Claim of Jefferson County,

22   Colorado, secured by a Lien on Debtor's personal property and equipment at Store 20.

23   Jefferson County will retain its Lien on Debtor's personal property and equipment following

24   the Effective Date.

25   　　　　Class 28 consists of the Allowed Secured Claim of GE CBFP in the amount of

26   $490,000 secured by a senior Lien on Debtor's real property and a junior Lien on Debtor's

**Page 43 of 67** – DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT (June 8, 2010)

1   equipment and personal property at the restaurant located at 1911 South 320th Street in

2   Federal Way, Washington ("Store 21"). The Class 28 Claim will be amortized over ten (10)

3   years and paid in equal monthly installments of $5,440.00, including principal and interest at

4   6.00% per annum. The first such monthly payment will be paid within the first ten (10) days

5   of the first full month following the Effective Date. Each subsequent monthly payment will

6   be paid within the first ten (10) days of each subsequent calendar month until the seventh

7   anniversary of the Effective Date at which time the then remaining unpaid balance shall be

8   paid in full. GE CBFP will retain its Lien on the Collateral until the Class 28 Claim is paid

9   in full.

10           Class 29 consists of the Allowed Secured Claim of GECC in the amount of

11   $245,000 secured by a senior Lien on Debtor's personal property and equipment at Store 21.

12   The Class 29 Claim will be amortized over ten (10) years and paid in equal monthly

13   installments of $2,720.00, including principal and interest at 6% per annum. The first such

14   monthly payment will be paid within the first ten (10) days of the first full month following

15   the Effective Date. Each subsequent monthly payment will be paid within the first ten (10)

16   days of each subsequent calendar month until the seventh anniversary of the Effective Date at

17   which time the then remaining unpaid balance shall be paid in full. GECC will retain its Lien

18   on the Collateral until the Class 29 Claim is paid in full.

19           Class 30 consists of the Allowed Secured Claim of Bank of the West in the

20   amount of $15,000.00 secured by a Lien on Debtor's point of sale equipment located at Store

21   21. The Class 30 Claim will be amortized over ten (10) years and paid in equal monthly

22   installments of $185.50, including principal and interest at 8.44%. The first such monthly

23   payment will be paid within the first ten (10) days of the first full month following the

24   Effective Date. Each subsequent monthly payment will be paid within the first ten (10) days

25   of each subsequent calendar month until the seventh anniversary of the Effective Date at

26   which time the then remaining unpaid balance shall be paid in full. Bank of the West will

**Page 44 of 67** – DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT (June 8, 2010)

1    retain its Lien on the Collateral until the Class 30 Claim is paid in full.

2    Class 31 consists of the Allowed Secured Claim of US Bank in the amount of

3    $56,811.00 as of the Petition Date secured by a Lien on Debtor's furnishings, fixtures,

4    equipment and leasehold improvements at Store 99, Debtor's headquarters located at 1935

5    Davcor Street SE in Salem, Oregon.  The Class 31 Claim will be paid in equal monthly

6    installments of $1,747.82, including principal and interest at 6.44%.  The first such monthly

7    payment will be paid within the first ten (10) days of the first full month following the

8    Effective Date.  Each subsequent monthly payment will be paid within the first ten (10) days

9    of each subsequent calendar month until the Class 31 Claim is paid in full.  US Bank will

10    retain its Lien on the Collateral until the Class 31 Claim is paid in full.

11    Class 32 consists of the Allowed Secured Claim of GreatAmerica Leasing

12    Corp. in the amount of $31,800 as of the Petition Date secured by a Lien on Debtor's

13    computer equipment which enables credit card processing at restaurants located at six

14    Oregon locations.  The Class 32 Claim will be paid in equal monthly installments of $1,800,

15    including principal and interest at 9.99%.  The first such monthly payment will be paid

16    within the first ten (10) days of the first full month following the Effective Date.  Each

17    subsequent monthly payment will be paid within the first ten (10) days of each subsequent

18    calendar month until the Class 32 Claim is paid in full.  GreatAmerica Leasing Corp will

19    retain its Lien on the Collateral until the Class 32 Claim is paid in full.

20    Class 33 consists of the Allowed Secured Claim of US Bank, which US Bank

21    asserts is equal to $985,937.11 arising from its set-off rights against the cash in Debtor's bank

22    accounts at US Bank as of the Petition Date.  Debtor will satisfy the Class 33 Claim as

23    follows:

24        (a)    Debtor's agreement, as set forth above, that if Store 13 does not

25        sell for an amount sufficient to pay the Class 11 and Class 12

26        Claims in full, or for an amount otherwise satisfactory to US

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

Bank, Debtor will operate Store 13 and treat the Class 11 and Class 12 Claims as provided above;

(b)    Debtor's agreement to pay on the Effective Date approximately $17,000 to satisfy past due interest relating to Class 15 Claim and $20,000 to cure delinquencies on the Class 31 Claim;

(c)    Debtor's agreement to grant to US Bank a junior deed of trust on Store 99 to secure up to $425,000 of (i) US Bank's claim arising from Debtor's guarantee to satisfy any deficiency arising from the sale of Store 14, and (ii) any claim US Bank may have as a result of Debtor's failure to treat the Class 11 Claim as provided herein;

(d)    the claims described in (c)(i) and (ii) above will not bear interest and Debtor will have no obligation to make any payment on account of such claims until the fifth anniversary of the Effective Date; and

(e)    Debtor will maintain its bank accounts at US Bank and at all times maintain a minimum aggregate collected deposits not less than $250,000 to further secure Debtor's obligation to pay up to $425,000 of the claims described in (c)(i) and (ii) above.

Class 34 consists of the Allowed Claims of each holder of a Small Unsecured Claim. Each holder of a Class 34 Claim will be paid an amount equal to 20% of such claim within sixty (60) days after the Effective Date.

Class 35 consists of the holders of General Unsecured Claims not included in Class 34. The holders of the Class 35 Claims will receive a total of six (6) semi-annual payments, allocated on a Pro Rata basis to each holder. Each semi-annual payment shall be equal to 60% of Reorganized Debtor's Net Cash Flow during the applicable six month period.

**Page 46 of 67** – DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT (June 8, 2010)

1  The total of the six payments made by Reorganized Debtor must equal not less than $1.5

2  million.  The first semi-annual payment will be made ninety (90) days after the conclusion of

3  the first six (6) full calendar months following the Effective Date of this Plan.  Each

4  subsequent semi-annual payment shall be made on each of the next five (5) six-month

5  anniversaries of the date of the first payment.  If the total of the six semi-annual payments is

6  less than $1.5 million, Reorganized Debtor shall pay an amount equal to the difference

7  between $1.5 million and the sum of the six (6) semi-annual payments at the same time that

8  Reorganized Debtor makes the last semi-annual payment.

9          Debtor believes that Net Cash Flow available to General Unsecured Creditors

10 will be approximately $1,850,000, which is equal to approximately 12% or 13% of the total

11 Class 35 Claims.  Further, Debtor believes that approximately $450,000 of the $1,850,000

12 will be distributed during the first year of the Plan, approximately $650,000 during the

13 second year of the Plan, and approximately $750,000 will be distributed during the third

14 year.

15          Net Cash Flow will be calculated as set forth in Exhibit 1.  Reorganized

16 Debtor's accountants, currently AKT LLP, will calculate Reorganized Debtor's Net Cash

17 Flow on a semi-annual basis.  An amount equal to 60% of Reorganized Debtor's Net Cash

18 Flow will be deposited every six (6) months into a designated account held by the Agent.

19 Prior to the distributions of each semi-annual payment to the holders of the Class 35 Claims,

20 AKT LLP may review and require Reorganized Debtor to adjust the amount in the account to

21 ensure that such amount accurately reflects 60% of Reorganized Debtor's total Net Cash

22 Flow for the applicable six (6) month period.  The Agent will distribute the funds in the

23 account to the holders of the Class 35 Claim on a Pro Rata basis every six (6) months.  A

24 detailed report summarizing the calculation of Net Cash Flow will be available to holders of

25 Class 35 Claims upon written request to Reorganized Debtor.  The Plan provides that the

26 Bankruptcy Court will retain jurisdiction to resolve disputes relating to the calculation of Net

**Page 47 of 67** – DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT (June 8, 2010)

1 Cash Flow.

2     Class 36 consists of the holders of Interests in Debtor. The holders of such
3 Interests will retain their Interests following the Effective Date; provided however that the
4 holders of Interests shall grant a security interest in all of the stock of Reorganized Debtor to
5 the Agent for the benefit of the holders of the Class 35 Claims, to secure the Interest holders
6 non-recourse guarantee that Reorganized Debtor will pay at least $1.5 million to the holders
7 of Class 35 Claims.

8     The holders of Claims in Classes 10, 13, 17, 18, 19, 22, 23, 26, 27 and 31 are
9 unimpaired. The holders of Claims for Classes 1-9, 11, 12, 14, 15, 16, 20, 21, 24, 25, 28, 29,
10 30, 32, 33, 34, 35 and 36 are impaired.

11     **B.     EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

12     The Bankruptcy Code gives a debtor, after commencement of a Chapter 11
13 Case, and subject to the approval of the Bankruptcy Court, the right to assume or reject
14 executory contracts and unexpired leases. Generally, an "executory contract" is a contract
15 under which material performance (other than the payment of money) is still due by each
16 party. Debtor has already obtained orders rejecting certain leases. The Plan provides for the
17 assumption by Debtor of all the executory contracts and unexpired leases on Exhibit 3
18 referenced above, which exhibit may be amended at any time prior to the conclusion of the
19 hearing on confirmation of the Plan. All other executory contracts and unexpired leases will
20 be rejected.

21     If an executory contract or unexpired lease is or has been rejected, the
22 Creditor may file a Proof of Claim for damages resulting from that rejection. The Plan
23 provides that each such Proof of Claim must be filed no later than 30 days after the Effective
24 Date, whichever is sooner. Each such Claim will constitute a Small Unsecured Claim or
25 General Unsecured Claim to the extent that Claim is finally treated as an Allowed Claim. A
26 Claim for damages resulting from the rejection of an unexpired lease will be limited to the

**Page 48 of 67** – DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT (June 8, 2010)

1    amount allowed under the Bankruptcy Code.

2         Upon assumption of an executory contract or unexpired lease, Debtor must

3    cure or provide adequate assurance of prompt cure of any monetary defaults.  Debtor

4    believes that the only monetary defaults are in regard to the leases for Store 3 (Bend), Store 4

5    (Milwaukie) and Store 13 (Layton).  The defaults in regard to Store 3 and 4 will be cured

6    within sixty (60) days of the Effective Date, and the default in regard to Store 13 will be

7    cured in installments as agreed between Debtor and Store 13's landlord as described in

8    Exhibit 7.

9    **C.    IMPLEMENTATION OF THE PLAN**

10        1.    <u>Operations</u>.

11        The Plan provides that the Reorganized Debtor will continue to operate at

12   least 12 stores, Salem, OR (downtown) which is Store 1, Salem, OR (Lancaster) which is

13   Store 2, Bend, OR which is Store 3, Milwaukie, OR which is Store 4, Eugene, OR which is

14   Store 5, Corvallis, OR which is Store 6,  Medford, OR which is Store 7, Boise, ID which is

15   Store 8, Vancouver, WA which is Store 9, Sandy, UT which is Store 11, Beaverton, OR

16   which is Store 15, and Federal Way, WA which is Store 21.  RMG, the consulting firm

17   engaged by Debtor, has concluded that Debtor is operationally sound, executes consistently

18   good quality food, and is supported by adequate services and attractive facilities.  RMG

19   believes that, barring an economic depression, a trimmed down Debtor will be able to operate

20   profitably.

21        To increase its chances of doing so, RMG has recommended that Debtor

22   implement innovative "game changers" that will result in a fundamental shift for Debtor and

23   will increase its chance for growth, its ability to attract and retain a broader customer base,

24   increase visit frequency, and add additional revenue streams.  The key will be to maintain

25   Debtor's well established reputation for fresh seafood while it develops additional awareness

26   for variety and affordability and positions itself as a viable seven-day a week, lunch or dinner

**Page 49 of 67** – DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT (June 8, 2010)

1    option.  Those "game changers" include:

2            •        Developing and testing new products that are more value oriented, not

3                     solely focused on fish, and that will attract a broader base.

4            •        Evaluating menu reengineering to address complexity, variety, value

5                     categories and kids/family options and to offset the veto vote of non-

6                     seafood people.

7            •        Developing an integrated brand positioning statement and

8                     implementing that position through a long term marketing plan.

9            2.       Management.

10    The Reorganized Debtor will continue to be managed by Mr. McGrath with

11    assistance of Mr. Marshall and Mr. Large.  As discussed above, RMG will continue to

12    provide consulting services.

13            The initial Board of Directors of the Reorganized Debtor will consist of John

14    McGrath and Deborah McGrath, the current members.

15            The officers of the Reorganized Debtor will be John McGrath, who will

16    continue to serve as President, James R. Marshall, who will continue to serve as Vice

17    President, and Krista Oswald, who will serve as Secretary.

18            3.       Amended Loan Documents.

19            Within 30 days after the Effective Date, Debtor and each Secured Creditor

20    whose Claim is impaired under the Plan shall enter into amended Loan Documents,

21    satisfactory to both Debtor and the applicable Secured Creditor, necessary to implement the

22    treatment of each Claim set forth in the Plan.

23            4.       Security Interest in Debtor's Stock.

24            Within 30 days after the Effective Date, (a) Debtor shall enter into an

25    agreement with the Agent pursuant to which the Agent shall hold the stock of Debtor to

26    secure the Interest holders guarantee that Debtor will pay the holders of Class 35 Claims a

**Page 50 of 67** – DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT (June 8, 2010)

1   total of $1.5 million; (b) the Interest holders will execute an non-recourse guarantee of

2   Debtor's obligations to the holders of the Class 35 Claims; (c) the Interest holders will

3   execute a security agreement granting a security interest in all of Debtor's stock to secure the

4   Interest holders' obligations under their guarantee; and (d) the Interest holders and the Agent

5   will take all steps reasonably necessary to perfect the security interest.

6   **D.   FEASIBILITY**

7   Exhibit 7 to this Disclosure Statement contains Debtor's sales, EBITDA and

8   Net Cash Flow projections for the three years commencing in September, 2010 (the

9   "Projections"). The Projections reflect monthly sales assumptions at each restaurant to be

10   retained by the Reorganized Debtor based upon historical sales at those restaurants, adjusted

11   for current trends. The Projections assume cumulative annual same store sale increases of

12   1%. The sales increase in the first year should be readily attainable because Debtor's same

13   store sales have increased by almost 1% (on a cumulative basis) over the prior year since the

14   Petition Date. In addition, minimal increases in the price of ancillary items such as soft

15   drinks will enable the Debtor to meet its projections. In no case during the projection period

16   do monthly sales forecasted at the individual restaurant level exceed levels historically

17   achieved by those restaurants. The Projections show the anticipated monthly variation in

18   sales. The assumptions underlying the Projections are set forth on the first page of the

19   Projections, and assumptions about the relationship between each major expense category

20   and net sales are set forth at the bottom of the Projections for each store.

21   The Projections demonstrate that the Reorganized Debtor should be able to

22   satisfy its obligations under the Plan to both Secured and Unsecured Creditors. Furthermore,

23   the Projections demonstrate that Debtor will have adequate funds to maintain a reserve for

24   capital expenditures equal to $1,500 per month per store.

25   ///

26   ///

**Page 51 of 67** – DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT (June 8, 2010)

1 | **VII.    EFFECT OF CONFIRMATION**

2 |     **A.    DISCHARGE**

3 |         The treatment of, and consideration received by, holders of Allowed Claims

4 | and Allowed Interests pursuant to the Plan of Reorganization will be in full satisfaction,

5 | release and discharge of their respective Claims against or Interests in Debtor.  The

6 | Confirmation Order will discharge Debtor from any liability that arose before the Effective

7 | Date as provided in Sections 524 and 1141 of the Bankruptcy Code, and any debt and

8 | liability of a kind specified in Sections 502(g), 502(h) or 502(i) of the Bankruptcy Code,

9 | whether or not:  (a) a Proof of Claim based on that debt or liability is filed or deemed filed

10 | under Section 501 of the Bankruptcy Code; (b) a Claim based on that debt or liability is

11 | Allowed; or (c) the holder of the Claim based on that debt or liability has accepted the Plan.

12 |     **B.    REVESTING, OPERATION OF BUSINESS**

13 |         All property of the estate will revest in Reorganized Debtor on the Effective

14 | Date, free and clear of all rights, claims, Liens, charges, encumbrances and interests, except

15 | as otherwise described in the Plan.

16 |     **C.    INJUNCTION**

17 |         Except as otherwise expressly provided in the Plan, all persons who have held,

18 | hold or may hold Claims, or who may have held, hold or may hold any Interest, are

19 | permanently enjoined, from and after the Effective Date, from:  (a) commencing or

20 | continuing in any manner any action or other proceedings of any kind with respect to any

21 | Claims or Interests against Reorganized Debtor; (b) enforcing, attaching, collecting or

22 | recovering by any manner or any means any judgment, award, decree or order against

23 | Reorganized Debtor; (c) creating, perfecting or enforcing any encumbrances of any kind

24 | against Reorganized Debtor with respect to those Claims except as specifically described in

25 | the Plan; (d) asserting any setoff, right of subrogation or recoupment of any kind against any

26 | obligation due to Debtor, Reorganized Debtor or their property unless asserted as a defense

**Page 52 of 67** – DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT (June 8, 2010)

1    to a suit or action filed by Debtor or Reorganized Debtor; and (e) proceeding in any manner

2    in any place whatsoever that does not conform to, does not comply with, or is inconsistent

3    with the provisions of the Plan or the order confirming the Plan.

4    **D.    MODIFICATION OF THE PLAN; REVOCATION OR**

5    **WITHDRAWAL OF THE PLAN**

6    Subject to Section 1127 of the Bankruptcy Code, Debtor and Reorganized

7    Debtor reserve the right to alter, amend or modify the Plan before its substantial

8    consummation so long as the treatment of holders of Claims and Interests under the Plan are

9    not adversely affected.

10    **E.    RETENTION OF JURISDICTION**

11    Notwithstanding the entry of the Confirmation Order, the Court shall retain

12    jurisdiction of this Chapter 11 Case pursuant to and for the purposes set forth in Section

13    1127(b) of the Bankruptcy Code and:  (a) to classify the Claim or interest of any Creditor or

14    equity holder, reexamine Claims or Interests which have been allowed for voting purposes,

15    and determine any objections that may be Filed to Claims or Interests; (b) to hear and

16    determine any motions or contested matters involving taxes, tax refunds, tax attributes and

17    tax benefits and similar or related matters with respect to Debtor or its estate, arising prior to

18    the Effective Date or relating to the period of administration of the Chapter 11 Case,

19    including, without limitation, matters concerning state, local and federal taxes in accordance

20    with Section 346, 505 and 1146 of the Bankruptcy Code; (c) to determine requests for

21    payment of Claims entitled to priority under Section 507(a)(2) of the Bankruptcy Code,

22    including compensation and reimbursement of expenses in favor of professionals employed

23    at the expense of the estate; (d) to hear and determine actions to avoid transfers or recover

24    preferences and all other Rights of Action asserted by Debtor pending on the Effective Date

25    or asserted by the Reorganized Debtor after the Effective Date; (e) to recover all assets of

26    Debtor or the Reorganized Debtor, wherever located; (f) to hear and determine any pending

**Page 53 of 67** – DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT (June 8, 2010)

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

1   applications for the assumption, assignment or rejection of an executory contract or an

2   unexpired lease and the allowance of Claims resulting therefrom; (g) to approve the sale or

3   lease of property free and clear of all Liens and encumbrances in accordance with 11 U.S.C.

4   § 363 if so requested by Debtor or Reorganized Debtor; (h) to resolve controversies and

5   disputes regarding the interpretation of this Plan, and any other controversies or disputes

6   relating to implementation of the Plan; (i) to implement the provisions of this Plan and enter

7   orders in aid of execution of the Plan or to enforce the Confirmation Order and/or the

8   discharge, or the effect of the discharge, provided to Debtor; (j) to adjudicate adversary

9   proceedings and contested matters pending or hereafter commenced in this Chapter 11 Case;

10  (k) to enter and implement such orders as may be appropriate in the event the Confirmation

11  Order is for any reason stayed, revoked, modified or vacated; (l) to hear and determine any

12  applications to modify the Plan, to cure any defect or omission, or to reconcile any

13  inconsistency in the Plan or related documents or in any order of the Bankruptcy Court,

14  including the Confirmation Order; (m) to ensure that distributions to holders of Allowed

15  Claims are accomplished as provided herein, including but not limited to, resolving disputes

16  regarding the calculation of Net Cash Flow; (n) to hear and determine any other matters

17  related hereto and not inconsistent with Chapter 11 of the Bankruptcy Code; and (o) to enter

18  a final decree closing this Chapter 11 proceeding.

19          **F.      UNITED STATES TRUSTEE FEES**

20          Reorganized Debtor will be responsible for timely payment of fees incurred

21  pursuant to 28 USC § 1930(a)(6) until the case is closed, converted or dismissed.  After

22  confirmation, Reorganized Debtor will serve on the United States Trustee a monthly

23  financial report for each full or partial month that the case remains open.  The monthly

24  financial report will include a statement of all disbursements made during the course of the

25  month, whether or not pursuant to the Plan.

26

**Page 54 of 67** – DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT (June 8, 2010)

## VIII.   LIQUIDATION ANALYSIS

A Plan of Reorganization cannot be confirmed unless the Bankruptcy Court finds that the Plan is in the "best interest of creditors" of holders of Claims against, and Interests in, Debtor subject to the Plan.  The best interest test is satisfied if the Plan provides each dissenting or non-voting member of each impaired Class with a recovery not less than the recovery that member would receive if Debtor were liquidated in a hypothetical case under Chapter 7 of the Bankruptcy Code by a Chapter 7 Trustee.  Debtor believes that the holders of impaired Claims will receive more under the Plan than they would receive under a Chapter 7 liquidation.  In applying the "best interest" test, the Bankruptcy Court would ascertain the hypothetical recovery in a Chapter 7 proceeding to Secured Creditors, priority claimants, General Unsecured Creditors and Interest holders.  The hypothetical Chapter 7 recoveries would then be compared with the distribution offered to each Class of Claims or Interests under the Plan to determine that the Plan satisfied the "best interest" test described in the Bankruptcy Code.

In this case there is no doubt that Secured Creditors will either receive a greater return under the Plan than in a Chapter 7 liquidation, or at least the same amount if a Secured Creditor's Collateral is to be liquidated under the Plan.  This can be seen easily by comparing the treatment provided in the Plan with the liquidation analysis contained in Exhibit 8.

Similarly the holders of Class 35 Claims will receive a greater return under the Plan than in a Chapter 7 liquidation.  Exhibit 8 shows the liquidation value of Debtor's assets.  The bottom of that exhibit describes the assumptions on which the values are based.

It is worth noting that the actual efforts to liquidate Debtor's equipment suggest that the liquidation values for equipment are overstated.  The values for equipment in Exhibit 8 assume that used restaurant equipment can be sold for 12% of its original cost.  Utilizing that assumption would mean that Debtor's equipment at Store 12 (Salt Lake City,

**Page 55 of 67** – DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT (June 8, 2010)

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

1    Gateway) would be worth approximately $77,000 in a liquidation setting.  However, the

2    liquidator who examined that equipment on behalf of KeyBank concluded that the liquidation

3    value of the equipment at Store 12 was $40,000 before the cost of sale.  Utilizing the

4    assumptions and sources disclosed in Exhibit 8 produces a liquidation value of between

5    $719,000 and $744,000 before cost of sale.  This compares unfavorably with the $1,850,000

6    proposed to be paid to the holders of General Unsecured Claims under the Plan.

7            Not only would the amount realized by the holders of Class 35 Claims in a

8    liquidation be substantially inferior to payments under the Plan, the amount of claims in that

9    class would be substantially increased and thus the return to each holder would be diluted.

10    For example, the appraisal of Store 7 (Medford) states that the value of that store on an

11    ongoing basis is $1,850,000 while the liquidation value is $1,300,000.  Thus, a liquidation of

12    that store would increase the amount of General Unsecured Claims by $550,000.  Similarly,

13    an appraisal of Store 9 states that it is worth $2,700,000.  However, a broker believes that it

14    would be worth not more than $1,800,000 if liquidated.  Thus, a liquidation of Store 9 would

15    increase the amount of General Unsecured Claims by $900,000.

16            For these reasons, the Plan provides for a greater return to the holders of Class

17    35 Claims that are in liquidation under Chapter 7.

18    **IX.        CERTAIN U.S. FEDERAL INCOME TAX CONSEQUENCES OF THE PLAN**

19            CIRCULAR 230 DISCLAIMER:  TO ENSURE COMPLIANCE WITH

20    REQUIREMENTS IMPOSED BY THE INTERNAL REVENUE SERVICE, WE INFORM

21    YOU THAT (A) ANY U.S. FEDERAL TAX ADVICE CONTAINED IN THIS

22    DISCLOSURE STATEMENT (INCLUDING ANY ATTACHMENTS) IS NOT

23    INTENDED OR WRITTEN TO BE USED OR RELIED UPON, AND CANNOT BE USED

24    OR RELIED UPON, FOR THE PURPOSE OF (1) AVOIDING TAX-RELATED

25    PENALTIES UNDER THE INTERNAL REVENUE CODE OF 1986, AS AMENDED, OR

26    (2) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY

**Page 56 of 67** – DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT (June 8, 2010)

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

1 TRANSACTION OR TAX MATTER(S) ADDRESSED IN THIS DISCLOSURE

2 STATEMENT, AND (B) THIS DISCUSSION WAS WRITTEN IN CONNECTION WITH

3 DEBTOR SOLICITING ACCEPTANCES OF THE PLAN THROUGH THIS

4 DISCLOSURE STATEMENT.

5      **A.**    **GENERAL TAX CONSIDERATIONS**

6      The following discussion is a summary of certain material federal income tax

7 consequences expected to result from the consummation of the Plan. This discussion is for

8 general information purposes only, and should not be relied upon for purposes of determining

9 the specific tax consequences of the Plan with respect to a particular holder of an Allowed

10 Claim or Interest. This discussion does not purport to be a complete analysis or listing of all

11 potential tax considerations. This discussion does not address aspects of federal income

12 taxation that may be relevant to a particular holder of an Allowed Claim subject to special

13 treatment under federal income tax laws (such as foreign taxpayers, broker-dealers, banks,

14 thrifts, insurance companies, financial institutions, regulated investment companies, real

15 estate investment trusts and pension plans, and other tax-exempt investors), and does not

16 discuss any aspects of state, local or foreign tax laws. Furthermore, this summary does not

17 address federal taxes other than income taxes.

18      This discussion is based on existing provisions of the Internal Revenue Code

19 of 1986, as amended (the "IRC"), existing and proposed Treasury Regulations promulgated

20 under the IRC, and current administrative rulings and court decisions. Legislative, judicial or

21 administrative changes or interpretations enacted or promulgated after the date of this

22 Disclosure Statement could alter or modify this discussion with respect to the federal income

23 tax consequences of the Plan. Those changes or interpretations may be retroactive and could

24 significantly affect the federal income tax consequences of the Plan. No ruling has been

25 requested or obtained from the Internal Revenue Service (the "IRS"), and no opinion of

26 counsel has been sought or obtained, with respect to any tax aspects of the Plan. This

**Page 57 of 67** – DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT (June 8, 2010)

1  discussion is not binding on the IRS or the courts and no assurance can be given that the IRS

2  will not assert, or that a court will not sustain, a different position than any position discussed

3  in this Section IV.  No representations or assurances are being made to the holders of

4  Allowed Claims or Interests with respect to the federal income tax consequences described in

5  this Section IX.

6          Accordingly, the following summary of certain federal income tax

7  consequences of the Plan is for informational purposes only and is not a substitute for careful

8  tax planning or advice based upon the individual circumstances of each holder of an Allowed

9  Claim or Interest.  Debtor strongly urges each holder of an Allowed Claim or Interest to

10 consult with its own tax advisors regarding the federal, state, local, foreign, and other tax

11 consequences of the Plan.

12     **B.     FEDERAL INCOME TAX CONSEQUENCES TO DEBTOR**

13          1.    <u>In General</u>.

14          Debtor is a corporation that has elected to be treated as an S corporation (as

15 defined in IRC Section 1361) for federal income tax purposes.  As an S corporation, Debtor

16 is not itself generally subject to federal income tax.  Instead, Debtor's shareholders are

17 required to include on their personal income tax returns the income, gain, loss, and deduction

18 recognized by Debtor.  Accordingly, it is unlikely that there will be any direct federal income

19 tax liability at the company level.  However, due to the uncertainty surrounding certain tax

20 consequences of the Plan, there is some risk that Debtor's status as an S corporation could

21 terminate.  If this occurred, Debtor would become a C corporation subject to federal income

22 tax.

23          2.    <u>Cancellation of Indebtedness Income</u>.

24          Under the IRC, a taxpayer generally will recognize cancellation of debt

25 income ("COD Income") upon satisfaction of its outstanding indebtedness for consideration

26 less than the amount of such indebtedness.  The amount of COD Income, in general, is the

**Page 58 of 67** – DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT (June 8, 2010)

1 excess of (a) the adjusted issue price of the indebtedness (in most cases, the amount Debtor

2 received on incurring the obligation, with certain adjustments) satisfied, over (b) the sum of

3 the amount of Cash paid and the fair market value of any new consideration given in

4 satisfaction of the indebtedness.

5 However, IRC Section 108(a) provides an exclusion from gross income for

6 COD Income, if certain requirements are met.  Section 108(a) provides an exclusion

7 commonly referred to as the "Bankruptcy Exception," where a taxpayer is in bankruptcy and

8 the discharge is granted, or is effected, pursuant to a plan approved by a bankruptcy court.  In

9 the case of an entity taxable as a corporation, eligibility for the Bankruptcy Exception is

10 determined at the corporate level.  If the Bankruptcy Exception applies (with the effect that

11 the taxpayer may exclude its COD Income from its gross income), the taxpayer is required,

12 under IRC Section 108(b), to reduce certain of its tax attributes by the amount of COD

13 Income excluded from gross income pursuant to the Bankruptcy Exception.  The attributes of

14 the taxpayer that are reduced include any net operating loss for the taxable year of the

15 discharge, net operating loss carryovers from prior years, general business and minimum tax

16 credit carryforwards, capital loss carryforwards, the basis of the taxpayer's assets, and foreign

17 tax credit tax carryforwards.  In the S corporation context, the reduction in the basis of assets

18 is most important.  However, a special rule can also require a reduction in certain losses to be

19 passed through to S corporation shareholders.

20 Debtor will realize COD Income upon the satisfaction of the Small Unsecured

21 Creditors Claims and General Unsecured Creditor Claims.  Debtor believes that the COD

22 Income realized on that debt satisfaction will be excluded from Debtor's income by the

23 Bankruptcy Exception, and that certain tax attributes of Debtor are subject to reduction.

24 ///

25 ///

26 ///

**Page 59 of 67** – DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT (June 8, 2010)

**C.    FEDERAL INCOME TAX CONSEQUENCES TO THE HOLDERS OF AN ALLOWED CLAIM**

    1.    <u>Small Unsecured Creditor Claims</u>.

        In accordance with the Plan, the debt owed by Debtor to each holder of a Small Unsecured Creditor Claim will be satisfied by a payment of cash in an amount equal to 20% of that Claim.  In general, the amount received by each holder of a Small Unsecured Creditor Claim is treated as an amount received in exchange for the satisfied debt, and those holders will recognize taxable gain or loss equal to the amount received less the holder's tax basis in the Claim.  Any gain or loss recognized will be long-term or short-term capital gain or loss or ordinary income or loss, depending upon factors specific to each holder of a Small Unsecured Creditor Claim, including but not limited to:  (i) whether all or any part of the Claim is attributable to principal or to interest, (ii) the origin of the Claim, (iii) whether the holder of the Claim reports income on the accrual or cash basis method, and (iv) whether the holder of the Claim has taken a bad debt deduction or otherwise recognized a loss with respect to the Claim.

    2.    <u>General Unsecured Creditor Claims</u>.

        In accordance with the Plan, the debt owed by Debtor to the holder of each General Unsecured Creditor Claim will be adjusted so that each General Unsecured Creditor will be entitled to a pro rata share of 60% of the Net Cash Flow generated by the Reorganized Debtor for three years.  If this adjustment is considered significant, the holder of each General Unsecured Creditor Claim will recognize taxable gain or loss equal to the difference between the fair market value of the obligation as adjusted and the holder's adjusted basis in the original debt.  It may be difficult to place a value on the obligation as adjusted, but gain may nevertheless be recognized.  The character and amount of any taxable gain or loss will be determined based on factors specific to the holder of each Claim, as discussed above with respect to Small Unsecured Creditor Claims.

**Page 60 of 67** – DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT (June 8, 2010)

**D.    CONSEQUENCES TO HOLDERS OF EQUITY INTERESTS**

Pursuant to the Plan, all of the currently outstanding shares of common stock of Debtor, which shares constitute all of the equity interests of Debtor, will continue. Moreover, if Debtor excludes from its income any COD income under the Bankruptcy Exception, any losses that would otherwise pass through to Debtor's shareholders may be reduced or eliminated.

**E.    INFORMATION REPORTING AND BACKUP WITHHOLDING**

Certain payments, including the payments with respect to Claims pursuant to the Plan, are generally subject to information reporting by the payor to the IRS.  Moreover, under certain circumstances, the holder of a Claim may be subject to "backup withholding" for payments made pursuant to the Plan, unless the holder either (i) comes within certain exempt categories (which generally include corporations) and, when required, demonstrates this fact, or (ii) provides a correct United States taxpayer identification number and certifies under penalty of perjury that the holder is a United States person, that the taxpayer identification number is correct and that the taxpayer is not subject to backup withholding because of a failure to report all dividend and interest income.  Backup withholding is not an additional tax.  Amounts withheld under the backup withholding rules may be credited against the holder's United States federal income tax liability, and the holder may obtain a refund of any excess amounts withheld under the backup withholding rules by filing an appropriate claim for refund with the IRS.

**F.    IMPORTANCE OF OBTAINING PROFESSIONAL TAX ASSISTANCE**

THE DISCUSSION OF FEDERAL INCOME TAX CONSEQUENCES IN PART IX OF THIS DISCLOSURE STATEMENT IS INTENDED ONLY AS A SUMMARY OF CERTAIN U.S. FEDERAL INCOME TAX CONSEQUENCES OF THE PLAN AND IS NOT A SUBSTITUTE FOR CAREFUL TAX PLANNING WITH A TAX

**Page 61 of 67** – DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT (June 8, 2010)

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

1    PROFESSIONAL.  THIS DISCUSSION IS FOR INFORMATIONAL PURPOSES ONLY

2    AND IS NOT TAX ADVICE.  THE TAX CONSEQUENCES ARE IN MANY CASES

3    UNCERTAIN AND MAY VARY DEPENDING ON THE PARTICULAR SITUATION OF

4    A HOLDER OF AN ALLOWED CLAIM, OR ANY EQUITY INTEREST HOLDER'S

5    PARTICULAR CIRCUMSTANCES.  ACCORDINGLY, DEBTOR URGES EACH

6    HOLDER OF AN ALLOWED CLAIM AND EACH EQUITY INTEREST HOLDER TO

7    CONSULT ITS TAX ADVISOR ABOUT THE FEDERAL, STATE, LOCAL, AND

8    APPLICABLE FOREIGN, INCOME AND OTHER TAX CONSEQUENCES OF THE

9    PLAN.

10   **X.       ACCEPTANCE AND CONFIRMATION OF THE PLAN**

11            **A.       CONFIRMATION HEARING**

12            The Bankruptcy Court has scheduled a hearing on confirmation of the Plan on

13   _____, 2010 at _____ Pacific Time.  That hearing will be held at the United States

14   Bankruptcy Court for the District of Oregon, Courtroom 6, 405 E. 8th Ave., Eugene, OR

15   97401 before the Honorable Frank R. Alley III, United States Bankruptcy Judge.  At that

16   hearing, the Bankruptcy Court will consider whether the Plan satisfies the various

17   requirements of the Bankruptcy Code, including whether it is feasible and whether it is in the

18   best interest of Creditors and Interest holders of Debtor.  Debtor will submit a report to the

19   Bankruptcy Court at that time concerning the votes for acceptance or rejection of the Plan by

20   the parties entitled to vote on it.  Any objection to confirmation of the Plan must be timely

21   filed as stated in Section II.E. above.

22            **B.       REQUIREMENTS OF CONFIRMATION**

23            At the hearing on confirmation, the Bankruptcy Court will determine whether

24   the provisions of Section 1129 of the Bankruptcy Code have been satisfied.  If the Plan

25   satisfies all of the provisions of Section 1129, the Bankruptcy Court may enter an order

26   confirming the Plan.  Debtor believes the Plan satisfies all of the requirements of Chapter 11

**Page 62 of 67** – DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT (June 8, 2010)

of the Bankruptcy Code, that it has complied or will have complied with all of the requirements of Chapter 11, and that it has been proposed, and is made, in good faith.

If the Plan is not accepted by all of the impaired Classes of Claims, the Plan may be confirmed by the Bankruptcy Court pursuant to Section 1129(b) of the Bankruptcy Code's "Cram Down" provision if the Plan has been accepted by at least one impaired Class of Claims, without counting the acceptances of any Insiders of Debtor, and the Bankruptcy Court determines, among other things, that the Plan "does not discriminate unfairly" and is "fair and equitable" with respect to each non-accepting impaired Class of Claims or Interests.

Debtor believes that the Plan can be confirmed even if it is not accepted by all impaired Classes of holders of Secured Claims because the treatment accorded to each holder of a Secured Claim meets the requirements of the Bankruptcy Code.  However, the Plan as presently constituted cannot be "Crammed Down" against a dissenting Class of Unsecured Creditors.  In general, a plan can only be "Crammed Down" against a class of unsecured creditors if the plan provides that (a) the claims in that class are to be paid in full, or (b) the holders of equity interests do not receive or retain anything on account of their interests.  The Plan does not meet either standard.  Debtor believes that the Plan provides a better return to Unsecured Creditors than any realistic alterative.  Therefore, Debtor believes both Classes of Unsecured Creditors will accept the Plan by the requisite majorities.  However, if a Class of Unsecured Creditors rejects the Plan, the Plan, as presently constituted, will have to be amended, a new plan will have to proposed, or this case may be converted to a case under Chapter 7 in which case the Debtor will be liquidated.

## C.    RISK FACTORS

There are a number of risks associated with Debtor's proposed Plan.  Each Creditor should carefully consider those risks in evaluating its vote on the Plan.  All of the risks associated with the Plan would be too numerous to identify, however, a few of those risks are set forth below.

**Page 63 of 67** – DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT (June 8, 2010)

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

1          1.     <u>General Economic Conditions</u>.

2          Restaurant spending is, in many cases, discretionary, and any further increase

3  in unemployment in the relevant markets or any other deterioration in the general economy

4  will almost certainly have a negative impact on sales and profits.

5          2.     <u>Value Competition</u>.

6          Competition in the current economy has shifted from food quality and service

7  to a value proposition.  Value oriented competition among national chains (e.g., TGI Friday's

8  "Buy One Get One Free" entre promotion and Applebee's 2 for $20 promotion) will continue

9  to challenge Debtor.  In addition, new casual dining restaurants, and even fast casual and

10  quick service competitors, in a store's market area, could draw customers away from Debtor's

11  restaurants.

12          3.     <u>Commodity Prices/COGS</u>.

13          Because Debtor's restaurants specialize in fresh fish offerings, Debtor is faced

14  with significantly greater price volatility than its competitors in the casual dining segment.

15  In addition, fuel shortages appear to have a greater impact on fresh fish items as they must be

16  shipped more frequently because of their relatively short shelf life.  Although the ingredients

17  in Debtor's menu offerings are of above average quality, they are, nevertheless, commodities.

18  Reductions in the supply of those products due to weather or other factors, or increases in

19  demand from other sources, could increase the costs of those ingredients.

20          4.     <u>Health and Diet</u>.

21          Customers' changing health and dietary preferences could affect menu items

22  and product mix and force Debtor to change is offerings.  Trans fat elimination is one

23  example but speaks to all areas of dietary change.  In addition, as evidenced by recent public

24  fears regarding the safety of spinach, peanuts and various meat products, the occurrence of

25  any food borne illnesses, or health threats associated with fish or any other staples on

26  Debtor's menu could impair sales, whether the threat occurs at one of Debtor's restaurants, at

**Page 64 of 67** – DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT (June 8, 2010)

1    a competitor's restaurant, or generally in the food supply chain.

2         5.    Changes in Eating Habits or Preferences.

3         As evidenced by the current sushi craze, food preferences are somewhat

4    faddish. If Debtor's menu offerings fall out of favor, that would negatively affect sales.

5         6.    Labor.

6         While its competitors face the same pressures, the fact that many of Debtor's

7    restaurants are located in states that do not allow employers to credit tip income against their

8    minimum wage obligations means that Debtor's labor costs are high in those locations. In

9    addition, there is a risk that states could increase their minimum wages, which would further

10   increase labor costs.

11        7.    Footprints.

12        The large footprint of Debtor's restaurants exposes Debtor to staffing and

13   utility risks.

14        8.    Projected Financial Results.

15        Debtor's projected financial results reflect management's best estimate of the

16   Reorganized Debtor's future financial performance based on currently known facts and

17   hypothetical assumptions about, among other matters, the timing, confirmation and

18   consummation of the Plan in accordance with its terms, the anticipated future performance of

19   the Reorganized Debtor, and general economic conditions. Many of these factors are beyond

20   the Reorganized Debtor's control. As a consequence, the actual financial results may differ

21   significantly from the projections. Specifically, the Reorganized Debtor may not be able to

22   meet the projected financial results or achieve the revenue or cash flow that it has assumed in

23   projecting future business prospects.

24        9.    Claim Amounts.

25        The Claims estimates in this Disclosure Statement are based on various

26   assumptions. The actual Allowed Claim amounts may differ significantly from these

**Page 65 of 67** – DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT (June 8, 2010)

1    estimates should one or more of Debtor's underlying assumptions prove to be incorrect.

2    Those differences may materially and adversely affect the percentage recovery to holders of

3    Claims under the Plan.

4            **D.    ALTERNATIVES TO CONFIRMATION OF THE PLAN**

5            If a Plan is not confirmed, Debtor or another party in interest may attempt to

6    formulate or propose a different Plan or Plans of Reorganization.  Those Plans might involve

7    a reorganization and continuation of Debtor's business, a sale of Debtor's businesses as a

8    going concern, an orderly liquidation of Debtor's assets or any combination of those options.

9    If the Bankruptcy Court determines that a Plan of Reorganization is not confirmable, the

10   Chapter 11 Case may be converted to a liquidation proceeding under Chapter 7 of the

11   Bankruptcy Code.

12           In a liquidation, a Chapter 7 Trustee would be appointed for the purpose of

13   liquidating Debtor's assets.  Typically, in a liquidation, assets are sold for less than their

14   going concern value and, accordingly, the return to Creditors and Interest holders is less than

15   the return in a reorganization, which derives the value to be distributed in a Plan from the

16   business as a going concern.  Proceeds from liquidation would be distributed to Creditors and

17   Interest holders of Debtor in accordance with the priorities set forth in the Bankruptcy Code.

18           Debtor believes there is no currently available alternative that would offer

19   holders of Claims and Interests in Debtor greater than the return proposed by the Plan, and

20   Debtor urges all holders of Claims that are entitled to vote on the Plan to vote to accept the

21   Plan.

22   **XI.    CONCLUSION**

23           Please read this Disclosure Statement and the Plan carefully.  After reviewing

24   all the information and making an informed decision, please vote by using the enclosed

25   ///

26   ///

**Page 66 of 67** – DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT (June 8, 2010)

1  ballot.  Make sure you deliver your ballot to Debtor by the deadline described in Part II of

2  this Disclosure Statement.

3          DATED this 8th day of June, 2010.

4                                          Respectfully submitted,
                                           McGRATH'S PUBLICK FISH HOUSE, INC.
5

6                                          By */s/ John P. McGrath*
7                                             John P. McGrath, President
   Presented by:
8  TONKON TORP LLP

9  By */s/ Leon Simson*
10     Leon Simson, OSB No. 75342
       Timothy J. Conway, OSB No. 85175
11     Haley B. Bjerk, OSB No. 062760
           Attorneys for Debtor
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**Page 67 of 67** – DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT (June 8, 2010)

# EXHIBIT 1

1 | **Leon Simson**, OSB No. 753429
   | (Lead Attorney)
2 |   Direct Dial:  503.802.2067
   |   Fax:  503.972.3767
3 |   E-Mail:  leon.simson@tonkon.com
   | **Timothy J. Conway**, OSB No. 851752
4 |   Direct Dial:  503.802.2027
   |   Fax:  503.972.3727
5 |   E-Mail:  tim.conway@tonkon.com
   | **Haley B. Bjerk**, OSB No. 062760
6 |   Direct Dial:  503.802.5765
   |   Fax:  503.972.7565
7 |   E-Mail:  haley.bjerk@tonkon.com
   | **TONKON TORP LLP**
8 | 1600 Pioneer Tower
   | 888 SW Fifth Avenue
9 | Portland, OR 97204-2099

10 |        Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

In re

McGrath's Publick Fish House, Inc.,

Case No. 10-60500-fra11

**DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION (Dated June 8, 2010)**

Debtor.

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

1

## TABLE OF CONTENTS

2 ARTICLE 1  DEFINITIONS.................................................................3

3 ARTICLE 2  UNCLASSIFIED CLAIMS .................................................9

4 ARTICLE 3  CLASSIFICATION AND TREATMENT OF CLAIMS .................................10

5 ARTICLE 4  DISPUTED CLAIMS; OBJECTIONS TO CLAIMS....................................25

6 ARTICLE 5  IMPLEMENTATION OF THE PLAN.............................................26

7 ARTICLE 6  EXECUTORY CONTRACTS AND UNEXPIRED LEASES.........................28

8 ARTICLE 7  EFFECT OF CONFIRMATION .......................................................33

9 ARTICLE 8  MODIFICATION, REVOCATION OR WITHDRAWAL OF THE PLAN ....33

10 ARTICLE 9  RETENTION OF JURISDICTION .................................................34

11 ARTICLE 10  MISCELLANEOUS PROVISIONS.................................................36

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

McGrath's Publick Fish House, Inc., as debtor and debtor-in-possession, proposes this First Amended Plan of Reorganization ("Plan") pursuant to Section 1121(a) of Title 11 of the United States Code.

## ARTICLE 1

## DEFINITIONS

Definitions of certain terms used in this Plan are set forth below.  Other terms are defined in the text of this Plan or the text of the Disclosure Statement.  In either case, when a defined term is used, the first letter of each word in the defined term is capitalized. Capitalized terms used and not defined in this Plan or the Disclosure Statement shall have the meanings given in the Bankruptcy Code or Bankruptcy Rules or otherwise as the context requires.  The meanings of all terms shall be equally applicable to both the singular and plural, and masculine and feminine, forms of the terms defined.  The words "herein," "hereof," "hereto," "hereunder" and others of similar import, refer to the Plan as a whole and not to any particular section, subsection or clause contained in the Plan.  Captions and headings to articles, sections and exhibits are inserted for convenience of reference only and are not intended to be part of, or to affect the interpretation of, the Plan.  The rules of construction set forth in Section 102 of the Bankruptcy Code shall apply.  In computing any period of time prescribed or allowed by the Plan, the provisions of Bankruptcy Rule 9006(a) shall apply.

1.1.    "Administrative Expense Claim" means any Claim entitled to the priority afforded by Sections 503(b) and 507(a)(2) of the Bankruptcy Code.

1.2.    "Agent" means John Mitchell, or his successor, who will (a) receive, hold and distribute payments received from the Debtor for the benefit of the holders of General Unsecured Claims described in Class 35 and (b) receive and hold the stock of the Debtor to secure the Interest holders guarantee that Debtor will pay the holders of Class 35 Claims at least a total of $1.5 million.

**Page 3 of 40 - DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION**
**(Dated June 8, 2010)**

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

1.3.    "Allowance Date" means the date that a Claim is Allowed.

1.4.    "Allowed" means, with respect to any Claim, proof of which has been properly Filed or, if no Proof of Claim was so Filed, which was or hereafter is listed on the Schedules as liquidated in amount and not disputed or contingent, and, in either case, (a) a Claim as to which no objection to the allowance thereof, or motion to estimate for purposes of allowance, shall have been Filed on or before any applicable period of limitation that may be fixed by the Bankruptcy Code, the Bankruptcy Rules and/or the Bankruptcy Court, or (b) if an objection, or a motion to estimate for purposes of allowance, has been Filed, there has been a Final Order entered with regard to such objection or motion fixing the amount of such Claim.

1.5.    "Allowed Secured Claim" means an Allowed Claim that is secured by a Lien, security interest or other charge against or interest in property in which the Debtor has an interest or that is subject to setoff under Section 553 of the Bankruptcy Code, to the extent of the value of the interest of the holder of such Claim in the Debtor's interest in such property or to the extent of the amount subject to setoff, as the case may be.

1.6.    "Allowed Unsecured Claim" means an Allowed Claim that is not an Allowed Secured Claim, Administrative Expense Claim, Priority Tax Claim or Other Priority Claim.

1.7.    "Available Cash" At any particular time means all Cash Proceeds, including Unclaimed Cash that was originally disbursed pursuant to the Plan, and not designated as Reserved Funds.

1.8.    "Avoidance Actions" means all claims and causes of action of the Debtor or its estate arising under Chapter 5 of the Bankruptcy Code.

1.9.    "Bankruptcy Code" means the Bankruptcy Reform Act of 1978, as amended from time to time, set forth in Sections 101 et seq. of Title 11 of the United States Code.

1.10.    "Bankruptcy Court" means the United States Bankruptcy Court for the District of Oregon, or such other court that exercises jurisdiction over this Chapter 11 Case or any

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

1    proceeding therein, including the United States District Court for the District of Oregon, to

2    the extent that the reference to this Chapter 11 Case or any proceeding therein is withdrawn.

3         1.11.    "Bankruptcy Rules" means, collectively, the Federal Rules of Bankruptcy

4    Procedure, as amended and promulgated under Section 2075, Title 28, of the United States

5    Code, and the local rules and standing orders of the Bankruptcy Court.

6         1.12.    "Business Day" means a day other than a Saturday, Sunday or other day on

7    which banks in Portland, Oregon are authorized or required by law to be closed.

8         1.13.    "Cash" means lawful currency of the United States of America, funds held in

9    deposit or other accounts at financial institutions, and cash equivalents.

10        1.14.    "Chapter 11 Case" means the case under Chapter 11 of the Bankruptcy Code

11   with respect to the Debtor pending in the United States Bankruptcy Court for the District of

12   Oregon, administered as McGrath's Publick Fish House, Inc., Case No. 10-60500-fra11.

13        1.15.    "Claim" means (a) any right to payment from Debtor arising before the

14   Effective Date, whether or not such right is reduced to judgment, liquidated, unliquidated,

15   fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured or

16   unsecured; or (b) any right to an equitable remedy against Debtor arising before the Effective

17   Date for breach of performance if such breach gives rise to a right of payment from Debtor,

18   whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent,

19   matured, unmatured, disputed, undisputed, secured or unsecured.  "Claim" shall exclude any

20   claim or right to payment of the kind specified in Sections 726(a)(4) and (5) of the

21   Bankruptcy Code.

22        1.16.    "Class" means one of the classes of Claims defined in Article 3 hereof.

23        1.17.    "Collateral" means any property in which Debtor has an interest that is subject

24   to a Lien or security interest securing the payment of an Allowed Secured Claim.

25        1.18.    "Confirmation Order" means the order of the Bankruptcy Court confirming

26   the Plan in accordance with the provisions of Chapter 11 of the Bankruptcy Code.

**Page 5 of 40 - DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION**
**(Dated June 8, 2010)**

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

1    1.19. "Creditor" means any entity holding a Claim against Debtor.

2    1.20. "Debtor" means McGrath's Publick Fish House, Inc., as Debtor and

3 Debtor-in-Possession in this Chapter 11 Case.

4    1.21. "Disclosure Statement" means the Debtor's Disclosure Statement as amended,

5 modified, restated or supplemented from time to time, pertaining to the Plan.

6    1.22. "Disputed Claim" means a Claim with respect to which a Proof of Claim has

7 been timely Filed or deemed timely Filed under applicable law, and as to which an objection

8 was timely Filed and has neither been withdrawn nor denied by a Final Order, or a Claim as

9 to which a Proof of Claim has not been Filed and which has been listed on Debtor's

10 Schedules as disputed, contingent of unliquidated and no Final Order has been entered

11 allowing such Claim in whole or in part.

12    1.23. "Effective Date" means the first Business Day after the Confirmation Order

13 becomes a Final Order.

14    1.24. "Filed" means filed with the Bankruptcy Court in this Chapter 11 Case or

15 other court of competent jurisdiction.

16    1.25. "Final Order" means an order or judgment entered on the docket by the Clerk

17 of the Bankruptcy Court or any other court exercising jurisdiction over the subject matter and

18 the parties (a) that has not been reversed, stayed, modified or amended; and (b) as to which

19 no stay is pending.

20    1.26. "General Unsecured Claim" means an Unsecured Claim that is not a Small

21 Unsecured Claim.

22    1.27. "Interests" means all rights of the owners of the issued and outstanding shares

23 of common stock of the Debtor.

24    1.28. "Lien" has the meaning defined in Section 101(37) of the Bankruptcy Code,

25 including liens held by taxing authorities.

26

**Page 6 of 40 - DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION**
**(Dated June 8, 2010)**

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

1.29.    "Loan Documents" means all documents executed by Debtor that evidence indebtedness owed by Debtor, including, without limitation, promissory notes, loan agreements, lease agreements, financing agreements, and related guaranties, as well as all related documents, including but not limited to documents evidencing the creation or perfection of Liens, such as deeds of trust, mortgages, security agreements and financing statements, as well as all amendments and modifications to any of the foregoing.

1.30.    "Net Cash Flow" means Debtor's net sale proceeds less (a) cost of goods sold, (b) labor, (c) operating expenses, (d) administrative expenses, (e) U.S. Trustee fees, and (f) debt service payments, all as more particularly described in Exhibit 1 attached hereto.

1.31.    "Other Priority Claim" means any Claim for an amount entitled to priority in right of payment under Section 507(a)(3), (4), (5), (6) or (7) of the Bankruptcy Code.

1.32.    "Petition Date" means February 3, 2010, the date on which the petition commencing this Chapter 11 Case was filed.

1.33.    "Plan" means this Plan of Reorganization, as amended, modified, restated or supplemented from time to time.

1.34.    "Potential Rejection Claim" means an undetermined and unliquidated Claim that would arise from the rejection of an executory contract or unexpired lease to which Debtor is a party or by which it is bound.

1.35.    "Priority Tax Claim" means a Claim of a governmental unit of the kind entitled to priority under Section 507(a)(8) of the Bankruptcy Code.

1.36.    "Pro Rata" means the ratio of an Allowed Claim in a particular Class to the aggregate amount of all Allowed Claims in that Class.

1.37.    "Rejection Claim" means a Claim arising from the rejection of an unexpired lease or executory contract pursuant to this Plan or Final Order of the Bankruptcy Court.

1.38.    "Reorganized Debtor" means Debtor from and after the Effective Date.

**Page 7 of 40 - DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION**
**(Dated June 8, 2010)**

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

1.39.    "Reserved Funds" means, at any particular time, Cash equal to the aggregate of (a) the Cash in the Unpaid Claims Reserve Fund; and (b) the amount while in Reorganized Debtor's reasonable judgment is necessary to pay Allowed but unpaid Secured Claims, Priority Tax Claims, Other Priority Claims, and Administrative Expense Claims on the terms provided in the Plan.  Any Cash that does not constitute Reserved Funds shall be Available Cash.

1.40.    "Restated Articles of Incorporation" means the Restated Articles of Incorporation of the Debtor, which shall, among other things, modify and amend Debtor's Articles of Incorporation to prohibit the issuance of non-voting equity securities to the extent required by Section 1123(a)(6) of the Bankruptcy Code to be adopted effective as of the Effective Date.

1.41.    "Rights of Action" means any and all claims, demands, rights, actions, causes of suits, and suits of the Debtor or the estate, of any kind or character whatsoever, known or unknown, suspected or unsuspected, whether arising before, on or after the Petition Date, in contract or in tort, at law or in equity or under any theory of law, including, but not limited to (1) derivative claims, (2) rights of setoff, counterclaim, or recoupment, and claims on contract and for breaches of duties imposed by law, (3) the right to object to Claims or Interests, (4) claims pursuant to § 362 of the Bankruptcy Code, (5) such claims and defenses as fraud, mistake, duress, and usury, and (6) Avoidance Actions.

1.42.    "Schedules" means the Schedules of Assets and Liabilities and the Statement of Financial Affairs Filed by Debtor pursuant to Section 521 of the Bankruptcy Code, as amended, modified, restated or supplemented from time to time.

1.43.    "Secured Claim" means any Claim against Debtor held by any entity to the extent such Claim constitutes a secured Claim under Sections 506(a) or 1111(b) of the Bankruptcy Code.

**Page 8 of 40 - DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION
(Dated June 8, 2010)**

1.44.    "Small Unsecured Claim" means an Unsecured Claim for an amount that is equal to or less than $2,500.

1.45.    "Unclaimed Cash" means Cash (together with any interest earned thereon) that is unclaimed by a Creditor following a distribution pursuant to the Plan and includes Cash attributable to (a) checks that have been returned as undeliverable without a proper forwarding address, (b) checks that have not been cashed within 90 days after the date such checks were mailed (whether or not distributed pursuant to the Plan), and (c) checks that were not mailed or delivered because of the absence of a proper address to which to mail or deliver such property.  Unclaimed Cash is Available Cash because Unclaimed Cash is not within the Unpaid Claims Reserve Fund and, therefore, is not within the definition of Reserved Funds.

1.46.    "Unpaid Claims Reserve Fund" at any particular time means the aggregate of: (a) Cash reserved for the benefit of holders of Disputed Claims; and (b) the Cash reserved for the benefit of holders of Potential Rejection Claims.

1.47.    "Unsecured Claim" means an unsecured Claim that is not an Administrative Claim, a Secured Claim, a Tax Claim or an Other Priority Claim.

1.48.    "Utility Deposits" means deposits with utilities made by Debtor after the Petition Date pursuant to Section 366(b) of the Bankruptcy Code.

## ARTICLE 2

## UNCLASSIFIED CLAIMS

2.1.    <u>Administrative Expense Claims</u>.  Each holder of an Allowed Administrative Expense Claim shall be paid in full from Available Cash within sixty (60) days after the Effective Date or within five (5) days after the Allowance Date, whichever is later, unless such holder shall in writing agree to a different treatment of such Claim (including, without limitation, any different treatment that may be provided for in any documentation, statute or regulation governing such Claim); provided, however, that Administrative Expense Claims

**Page 9 of 40 - DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION**
**(Dated June 8, 2010)**

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

1    representing obligations incurred in the ordinary course of business by Debtor during this

2    Chapter 11 Case shall be paid by Debtor in the ordinary course of business and in accordance

3    with any terms and conditions of the particular transaction and any agreements relating

4    thereto.

5        2.2.   <u>Priority Tax Claims</u>.  Each holder of an Allowed Priority Tax Claim shall be

6    paid by the Reorganized Debtor the full amount of its Allowed Priority Tax Claim within

7    sixty (60) days after the Effective Date or within five (5) days after the Allowance Date,

8    whichever is later.

9        2.3.   <u>Other Priority Claims</u>.  Each holder of an Allowed Other Priority Claim shall

10    be paid by the Reorganized Debtor the full amount of its Allowed Other Priority Claim

11    within sixty (60) days after the Effective Date or within five (5) days after the Allowance

12    Date, whichever is later.

13        2.4.   <u>Bankruptcy Fees</u>.  Fees payable by Debtor under 28 USC § 1930, or to the

14    Clerk of the Bankruptcy Court, will be paid in full in Cash within ten (10) days after the

15    Effective Date.  Thereafter, the Reorganized Debtor shall continue to pay quarterly fees of

16    the Office of the United States Trustee and to file quarterly reports with the Office of the

17    United States Trustee until this case is closed by the Court, dismissed or converted.  This

18    requirement is subject to any amendments to 28 USC § 1930(a)(6) that Congress makes

19    retroactively applicable to confirmed Chapter 11 cases.

20    **ARTICLE 3**

21    **CLASSIFICATION AND TREATMENT OF CLAIMS**

22        For purposes of this Plan, Claims (except those treated under Article 2 of the

23    Plan) are classified and will be treated as provided below.  A Claim is classified in a

24    particular Class only to the extent that such Claim qualifies within the description of such

25    Class, and is classified in a different Class to the extent that such Claim qualifies within the

26    description of such different Class.

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

1    Class 1 consists of the Allowed Secured Claim of GE CFBP in the amount of

2  $1,124,800 as of the Petition Date secured by its Lien against the real estate improvements

3  and restaurant equipment and furniture at Debtor's restaurant located at 3805 Center Street

4  NE at Lancaster Mall in Salem, Oregon ("Store 2").  The Class 1 Claim will be paid in equal

5  monthly installments of $14,621, including principal and interest at 8.90%.  The first such

6  monthly payment will be paid within the first ten (10) days of the first full month following

7  the Effective Date.  Each subsequent monthly payment will be paid within the first ten (10)

8  days of each subsequent calendar month until the Class 1 Claim is paid in full.  GE CFBP

9  will retain its Lien on the Collateral until the Class 1 Claim is paid in full.

10    Class 2 consists of the Allowed Secured Claim of Key Equipment Finance in

11  the amount of $575,933 as of the Petition Date secured by its Lien against Debtor's furniture,

12  fixtures and equipment at the restaurant located at 350 Circle Boulevard in Corvallis, Oregon

13  ("Store 6").  The Class 2 Claim will be paid in equal monthly installments of $6,479.83,

14  including principal and interest at 6%.  The first such monthly payment will be paid within

15  the first ten (10) days of the first full month following the Effective Date.  Each subsequent

16  monthly payment will be paid within the first ten (10) days of each subsequent calendar

17  month until the Class 2 Claim is paid in full.  Key Equipment Finance will retain its Lien on

18  the Collateral until the Class 2 Claim is paid in full.

19    Class 3 consists of the Allowed Secured Claim of KeyBank in the amount of

20  $1,383,590 as of the Petition Date secured by its Lien against Debtor's real property at the

21  restaurant located at 68 E Stewart Avenue in Medford, Oregon ("Store 7").  The Class 3

22  Claim will be amortized over 15 years with interest at 6% per annum.  The Class 3 Claim

23  will be paid in equal monthly installments of $12,100 which include principal and interest.

24  The first such monthly payment will be paid within the first ten (10) days of the first full

25  month following the Effective Date.  Each subsequent monthly payment will be paid within

26  the first ten (10) days of each subsequent calendar month until the fifth anniversary of the

**Page 11 of 40 - DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION**
**(Dated June 8, 2010)**

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

1  first monthly payment at which time the then remaining unpaid balance shall be paid in full.

2  KeyBank will retain its Lien on the Collateral until the Class 3 Claim is paid in full.

3        Class 4 consists of the Allowed Secured Claim of Sterling in the amount of

4  $4,800,000 secured by a senior Lien against Debtor's real and personal property at the

5  restaurant located at 12501 SE Second Circle in Vancouver, Washington ("Store 9"), and a

6  junior Lien on Debtor's real property and fixtures and a senior Lien against the equipment

7  and furniture at Store 7, and a senior Lien against Debtor's real and personal property at the

8  restaurant located at 10435 W Colfax Drive in Lakewood, Colorado ("Store 20").  The Class

9  4 Claim will be paid as follows:

10        (a)    $2,700,000 of the Class 4 Claim will be amortized over twenty (20)

11  years with interest at 6% per annum.  This portion of the Class 4 Claim will be paid in sixty

12  (60) equal installments of principal and interest of $19,344.  The first such monthly payment

13  will be paid within the first ten (10) days of the first full month following the Effective Date.

14  Each subsequent monthly payment will be paid within the first ten (10) days of each

15  subsequent calendar month until the fifth anniversary of the first monthly payment at which

16  time the then remaining unpaid balance shall be paid in full.  This $2,700,000 obligation will

17  be evidenced by a promissory note and secured by a first Lien against the real property and a

18  second Lien against the personal property at Store 9;

19        (b)    $400,000 of the Class 4 Claim will be amortized over twenty (20)

20  years with interest at 6% per annum.  This portion of the Class 4 Claim will be paid in equal

21  installments of principal and interest of $2,865.80.  The first such monthly payment will be

22  paid within the first ten (10) days of the first full month following the Effective Date.  Each

23  subsequent monthly payment will be paid within the first ten (10) days of each subsequent

24  calendar month until the fifth anniversary of the first monthly payment at which time the then

25  remaining unpaid balance shall be paid in full.  This $400,000 obligation will be evidenced

26

**Page 12 of 40 - DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION**
**(Dated June 8, 2010)**

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

1  by a promissory note and secured by a junior Lien against the real property and a senior Lien

2  against the equipment and furniture at Store 7; and

3        (c)     $1,700,000 of the Class 4 Claim will be satisfied by either a sale of

4  Store 20 on terms satisfactory to Sterling or by granting a deed in lieu of foreclosure

5  conveying Store 20 to Sterling. Debtor will list and attempt to sell Store 20 for a period of

6  six (6) months following the Effective Date. If Store 20 is sold, $1,700,000 of the Class 4

7  Claim will be deemed satisfied. If Store 20 does not sell within the six (6) month period, the

8  Reorganized Debtor will deliver to Sterling a deed in lieu of foreclosure conveying Store 20

9  to Sterling in satisfaction of $1,700,000 of the Class 4 Claim. Debtor will continue to

10  operate Store 20 during the period that it is being offered for sale. Any positive Net Cash

11  Flow that results from operations during the sale period will be paid first towards satisfaction

12  of the tax Liens that encumber Store 20, and then to Sterling to reduce the Class 4 Claim.

13  This $1,700,000 obligation will be evidenced by a non-interest bearing promissory note and

14  secured by a deed of trust against the assets of Store 20.

15        Class 5 consists of the Allowed Secured Claim of SBA in the amount of

16  $95,000 secured by its senior Lien against Debtor's personal property and equipment at Store

17  9, and its junior Lien against Debtor's personal property and equipment at Store 20. The

18  Class 5 Claim will be paid in sixty (60) equal monthly installments of $1,831.98 including

19  principal and interest at 5.895% per annum. The first such monthly payment will be paid

20  within the first ten (10) days of the first full month following the Effective Date. Each

21  subsequent monthly payment will be paid within the first ten (10) days of each subsequent

22  calendar month until the Class 5 Claim is paid in full. SBA will retain its Lien on the

23  Collateral at Store 9 until the Class 5 Claim is paid in full, but its Lien on the Collateral at

24  Store 20 shall be extinguished on the Effective Date to facilitate the sale of Store 20.

25        Class 6 consists of the Allowed Secured Claim of KeyBank in an amount

26  equal to the value of Debtor's interest in the building and improvements located at 860 West

**Page 13 of 40 - DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION**
**(Dated June 8, 2010)**

1    1250 South in Orem, Utah ("Store 10"), which amount is uncertain but is less than the

2    balance owing to KeyBank.  The Class 6 Claim is secured by a Lien against such building

3    and improvements.  The Class 6 Claim will be satisfied by Debtor's sale of its interest in the

4    building and improvements at Store 10 and the payment of the proceeds up to the amount of

5    the Class 6 Claim, or the conveyance of Debtor's interest in such property, to KeyBank.

6    Class 7 consists of the Allowed Secured Claim of Key Equipment Finance in

7    an amount equal to the value of Debtor's fixtures and equipment at Store 10, which amount is

8    uncertain but is less than the balance owing to Key Equipment Finance.  The Class 7 Claim is

9    secured by a Lien against such fixtures and equipment.  The Class 7 Claim will be satisfied

10    by Debtor's sale of its interest in the fixtures and equipment at Store 10 and the payment of

11    the proceeds up to the amount of the Class 7 Claim, or the conveyance of such property, to

12    Key Equipment Finance.

13    Class 8 consists of the Allowed Secured Claim of KeyBank in the amount of

14    $637,500 secured by a Lien on Debtor's interest in the real property at the restaurant located

15    at 10950 S. State Street in Sandy, Utah ("Store 11").  The Class 8 Claim will be paid in equal

16    monthly installments of $5,843.75, including principal and interest at 6%.  The first such

17    monthly payment will be paid within the first ten (10) days of the first full month following

18    the Effective Date.  Each subsequent monthly payment will be paid within the first ten (10)

19    days of each subsequent calendar month until the Class 8 Claim is paid in full.  KeyBank will

20    retain its Lien on the Collateral until the Class 8 Claim is paid in full.

21    Class 9 consists of the Allowed Secured Claim of Key Equipment Finance in

22    the amount of $112,500 secured by a Lien on Debtor's fixtures and equipment at Store 11.

23    The Class 9 Claim will be paid in equal monthly installments of $2,437.50, including

24    principal and interest at 6%.  The first such monthly payment will be paid within the first ten

25    (10) days of the first full month following the Effective Date.  Each subsequent monthly

26    payment will be paid within the first ten (10) days of each subsequent calendar month until

**Page 14 of 40 - DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION**
**(Dated June 8, 2010)**

1  the Class 9 Claim is paid in full.  Key Equipment Finance will retain its Lien on the

2  Collateral until the Class 9 Claim is paid in full.

3       Class 10 consists of the Allowed Secured Claim of Key Equipment Finance

4  secured by a Lien on Debtor's personal property at the restaurant located at 190 South 400

5  West in Salt Lake City, Utah ("Store 12").  The Class 10 Claim has been satisfied by Debtor's

6  surrender of its personal property to Key Equipment Finance.

7       Class 11 consists of the Allowed Secured Claim of US Bank in the amount of

8  $860,902 secured by a Lien on Debtor's interest in the real property at the restaurant located

9  at 908 Main Street in Layton, Utah ("Store 13").  Debtor will list for sale its interest in the

10  real property (together with its interest in the furniture, fixtures and equipment) through

11  December 1, 2010, or such further period as may be agreed upon by Debtor, US Bank and

12  US Bancorp.  During the listing period Debtor will operate Store 13.  Debtor will not be

13  obligated to make any debt service payments during the listing period.  Net Cash Flow

14  derived from operations during the listing period will be used to pay taxes which are the

15  delinquent part of the rent owing to the landlord of Store 13.  Proceeds from the sale of Store

16  13 will be used first to pay the Class 11 Claim as well as the Class 12 Claim described below.

17  If Store 13 is sold for less than the total amount of the Class 11 and Class 12 Claims, that

18  portion of the purchase price attributable to Debtor's interest in the real property will be

19  deemed to satisfy the Class 11 Claim in full.  If Store 13 is not sold during the listing period,

20  Store 13 will be included as part of the Reorganized Debtor.  The Class 11 Claim will be

21  amortized over twenty (20) years at interest at 6% per annum and paid in equal monthly

22  installments of $6,167.77 which includes principal and interest.  The first such monthly

23  payment will be paid within ten (10) days of the first full month following the expiration of

24  the listing period.  Each subsequent monthly payment will be paid within the first ten (10)

25  days of each subsequent month until the seventh anniversary of the first payment at which

26

**Page 15 of 40 - DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION**
**(Dated June 8, 2010)**

1   time the then remaining unpaid balance will be paid in full.  US Bank will retain its Lien on

2   the Collateral until the Class 11 Claim is paid in full.

3           Class 12 consists of the Allowed Secured Claim of US Bancorp in the amount

4   of $198,050 secured by a Lien on Debtor's furniture, fixtures, equipment and personal

5   property at Store 13.  Debtor will list for sale its interest in the furniture, fixtures and

6   equipment (together with the real property) through December 1, 2010, or such further period

7   as may be agreed upon by Debtor, US Bank and US Bancorp.  During the listing period

8   Debtor will operate Store 13.  Debtor will not be obligated to make any debt service

9   payments during the listing period.  Net Cash Flow derived from operations during the listing

10  period will be used to pay taxes which are the delinquent part of the rent owing to the

11  landlord of Store 13.  Proceeds from the sale of Store 13 will be used first to pay the Class 12

12  Claim as well as the Class 11 Claim described above.  If the proceeds from the sale of Store

13  13 are insufficient to pay the Class 12 Claim in full the holder of the Class 12 Claim will be

14  entitled to a deficiency claim to be paid as discussed in the treatment of the Class 35 Claim

15  below.  If Store 13 is not sold during the listing period, Store 13 will be included as part of

16  the Reorganized Debtor.  The Class 12 Claim will be paid with interest at 6.6% per annum

17  and paid in equal monthly installments of $1,558.62 which includes principal and interest.

18  The first such monthly payment will be paid within ten (10) days of the first full month

19  following the expiration of the listing period.  Each subsequent monthly payment will be paid

20  within the first ten (10) days of each subsequent month until the seventh anniversary of the

21  first payment at which time the then remaining unpaid balance will be paid in full.  US

22  Bancorp will retain its Lien on the Collateral until the Class 12 Claim is paid in full.

23          Class 13 consists of the Allowed Secured Claim of Maricopa County,

24  Arizona, in the amount of $8,118.20, secured by its Lien against Debtor's personal property

25  and equipment at the restaurant located at 1610 South Stapley Drive in Mesa, Arizona

26  ("Store 14").  As discussed below in the treatment of the Class 14 Claim, Debtor will list

**Page 16 of 40 - DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION**
**(Dated June 8, 2010)**

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

1  Store 14 for sale through December 1, 2010, or such further time as may be agreed between

2  Debtor, US Bank and US Bancorp.  Maricopa County will retain its Lien, and all rights

3  relating thereto, against the personal property and equipment following the Effective Date.

4        Class 14 consists of the Allowed Secured Claim of US Bancorp which amount

5  is uncertain but is less than the amount owing to US Bancorp, secured by a Lien against

6  various items of furniture, fixtures, equipment and personal property at Store 14.  Debtor will

7  list for sale its interest in the furniture, fixtures, equipment and personal property (and

8  Debtor's affiliate, McGrath-Marshall LLC, will list the real property at Store 14 which is US

9  Bank's Collateral) through December 1, 2010.  After December 1, 2010, Debtor (and

10  McGrath-Marshall LLC) will confer with US Bancorp and US Bank regarding alternatives

11  and will take such action as US Bank and US Bancorp require as long as it does not cause

12  economic hardship to Debtor or Reorganized Debtor.  During the listing period Debtor and

13  Reorganized Debtor will operate Store 14.  No debt service payments will be required during

14  the listing period.  Net Cash Flow, if any, derived from operations during the listing period

15  will be used to pay taxes owing to Maricopa County, Arizona.  After payment of senior

16  Liens, if any, proceeds from the sale of Store 14 will be allocated proportionally between US

17  Bank and US Bancorp based on the amount of debt related to Store 14 owing to each.

18  Debtor or Reorganized Debtor may cease operating and close Store 14 during the listing

19  period if the financial results of operations create an economic hardship for Debtor or

20  Reorganized Debtor.  US Bancorp will retain its Lien on the Collateral until the Class 14

21  Claim is paid in accordance with this Plan.

22        Class 15 consists of the Allowed Secured Claim of US Bank in the amount of

23  $936,900 as of the Petition Date secured by a Lien on Debtor's interest in the real property at

24  the restaurant located at 3211 SW Cedar Hills Boulevard in Beaverton, Oregon ("Store 15").

25  The Class 15 Claim will be paid in equal monthly installments of $8,787.23, including

26  principal and interest at a floating rate equal to US Bank's prime rate plus 1.5% with a floor

**Page 17 of 40 - DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION
(Dated June 8, 2010)**

of 4.75% and a cap of 8%.  The first such monthly payment will be paid within the first ten (10) days of the first full month following the Effective Date.  Each subsequent monthly payment will be paid within the first ten (10) days of each subsequent calendar month until the tenth anniversary of the Effective Date at which time the then remaining unpaid balance shall be paid in full.  US Bank will retain its Lien on the Collateral until the Class 15 Claim is paid in full.

Class 16 consists of the Allowed Secured Claim of US Bancorp in the amount of $402,771 as of the Petition Date secured by a Lien on Debtor's furniture, fixtures, equipment and personal property at Store 15.  On the Effective Date, Debtor will pay approximately $17,000 to pay the past due interest on the Class 16 Claim.  The Class 16 Claim will be paid in equal monthly installments of $7,833.60, including principal and interest at a floating rate equal to US Bank's prime rate plus 1.5% with a floor of 4.75% and a cap of 8%.  The first such monthly payment will be paid within the first ten (10) days of the first full month following the Effective Date.  Each subsequent monthly payment will be paid within the first ten (10) days of each subsequent calendar month until the fifth anniversary of the Effective Date at which time the then remaining unpaid balance shall be paid in full.  US Bancorp will retain its Lien on the Collateral until the Class 16 Claim is paid in full.

Class 17 consists of the Allowed Secured Claim of Snohomish County, Washington, in the amount of $6,791.49 and secured by a Lien on Debtor's personal property at the restaurant located at 3000 184th St SW, Suite 870 in Lynnwood, Washington ("Store 17").  Snohomish County will retain its Lien on Debtor's personal property following the Effective Date.

Class 18 consists of the Allowed Secured Claim of GE Capital Franchise Finance Corp., secured by a Lien on Debtor's personal property at Store 17.  The Class 18 Claim has been satisfied by surrender of the personal property to GE Capital Franchise Finance Corp.

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

1    Class 19 consists of the Allowed Secured Claim of Maricopa County,

2    Arizona, in the amount of $11,133.58 and secured by a Lien on Debtor's personal property

3    and equipment at the restaurant located at 7000 East Mayo Blvd, Building #5 in Phoenix,

4    Arizona ("Store 18").  Maricopa County will retain its Lien, and all rights relating thereto,

5    against the personal property and equipment following the Effective Date.

6    Class 20 consists of the Allowed Secured Claim of KeyBank, in an amount

7    equal to the value of Debtor's interest in the building and improvements at Store 18, which

8    amount is uncertain but is less than the balance owing to KeyBank.  The Class 20 Claim is

9    secured by a Lien against such building and improvements.  The Class 20 Claim will be

10   satisfied by Debtor's sale of its interest in the building and improvements at Store 18, and

11   after payment of senior Liens the payment of the proceeds up to the amount of the Claim 20

12   Claim, or the conveyance of its interest in such property, to KeyBank.

13   Class 21 consists of the Allowed Secured Claim of General Electric Capital

14   Corporation secured by a Lien on Debtor's furniture, fixtures, equipment and personal

15   property at Store 18.  The Class 21 Claim has been satisfied by surrender of the furniture,

16   fixtures, equipment and personal property to General Electric Capital Corporation.

17   Class 22 consists of the Allowed Secured Claim of Maricopa County, Arizona

18   in the amount of $36,155.30 and secured by a Lien on Debtor's interest in real property at the

19   restaurant located at 1800 North Litchfield Road in Goodyear, Arizona ("Store 19").

20   Maricopa County will retain its Lien, and all rights relating thereto, against the real property

21   following the Effective Date.

22   Class 23 consists of the Allowed Secured Claim of Maricopa County, Arizona

23   in the amount of $12,470.99 and secured by a Lien on Debtor's personal property and

24   equipment at Store 19.  Maricopa County will retain its Lien, and all rights relating thereto,

25   against the personal property and equipment following the Effective Date.

26

**Page 19 of 40 - DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION**
**(Dated June 8, 2010)**

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

1           Class 24 consists of the Allowed Secured Claim of Arizona Business Bank in

2  an amount which is equal to Debtor's interest in the real property, inventory, building

3  materials and general intangibles related to the property at Store 19, which amount is

4  uncertain but is less than the balance owing to Arizona Business Bank.  The Class 24 Claim

5  is secured by a senior Lien on Debtor's real property, inventory, building materials and

6  general intangibles and a junior Lien on Debtor's furniture, fixtures and equipment at Store

7  19.  Debtor will list for sale its interest in the real property and inventory (together with the

8  furniture, fixtures and equipment which are the Collateral of GECC as described below).

9  During the listing period Debtor and Reorganized Debtor will operate Store 19.  No debt

10  service payments will be required during the listing period.  After payment of senior Liens,

11  proceeds from the sale of Store 19 will be used to pay the Class 24 Claim as well as the Class

12  25 Claim described below.  If a sale of the assets of Store 19 includes only Arizona Business

13  Bank's Collateral, and not GECC's Collateral, then Arizona Business Bank and GECC shall

14  negotiate a period of time, not less than thirty (30) days, within which GECC may sell its

15  Collateral at Store 19.  Arizona Business Bank will retain its Lien on its Collateral until the

16  Class 24 Claim is paid.

17           Class 25 consists of the Allowed Secured Claim of GECC secured by a senior

18  Lien on Debtor's furniture, fixtures and equipment related to the property at Store 19, which

19  amount is uncertain but is less than the balance owing to GECC.  Debtor will list for sale its

20  interest in the furniture, fixtures and equipment (together with the real property).  During the

21  listing period Debtor and Reorganized Debtor will operate Store 19.  No debt service

22  payments will be required during the listing period.  After payment of senior Liens, proceeds

23  from the sale of Store 19 will be used first to pay the Class 25 Claim as well as the Class 24

24  Claim described above.  GECC will retain its Lien on its Collateral until the Class 25 Claim

25  is paid.

26

**Page 20 of 40 - DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION**
         **(Dated June 8, 2010)**

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

1    Class 26 consists of the Allowed Secured Claim of Jefferson County,

2  Colorado, secured by a Lien on Debtor's real property at the restaurant located at 14035 West

3  Colfax Drive in Lakewood, Colorado ("Store 20").  Jefferson County will retain its Lien on

4  Debtor's real property following the Effective Date.

5    Class 27 consists of the Allowed Secured Claim of Jefferson County,

6  Colorado, secured by a Lien on Debtor's personal property and equipment at Store 20.

7  Jefferson County will retain its Lien on Debtor's personal property and equipment following

8  the Effective Date.

9    Class 28 consists of the Allowed Secured Claim of GE CBFP in the amount of

10  $490,000 secured by a senior Lien on Debtor's real property and a junior Lien on Debtor's

11  equipment and personal property at the restaurant located at 1911 South 320th Street in

12  Federal Way, Washington ("Store 21").  The Class 28 Claim will be amortized over ten (10)

13  years and paid in equal monthly installments of $5,440.00, including principal and interest at

14  6.00% per annum.  The first such monthly payment will be paid within the first ten (10) days

15  of the first full month following the Effective Date.  Each subsequent monthly payment will

16  be paid within the first ten (10) days of each subsequent calendar month until the seventh

17  anniversary of the Effective Date at which time the then remaining unpaid balance shall be

18  paid in full.  GE CBFP will retain its Lien on the Collateral until the Class 28 Claim is paid

19  in full.

20    Class 29 consists of the Allowed Secured Claim of GECC in the amount of

21  $245,000 secured by a senior Lien on Debtor's personal property and equipment at Store 21.

22  The Class 29 Claim will be amortized over ten (10) years and paid in equal monthly

23  installments of $2,720.00, including principal and interest at 6% per annum.  The first such

24  monthly payment will be paid within the first ten (10) days of the first full month following

25  the Effective Date.  Each subsequent monthly payment will be paid within the first ten (10)

26  days of each subsequent calendar month until the seventh anniversary of the Effective Date at

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

1   which time the then remaining unpaid balance shall be paid in full.  GECC will retain its Lien

2   on the Collateral until the Class 29 Claim is paid in full.

3         Class 30 consists of the Allowed Secured Claim of Bank of the West in the

4   amount of $15,000.00 secured by a Lien on Debtor's point of sale equipment located at Store

5   21.  The Class 30 Claim will be amortized over ten (10) years and paid in equal monthly

6   installments of $185.50, including principal and interest at 8.44%.  The first such monthly

7   payment will be paid within the first ten (10) days of the first full month following the

8   Effective Date.  Each subsequent monthly payment will be paid within the first ten (10) days

9   of each subsequent calendar month until the seventh anniversary of the Effective Date at

10  which time the then remaining unpaid balance shall be paid in full.  Bank of the West will

11  retain its Lien on the Collateral until the Class 30 Claim is paid in full.

12        Class 31 consists of the Allowed Secured Claim of US Bank in the amount of

13  $56,811.00 as of the Petition Date secured by a Lien on Debtor's furnishings, fixtures,

14  equipment and leasehold improvements at Store 99, Debtor's headquarters located at 1935

15  Davcor Street SE in Salem, Oregon.  The Class 31 Claim will be paid in equal monthly

16  installments of $1,747.82, including principal and interest at 6.44%.  The first such monthly

17  payment will be paid within the first ten (10) days of the first full month following the

18  Effective Date.  Each subsequent monthly payment will be paid within the first ten (10) days

19  of each subsequent calendar month until the Class 31 Claim is paid in full.  US Bank will

20  retain its Lien on the Collateral until the Class 31 Claim is paid in full.

21        Class 32 consists of the Allowed Secured Claim of GreatAmerica Leasing

22  Corp. in the amount of $31,800 as of the Petition Date secured by a Lien on Debtor's

23  computer equipment which enables credit card processing at restaurants located at six

24  Oregon locations.  The Class 32 Claim will be paid in equal monthly installments of $1,800,

25  including principal and interest at 9.99%.  The first such monthly payment will be paid

26  within the first ten (10) days of the first full month following the Effective Date.  Each

**Page 22 of 40 - DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION**
**(Dated June 8, 2010)**

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

1  subsequent monthly payment will be paid within the first ten (10) days of each subsequent

2  calendar month until the Class 32 Claim is paid in full.  GreatAmerica Leasing Corp will

3  retain its Lien on the Collateral until the Class 32 Claim is paid in full.

4          Class 33 consists of the Allowed Secured Claim of US Bank, which US Bank

5  asserts is equal to $985,937.11 arising from its set-off rights against the cash in Debtor's bank

6  accounts at US Bank as of the Petition Date.  Debtor will satisfy the Class 33 Claim as

7  follows:

8          (a)      Debtor's agreement, as set forth above, that if Store 13 does not sell for

9  an amount sufficient to pay the Class 11 and Class 12 Claims in full, or for an amount

10  otherwise satisfactory to US Bank, Debtor will operate Store 13 and treat the Class 11 and

11  Class 12 Claims as provided above;

12          (b)      Debtor's agreement to pay on the Effective Date approximately

13  $17,000 to satisfy past due interest relating to Class 15 Claim and $20,000 to cure

14  delinquencies on the Class 31 Claim;

15          (c)      Debtor's agreement to grant to US Bank a junior deed of trust on Store

16  99 to secure up to $425,000 of (i) US Bank's claim arising from Debtor's guarantee to satisfy

17  any deficiency arising from the sale of Store 14, and (ii) any claim US Bank may have as a

18  result of Debtor's failure to treat the Class 11 Claim as provided herein;

19          (d)      the claims described in (c)(i) and (ii) above will not bear interest and

20  Debtor will have no obligation to make any payment on account of such claims until the fifth

21  anniversary of the Effective Date; and

22          (e)      Debtor will maintain its bank accounts at US Bank and at all times

23  maintain a minimum aggregate collected deposits not less than $250,000 to further secure

24  Debtor's obligation to pay up to $425,000 of the claims described in (c)(i) and (ii) above.

25  ///

26  ///

**Page 23 of 40 - DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION**
        **(Dated June 8, 2010)**

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

1    Class 34 consists of the Allowed Claims of each holder of a Small Unsecured

2    Claim.  Each holder of a Class 34 Claim will be paid an amount equal to 20% of such claim

3    within sixty (60) days after the Effective Date.

4    Class 35 consists of the holders of General Unsecured Claims not included in

5    Class 34.  The holders of the Class 35 Claims will receive a total of six (6) semi-annual

6    payments, allocated on a Pro Rata basis to each holder.  Each semi-annual payment shall be

7    equal to 60% of Reorganized Debtor's Net Cash Flow during the applicable six month period.

8    The total of the six payments made by Reorganized Debtor must equal not less than $1.5

9    million.  The first semi-annual payment will be made ninety (90) days after the conclusion of

10    the first six (6) full calendar months following the Effective Date of this Plan.  Each

11    subsequent semi-annual payment shall be made on each of the next five (5) six-month

12    anniversaries of the date of the first payment.  If the total of the six semi-annual payments is

13    less than $1.5 million, Reorganized Debtor shall pay an amount equal to the difference

14    between $1.5 million and the sum of the six (6) semi-annual payments at the same time that

15    Reorganized Debtor makes the last semi-annual payment.

16    Debtor believes that Net Cash Flow available to General Unsecured Creditors

17    will be approximately $1,850,000, which is equal to approximately 12% or 13% of the total

18    Class 35 Claims.  Further, Debtor believes that approximately $450,000 of the $1,850,000

19    will be distributed during the first year of the Plan, approximately $650,000 during the

20    second year of the Plan, and approximately $750,000 will be distributed during the third

21    year.

22    Net Cash Flow will be calculated as set forth in Exhibit 1.  Reorganized

23    Debtor's accountants, currently AKT LLP, will calculate Reorganized Debtor's Net Cash

24    Flow on a semi-annual basis.  An amount equal to 60% of Reorganized Debtor's Net Cash

25    Flow will be deposited every six (6) months into a designated account held by the Agent.

26    Prior to the distributions of each semi-annual payment to the holders of the Class 35 Claims,

**Page 24 of 40 - DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION**
**(Dated June 8, 2010)**

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

1  AKT LLP may review and require Reorganized Debtor to adjust the amount in the account to

2  ensure that such amount accurately reflects 60% of Reorganized Debtor's total Net Cash

3  Flow for the applicable six (6) month period.  The Agent will distribute the funds in the

4  account to the holders of the Class 35 Claim on a Pro Rata basis every six (6) months.  A

5  detailed report summarizing the calculation of Net Cash Flow will be available to holders of

6  Class 35 Claims upon written request to Reorganized Debtor.  The Plan provides that the

7  Bankruptcy Court will retain jurisdiction to resolve disputes relating to the calculation of Net

8  Cash Flow.

9        Class 36 consists of the holders of Interests in Debtor.  The holders of such

10  Interests will retain their Interests following the Effective Date; provided however that the

11  holders of Interests shall grant a security interest in all of the stock of Reorganized Debtor to

12  the Agent for the benefit of the holders of the Class 35 Claims, to secure the Interest holders

13  non-recourse guarantee that Reorganized Debtor will pay at least $1.5 million to the holders

14  of Class 35 Claims.

15        The holders of Claims in Classes 10, 13, 17, 18, 19, 22, 23, 26, 27 and 31 are

16  unimpaired.  The holders of Claims for Classes 1-9, 11, 12, 14, 15, 16, 20, 21, 24, 25, 28, 29,

17  30, 32, 33, 34, 35 and 36 are impaired.

18                      **ARTICLE 4**

19            **DISPUTED CLAIMS; OBJECTIONS TO CLAIMS**

20        4.1.    <u>Disputed Claims; Objections to Claims</u>.  Only holders of Claims that are

21  Allowed Claims and not subject to an action described in 11 U.S.C. § 502(d) shall be

22  entitled to distributions under the Plan.  Debtor reserves the right to contest and object to

23  any Claims and previously scheduled amounts, including, without limitation, those

24  Claims and scheduled amounts that are specifically referenced herein, are not listed in the

25  Schedules, are listed therein as disputed, contingent and/or unliquidated in amount, or are

26  listed therein at a different amount than the Debtor currently believes is validly due and

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

owing.  Unless otherwise ordered by the Bankruptcy Court, all objections to Claims and

scheduled amounts (other than Administrative Expense Claims) shall be Filed and served

upon counsel for Debtor (if filed by a party other than Debtor) and upon the holder of the

Claim objected to on or before the later of (a) one hundred twenty (120) days after

Effective Date or (b) one hundred twenty (120) days after the date (if any) on which a

Proof of Claim is Filed in respect of a Rejection Claim, whichever is later.  The last day

for filing objections to Administrative Expense Claims shall be set pursuant to an order of

the Bankruptcy Court.  All Disputed Claims shall be resolved by the Bankruptcy Court,

except to the extent that (a) Debtor may otherwise elect consistent with the Plan and the

Bankruptcy Code or (b) the Bankruptcy Court may otherwise order.

## ARTICLE 5

## IMPLEMENTATION OF THE PLAN

5.1.    Restated Articles of Incorporation.  The Reorganized Debtor shall be deemed

to have adopted the Restated Articles of Incorporation on the Effective Date and shall

promptly thereafter cause the same to be filed with the Secretary of State of the State of

Oregon.  After the Effective Date, the Reorganized Debtor may amend the Restated Articles

of Incorporation and may amend its bylaws in accordance with the Restated Articles of

Incorporation, such bylaws and applicable state law.

5.2.    Amended Loan Documents.  Within 30 days after the Effective Date, Debtor

and each Secured Creditor whose Claim is impaired under the Plan shall enter into amended

Loan Documents, satisfactory to both Debtor and the applicable Secured Creditor, necessary

to implement the treatment of such Claim as set forth in the Plan.

5.3.    Agreements with Agent.  Within 30 days after the Effective Date,

Reorganized Debtor shall enter into an agreement with the Agent pursuant to which (a) the

Agent shall hold the stock of the Reorganized Debtor to secure the Interest holders' guarantee

that the Reorganized Debtor will pay the holders of Class 35 Claims a total of $1.5 million;

**Page 26 of 40 - DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION**
**(Dated June 8, 2010)**

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

1  (b) the Interest holders will execute an non-recourse guarantee of the Reorganized Debtor's

2  obligations to the holders of the Class 35 Claims; (c) the Interest holders will execute a

3  security agreement granting a security interest in all of Reorganized Debtor's stock to secure

4  the Interest holders' obligations under their guarantee; and (d) the Interest holders and the

5  Agent will take all steps reasonably necessary to perfect the security interest in Reorganized

6  Debtor's stock.

7         Within 30 days of the Effective Date, the Reorganized Debtor and the Agent

8  shall enter into an additional agreement pursuant to which the Agent shall agree to manage

9  an account and distribute funds to the holders of Class 35 Claims as provided in this Plan.

10     5.4.    Management of the Reorganized Debtor.  The Reorganized Debtor will be

11  managed by John McGrath, with the assistance of Jim Marshall and Dave Large.  The

12  Restaurant Management Group ("RMG") will enter into a consulting agreement with the

13  Reorganized Debtor pursuant to which RMG will advise the Reorganized Debtor regarding

14  its operations, marketing, menu, brand positioning, and related matters for at least six months

15  following the Effective Date.

16     5.5.    Distributions.  Distributions to the holders of Claims shall be made as

17  provided in Article 3 above.

18     5.6.    Retiree Benefits.  On and after the Effective Date, to the extent required by

19  Section 1129(a)(13) of the Bankruptcy Code, the Reorganized Debtor shall continue to pay

20  all retiree benefits, if any, as that term is defined in Section 1114 of the Bankruptcy Code,

21  maintained or established by the Debtor prior to the Effective Date, without prejudice to

22  Reorganized Debtor's rights under applicable non-bankruptcy law to modify, amend or

23  terminate the foregoing arrangements.

24  ///

25  ///

26  ///

**Page 27 of 40 - DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION**
**(Dated June 8, 2010)**

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

1 | **ARTICLE 6**

2 | **EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

3      6.1.    <u>Assumption of Executory Contracts and Unexpired Leases</u>.  Effective on and

4 as of the Effective Date, Debtor assumes the following:

5          6.1.1.    The lease between *The City of Salem* and Debtor for the real property

6 at 350 Chemeketa Street in Salem, Oregon.

7          6.1.2.    The ground lease between *Lancaster Development Co. LLC* and

8 Debtor for the real property at 3805 Center Street NE in Salem, Oregon.

9          6.1.3.    The lease between *RPP Bend I, LLC* and Debtor for the real property

10 at 3118 N Highway 97 in Bend, Oregon.

11          6.1.4.    The lease between *Pan Pacific Retail Properties (Milwaukie*

12 *Marketplace)* and Debtor for the real property at 11050 SE Oak Street in Milwaukie, Oregon.

13          6.1.5.    The lease between *Outlot Developers, LLC* and Debtor for the real

14 property at 1036 Valley River Way in Eugene, Oregon.

15          6.1.6.    The lease between *Outlot Developers, LLC* and Debtor for the real

16 property at 350 Circle Boulevard in Corvallis, Oregon.

17          6.1.7.    The lease between *Sundance Development, Inc.* and Debtor for the real

18 property at 1749 S Cole Road in Boise, Idaho.

19          6.1.8.    The ground lease between *Macerich South Towne LP* and Debtor for

20 the real property at 10590 S. State Street in Sandy, Utah.

21          6.1.9.    The ground lease between *JT Layton Crossing North, L.C.* and Debtor

22 (as successor to McGrath's Properties, LLC) for the real property at 908 Main Street in

23 Layton, Utah.

24          6.1.10. The ground lease between *Center Developments Oreg., Ltd.* and

25 Debtor for the real property at 3211 SW Cedar Hills Boulevard in Beaverton, Oregon.

26

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

1    6.1.11. The ground lease between *certain Tenant-In-Common entities*

2  *affiliated with Steadfast Commons, LLC* and Debtor (as successor to McGrath's Properties,

3  LLC) for the real property at 1911 South 320th Street in Federal Way, Washington.

4    6.1.12. The insurance contract between *Brokers National Life Assurance Co*

5  and Debtor for dental insurance, effective January 1, 2010.

6    6.1.13. The insurance contract between *Regence BlueCross BlueShield of*

7  *Oregon* and Debtor for medical insurance, effective July 1, 2009.

8    6.1.14. The insurance contract between *The Guardian Life Insurance Co of*

9  *America* and Debtor for dental, life & ADD insurance, effective July 1, 2009.

10    6.1.15. The 401(k) employee benefit plan between *Great West Retirement*

11  *Services* and Debtor (Plan #338252-01).

12    6.1.16. The deferred compensation agreement dated November 12, 1998

13  between *James R Marshall* as employee and Debtor as employer.

14    6.1.17. The insurance contract between *Liberty Northwest* and Debtor (policy

15  number C10 163326), for business general liability, vehicle, umbrella, liquor liability, and

16  blanket premise insurance covering the Oregon, Washington, and Idaho properties to be

17  retained by Debtor under this Plan, as well as business umbrella insurance on the Arizona,

18  Colorado and Utah properties to be retained by Debtor under this Plan.

19    6.1.18. The insurance contract between *American Economy* and Debtor

20  (policy number 02CE209482-10), for business general liability and liquor liability insurance

21  covering the Arizona, Colorado and Utah properties to be retained by Debtor under this Plan.

22    6.1.19. The insurance contract between *American States* and Debtor (policy

23  number 01CI3381531), for vehicle insurance covering the Arizona, Colorado and Utah

24  properties to be retained by Debtor under this Plan.

25  ///

26  ///

**Page 29 of 40 - DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION**
**(Dated June 8, 2010)**

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

6.1.20. The insurance contract between *Safeco Insurance Companies* and Debtor (policy number 02CE209482-10), for business blanket premise insurance covering the Arizona, Colorado and Utah properties to be retained by Debtor under this Plan.

6.1.21. The insurance contract between *Scottsdale Indemnity Company* and Debtor (policy number EKI3005222), covering director & officer liability.

6.1.22. The insurance contract between *Carolina Casualty Insurance* and Debtor (policy number 4887943), covering employment practices liability.

6.1.23. The insurance contract between *Liberty Northwest* and Debtor (policy number WC41NC970173010), for workman's compensation insurance covering Debtor's Oregon properties.

6.1.24. The insurance contract between *Liberty Northwest* and Debtor (policy number WC41NC011362010), for workman's compensation insurance covering Debtor's Idaho property.

6.1.25. The insurance contract between *Liberty Mutual* and Debtor (policy number WC1163950925010), for workman's compensation insurance covering the Arizona, Colorado and Utah properties to be retained by Debtor under this Plan.

6.1.26. The Master Purchase Agreement between *Enterprise Merchant Solutions Inc.* ("EMS") and Debtor, for hardware and software maintenance services provided by EMS to Debtor relating to certain computer equipment financed by Marlin Leasing Corp., and located at various store locations.

6.1.27. The Aloha Hosted Solutions Agreement dated October 19, 2009 between *Radiant Systems, Inc.* and Debtor, for restaurant guard software provided to Debtor relating to certain computer equipment financed by GreatAmerica Leasing Corp., and located at six Oregon stores (Beaverton, Bend, Corvallis, Eugene, Milwaukie, and Salem-Lancaster).

6.1.28. The Product Supply Agreement(s) between *Airgas NorPac* and Debtor.

**Page 30 of 40 - DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION**
**(Dated June 8, 2010)**

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

1       6.1.29. The Linen and/or Uniform Rental Service Agreement(s) between

2  *ALSCO Inc.* as supplier and Debtor as customer.

3       6.1.30. The Product and Services Supply Agreement(s) between *Ecolab Inc.*

4  as supplier and Debtor as customer for required wearwashing, housekeeping, laundry and

5  other cleaning and sanitizing chemical products.

6       6.1.31. The Master Maintenance and Sales Agreements between *Ikon Office*

7  *Solutions, Inc.* and Debtor for copier maintenance and repair, as relating only to those copiers

8  retained by Debtor under this Plan.

9       6.1.32. The Music Service Agreements between *Muzak LLC* and Debtor, as

10  relating only to those properties retained by Debtor under this Plan (includes TV satellite

11  receivers / networks / etc.).

12       6.1.33. The Preferred Customer Agreement between *Pacific Seafood* and

13  Debtor.

14       6.1.34. The Master Distribution Agreement between *SYSCO Food Services of*

15  *Portland, Inc.* and Debtor.

16       6.1.35. The contracts between *ADT Security Services, Inc*. and Debtor for

17  security-related services at the following locations:  Salem corporate office (Acct

18  #108311282); Salem-Lancaster Mall (Acct #108313058); Eugene, OR (Acct #128300079);

19  Medford, OR (Acct #128301447); Boise, ID (Acct #119602633); and Vancouver, WA (Acct

20  #108311541).

21       6.1.36. The contract(s) between *American Security Alarms Inc*. and Debtor for

22  security-related services at the following locations:  Corvallis, OR; Beaverton, OR; and

23  Federal Way, WA.

24       6.1.37. The contract between *East Cascade Security Systems, fka Vyanet* and

25  Debtor for security-related services at the Bend, OR location.

26

**Page 31 of 40 - DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION**
**(Dated June 8, 2010)**

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

1          6.1.38. The contract between *Sound Security Inc., dba Sonitrol Pacific* and

2  Debtor for security-related services at the Milwaukie, OR location.

3          6.1.39. The contract between *Stanley Convergent Security Solutions* and

4  Debtor for security-related services at the Salem, OR downtown location.

5          6.1.40. The Equipment Finance Agreement between *Marlin Leasing Corp* and

6  Debtor for computer equipment located at various store locations to be retained by Debtor

7  under this Plan.

8          The foregoing list of Executory Contract and Unexpired Leases may be

9  amended at any time prior to the conclusion of the hearing on confirmation of the Plan.

10       6.2.   <u>Curing Defaults; Adequate Assurance of Performance</u>.  Debtor will cure

11  defaults and provide adequate assurance of future performance to the counter parties to the

12  executory contracts and unexpired leases to be assumed by Debtor.  Debtor believes that the

13  only monetary defaults are in regard to the leases for Store 3 (Bend), Store 4 (Milwaukie)

14  and Store 13 (Layton).  The defaults in regard to Store 3 and 4 will be cured within sixty (60)

15  days of the Effective Date, and the default in regard to Store 13 will be cured in installments

16  as agreed between Debtor and Store 13's landlord as described in Exhibit 7 of the Disclosure

17  Statement.  Debtor believes that the Projections attached as Exhibit 7 provide adequate

18  assurance of future performance as the Projections show that the Reorganized Debtor can

19  reasonably be expected to operate profitably and pay its expenses in a timely manner.

20       6.3.   <u>Leases and Executory Contracts Rejected</u>.  All executory contracts and

21  unexpired leases that exist as of the Effective Date between Debtor and any other entity not

22  specifically assumed above are hereby rejected.

23       6.4.   <u>Rejection Claims</u>.  Rejection Claims must be Filed no later than thirty (30)

24  days after the Effective Date.  Any such Rejection Claim not filed within such time shall be

25  forever barred from assertion against Debtor, the Reorganized Debtor, and their property and

26

**Page 32 of 40 - DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION**
           **(Dated June 8, 2010)**

1  estate.  Each Rejection Claim resulting from such rejection shall constitute a Class 48 Claim,

2  or Class 49 Claim, whichever is applicable.

3  **ARTICLE 7**

4  **EFFECT OF CONFIRMATION**

5  The effect of confirmation shall be as set forth in Section 1141 of the

6  Bankruptcy Code.  Except as otherwise expressly provided in the Plan, all persons who have

7  held, hold or may hold Claims, or who may have held, hold or may hold any Interest, are

8  permanently enjoined, from and after the Effective Date, from:  (a) commencing or

9  continuing in any manner any action or other proceedings of any kind with respect to any

10  Claims or Interests against Reorganized Debtor; (b) enforcing, attaching, collecting or

11  recovering by any manner or any means any judgment, award, decree or order against

12  Reorganized Debtor; (c) creating, perfecting or enforcing any encumbrances of any kind

13  against Reorganized Debtor with respect to those Claims except as specifically described in

14  the Plan; (d) asserting any setoff, right of subrogation or recoupment of any kind against any

15  obligation due to Debtor, Reorganized Debtor or their property unless asserted as a defense

16  to a suit or action filed by Debtor or Reorganized Debtor; and (e) proceeding in any manner

17  in any place whatsoever that does not conform to, does not comply with, or is inconsistent

18  with the provisions of the Plan or the order confirming the Plan.

19  **ARTICLE 8**

20  **MODIFICATION, REVOCATION OR WITHDRAWAL OF THE PLAN**

21  8.1.  <u>Modification of Plan</u>.  Debtor may alter, amend or modify the Plan pursuant to

22  Section 1127 of the Bankruptcy Code and Bankruptcy Rule 3019 at any time prior to the time

23  the Bankruptcy Court has entered the Confirmation Order.  After such time, and prior to the

24  substantial consummation of the Plan, Debtor or the Reorganized Debtor may, so long as the

25  treatment of holders of Claims and Interest under the Plan is not adversely affected, institute

26  proceedings in Bankruptcy Court to remedy any defect or omission or to reconcile any

**Page 33 of 40 - DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION**
**(Dated June 8, 2010)**

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

1    inconsistencies in the Plan, Disclosure Statement or Confirmation Order, or other matters as

2    may be necessary to carry out the purposes and effects of the Plan; provided, however, that

3    prior notice of such proceedings shall be served, if necessary, in accordance with Bankruptcy

4    Rule 2002.

5        8.2.    Revocation or Withdrawal of Plan.

6            8.2.1.    Right to Revoke.  Debtor reserves the right to revoke or withdraw the

7    Plan at any time prior to the Effective Date.

8            8.2.2.    Effective of Withdrawal or Revocation.  If Debtor revokes or

9    withdraws the Plan prior to the Effective Date, the Plan shall be deemed null and void.  In

10   such event, nothing contained herein shall be deemed to constitute a waiver or release of any

11   claims by or against Debtor or any other entity, or to prejudice in any manner the rights of

12   Debtor or any other entity in any further proceedings involving Debtor.

13           8.2.3.    Nonconsensual Confirmation.  Debtor may request that the

14   Bankruptcy Court confirm the Plan pursuant to Section 1129(b) of the Bankruptcy Code if

15   the requirements of all provisions of Section 1129(a) of the Bankruptcy Code except

16   Section 1129(a)(8) are met.

17                        **ARTICLE 9**

18                **RETENTION OF JURISDICTION**

19       9.1.    Retained Jurisdiction.  Notwithstanding the entry of the Confirmation Order,

20   the Court shall retain jurisdiction of this Chapter 11 Case pursuant to and for the purposes set

21   forth in Section 1127(b) of the Bankruptcy Code and

22           (a)        to classify the Claim or interest of any Creditor or equity holder,

23   reexamine Claims or Interests which have been allowed for voting purposes, and determine

24   any objections that may be Filed to Claims or Interests;

25           (b)        to hear and determine any motions or contested matters involving

26   taxes, tax refunds, tax attributes and tax benefits and similar or related matters with respect to

**Page 34 of 40 - DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION**
          **(Dated June 8, 2010)**

1    Debtor or its estate, arising prior to the Effective Date or relating to the period of

2    administration of the Chapter 11 Case, including, without limitation, matters concerning

3    state, local and federal taxes in accordance with Section 346, 505 and 1146 of the

4    Bankruptcy Code;

5         (c)       to determine requests for payment of Claims entitled to priority under

6    Section 507(a)(2) of the Bankruptcy Code, including compensation and reimbursement of

7    expenses in favor of professionals employed at the expense of the estate;

8         (d)       to hear and determine actions to avoid transfers or recover preferences

9    and all other Rights of Action asserted by Debtor pending on the Effective Date or asserted

10    by the Reorganized Debtor after the Effective Date;

11         (e)       to recover all assets of Debtor or the Reorganized Debtor, wherever

12    located;

13         (f)       to hear and determine any pending applications for the assumption,

14    assignment or rejection of an executory contract or an unexpired lease and the allowance of

15    Claims resulting therefrom;

16         (g)       to approve the sale or lease of property free and clear of all Liens and

17    encumbrances in accordance with 11 U.S.C. § 363 if so requested by Debtor or the

18    Reorganized Debtor;

19         (h)       to resolve controversies and disputes regarding the interpretation of

20    this Plan, including but not limited to, controversies or disputes relating to implementation of

21    the Plan;

22         (i)       to implement the provisions of this Plan and enter orders in aid of

23    execution of the Plan or to enforce the Confirmation Order and/or the discharge, or the effect

24    of the discharge, provided to Debtor;

25         (j)       to adjudicate adversary proceedings and contested matters pending or

26    hereafter commenced in this Chapter 11 Case;

**Page 35 of 40 - DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION**
**(Dated June 8, 2010)**

(k)    to enter and implement such orders as may be appropriate in the event the Confirmation Order is for any reason stayed, revoked, modified or vacated;

(l)    to hear and determine any applications to modify the Plan, to cure any defect or omission, or to reconcile any inconsistency in the Plan or related documents or in any order of the Bankruptcy Court, including the Confirmation Order;

(m)    to ensure that distributions to holders of Allowed Claims are accomplished as provided herein, including, but not limited to resolving disputes regarding the calculation of Net Cash Flow;

(n)    to hear and determine any other matters related hereto and not inconsistent with Chapter 11 of the Bankruptcy Code; and

(o)    to enter a final decree closing this Chapter 11 proceeding.

9.2.    _Failure of Bankruptcy Court to Exercise Jurisdiction._  If the Bankruptcy Court abstains from exercising or declines to exercise jurisdiction over any matter arising under, arising in, or related to the Chapter 11 Case, including the matters set forth in Section 9.1 above, this Article shall not prohibit or limit the exercise of jurisdiction by any other court having competent jurisdiction with respect to such subject matter.

## ARTICLE 10

## MISCELLANEOUS PROVISIONS

10.1.    _Revesting._  Except as otherwise expressly provided herein, on the Effective Date, all property and assets of the estate of Debtor shall revest in the Reorganized Debtor, free and clear of all claims, Liens, encumbrances, and charges of Creditors arising on or before the Effective Date.

10.2.    _Rights of Action._  Except as otherwise expressly provided herein, any rights or causes of action (including, without limitation, any and all Rights of Action) accruing to Debtor shall become assets of the Reorganized Debtor which may pursue such rights of

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

1  action, as appropriate, in accordance with what it determines to be in the best interests of

2  Creditors consistent with the terms of this Plan.

3       10.3.   <u>Governing Law</u>.  Except to the extent the Bankruptcy Code, the Bankruptcy

4  Rules or other federal laws are applicable, the laws of the State of Oregon shall govern the

5  construction and implementation of the Plan, and all rights and obligations arising under the

6  Plan.

7       10.4.   <u>Withholding and Reporting Requirements</u>.  In connection with the Plan and all

8  instruments issued in connection therewith and distributions thereon, the Reorganized Debtor

9  shall comply with all withholding, reporting, certification and information requirements

10  imposed by any federal, state, local or foreign taxing authorities and all distributions

11  hereunder shall, to the extent applicable, be subject to any such withholding, reporting,

12  certification and information requirements.  Entities entitled to receive distributions

13  hereunder shall, as a condition to receiving such distributions, provide such information and

14  take such steps as the Reorganized Debtor may reasonably require to ensure compliance with

15  such withholding and reporting requirements, and to enable the Reorganized Debtor to obtain

16  the certifications and information as may be necessary or appropriate to satisfy the provisions

17  of any tax law.

18       10.5.   <u>Time</u>.  Unless otherwise specified herein, in computing any period of time

19  prescribed or allowed by the Plan, the day of the act or event from which the designated

20  period begins to run shall not be included.  The last day of the period so computed shall be

21  included, unless it is not a Business Day, in which event the period runs until the end of the

22  next succeeding day which is a Business Day.

23       10.6.   <u>Section 1146(c) Exemption</u>.  Pursuant to Section 1146(c) of the Bankruptcy

24  Code, the issuance, transfer or exchange of any security under the Plan, or the execution,

25  delivery or recording of an instrument of transfer pursuant to, in implementation of or as

26  contemplated by the Plan, or the revesting, transfer or sale of any real property of Debtor or

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

1    the Reorganized Debtor pursuant to, in implementation of or as contemplated by the Plan,

2    shall not be taxed under any state or local law imposing a stamp tax, transfer tax, or similar

3    tax or fee.  Consistent with the foregoing, each recorder of deeds or similar official for any

4    city, county or governmental unit in which any instrument hereunder is to be recorded shall,

5    pursuant to the Confirmation Order, be ordered and directed to accept such instrument

6    without requiring the payment of any documentary stamp tax, deed stamps, transfer tax,

7    intangible tax or similar tax.

8        10.7.    <u>Severability</u>.  In the event that any provision of the Plan is determined to be

9    unenforceable, such determination shall not limit or affect the enforceability and operative

10   effect of any other provisions of the Plan.  To the extent that any provision of the Plan would,

11   by its inclusion in the Plan, prevent or preclude the Bankruptcy Court from entering the

12   Confirmation Order, the Bankruptcy Court, on the request of Debtor, may modify or amend

13   such provision, in whole or in part, as necessary to cure any defect or remove any

14   impediment to the confirmation of the Plan existing by reason of such provision.

15       10.8.    <u>Binding Effect</u>.  The provisions of the Plan shall bind Debtor, the Reorganized

16   Debtor, all Creditors, and all holders of Claims and Interests, and their respective successors,

17   heirs and assigns.

18       10.9.    <u>Recordable Order</u>.  The Confirmation Order shall be deemed to be in

19   recordable form, and shall be accepted by any recording officer for filing and recording

20   purposes without further or additional orders, certifications or other supporting documents.

21       10.10.   <u>Unclaimed Cash</u>.  Unclaimed Cash shall be deemed Available Cash, and the

22   Allowed Claim upon which the Unclaimed Cash was originally distributed shall be deemed

23   disallowed.

24       10.11.   <u>Saturday, Sunday or Legal Holiday</u>.  If any payment or act is required to be

25   made or performed on a date that is not a Business Day, then the making of such payment or

26

**Page 38 of 40 - DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION**
                    **(Dated June 8, 2010)**

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

1    the performance of such act may be completed on the next succeeding Business Day, but

2    shall be deemed to have been completed as of the required date.

3      10.12.  <u>Utility Deposits</u>.  All utilities holding a utility deposit made during the

4    Chapter 11 Case shall immediately after the Effective Date return or refund such utility

5    deposit to Reorganized Debtor.  At the sole option of Reorganized Debtor, the Reorganized

6    Debtor may apply any utility deposit that has not been refunded to Reorganized Debtor in

7    satisfaction of any payments due or to become due from the Debtor or the Reorganized

8    Debtor to a utility holding such a utility deposit.

9      10.13.  <u>Final Order</u>.  Any requirement in the Plan for a Final Order may be waived by

10   Debtor; provided, however, that nothing contained herein shall prejudice the right of any

11   party in interest to seek a stay pending appeal with respect to such Final Order.

12     10.14.  <u>Notices</u>.  Any notice, request or demand required or permitted to be made or

13   provided to or on Debtor or the Reorganized Debtor under this Plan shall be in writing and

14   served by (a) certified mail, return receipt requested; (b) hand delivery; or (c) overnight

15   delivery, with proof of service and shall be deemed to have been duly given or made when

16   actually delivered or received by addressee, addressed as follows:  if to the Debtor or

17   Reorganized Debtor:

18       John McGrath
    McGrath's Publick Fish House, Inc.
19       1935 DavCor St. SE
    Salem, OR 97302
20   with a copy to:

21       Leon Simson
    Tonkon Torp LLP
22       888 SW Fifth Ave, Suite 1600
    Portland, OR 97204
23

24   Any party listed above may alter the address for receiving notice hereunder by filing a

25   notification of such alteration with all other parties and the Bankruptcy Court.

26

**Page 39 of 40 - DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION
(Dated June 8, 2010)**

1      10.15.  <u>Plan Controls</u>.  In the event and to the extent that any provision of the Plan is

2    inconsistent with the provisions of the Disclosure Statement, or any other instrument or

3    agreement contemplated to be executed pursuant to the Plan, the provisions of the Plan shall

4    control and take precedence.

5      10.16.  <u>Effectuating Documents and Further Transactions</u>.  Debtor and the

6    Reorganized Debtor shall execute, deliver, File or record such Loan Documents, contracts,

7    instruments, assignments, and other agreements or documents, and take or direct such

8    actions, as may be necessary or appropriate to effectuate and further evidence the terms and

9    conditions of this Plan.

10      DATED this 8th day of June, 2010.

11                  Respectfully submitted,

12

13                  MCGRATH'S PUBLICK FISH HOUSE, INC.,

14                  By_____

15                    John P. McGrath, President

16    Presented by:

17    TONKON TORP LLP

18    By_____

19       Leon Simson, OSB No. 75342
       Timothy J. Conway, OSB No. 85175

20       Haley B. Bjerk, OSB No. 062760
       Attorneys for Debtor

21

22

23

24

25

26

**Page 40 of 40 - DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION**
           **(Dated June 8, 2010)**

# EXHIBIT 1

## to

## Debtor's First Amended Plan of Reorganization

EXHIBIT 1

Definition of Net Cash Flow

Net Cash Flow equals net sale proceeds minus each of the following: cost of goods sold, labor, operating expenses, administrative expenses, U.S. Trustee fees, and debt service payments, including both principal and interest. Depreciation, amortization and capital expenditures are <u>not</u> deducted from net sale proceeds in calculating Net Cash Flow. Further description of the components of net sale proceeds, cost of goods sold, labor, operating expenses and administrative expenses are set forth below.

## NET SALE PROCEEDS
- <u>Food</u>: restaurant food, non-alcoholic beverages (soda)
- <u>Beverage</u>: liquor, beer, wine, other
- <u>Other</u>: takeout, large parties, catering
- <u>Other income</u>: t-shirts & uniforms, retail sales to supermarkets, other

## <u>LESS</u>

## COST OF GOODS SOLD
- <u>Food</u>: cost of seafood, meat, groceries, dairy, bread, produce, food freight, non-alcoholic beverages
- <u>Beverage</u>: cost of liquor, beer, wine, bar ingredients

## LABOR
- <u>Wages</u>
- <u>Payroll Related Expenses</u>: payroll taxes, medical insurance, workman's compensation insurance, vacation pay, severance pay, employee life insurance, 401K contributions, Christmas bonus, employee gifts, employee sports, employee sales promotions and contests, employee testing, employee relocation and moving expenses

## OPERATING EXPENSES
- <u>Utilities</u>: electric, gas, water, garbage, wood/charcoal, telephone
- <u>Supplies</u>: paper, Bev Naps, to go, doggie bags, other paper products, light bulbs, glassware replacement, silverware replacement, china replacement, kitchen utensils, chemicals, oxygen/CO2, holiday decorations, office supplies, miscellaneous
- <u>Operating</u>: janitorial, cleaning service, landscaping, plants and décor, dishwasher lease, laundry and linens, aloha, IT, first aid expense, uniforms, Eco Labs, postage, internet, cable/satellite TV, music/Muzak, dues and other subscriptions, entertainment, mileage reimbursement (non-catering), miscellaneous, cash over short
- <u>Marketing</u>: survey/market research, radio, newspaper/FSI, production, direct mail, community and contributions, LSM, dining cards, phone directory, printing, miscellaneous
- <u>Repairs & Maintenance</u>: kitchen equipment, other equipment (HVAC, etc.)
- <u>Facilities & Building</u>
- <u>Licenses</u>: licenses and violation remedies

- <u>Other</u>: Shopper's Report, credit card charge back, NSF checks, collected NSF checks, paid out w/o code, storage, Start Up, credit card discounts, gift card costs, menu printing, parking & travel, shipping costs
- <u>Occupancy Expenses</u>: building insurance, real estate taxes, rent, common area expenses

## ADMINISTRATIVE EXPENSES

- Corporate office and administrative expense allocation, insurance (P&C and auto), taxes, C.P.A & legal, other professionals, accounting costs, automobile rent, travel and restaurant inspections, managers meetings, research and development, directors meetings, depreciation expense, amortization expense, other expenses, payroll processing cost, computer expense, deposit corrections, bank charges, miscellaneous bank debits and credits, miscellaneous small item retail, expired gift certificates, cost of miscellaneous retail items

# EXHIBIT 2

EXHIBIT 2

Definition of Net Cash Flow

Net Cash Flow equals net sale proceeds minus each of the following:  cost of goods sold, labor, operating expenses, administrative expenses, U.S. Trustee fees, and debt service payments, including both principal and interest.  Depreciation, amortization and capital expenditures are <u>not</u> deducted from net sale proceeds in calculating Net Cash Flow.  Further description of the components of net sale proceeds, cost of goods sold, labor, operating expenses and administrative expenses are set forth below.

**NET SALE PROCEEDS**
- <u>Food</u>: restaurant food, non-alcoholic beverages (soda)
- <u>Beverage</u>: liquor, beer, wine, other
- <u>Other</u>: takeout, large parties, catering
- <u>Other income</u>: t-shirts & uniforms, retail sales to supermarkets, other

**<u>LESS</u>**

**COST OF GOODS SOLD**
- <u>Food</u>: cost of seafood, meat, groceries, dairy, bread, produce, food freight, non-alcoholic beverages
- <u>Beverage</u>: cost of liquor, beer, wine, bar ingredients

**LABOR**
- <u>Wages</u>
- <u>Payroll Related Expenses</u>: payroll taxes, medical insurance, workman's compensation insurance, vacation pay, severance pay, employee life insurance, 401K contributions, Christmas bonus, employee gifts, employee sports, employee sales promotions and contests, employee testing, employee relocation and moving expenses

**OPERATING EXPENSES**
- <u>Utilities</u>: electric, gas, water, garbage, wood/charcoal, telephone
- <u>Supplies</u>: paper, Bev Naps, to go, doggie bags, other paper products, light bulbs, glassware replacement, silverware replacement, china replacement, kitchen utensils, chemicals, oxygen/CO2, holiday decorations, office supplies, miscellaneous
- <u>Operating</u>: janitorial, cleaning service, landscaping, plants and décor, dishwasher lease, laundry and linens, aloha, IT, first aid expense, uniforms, Eco Labs, postage, internet, cable/satellite TV, music/Muzak, dues and other subscriptions, entertainment, mileage reimbursement (non-catering), miscellaneous, cash over short
- <u>Marketing</u>: survey/market research, radio, newspaper/FSI, production, direct mail, community and contributions, LSM, dining cards, phone directory, printing, miscellaneous
- <u>Repairs & Maintenance</u>: kitchen equipment, other equipment (HVAC, etc.)
- <u>Facilities & Building</u>
- <u>Licenses</u>: licenses and violation remedies

- <u>Other</u>: Shopper's Report, credit card charge back, NSF checks, collected NSF checks, paid out w/o code, storage, Start Up, credit card discounts, gift card costs, menu printing, parking & travel, shipping costs
- <u>Occupancy Expenses</u>: building insurance, real estate taxes, rent, common area expenses

**ADMINISTRATIVE EXPENSES**

- Corporate office and administrative expense allocation, insurance (P&C and auto), taxes, C.P.A & legal, other professionals, accounting costs, automobile rent, travel and restaurant inspections, managers meetings, research and development, directors meetings, depreciation expense, amortization expense, other expenses, payroll processing cost, computer expense, deposit corrections, bank charges, miscellaneous bank debits and credits, miscellaneous small item retail, expired gift certificates, cost of miscellaneous retail items

# EXHIBIT 3

## EXHIBIT 3

## UNEXPIRED LEASES AND EXECUTORY CONTRACTS

## TO BE ASSUMED BY DEBTOR

1.    The lease between *The City of Salem* and Debtor for the real property at 350 Chemeketa Street in Salem, Oregon.

2.    The ground lease between *Lancaster Development Co. LLC* and Debtor for the real property at 3805 Center Street NE in Salem, Oregon.

3.    The lease between *RPP Bend I, LLC* and Debtor for the real property at 3118 N Highway 97 in Bend, Oregon.

4.    The lease between *Pan Pacific Retail Properties (Milwaukie Marketplace)* and Debtor for the real property at 11050 SE Oak Street in Milwaukie, Oregon.

5.    The lease between *Outlot Developers, LLC* and Debtor for the real property at 1036 Valley River Way in Eugene, Oregon.

6.    The lease between *Outlot Developers, LLC* and Debtor for the real property at 350 Circle Boulevard in Corvallis, Oregon.

7.    The lease between *Sundance Development, Inc.* and Debtor for the real property at 1749 S Cole Road in Boise, Idaho.

8.    The ground lease between *Macerich South Towne LP* and Debtor for the real property at 10590 S. State Street in Sandy, Utah.

9.    The ground lease between *JT Layton Crossing North, L.C.* and Debtor (as successor to McGrath's Properties, LLC) for the real property at 908 Main Street in Layton, Utah.

10.    The ground lease between *Center Developments Oreg., Ltd.* and Debtor for the real property at 3211 SW Cedar Hills Boulevard in Beaverton, Oregon.

11.    The ground lease between *certain Tenant-In-Common entities affiliated with Steadfast Commons, LLC* and Debtor (as successor to McGrath's Properties, LLC) for the real property at 1911 South 320th Street in Federal Way, Washington.

12.    The insurance contract between *Brokers National Life Assurance Co* and Debtor for dental insurance, effective January 1, 2010.

13.    The insurance contract between *Regence BlueCross BlueShield of Oregon* and Debtor for medical insurance, effective July 1, 2009.

14.    The insurance contract between *The Guardian Life Insurance Co of America* and Debtor for dental, life & ADD insurance, effective July 1, 2009.

15.    The 401(k) employee benefit plan between *Great West Retirement Services* and Debtor (Plan #338252-01).

16.    The deferred compensation agreement dated November 12, 1998 between *James R Marshall* as employee and Debtor as employer.

17. The insurance contract between *Liberty Northwest* and Debtor (policy number C10 163326), for business general liability, vehicle, umbrella, liquor liability, and blanket premise insurance covering the Oregon, Washington, and Idaho properties to be retained by Debtor under this Plan, as well as business umbrella insurance on the Arizona, Colorado and Utah properties to be retained by Debtor under this Plan.

18. The insurance contract between *American Economy* and Debtor (policy number 02CE209482-10), for business general liability and liquor liability insurance covering the Arizona, Colorado and Utah properties to be retained by Debtor under this Plan.

19. The insurance contract between *American States* and Debtor (policy number 01CI3381531), for vehicle insurance covering the Arizona, Colorado and Utah properties to be retained by Debtor under this Plan.

20. The insurance contract between *Safeco Insurance Companies* and Debtor (policy number 02CE209482-10), for business blanket premise insurance covering the Arizona, Colorado and Utah properties to be retained by Debtor under this Plan.

21. The insurance contract between *Scottsdale Indemnity Company* and Debtor (policy number EKI3005222), covering director & officer liability.

22. The insurance contract between *Carolina Casualty Insurance* and Debtor (policy number 4887943), covering employment practices liability.

23. The insurance contract between *Liberty Northwest* and Debtor (policy number WC41NC970173010), for workman's compensation insurance covering Debtor's Oregon properties.

24. The insurance contract between *Liberty Northwest* and Debtor (policy number WC41NC011362010), for workman's compensation insurance covering Debtor's Idaho property.

25. The insurance contract between *Liberty Mutual* and Debtor (policy number WC1163950925010), for workman's compensation insurance covering the Arizona, Colorado and Utah properties to be retained by Debtor under this Plan.

26. The Master Purchase Agreement between *Enterprise Merchant Solutions Inc.* ("EMS") and Debtor, for hardware and software maintenance services provided by EMS to Debtor relating to certain computer equipment financed by Marlin Leasing Corp., and located at various store locations.

27. The Aloha Hosted Solutions Agreement dated October 19, 2009 between *Radiant Systems, Inc.* and Debtor, for restaurant guard software provided to Debtor relating to certain computer equipment financed by GreatAmerica Leasing Corp., and located at six Oregon stores (Beaverton, Bend, Corvallis, Eugene, Milwaukie, and Salem-Lancaster).

28. The Product Supply Agreement(s) between *Airgas NorPac* and Debtor.

29. The Linen and/or Uniform Rental Service Agreement(s) between *ALSCO Inc.* as supplier and Debtor as customer.

**Page 2 of 3 – Exhibit 3 to Debtor's First Amended Disclosure Statement
(Dated June 8, 2010)**

30.   The Product and Services Supply Agreement(s) between *Ecolab Inc.* as supplier and Debtor as customer for required wearwashing, housekeeping, laundry and other cleaning and sanitizing chemical products.

31.   The Master Maintenance and Sales Agreements between *Ikon Office Solutions, Inc.* and Debtor for copier maintenance and repair, as relating only to those copiers retained by Debtor under this Plan.

32.   The Music Service Agreements between *Muzak LLC* and Debtor, as relating only to those properties retained by Debtor under this Plan (includes TV satellite receivers / networks / etc.).

33.   The Preferred Customer Agreement between *Pacific Seafood* and Debtor.

34.   The Master Distribution Agreement between *SYSCO Food Services of Portland, Inc.* and Debtor.

35.   The contracts between *ADT Security Services, Inc.* and Debtor for security-related services at the following locations:  Salem corporate office (Acct #108311282); Salem-Lancaster Mall (Acct #108313058); Eugene, OR (Acct #128300079); Medford, OR (Acct #128301447); Boise, ID (Acct #119602633); and Vancouver, WA (Acct #108311541).

36.   The contract(s) between *American Security Alarms Inc.* and Debtor for security-related services at the following locations:  Corvallis, OR; Beaverton, OR; and Federal Way, WA.

37.   The contract between *East Cascade Security Systems, fka Vyanet* and Debtor for security-related services at the Bend, OR location.

38.   The contract between *Sound Security Inc., dba Sonitrol Pacific* and Debtor for security-related services at the Milwaukie, OR location.

39.   The contract between *Stanley Convergent Security Solutions* and Debtor for security-related services at the Salem, OR downtown location.

40.   The Equipment Finance Agreement between *Marlin Leasing Corp* and Debtor for computer equipment located at various store locations to be retained by Debtor under this Plan.

# EXHIBIT 4

**McGrath's Publick Fish House, Inc.**
**Case No. 10-60500-fra11**
Exhibit 4 - Debtor's Income Statements for 2007, 2008 and 2009

| | | This Period Actual | % | Same Period Last Year | % | YTD Actual | % | YTD Last Year | % |
|---|---|---|---|---|---|---|---|---|---|
|  | **Statement of Earnings - Consolidated** | | | | | | | | |
| | *For The Year Ending December 30, 2007* | | | | | | | | |
| Sales | | | | | | | | | |
| | NET TOTAL- Food | 3,350,221 | 96.55 | 3,506,547 | 96.44 | 44,347,319 | 96.67 | 45,128,068 | 96.71 |
| | NET TOTAL Beverage | 508,672 | | 514,226 | | 6,343,417 | | 6,293,877 | |
| | NET SALES TOTAL | 3,858,893 | | 4,020,773 | | 50,690,736 | | 51,421,945 | |
| Cost of Sales | | | | | | | | | |
| | TOTAL Food Cost | 1,085,234 | 32.39 | 1,135,839 | 32.39 | 14,742,688 | 33.24 | 14,895,485 | 33.01 |
| | TOTAL Beverage Cost | 113,234 | 22.26 | 122,838 | 23.89 | 1,508,061 | 23.77 | 1,490,883 | 23.69 |
| TOTAL COGS | | 1,198,468 | 31.06 | 1,258,676 | 31.30 | 16,250,749 | 32.06 | 16,386,369 | 31.87 |
| TOTAL INCOME | | 2,660,425 | | 2,762,097 | | 34,439,987 | | 35,035,577 | |
| Payroll | | | | | | | | | |
| | Payroll Sub Total | 1,248,715 | 32.36 | 1,248,140 | 31.04 | 16,178,945 | 31.92 | 16,012,137 | 31.14 |
| | Payroll Related Sub Total | 217,113 | 5.63 | 220,711 | 5.49 | 3,255,112 | 6.42 | 3,126,489 | 6.08 |
| | PAYROLL TOTAL | 1,465,828 | 37.99 | 1,468,851 | 36.53 | 19,434,057 | 38.34 | 19,138,627 | 37.22 |
| CONTROLLABLES | | | | | | | | | |
| | Total Utilities | 152,000 | 3.94 | 149,784 | 3.73 | 1,924,040 | 3.80 | 1,844,486 | 3.59 |
| | Total Supplies | 94,457 | 2.45 | 108,522 | 2.70 | 1,424,752 | 2.81 | 1,434,236 | 2.79 |
| | Total Operating | 81,129 | 2.10 | 95,118 | 2.37 | 1,186,250 | 2.34 | 1,189,665 | 2.31 |
| | Total Marketing | 31,443 | 0.81 | 52,981 | 1.32 | 824,444 | 1.63 | 967,705 | 1.88 |
| | Total Equipment | 70,225 | 1.82 | 77,361 | 1.92 | 1,039,036 | 2.05 | 1,011,426 | 1.97 |
| Uncontrollables | | | | | | | | | |
| | Total Licenses | 4,988 | 0.13 | 8,446 | 0.21 | 41,270 | 0.08 | 45,551 | 0.09 |
| | **Total Other Operating Expenses** | 98,552 | 2.55 | 108,669 | 2.70 | 1,477,003 | 2.91 | 1,506,328 | 2.93 |
| | **Restaurant Controllable Income** | 666,792 | | 700,811 | | 7,130,406 | | 7,943,103 | |
| | **Total Occupancy Expenses** | 237,450 | 6.15 | 285,798 | 7.11 | 4,525,989 | 8.93 | 4,385,636 | 8.53 |
| | **Total Operating Expenses** | 770,243 | 19.96 | 886,679 | 22.05 | 12,442,783 | 24.55 | 12,385,034 | 24.09 |
| | **Restaurant Contribution Income** | 424,354 | 11.00 | 406,567 | 10.11 | 2,563,147 | 5.06 | 3,511,916 | 6.83 |
| | **Restaurant Operating Income** | 661,803 | 17.15 | 692,365 | 17.22 | 7,089,136 | 13.99 | 7,897,552 | 15.36 |
| | **Total Administrative Expenses** | 94,160 | 2.44 | (66,059) | | 3,239,702 | 6.39 | 2,452,605 | 4.77 |
| | **Total Other (Income) and Expense** | 1,791,202 | 46.42 | (32,266) | | 2,428,488 | 4.79 | 821,575 | 1.60 |
| **Net earnings (loss) for period** | | (1,461,008) | | 504,892 | 12.56 | (3,105,043) | | 237,736 | 0.46 |
| EBITDA | | (1,185,863) | | 696,204 | 17.32 | 297,079 | 0.59 | 3,490,098 | 6.79 |

**McGrath's Publick Fish House, Inc.**
**Case No. 10-60500-fra11**
Exhibit 4 - Debtor's Income Statements for 2007, 2008 and 2009

| | | Statement of Earnings - Consolidated | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | *For The Year Ending December 28, 2008* | | | | | | | |
| | | **This Period** | | **Same Period** | | **YTD** | | **YTD** | |
| | | **Actual** | **%** | **Last Year** | **%** | **Actual** | **%** | **Last Year** | **%** |
| **Sales** | | | | | | | | | |
| | NET TOTAL- Food | 2,257,017 | 96.31 | 3,350,221 | 96.55 | 38,573,649 | 96.86 | 44,347,319 | 96.67 |
| | NET TOTAL Beverage | 341,524 | | 508,672 | | 5,505,268 | | 6,343,417 | |
| | NET SALES TOTAL | 2,598,541 | | 3,858,893 | | 44,078,917 | | 50,690,736 | |
| **Cost of Sales** | | | | | | | | | |
| | TOTAL Food Cost | 733,562 | 32.50 | 1,085,234 | 32.39 | 12,734,421 | 33.01 | 14,742,688 | 33.24 |
| | TOTAL Beverage Cost | 83,251 | 24.38 | 113,234 | 22.26 | 1,336,805 | 24.28 | 1,508,061 | 23.77 |
| | TOTAL COGS | 816,813 | 31.43 | 1,198,468 | 31.06 | 14,071,226 | 31.92 | 16,250,749 | 32.06 |
| **TOTAL INCOME** | | 1,781,728 | | 2,660,425 | | 30,007,691 | | 34,439,987 | |
| **Payroll** | | | | | | | | | |
| | Payroll Sub Total | 865,675 | 33.31 | 1,248,715 | 32.36 | 14,065,993 | 31.91 | 16,178,945 | 31.92 |
| | Payroll Related Sub Total | 146,739 | 5.65 | 217,113 | 5.63 | 2,693,262 | 6.11 | 3,255,112 | 6.42 |
| | PAYROLL TOTAL | 1,012,414 | 38.96 | 1,465,828 | 37.99 | 16,759,255 | 38.02 | 19,434,057 | 38.34 |
| **CONTROLLABLES** | | | | | | | | | |
| | Total Utilities | 140,961 | 5.42 | 152,000 | 3.94 | 1,944,730 | 4.41 | 1,924,040 | 3.80 |
| | Total Supplies | 73,485 | 2.83 | 94,457 | 2.45 | 1,200,467 | 2.72 | 1,424,752 | 2.81 |
| | Total Operating | 64,114 | 2.47 | 81,129 | 2.10 | 1,018,391 | 2.31 | 1,186,250 | 2.34 |
| | Total Marketing | 22,054 | 0.85 | 31,443 | 0.81 | 674,412 | 1.53 | 824,444 | 1.63 |
| | Total Equipment | 69,632 | 2.68 | 70,225 | 1.82 | 911,253 | 2.07 | 1,039,036 | 2.05 |
| **Uncontrollables** | | | | | | | | | |
| | Total Licenses | 3,455 | 0.13 | 4,988 | 0.13 | 51,033 | 0.12 | 41,270 | 0.08 |
| | Total Other Operating Expenses | 63,575 | 2.45 | 98,552 | 2.55 | 1,091,145 | 2.48 | 1,477,003 | 2.91 |
| | Restaurant Controllable Income | 335,494 | | 666,792 | | 6,408,039 | | 7,130,406 | |
| | Total Occupancy Expenses | (310,331) | | 237,450 | 6.15 | 4,343,011 | 9.85 | 4,525,989 | 8.93 |
| | Total Operating Expenses | 126,944 | 4.89 | 770,243 | 19.96 | 11,234,442 | 25.49 | 12,442,783 | 24.55 |
| | Restaurant Contribution Income | 642,371 | 24.72 | 424,354 | 11.00 | 2,013,995 | 4.57 | 2,563,147 | 5.06 |
| | Restaurant Operating Income | 332,039 | 12.78 | 661,803 | 17.15 | 6,357,006 | 14.42 | 7,089,136 | 13.99 |
| | Total Administrative Expenses | (615,329) | | 323,433 | 8.38 | 2,634,141 | 5.98 | 3,239,702 | 6.39 |
| | Total Other (Income) and Expense | 461,045 | 17.74 | 1,561,929 | 40.48 | 878,609 | 1.99 | 2,428,488 | 4.79 |
| **Net earnings (loss) for period** | | 796,654 | 30.66 | (1,461,008) | | (1,498,755) | | (3,105,043) | |
| **EBITDA** | | 1,027,700 | 39.55 | (1,185,863) | | 1,740,175 | 3.95 | 297,079 | 0.59 |

**McGrath's Publick Fish House, Inc.**
**Case No. 10-60500-fra11**
Exhibit 4 - Debtor's Income Statements for 2007, 2008 and 2009

| | | | **This Period** | | **Same Period** | | **YTD** | | **YTD** | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | **Actual** | **%** | **Last Year** | **%** | **Actual** | **%** | **Last Year** | **%** |
| Sales | | | | | | | | | | |
| | NET TOTAL- Food | | 2,547,441 | 96.26 | 2,257,017 | 96.31 | 34,844,583 | 96.44 | 38,573,649 | 96.86 |
| | NET TOTAL Beverage | | 382,355 | | 341,524 | | 4,914,549 | | 5,505,268 | |
| | NET SALES TOTAL | | 2,929,796 | | 2,598,541 | | 39,759,131 | | 44,078,917 | |
| | | | | | | | | | | |
| Cost of Sales | | | | | | | | | | |
| | TOTAL Food Cost | | 813,238 | 31.92 | 733,562 | 32.50 | 10,893,293 | 31.26 | 12,734,421 | 33.01 |
| | TOTAL Beverage Cost | | 88,556 | 23.16 | 83,251 | 24.38 | 1,156,410 | 23.53 | 1,336,805 | 24.28 |
| | TOTAL COGS | | 901,794 | 30.78 | 816,813 | 31.43 | 12,049,704 | 30.31 | 14,071,226 | 31.92 |
| | | | | | | | | | | |
| TOTAL INCOME | | | 2,028,002 | | 1,781,728 | | 27,709,428 | | 30,007,691 | |
| Payroll | | | | | | | | | | |
| | Payroll Sub Total | | 984,295 | 33.60 | 865,675 | 33.31 | 12,975,591 | 32.64 | 14,065,993 | 31.91 |
| | Payroll Related Sub Total | | 138,282 | 4.72 | 146,739 | 5.65 | 2,507,537 | 6.31 | 2,693,262 | 6.11 |
| | PAYROLL TOTAL | | 1,122,577 | 38.32 | 1,012,414 | 38.96 | 15,483,128 | 38.94 | 16,759,255 | 38.02 |
| CONTROLLABLES | | | | | | | | | | |
| | Total Utilities | | 133,689 | 4.56 | 140,961 | 5.42 | 1,795,925 | 4.52 | 1,944,730 | 4.41 |
| | Total Supplies | | 81,888 | 2.80 | 73,485 | 2.83 | 1,183,745 | 2.98 | 1,200,467 | 2.72 |
| | Total Operating | | 64,447 | 2.20 | 64,114 | 2.47 | 969,823 | 2.44 | 1,018,391 | 2.31 |
| | Total Marketing | | 64,862 | 2.21 | 22,054 | 0.85 | 743,936 | 1.87 | 674,412 | 1.53 |
| | Total Equipment | | 67,400 | 2.30 | 69,632 | 2.68 | 877,487 | 2.21 | 911,253 | 2.07 |
| Uncontrollables | | | | | | | | | | |
| | Total Licenses | | 5,174 | 0.18 | 3,455 | 0.13 | 46,094 | 0.12 | 51,033 | 0.12 |
| | **Total Other Operating Expenses** | | 78,089 | 2.67 | 63,575 | 2.45 | 1,012,153 | 2.55 | 1,091,145 | 2.48 |
| | **Restaurant Controllable Income** | | 415,049 | | 335,494 | | 5,643,232 | | 6,408,039 | |
| | **Total Occupancy Expenses** | | 282,497 | 9.64 | (310,331) | | 3,886,264 | 9.77 | 4,343,011 | 9.85 |
| | **Total Operating Expenses** | | 778,046 | 26.56 | 126,944 | 4.89 | 10,515,426 | 26.45 | 11,234,442 | 25.49 |
| | **Restaurant Contribution Income** | | 127,379 | 4.35 | 642,371 | 24.72 | 1,710,874 | 4.30 | 2,013,995 | 4.57 |
| | **Restaurant Operating Income** | | 409,876 | 13.99 | 332,039 | 12.78 | 5,597,138 | 14.08 | 6,357,006 | 14.42 |
| | **Total Administrative Expenses** | | 599,030 | 20.45 | (207,018) | | 3,311,160 | 8.33 | 2,634,141 | 5.98 |
| | **Total Other (Income) and Expense** | | (53,176) | | 52,734 | 2.03 | 596,845 | 1.50 | 878,609 | 1.99 |
| Net earnings (loss) for period | | | (418,476) | | 796,654 | 30.66 | (2,197,132) | | (1,498,755) | |
| EBITDA | | | (254,977) | | 1,027,700 | 39.55 | 612,498 | 1.54 | 1,740,175 | 3.95 |

Table title: **Statement of Earnings - Consolidated** / *For The Year Ending December 27, 2009*

# EXHIBIT 5

## McGrath's Publick Fish House, Inc.
## Case No. 10-60500-fra11
Exhibit 5 - Debtor's and McGrath's Properties Year End 2009 Balance Sheet

| McGrath's Publick Fish House, Inc. | | | | |
|---|---|---|---|---|
| | Balance Sheet | | | |
| | December 27, 2009 | | | |
| | | | | **Unaudited** |
| | | **Current** | | **Same Period** |
| | | **Period** | | **Last Year** |
| | | **ASSETS** | | |
| Current assets: | | | | |
| | Change Fund | 30,400.00 | | 30,400.00 |
| | Managers' Petty Cash Account | 24,510.56 | | 24,510.56 |
| | US Bank Cash | (505,315.60) | | (722,369.48) |
| | US Bank Daily Money Market | 1,368,729.32 | | 804,622.24 |
| | Deferred Comp Merrill Lynch | 111,699.23 | | 151,699.23 |
| | Valley BB Savings 19000481 | 8,372.18 | | 8,331.53 |
| | A/R Related Party | 24,206.93 | | 24,206.93 |
| | A/R Visa M/C | 304,021.20 | | 297,791.06 |
| | A/R American Express | 86,079.55 | | 66,582.40 |
| | A/R Customer | 1,761.26 | | 2,571.34 |
| | A/R Employee | 2,435.50 | | 4,091.96 |
| | A/R LLC | 949,678.52 | | 1,116,322.28 |
| | A/R Insurance claim | 4,065.37 | | 0.00 |
| | Beverage Inventory | 30,037.40 | | 0.00 |
| | Seafood Inventory | 87,499.89 | | 63,282.35 |
| | Meat Inventory | 18,293.08 | | 13,392.29 |
| | Grocery Inventory | 90,118.84 | | 106,929.13 |
| | Dairy Inventory | 14,942.80 | | 14,662.35 |
| | Bread Inventory | 6,556.29 | | 4,820.46 |
| | Produce Inventory | 12,590.52 | | 11,768.34 |
| | Liquor Inventory | 46,782.02 | | 43,414.95 |
| | Wine Inventory | 30,802.94 | | 29,534.06 |
| | Beer Inventory | 27,672.37 | | 24,423.72 |
| | Bar Ingredient Inventory | 4,701.00 | | 10,034.17 |
| | Glassware Inventory | 77,169.87 | | 77,169.87 |
| | Silverware Inventory | 86,173.64 | | 86,173.64 |
| | China Inventory | 153,346.10 | | 153,346.10 |
| | Bar Ware Inventory | 9,376.86 | | 9,376.86 |
| | Uniforms Inventory | 2,906.01 | | 0.00 |
| | Prepaid Insurance | 59,032.93 | | 0.00 |
| | Prepaid Personal Property Tax | (120,179.66) | | 0.00 |
| | Prepaid Real Property Taxes | (388,393.81) | | 0.00 |
| | Prepaid | 7,129.54 | | 38,314.00 |
| | POS Software Contract | 29,792.00 | | 0.00 |
| | *Total current assets* | 2,696,994.65 | | 2,495,402.34 |

**McGrath's Publick Fish House, Inc.**
**Case No. 10-60500-fra11**
Exhibit 5 - Debtor's and McGrath's Properties Year End 2009 Balance Sheet

| | | | | Unaudited |
| | | Current | | Same Period |
| | | Period | | Last Year |
|---|---|---|---|---|
| _McGrath's Publick Fish House, Inc._ | | | | |
| | Balance Sheet | | | |
| | December 27, 2009 | | | |
| Fixed assets: | | | | |
| | Building Cost | 5,972,511.25 | | 5,972,511.25 |
| | Leasehold | 2,887,591.92 | | 2,887,591.92 |
| | Transportation Equipment | 144,601.18 | | 144,601.18 |
| | Equipment | 19,701,054.68 | | 19,604,224.15 |
| | _Total fixed assets_ | 28,705,759.03 | | 28,608,928.50 |
| Projects In Progress: | | | | |
| | _Total projects_ | 0.00 | | 0.00 |
| | | | | |
| | _Total fixed assets & projects_ | 28,705,759.03 | | 28,608,928.50 |
| | | | | |
| | Less accumulated depreciation | (17,980,559.41) | | (15,915,194.03) |
| | _Net Fixed assets_ | 10,725,199.62 | | 12,693,734.47 |
| | | | | |
| Other assets: | | | | |
| | Loan Fee | 82,697.00 | | 82,697.00 |
| | Liquor License | 106,020.00 | | 106,020.00 |
| | Accumulated Amortization | (134,803.03) | | (120,481.84) |
| | _Net Other assets_ | 53,913.97 | | 68,235.16 |
| | | | | |
| | | | | |
| | _Total Assets_ | 13,476,108.24 | | 15,257,371.97 |

McGrath's Publick Fish House, Inc.

Case No. 10-60500-fra11

Exhibit 5 - Debtor's and McGrath's Properties Year End 2009 Balance Sheet

## McGrath's Publick Fish House, Inc.

| | | Current Period | | Unaudited Same Period Last Year |
|---|---|---|---|---|
| | | Balance Sheet | | |
| | | December 27, 2009 | | |
| | LIABILITY AND SHAREHOLDER'S EQUITY | | | |
| Current liabilities: | | | | |
| | Loan from Officer | 150,000.00 | | 150,000.00 |
| | Accounts Payable | 823,359.06 | | 905,246.34 |
| | Rent Payable | 511,470.52 | | 106,879.79 |
| | Contingent Liability | 180,000.00 | | 220,000.00 |
| | Gift Cards | 502.39 | | 1,640.27 |
| | Aloha Cards | 871,994.84 | | 744,648.78 |
| | Stale Dated P/R checks | 68,862.24 | | 65,399.58 |
| | Wages Payable | 366,386.76 | | 320,537.78 |
| | Deferred Comp. Payable | 151,699.23 | | 151,699.23 |
| | Note Payable | 91,896.48 | | 97,357.44 |
| | F.I.C.A. Tax Payable | 106,292.80 | | 88,514.42 |
| | Federal Withholding Payable | 28,298.53 | | 32,875.91 |
| | Withholding Payable | 18,571.96 | | 14,981.12 |
| | Worker's Comp | 35,484.26 | | 26,406.57 |
| | SUI | (2,726.72) | | 2,903.50 |
| | Federal Unemployment Payable | (455.93) | | 758.71 |
| | Oregon Transit Tax Payable | 450.77 | | 329.44 |
| | Child Support Payable | 3,398.93 | | 2,593.92 |
| | Garnishments Payable | 2,949.29 | | 2,631.90 |
| | 401 k Deduction | 4,028.88 | | 5,158.37 |
| | Use Tax Accrued | 848.62 | | 0.00 |
| | Sales Tax Payable | 151,748.41 | | 126,077.85 |
| | Washington B & O Tax Payable | 2,750.35 | | 2,614.60 |
| | Elk Valley Public Improvement Fee | 1,610.81 | | 1,785.00 |
| | *Total current liabilities* | 3,569,422.48 | | 3,071,040.52 |
| Long term liabilities: | | | | |
| | Loan Payable BMW X5 3.0i | 0.00 | | 7,841.68 |
| | Loan Payable 2007 Tahoe | 0.00 | | 5,058.31 |
| | Building Loan Lancaster | 1,008,671.44 | | 1,008,671.44 |
| | Building Loan Orem | 828,805.00 | | 828,805.00 |
| | Building Loan Sandy | 882,232.00 | | 882,232.00 |
| | Bldg. Loan Beaverton | 936,900.10 | | 936,900.10 |
| | Bldg. Loan Alderwood | 1,156,126.36 | | 1,156,126.36 |
| | Equipment Lease Orem | 70,996.53 | | 70,996.53 |
| | Equipment Lease Sandy | 146,437.68 | | 146,437.68 |
| | Equipment Lease Gateway | 133,959.06 | | 133,959.06 |
| | Equipment Lease Layton | 234,780.02 | | 234,780.02 |
| | Equipment Lease Mesa | 380,211.46 | | 380,211.46 |
| | Equipment Lease Beaverton | 402,771.08 | | 402,771.08 |
| | Equipment Lease Bend | 0.00 | | 2,446.16 |
| | Equipment Lease Arcadia Key | 583,661.06 | | 583,661.06 |
| | Equipment Loan Alderwood | 630,796.72 | | 642,740.41 |
| | Equipment Loan Medford | 0.00 | | 7,322.57 |
| | Equipment Loan Eugene | 0.00 | | 7,284.17 |

**McGrath's Publick Fish House, Inc.**
**Case No. 10-60500-fra11**
Exhibit 5 - Debtor's and McGrath's Properties Year End 2009 Balance Sheet

| | *McGrath's Publick Fish House, Inc.* | | | |
|---|---|---|---|---|
| | **Balance Sheet** | | | |
| | December 27, 2009 | | | |
| | | | | **Unaudited** |
| | | **Current** | | **Same Period** |
| | | **Period** | | **Last Year** |
| | Equipment Loan Salem Downtown | 0.00 | | 5,884.61 |
| | Equipment Loan Corvallis | 0.00 | | 7,284.17 |
| | Equipment Loan Scottsdale | 787,110.45 | | 787,110.45 |
| | Equipment Loan Goodyear | 952,763.22 | | 952,763.22 |
| | Equipment Loan Lakewood | 1,200,000.00 | | 1,200,000.00 |
| | Equipment Loan Federal Way | 995,611.77 | | 995,611.77 |
| | Equipment Loan 03 05 07 | 277,403.29 | | 277,403.29 |
| | Equipment Loan 20 & 09 | 27,980.51 | | 36,535.93 |
| | PCI Vulnerability Lease Marlin | 59,911.05 | | 72,069.67 |
| | PCI Vulnerability Lease Great America | 30,764.55 | | 37,499.33 |
| | *Total long term liabilities* | 11,727,893.35 | | 11,810,407.53 |
| Shareholder's equity: | | | | |
| | Common Stock 500 Auth 200 Iss | 9,699.26 | | 9,699.26 |
| | Retained Earnings | 366,224.66 | | 1,864,980.03 |
| | Profit (loss) for period | (2,197,131.51) | | (1,498,755.37) |
| | *Total shareholder's equity* | (1,821,207.59) | | 375,923.92 |
| | *Total Liabilities & Equity* | 13,476,108.24 | | 15,257,371.97 |

**McGrath's Publick Fish House, Inc.**
**Case No. 10-60500-fra11**
Exhibit 5 - Debtor's and McGrath's Properties Year End 2009 Balance Sheet

| *McGrath's Properties, LLC* | | | |
|---|---|---|---|
| Balance Sheet | | | |
| *For The Year Ending December 31, 2009* | | | |
| | | **Unaudited** | |
| | | **Current Period** | **Same Period Last Year** |
| Current assets: | | **ASSETS** | |
| | Bank Account General | (9,237.40) | (101,481.88) |
| | Cash Money Funds Sweep Acct. | 5,849.34 | 54,736.33 |
| | Rent Receivable Medford | 27,660.00 | 0.00 |
| | Rent Receivable Vancouver | 44,280.00 | 0.00 |
| | Rent Receivable Davcor | 6,300.00 | 0.00 |
| | Rent Receivable Layton | 27,690.00 | 0.00 |
| | Rent Receivable Lakewood | 27,960.00 | 0.00 |
| | Rent Receivable Goodyear | 30,000.00 | 0.00 |
| | Rent Receivable Scottsdale | 43,200.00 | 0.00 |
| | Rent Receivable Federal Way | 27,060.00 | 0.00 |
| | Prepaid Property Taxes | (11,571.68) | 0.00 |
| | Prepaid Deposits | 12,827.42 | 0.00 |
| | *Total current assets* | 232,017.68 | (46,745.55) |
| Fixed assets: | | | |
| | Equipment Medford | 701,107.08 | 701,107.08 |
| | Buildings Medford | 903,409.39 | 903,409.39 |
| | Buildings Vancouver | 1,697,326.81 | 1,697,326.81 |
| | Buildings Davcor | 188,248.00 | 188,248.00 |
| | Buildings Lakewood | 3,002,300.00 | 3,002,300.00 |
| | Buildings Layton | 1,555,596.69 | 1,555,596.69 |
| | Buildings Goodyear | 2,227,164.00 | 2,227,164.00 |
| | Buildings Federal Way | 2,545,800.00 | 2,545,800.00 |
| | Buildings Scottsdale | 1,958,332.96 | 1,958,332.96 |
| | Real Property Medford | 507,446.38 | 507,446.38 |
| | Real Property Vancouver | 729,636.67 | 729,636.67 |
| | Real Property Davcor | 54,776.00 | 54,776.00 |
| | Real Property Lakewood | 1,200,000.00 | 1,200,000.00 |
| | Real Property Goodyear | 801,594.30 | 801,594.30 |
| | *Total fixed assets* | 18,072,738.28 | 18,072,738.28 |
| Projects In Progress: | | | |
| | *Total projects* | 0.00 | 0.00 |
| | *Total fixed assets & projects* | 18,072,738.28 | 18,072,738.28 |
| Less accumulated depreciation | | | |
| | Accum Depreciation Medford | (1,018,777.60) | (992,708.20) |
| | Accum Depreciation Vancouver | (440,076.41) | (396,553.37) |
| | Accum Depreciation Davcor | (53,370.29) | (48,543.29) |
| | Accum Depreciation Layton | (284,563.96) | (246,622.00) |
| | Accum Depreciation Goodyear | (214,151.04) | (157,044.00) |
| | Accum Depreciation Scottsdale | (230,143.04) | (179,930.00) |
| | Accum Depreciation Lakewood | (211,701.04) | (134,719.00) |
| | Accum Depreciation Federal Way | (141,433.00) | (76,156.00) |
| | *Total Accumulated Depreciation* | (2,594,216.38) | (2,232,275.86) |
| | *Net Fixed Assets* | 15,478,521.90 | 15,840,462.42 |

**McGrath's Publick Fish House, Inc.**
**Case No. 10-60500-fra11**
Exhibit 5 - Debtor's and McGrath's Properties Year End 2009 Balance Sheet

| | | Unaudited | | |
|---|---|---|---|---|
| | | **Current Period** | | **Same Period Last Year** |
| | | <u>OTHER   ASSETS</u> | | |
| Other assets: | | | | |
| | Organization Costs | 2,500.00 | | 2,500.00 |
| | Loan Fee | 330,592.66 | | 330,592.66 |
| | Investment McGrath's Marshall | 967,122.50 | | 967,122.50 |
| | *Total Other assets* | 1,300,215.16 | | 1,300,215.16 |
| Less accumulated amortization | | | | |
| | Accum Amort Organization | (2,500.00) | | (2,500.00) |
| | Accum Amort Loan Fee | (72,579.99) | | (51,738.39) |
| | *Total Accumulated Depreciation* | (75,079.99) | | (54,238.39) |
| | *Net Other Assets* | 1,225,135.17 | | 1,245,976.77 |
| | | | | |
| | *Total Assets* | 16,935,674.75 | | 17,039,693.64 |
| | | | | |
| | <u>LIABILITY AND SHAREHOLDER'S EQUITY</u> | | | |
| Current liabilities: | | | | |
| | Accounts Payable | 0.00 | | (220,292.33) |
| | *Total current liabilities* | 0.00 | | (220,292.33) |
| | | | | |
| Long term liabilities: | | | | |
| | MGF Note Payable | 949,678.52 | | 1,116,322.28 |
| | Note Payable Krista Reclass Equity | 62,084.54 | | 62,084.54 |
| | Note Payable Lori Reclass Equity | 61,345.54 | | 61,345.54 |
| | Note Payable Justin Reclass Equity | 62,084.54 | | 62,084.54 |
| | Dividend Payable John | 1,568.71 | | 1,568.71 |
| | Davcor Bldg Loan # 18 USB | 58,244.29 | | 58,244.29 |
| | Layton Building Loan | 860,902.40 | | 860,902.40 |
| | Medford Building/Land Loan | 1,341,294.00 | | 1,341,294.00 |
| | Goodyear Building Loan | 2,296,715.25 | | 2,296,715.25 |
| | Scottsdale Building Loan | 1,362,900.00 | | 1,362,900.00 |
| | Vancouver Equity Loan | 1,461,078.17 | | 1,461,078.17 |
| | Lakewood SBA Loan | 1,452,506.43 | | 1,452,506.43 |
| | Lakewood Sterling Loan | 2,248,900.00 | | 2,248,900.00 |
| | Federal Way GE building loan | 2,452,321.38 | | 2,452,321.38 |
| | *Total long term liabilities* | 14,671,623.77 | | 14,838,267.53 |
| | | | | |
| Shareholder's equity: | | | | |
| | Retained Earnings | 2,421,718.44 | | 2,444,465.27 |
| | Dividends Paid Justin | 0.00 | | (2,092.00) |
| | Profit (loss) for period | (142,198.71) | | (20,654.83) |
| | *Total shareholder's equity* | 2,279,519.73 | | 2,421,718.44 |
| | | | | |
| | *Total Liabilities & Equity* | 16,951,143.50 | | 17,039,693.64 |

**McGrath's Properties, LLC**
Balance Sheet
*For The Year Ending December 31, 2009*

# EXHIBIT 6

## Schedule of Secured and Deficiency Claims

| Secured Lender | Related Property | Secured Amount estimated sale proceeds | Secured Amount to be paid per plan | Deficiency Amount | Notes regarding Secured Amount |
|---|---|---|---|---|---|
| Arizona Business Bank | Goodyear, AZ | $1,300,000 | | $1,097,526 | Estimated sale proceeds based on broker's opinion |
| U.S. Small Business Administration (SBA) | Vancouver, WA & Lakewood, CO | | $95,000 | $1,478,078 | to be paid per plan |
| GE Commercial Business Finance Property (GECBFP) | Salem-Lancaster, OR | | $1,124,800 | $0 | to be paid per plan |
| GE Commercial Business Finance Property (GECBFP) | Federal Way, WA | | $490,000 | $2,260,000 | to be paid per plan |
| GE Commercial Franchise Finance Corp (GECFFC) | Lynnwood, WA | $166,348 | | $1,674,868 | secured amount based on liquidation value of equipment |
| General Electric Capital Corporation (GECC) | Federal Way, WA | | $245,000 | $937,086 | to be paid per plan |
| General Electric Capital Corporation (GECC) | Goodyear, AZ | $140,000 | | $953,486 | secured amount based on liquidation value of equipment |
| General Electric Capital Corporation (GECC) | Scottsdale, AZ | $140,000 | | $717,411 | secured amount based on liquidation value of equipment |
| U.S. Bank N.A. | Salem corporate | | $56,811 | $0 | to be paid per plan |
| U.S. Bank N.A. | Layton, UT | | $860,000 | $0 | to be paid per plan or sold |
| U.S. Bank N.A. | Beaverton, OR | | $936,900 | $0 | to be paid per plan |
| U.S. Bank N.A. | Mesa, AZ (guarantee) | $425,000 | | | assumes lender realizes $1.5 million from sale of restaurant by McGrath-Marshall and lender's secured offset claim is valued at $425,000 and applied to reduce guarantee obligation |

## Schedule of Secured and Deficiency Claims

| Secured Lender | Related Property | Secured Amount estimated sale proceeds | Secured Amount to be paid per plan | Deficiency Amount | Notes regarding Secured Amount |
|---|---|---|---|---|---|
| U.S. Bancorp Equipment Finance Inc | Layton, UT | | $198,850 | $35,950 | to be paid per plan or sold |
| U.S. Bancorp Equipment Finance Inc | Mesa, AZ | $100,000 | | $263,639 | assumes lender realizes $1.5 million from sale of restaurant by McGrath-Marshall of which $100,000 attributable to equipment |
| U.S. Bancorp Equipment Finance Inc | Beaverton, OR | | $402,771 | $0 | to be paid per plan |
| Sterling Savings Bank | Vancouver, WA (Loan 9002) | | $2,700,000 | $0 | to be paid per plan |
| Sterling Savings Bank | Lakewood, CO (Loan 9001) | $1,700,000 | | | Estimated sale proceeds or credit for deed in lieu |
| Sterling Savings Bank | Medford, OR  (Loan 9003) | | $400,000 | $284,552 | to be paid per plan |
| KeyBank N.A. | Salt Lake City, UT (Gateway) | | $0 | $130,132 | |
| KeyBank N.A. | Sandy, UT - *EQUIPMENT* | | $112,500 | $30,000 | to be paid per plan |
| KeyBank N.A. | Sandy, UT - *BUILDING* | | $637,500 | $270,000 | to be paid per plan |
| KeyBank N.A. | Corvallis, OR - *EQUIPMENT* | | $575,933 | $0 | to be paid per plan |
| KeyBank N.A. | Orem, UT *(BLDG & EQUIPMENT)* | $450,000 | | $460,000 | Estimated sale proceeds |
| KeyBank N.A. | Medford, OR - *BUILDING* | | $1,383,590 | | to be paid per plan |

Exhibit 6
## Schedule of Secured and Deficiency Claims

| Secured Lender | Related Property | Secured Amount estimated sale proceeds | Secured Amount to be paid per plan | Deficiency Amount | Notes regarding Secured Amount |
|---|---|---|---|---|---|
| KeyBank N.A. | Scottsdale, AZ - *BUILDING* | $500,000 | | $895,000 | Estimated sale proceeds |
| KeyBank N.A. | Swaps | | $0 | $450,000 | |
| Bank of the West | POS Equipment in Federal Way, WA | | $15,000 | $21,530 | to be paid per plan |
| Great American Leasing Corp | Computer equipment at six restaurants | | $31,800 | $0 | to be paid per plan |
| | | | | | |
| | TOTALS: | $4,921,348 | $10,266,455 | $11,959,258 | |

# EXHIBIT 7

Exhibit 7
Debtor's Projections

## General Assumptions

- Plan payments to begin in Period 10 or September 6, 2010
- McGrath's continues to operate on a 13 Period year
- Debt Service, Occupancy costs, Utilities and other expenses are paid 12 times during each plan year, rather than each of the 13 periods, but in the projections the amounts of the occupancy costs are allocated over 13 periods
- All projections rounded to the nearest dollar
- Case will be closed at some point between periods 4 and 6 of 2011

## Sales

- We have projected the following sales increases in each plan year:
  - Assumption Year 1: up 1%
    - Since the bankruptcy filing sales overall are up 0.85%
    - Compared with last year McGrath's is deploying improved promotions which will drive both traffic and sales
    - A price increase was taken in the lunch and dinner promotions of approximately $1.00 which will drive top line sales
    - A price increase of $0.10 in soft drinks and iced tea will be taken beginning in Period 10 which will drive top line sales
  - Assumption Year 2: up 1%
    - General economic conditions will improve escalating sales
    - Slight price increases will be taken to offset any previous, or then existing, escalations in Cost of Goods Sold
  - Assumption Year 3: up 1%
    - General economic conditions will improve escalating sales
    - Slight price increases will be taken to offset any previous, or then existing, escalations in Cost Of Goods Sold

## Expenses

- Assumption:  Cost Of Goods Sold ("COGS") up 1%
  - Recent escalations in COGS have resulted in an overall increase in such expenses of approximately 1%.  Commodity experts are forecasting increases and stabilized costs in Q4 2010 and 2011.  Specific commodities effected:
    - Dairy
    - Shrimp
    - Beef
    - Shortening (oil used for fryers)
    - Vegetables
    - Paper

- Assumption: Labor 0% (flat)
  - The anticipated revenue increases should not result in any increased labor costs.

Exhibit 7
Debtor's Projections

- Any additional minimum wage increases to be offset by price increases.
- It is relevant to point out that neither Oregon nor Washington are "tip-credit" wage states. Unlike other states where restaurants are able to pay servers an hourly wage lower than state mandated minimum wages, Oregon and Washington requires that all employees be paid the state mandated minimum wage. By way of example, in Idaho McGrath's is able to pay servers $2.50 per hour despite the state mandated minimum wage of $7.40 per hour.
- Potential additional management costs would be in the form of bonuses which are self funding in that they must increase net income in order to be paid additional bonus amounts.

- Assumption: Manager Controllable and Other Expenses 0% (flat)
  o No expected increase in such costs are expected as a result of the increase in revenue.

- Assumption: Occupancy Expenses 0% (flat)
  o No increase in occupancy costs are expected.

- Assumption: Administrative Expenses 0% (flat)
  o No increase in Administrative costs are expected.

**Capital Expenditure Reserves**

The Plan incorporates a capital reserve of $1,500 per month (not period) per unit. Such reserve is intended to cover such items as replacement of HVAC systems, hot water heaters, roof repairs, and the like. It is possible that certain units will not require any capital expenditures during the course of the plan while others require more than their allotted amount. In such case McGrath's will use its best discretion to protect and secure future business performance.

Debtor's Public Notice (Docket 313)
Case No. 10-60500-fra11
Exhibit 6 - Debtor's Projections
(Plan Year 1 Ending September 2011)

| | Pd 10 2010 | Pd 11 2010 | Pd 12 2010 | Pd 13 2010 | Pd 1 2011 | Pd 2 2011 | Pd 3 2011 | Pd 4 2011 | Pd 5 2011 | Pd 6 2011 | Pd 7 2011 | Pd 8 2011 | Pd 9 2011 | FYE 9-30-11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yr Over Yr | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | |
| | 1 Salem | 1 Salem | 1 Salem | 1 Salem | 1 Salem | 1 Salem | 1 Salem | 1 Salem | 1 Salem | 1 Salem | 1 Salem | 1 Salem | 1 Salem | 1 Salem |
| Sales | $132,114 | $134,421 | $133,532 | $150,027 | $133,288 | $146,952 | $138,333 | $131,456 | $143,577 | $140,929 | $145,875 | $154,957 | $140,467 | $1,825,929 |
| COGS | $39,634 | $40,326 | $40,059 | $45,008 | $39,987 | $44,086 | $41,500 | $39,437 | $43,073 | $42,279 | $43,763 | $46,487 | $42,140 | $547,779 |
| Gross Profit | $92,480 | $94,095 | $93,472 | $105,019 | $93,302 | $102,867 | $96,833 | $92,019 | $100,504 | $98,651 | $102,113 | $108,470 | $98,327 | $1,278,150 |
| Labor | $58,275 | $59,293 | $58,901 | $66,177 | $58,066 | $64,019 | $60,264 | $57,268 | $62,548 | $61,395 | $63,550 | $67,506 | $61,193 | $798,456 |
| Total Mgr Controllable Exp | $14,003 | $14,248 | $14,153 | $15,902 | $15,242 | $16,805 | $15,819 | $15,033 | $16,419 | $16,116 | $16,682 | $17,720 | $16,063 | $204,206 |
| Total Other Oper Expenses | $3,117 | $3,171 | $3,150 | $3,540 | $4,091 | $4,510 | $4,246 | $4,035 | $4,407 | $4,326 | $4,477 | $4,756 | $4,311 | $52,138 |
| Occupancy Expenses | $7,141 | $7,266 | $7,218 | $8,109 | $6,664 | $7,348 | $6,917 | $6,573 | $7,179 | $7,046 | $7,294 | $7,748 | $7,023 | $93,525 |
| Total Restaurant Operating Expense | $82,536 | $83,978 | $83,422 | $93,728 | $84,064 | $92,682 | $87,246 | $82,909 | $90,553 | $88,883 | $92,003 | $97,730 | $88,591 | $1,148,324 |
| Total Oper Income (loss) | $9,943 | $10,117 | $10,050 | $11,292 | $9,238 | $10,185 | $9,587 | $9,111 | $9,951 | $9,767 | $10,110 | $10,740 | $9,735 | $129,826 |
| | | | | | | | | | | | | | | |
| **Administrative Expenses** | | | | | | | | | | | | | | |
| Corporate Office & Admin Expense Allocation | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $84,615 |
| Other G&A Expenses | $1,252 | $1,252 | $1,252 | $1,252 | $1,252 | $1,252 | $1,252 | $1,252 | $1,252 | $1,252 | $1,252 | $660 | $660 | $15,092 |
| Total G&A | $7,761 | $7,761 | $7,761 | $7,761 | $7,761 | $7,761 | $7,761 | $7,761 | $7,761 | $7,761 | $7,761 | $7,169 | $7,169 | $99,707 |
| | | | | | | | | | | | | | | |
| Other | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| | | | | | | | | | | | | | | |
| EBITDA (with rent add back) | $2,182 | $2,356 | $2,289 | $3,531 | $1,477 | $2,424 | $1,827 | $1,350 | $2,190 | $2,007 | $2,349 | $3,571 | $2,566 | $30,119 |
| | 1.65% | 1.75% | 1.71% | 2.35% | 1.11% | 1.65% | 1.32% | 1.03% | 1.53% | 1.42% | 1.61% | 2.30% | 1.83% | |
| US Trustee Fee | $0 | $0 | $0 | $1,000 | $0 | $0 | $0 | $1,000 | $0 | $0 | $0 | $0 | $0 | $2,000 |
| | | | | | | | | | | | | | | |
| Debt Service | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Tax Payment on past due taxes | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Debt Service Corporate | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $4,204 |
| | | | | | | | | | | | | | | |
| Net Cash Flow | $1,832 | $2,006 | $1,939 | $2,180 | $1,127 | $2,074 | $1,476 | ($60) | $1,840 | $1,656 | $1,999 | $3,220 | $2,566 | $23,914 |
| | | | | | | | | | | | | | | |
| Capital Reserve Loan | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $0 | $18,000 |
| | | | | | | | | | | | | | | |
| Net Cash Flow after Reserve | $332 | $506 | $439 | $680 | ($373) | $574 | ($24) | ($1,560) | $340 | $156 | $499 | $1,720 | $2,566 | $5,914 |
| | | | | | | | | | | | | | | |
| SSS Growth | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | |
| COGS | 30.00% | 30.00% | 30.00% | 30.00% | 30.00% | 30.00% | 30.00% | 30.00% | 30.00% | 30.00% | 30.00% | 30.00% | 30.00% | 30.00% |
| Labor | 44.55% | 44.55% | 44.55% | 44.55% | 44.00% | 44.00% | 44.00% | 44.00% | 44.00% | 44.00% | 44.00% | 44.00% | 44.00% | 43.73% |
| Labor Savings | | | | | | | | | | | | | | |
| Mgr Controllables | 10.71% | 10.71% | 10.71% | 10.71% | 11.55% | 11.55% | 11.55% | 11.55% | 11.55% | 11.55% | 11.55% | 11.55% | 11.55% | 11.18% |
| Total Other Exp | 2.38% | 2.38% | 2.38% | 2.38% | 3.10% | 3.10% | 3.10% | 3.10% | 3.10% | 3.10% | 3.10% | 3.10% | 3.10% | 2.86% |
| Occupancy | 5.41% | 5.41% | 5.41% | 5.41% | 5.00% | 5.00% | 5.00% | 5.00% | 5.00% | 5.00% | 5.00% | 5.00% | 5.00% | 5.12% |
| Corporate Overhead | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | |
| Annual Total Corporate Overhead | Annual G&A | Per Store Per Period | # Units | 10,000 toggle | | | | | | | | | | |
| | $1,100,000 | $6,509 | 13 | 0 | | | | | | | | | | |
| Other G&A Expenses | 1,252 | 1,252 | 1,252 | 1,252 | 1,252 | 1,252 | 1,252 | 1,252 | 1,252 | 1,252 | 1,252 | 660 | 660 | |
| | | | | | | | | | | | | | | |
| **Expenses in Dollars at 0% SSS Growth** | | | | | | | | | | | | | | |
| Labor | $58,275 | $59,293 | $58,901 | $66,177 | $58,066 | $64,019 | $60,264 | $57,268 | $62,548 | $61,395 | $63,550 | $67,506 | $61,193 | |
| Mgr Controllables | $14,003 | $14,248 | $14,153 | $15,902 | $15,242 | $16,805 | $15,819 | $15,033 | $16,419 | $16,116 | $16,682 | $17,720 | $16,063 | |
| Total Other Exp | $3,117 | $3,171 | $3,150 | $3,540 | $4,091 | $4,510 | $4,246 | $4,035 | $4,407 | $4,326 | $4,477 | $4,756 | $4,311 | |
| Occupancy | $7,070 | $7,194 | $7,146 | $8,029 | $6,598 | $7,275 | $6,848 | $6,508 | $7,108 | $6,977 | $7,222 | $7,671 | $6,954 | |
| | | | | | | | | | | | | | | |
| Debt Service | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| Prior Year Sales | 130,806 | 133,091 | 132,209 | 148,542 | 131,969 | 145,497 | 136,963 | 130,155 | 142,155 | 139,534 | 144,431 | 153,422 | 139,076 | |
| | | | | | | | | | | | | | | |
| Average Last 4 Pds COGS | | | | | 30.00% | 30.00% | 30.00% | 30.00% | 30.00% | 30.00% | 30.00% | 30.00% | 30.00% | 30.00% |
| Average Last 4 Pds Labor | | | | | 44.55% | 44.41% | 44.28% | 44.14% | 44.00% | 44.00% | 44.00% | 44.00% | 44.00% | 44.00% |
| Average Last 4 Pds Total Mgr Average Last 4 Pds Total Mgr Controllables | | | | | 10.71% | 10.92% | 11.13% | 11.34% | 11.55% | 11.55% | 11.55% | 11.55% | 11.55% | |
| Avg last 4 pds Total Other Oper Expenses | | | | | 2.38% | 2.56% | 2.74% | 2.92% | 3.10% | 3.10% | 3.10% | 3.10% | 3.10% | |
| Average Last 4 Pds Occupancy Expenses | | | | | 5.41% | 5.30% | 5.20% | 5.10% | 5.00% | 5.00% | 5.00% | 5.00% | 5.00% | |

Debtor's Public Blah House 1.5
Case No. 10-60500-fra11
Exhibit 6 - Debtor's Projections
(Plan Year 1 Ending September 2011)

| | Pd 10 2010 | Pd 11 2010 | Pd 12 2010 | Pd 13 2010 | Pd 1 2011 | Pd 2 2011 | Pd 3 2011 | Pd 4 2011 | Pd 5 2011 | Pd 6 2011 | Pd 7 2011 | Pd 8 2011 | Pd 9 2011 | FYE 9-30-11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yr Over Yr | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | |
| | 2 Lancaster | 2 Lancaster | 2 Lancaster | 2 Lancaster | 2 Lancaster | 2 Lancaster | 2 Lancaster | 2 Lancaster | 2 Lancaster | 2 Lancaster | 2 Lancaster | 2 Lancaster | 2 Lancaster | 2 Lancaster |
| Sales | $224,897 | $238,633 | $226,048 | $238,298 | $240,194 | $259,935 | $240,766 | $222,392 | $233,403 | $226,329 | $230,187 | $242,253 | $241,625 | $3,064,959 |
| COGS | $69,718 | $73,976 | $70,075 | $73,872 | $74,460 | $80,580 | $74,637 | $68,942 | $72,355 | $70,162 | $71,338 | $75,098 | $74,904 | $950,137 |
| Gross Profit | $155,179 | $164,657 | $155,973 | $164,426 | $165,734 | $179,355 | $166,128 | $153,451 | $161,048 | $156,167 | $158,829 | $167,155 | $166,721 | $2,114,822 |
| Labor | $80,147 | $85,042 | $80,557 | $84,923 | $83,235 | $90,077 | $83,434 | $77,067 | $80,882 | $78,431 | $79,768 | $83,949 | $83,731 | $1,071,242 |
| Total Mgr Controllable Exp | $24,488 | $25,983 | $24,613 | $25,947 | $26,160 | $28,310 | $26,222 | $24,221 | $25,420 | $24,650 | $25,070 | $26,384 | $26,316 | $333,783 |
| Total Other Oper Expenses | $4,696 | $4,983 | $4,720 | $4,976 | $7,134 | $7,721 | $7,151 | $6,606 | $6,933 | $6,723 | $6,837 | $7,196 | $7,177 | $82,854 |
| Occupancy Expenses | $10,188 | $10,810 | $10,240 | $10,795 | $11,994 | $12,979 | $11,672 | $10,781 | $11,315 | $10,653 | $10,834 | $11,800 | $12,387 | $146,447 |
| Total Restaurant Operating Expense | $119,519 | $126,818 | $120,130 | $126,641 | $128,523 | $139,087 | $128,479 | $118,674 | $124,550 | $120,455 | $122,509 | $129,329 | $129,611 | $1,634,326 |
| Total Oper Income (loss) | $35,660 | $37,838 | $35,843 | $37,785 | $37,210 | $40,269 | $37,649 | $34,776 | $36,498 | $35,711 | $36,320 | $37,826 | $37,110 | $480,496 |
| **Administrative Expenses** | | | | | | | | | | | | | | |
| Corporate Office & Admin Expense Allocation | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $84,615 |
| Other G&A Expenses | $1,490 | $1,490 | $1,490 | $1,490 | $1,490 | $1,490 | $1,490 | $1,490 | $1,490 | $1,490 | $1,490 | $898 | $898 | $18,186 |
| Total G&A | $7,999 | $7,999 | $7,999 | $7,999 | $7,999 | $7,999 | $7,999 | $7,999 | $7,999 | $7,999 | $7,999 | $7,407 | $7,407 | $102,801 |
| Other | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| EBITDA (with rent add back) | $27,661 | $29,839 | $27,844 | $29,786 | $29,212 | $32,270 | $29,650 | $26,777 | $28,499 | $27,712 | $28,321 | $30,419 | $29,703 | $377,695 |
| | 12.30% | 12.50% | 12.32% | 12.50% | 12.16% | 12.41% | 12.32% | 12.04% | 12.21% | 12.24% | 12.30% | 12.56% | 12.29% | |
| US Trustee Fee | $0 | $0 | $0 | $1,000 | $0 | $0 | $0 | $1,000 | $0 | $0 | $0 | $0 | $0 | $2,000 |
| Debt Service | $14,621 | $14,621 | $14,621 | $14,621 | $14,621 | $14,621 | $14,621 | $14,621 | $14,621 | $14,621 | $14,621 | $14,621 | $0 | $175,449 |
| Tax Payment on past due taxes | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Debt Service Corporate | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $0 | $4,204 |
| Net Cash Flow | $12,690 | $14,868 | $12,873 | $13,815 | $14,240 | $17,299 | $14,679 | $10,806 | $13,528 | $12,741 | $13,350 | $15,448 | $29,703 | $196,042 |
| Capital Reserve Loan | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | | $18,000 |
| Net Cash Flow after Reserve | $11,190 | $13,368 | $11,373 | $12,315 | $12,740 | $15,799 | $13,179 | $9,306 | $12,028 | $11,241 | $11,850 | $13,948 | $29,703 | $178,042 |
| SSS Growth | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | |
| COGS | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% |
| Labor | 35.99% | 35.99% | 35.99% | 35.99% | 35.00% | 35.00% | 35.00% | 35.00% | 35.00% | 35.00% | 35.00% | 35.00% | 35.00% | 34.95% |
| Labor Savings | | | | | | | | | | | | | | |
| Mgr Controllables | 11.00% | 11.00% | 11.00% | 11.00% | 11.00% | 11.00% | 11.00% | 11.00% | 11.00% | 11.00% | 11.00% | 11.00% | 11.00% | 10.89% |
| Total Other Exp | 2.11% | 2.11% | 2.11% | 2.11% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 2.70% |
| Occupancy | 4.58% | 4.58% | 4.58% | 4.58% | 5.04% | 5.04% | 4.90% | 4.90% | 4.90% | 4.75% | 4.75% | 4.92% | 5.18% | 4.78% |
| Corporate Overhead | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | |
| Annual Total Corporate Overhead | | | | | | | | | | | | | | |
| Other G&A Expenses | 1,490 | 1,490 | 1,490 | 1,490 | 1,490 | 1,490 | 1,490 | 1,490 | 1,490 | 1,490 | 1,490 | 898 | 898 | |
| **Expenses in Dollars at 0% SSS Growth** | | | | | | | | | | | | | | |
| Labor | $80,147 | $85,042 | $80,557 | $84,923 | $83,235 | $90,077 | $83,434 | $77,067 | $80,882 | $78,431 | $79,768 | $83,949 | $83,731 | |
| Mgr Controllables | $24,488 | $25,983 | $24,613 | $25,947 | $26,160 | $28,310 | $26,222 | $24,221 | $25,420 | $24,650 | $25,070 | $26,384 | $26,316 | |
| Total Other Exp | $4,696 | $4,983 | $4,720 | $4,976 | $7,134 | $7,721 | $7,151 | $6,606 | $6,933 | $6,723 | $6,837 | $7,196 | $7,177 | |
| Occupancy | $10,188 | $10,810 | $10,240 | $10,795 | $11,994 | $12,979 | $11,672 | $10,781 | $11,315 | $10,653 | $10,834 | $11,800 | $12,387 | |
| Debt Service | | | | | | | | | | | | | | |
| Prior Year Sales | 222,670 | 236,270 | 223,810 | 235,939 | 237,815 | 257,362 | 238,382 | 220,190 | 231,092 | 224,088 | 227,908 | 239,854 | 239,233 | |
| Average Last 4 Pds COGS | | | | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | |
| Average Last 4 Pds Labor | | | | 35.99% | 35.75% | 35.50% | 35.25% | 35.00% | 35.00% | 35.00% | 35.00% | 35.00% | 35.00% | |
| Average Last 4 Pds Total Mgr Average Last 4 Pds Controllable Exp | | | | 11.00% | 11.00% | 11.00% | 11.00% | 11.00% | 11.00% | 11.00% | 11.00% | 11.00% | 11.00% | |
| Avg last 4 pds Total Other Oper Expenses | | | | 2.11% | 2.33% | 2.55% | 2.78% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | |
| Average Last 4 Pds Occupancy Expenses | | | | 4.58% | 4.69% | 4.81% | 4.89% | 4.97% | 4.93% | 4.86% | 4.83% | 4.83% | 4.90% | |

Debtor's Public Court House 0.5
Case No. 10-60500-fra11
Exhibit 6 - Debtor's Projections
(Plan Year 1 Ending September 2011)

| | Pd 10 2010 | Pd 11 2010 | Pd 12 2010 | Pd 13 2010 | Pd 1 2011 | Pd 2 2011 | Pd 3 2011 | Pd 4 2011 | Pd 5 2011 | Pd 6 2011 | Pd 7 2011 | Pd 8 2011 | Pd 9 2011 | FYE 9-30-11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yr Over Yr | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | |
| | 3 Bend | 3 Bend | 3 Bend | 3 Bend | 3 Bend | 3 Bend | 3 Bend | 3 Bend | 3 Bend | 3 Bend | 3 Bend | 3 Bend | 3 Bend | 3 Bend |
| Sales | $152,410 | $160,248 | $145,748 | $150,925 | $134,323 | $132,313 | $122,057 | $131,459 | $136,578 | $159,202 | $169,232 | $183,589 | $173,934 | $1,952,117 |
| COGS | $47,247 | $49,677 | $45,182 | $46,787 | $41,640 | $41,017 | $37,838 | $40,752 | $42,339 | $49,353 | $52,493 | $56,912 | $53,919 | $605,156 |
| Gross Profit | $105,163 | $110,571 | $100,566 | $104,138 | $92,683 | $91,296 | $84,219 | $90,707 | $94,239 | $109,850 | $116,839 | $126,676 | $120,014 | $1,346,961 |
| Labor | $57,334 | $60,283 | $54,828 | $56,776 | $50,537 | $49,781 | $45,922 | $49,460 | $51,386 | $59,898 | $63,709 | $69,073 | $65,440 | $734,427 |
| Total Mgr Controllable Exp | $19,567 | $20,574 | $18,712 | $19,377 | $18,701 | $18,455 | $17,013 | $18,368 | $19,074 | $22,239 | $23,593 | $25,084 | $23,765 | $264,522 |
| Total Other Oper Expenses | $3,674 | $3,863 | $3,513 | $3,638 | $3,990 | $3,930 | $3,625 | $3,905 | $4,057 | $4,729 | $5,030 | $5,453 | $5,166 | $54,573 |
| Occupancy Expense | $9,960 | $10,472 | $9,524 | $9,963 | $7,450 | $8,069 | $7,188 | $8,699 | $8,845 | $10,412 | $9,780 | $10,776 | $9,542 | $120,578 |
| Total Restaurant Operating Expense | $90,535 | $95,191 | $86,578 | $89,653 | $80,678 | $80,235 | $73,748 | $80,431 | $83,361 | $97,277 | $102,112 | $110,386 | $103,914 | $1,174,101 |
| Total Oper Income (loss) | $14,628 | $15,380 | $13,988 | $14,485 | $12,005 | $11,061 | $10,471 | $10,276 | $10,877 | $12,572 | $14,727 | $16,290 | $16,100 | $172,860 |
| **Administrative Expenses** | | | | | | | | | | | | | | |
| Corporate Office & Admin Expense Allocation | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $84,615 |
| Other G&A Expenses | $2,324 | $2,324 | $2,324 | $2,324 | $2,324 | $2,324 | $2,324 | $2,324 | $2,324 | $2,324 | $2,324 | $1,732 | $1,732 | $29,028 |
| Total G&A | $8,833 | $8,833 | $8,833 | $8,833 | $8,833 | $8,833 | $8,833 | $8,833 | $8,833 | $8,833 | $8,833 | $8,241 | $8,241 | $113,643 |
| Other | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| EBITDA (with rent add back) | $5,795 | $6,547 | $5,155 | $5,652 | $3,172 | $2,228 | $1,638 | $1,443 | $2,044 | $3,740 | $5,895 | $8,049 | $7,859 | $59,216 |
| | 3.80% | 4.09% | 3.54% | 3.75% | 2.36% | 1.68% | 1.34% | 1.10% | 1.50% | 2.35% | 3.48% | 4.38% | 4.52% | |
| US Trustee Fee | $0 | $0 | $0 | $1,000 | $0 | $0 | $0 | $1,000 | $0 | $0 | $0 | $0 | $0 | $2,000 |
| Debt Service | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Tax Payment on past due taxes | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Debt Service Corporate | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $4,204 |
| Net Cash Flow | $5,444 | $6,197 | $4,805 | $4,302 | $2,821 | $1,878 | $1,287 | $93 | $1,694 | $3,389 | $5,544 | $7,699 | $7,859 | $53,012 |
| Capital Reserve Loan | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $0 | | $18,000 |
| Net Cash Flow after Reserve | $3,944 | $4,697 | $3,305 | $2,802 | $1,321 | $378 | ($213) | ($1,407) | $194 | $1,889 | $4,044 | $6,199 | $7,859 | $35,012 |
| SSS Growth | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | |
| COGS | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% |
| Labor | 37.99% | 37.99% | 37.99% | 37.99% | 38.00% | 38.00% | 38.00% | 38.00% | 38.00% | 38.00% | 38.00% | 38.00% | 38.00% | 37.62% |
| Labor Savings | | | | | | | | | | | | | | |
| Mgr Controllables | 12.97% | 12.97% | 12.97% | 12.97% | 14.06% | 14.09% | 14.08% | 14.11% | 14.11% | 14.11% | 14.07% | 13.80% | 13.80% | 13.55% |
| Total Other Exp | 2.43% | 2.43% | 2.43% | 2.43% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 2.80% |
| Occupancy | 6.53% | 6.53% | 6.53% | 6.53% | 5.55% | 6.10% | 5.89% | 6.62% | 6.48% | 6.54% | 5.78% | 5.87% | 5.49% | 6.18% |
| Corporate Overhead | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | |
| Annual Total Corporate Overhead | | | | | | | | | | | | | | |
| Other G&A Expenses | 2,324 | 2,324 | 2,324 | 2,324 | 2,324 | 2,324 | 2,324 | 2,324 | 2,324 | 2,324 | 2,324 | 1,732 | 1,732 | |
| Expenses in Dollars at 0% SSS Growth | | | | | | | | | | | | | | |
| Labor | $57,334 | $60,283 | $54,828 | $56,776 | $50,537 | $49,781 | $45,922 | $49,460 | $51,386 | $59,898 | $63,709 | $69,073 | $65,440 | |
| Mgr Controllables | $19,567 | $20,574 | $18,712 | $19,377 | $18,701 | $18,455 | $17,013 | $18,368 | $19,074 | $22,239 | $23,593 | $25,084 | $23,765 | |
| Total Other Exp | $3,674 | $3,863 | $3,513 | $3,638 | $3,990 | $3,930 | $3,625 | $3,905 | $4,057 | $4,729 | $5,030 | $5,453 | $5,166 | |
| Occupancy | $9,861 | $10,368 | $9,430 | $9,765 | $7,376 | $7,989 | $7,117 | $8,612 | $8,757 | $10,309 | $9,683 | $10,669 | $9,448 | |
| Debt Service | | | | | | | | | | | | | | |
| Prior Year Sales | 150,901 | 158,661 | 144,305 | 149,431 | 132,993 | 131,003 | 120,848 | 130,158 | 135,225 | 157,626 | 167,655 | 181,771 | 172,212 | |
| Average Last 4 Pds COGS | | | | | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | |
| Average Last 4 Pds Labor | | | | | 37.99% | 38.00% | 38.00% | 38.00% | 38.00% | 38.00% | 38.00% | 38.00% | 38.00% | |
| Average Last 4 Pds Total Mgr Average Last 4 Pds Controllable Exp | | | | | 12.97% | 13.24% | 13.52% | 13.78% | 14.08% | 14.10% | 14.11% | 14.10% | 14.05% | |
| Avg last 4 pds Total Other Oper Expenses | | | | | 2.43% | 2.58% | 2.72% | 2.86% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | |
| Average Last 4 Pds Occupancy Expenses | | | | | 6.53% | 6.29% | 6.18% | 6.02% | 6.04% | 6.27% | 6.38% | 6.35% | 6.17% | 5.92% |

Debtor's Public Hearing Room 1.9
Case No. 10-60500-fra11
Exhibit 6 - Debtor's Projections
(Plan Year 1 Ending September 2011)

| Yr Over Yr | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Pd 10 2010 | Pd 11 2010 | Pd 12 2010 | Pd 13 2010 | Pd 1 2011 | Pd 2 2011 | Pd 3 2011 | Pd 4 2011 | Pd 5 2011 | Pd 6 2011 | Pd 7 2011 | Pd 8 2011 | Pd 9 2011 | FYE 9-30-11 |
| | 4 Milwuakie | 4 Milwuakie | 4 Milwuakie | 4 Milwuakie | 4 Milwuakie | 4 Milwuakie | 4 Milwuakie | 4 Milwuakie | 4 Milwuakie | 4 Milwuakie | 4 Milwuakie | 4 Milwuakie | 4 Milwuakie | 4 Milwuakie |
| Sales | $182,563 | $188,619 | $186,927 | $185,415 | $191,968 | $206,054 | $196,549 | $194,568 | $203,857 | $188,632 | $198,972 | $204,387 | $185,113 | $2,513,623 |
| COGS | $55,682 | $57,529 | $57,013 | $56,552 | $58,550 | $62,847 | $59,947 | $59,343 | $62,176 | $57,533 | $60,686 | $62,338 | $56,459 | $766,655 |
| Gross Profit | $126,881 | $131,090 | $129,915 | $128,863 | $133,418 | $143,208 | $136,601 | $135,224 | $141,681 | $131,099 | $138,285 | $142,049 | $128,653 | $1,746,968 |
| Labor | $70,411 | $72,746 | $72,094 | $71,510 | $73,176 | $78,545 | $74,922 | $74,167 | $77,708 | $71,904 | $75,846 | $77,910 | $70,563 | $961,502 |
| Total Mgr Controllable Exp | $20,642 | $21,326 | $21,135 | $20,964 | $21,201 | $22,759 | $21,710 | $21,484 | $22,509 | $20,828 | $21,974 | $22,361 | $20,252 | $279,146 |
| Total Other Oper Expenses | $3,899 | $4,028 | $3,992 | $3,960 | $5,702 | $6,120 | $5,838 | $5,779 | $6,055 | $5,603 | $5,910 | $6,071 | $5,498 | $68,455 |
| Occupancy Expenses | $13,579 | $14,029 | $13,903 | $13,791 | $14,846 | $16,080 | $15,463 | $14,785 | $15,429 | $14,265 | $15,375 | $16,036 | $14,523 | $192,105 |
| Total Restaurant Operating Expense | $108,529 | $112,129 | $111,124 | $110,225 | $114,925 | $123,504 | $117,934 | $116,215 | $121,702 | $112,600 | $119,105 | $122,378 | $110,837 | $1,501,208 |
| Total Oper Income (loss) | $18,352 | $18,961 | $18,791 | $18,639 | $18,492 | $19,703 | $18,668 | $19,009 | $19,979 | $18,499 | $19,180 | $19,671 | $17,816 | $245,760 |
| **Administrative Expenses** | | | | | | | | | | | | | | |
| Corporate Office & Admin Expense Allocation | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $84,615 |
| Other G&A Expenses | $1,367 | $1,367 | $1,367 | $1,367 | $1,367 | $1,367 | $1,367 | $1,367 | $1,367 | $1,367 | $1,367 | $775 | $775 | $16,587 |
| Total G&A | $7,876 | $7,876 | $7,876 | $7,876 | $7,876 | $7,876 | $7,876 | $7,876 | $7,876 | $7,876 | $7,876 | $7,284 | $7,284 | $101,202 |
| Other | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| EBITDA (with rent add back) | $10,476 | $11,085 | $10,915 | $10,763 | $10,617 | $11,827 | $10,792 | $11,133 | $12,103 | $10,623 | $11,305 | $12,388 | $10,533 | $144,558 |
| | 5.74% | 5.88% | 5.84% | 5.80% | 5.53% | 5.74% | 5.49% | 5.72% | 5.94% | 5.63% | 5.68% | 6.06% | 5.69% | |
| US Trustee Fee | $0 | $0 | $0 | $1,000 | $0 | $0 | $0 | $1,000 | $0 | $0 | $0 | $0 | $0 | $2,000 |
| Debt Service | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Tax Payment on past due taxes | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Debt Service Corporate | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $4,204 |
| Net Cash Flow | $10,126 | $10,734 | $10,564 | $9,412 | $10,266 | $11,477 | $10,441 | $9,783 | $11,753 | $10,273 | $10,954 | $12,037 | $10,533 | $138,353 |
| Capital Reserve Loan | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $0 | $18,000 |
| Net Cash Flow after Reserve | $8,626 | $9,234 | $9,064 | $7,912 | $8,766 | $9,977 | $8,941 | $8,283 | $10,253 | $8,773 | $9,454 | $10,537 | $10,533 | $120,353 |
| SSS Growth | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | |
| COGS | 30.50% | 30.50% | 30.50% | 30.50% | 30.50% | 30.50% | 30.50% | 30.50% | 30.50% | 30.50% | 30.50% | 30.50% | 30.50% | 30.50% |
| Labor | 38.95% | 38.95% | 38.95% | 38.95% | 38.50% | 38.50% | 38.50% | 38.50% | 38.50% | 38.50% | 38.50% | 38.50% | 38.50% | 38.25% |
| Labor Savings | | | | | | | | | | | | | | |
| Mgr Controllables | 11.42% | 11.42% | 11.42% | 11.42% | 11.15% | 11.16% | 11.16% | 11.15% | 11.15% | 11.15% | 11.15% | 11.05% | 11.05% | 11.11% |
| Total Other Exp | 2.16% | 2.16% | 2.16% | 2.16% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 2.72% |
| Occupancy | 7.44% | 7.44% | 7.44% | 7.44% | 7.73% | 7.80% | 7.87% | 7.60% | 7.57% | 7.56% | 7.73% | 7.85% | 7.85% | 7.64% |
| Corporate Overhead | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | |
| Annual Total Corporate Overhead | | | | | | | | | | | | | | |
| Other G&A Expenses | 1,367 | 1,367 | 1,367 | 1,367 | 1,367 | 1,367 | 1,367 | 1,367 | 1,367 | 1,367 | 1,367 | 775 | 775 | |
| **Expenses in Dollars at 0% SSS Growth** | | | | | | | | | | | | | | |
| Labor | $70,411 | $72,746 | $72,094 | $71,510 | $73,176 | $78,545 | $74,922 | $74,167 | $77,708 | $71,904 | $75,846 | $77,910 | $70,563 | |
| Mgr Controllables | $20,642 | $21,326 | $21,135 | $20,964 | $21,201 | $22,759 | $21,710 | $21,484 | $22,509 | $20,828 | $21,974 | $22,361 | $20,252 | |
| Total Other Exp | $3,899 | $4,028 | $3,992 | $3,960 | $5,702 | $6,120 | $5,838 | $5,779 | $6,055 | $5,603 | $5,910 | $6,071 | $5,498 | |
| Occupancy | $13,444 | $13,890 | $13,766 | $13,654 | $14,699 | $15,921 | $15,310 | $14,639 | $15,276 | $14,124 | $15,223 | $15,877 | $14,380 | |
| Debt Service | | | | | | | | | | | | | | |
| Prior Year Sales | 180,755 | 186,751 | 185,077 | 183,579 | 190,068 | 204,014 | 194,603 | 192,641 | 201,839 | 186,764 | 197,002 | 202,364 | 183,280 | |
| Average Last 4 Pds COGS | | | | 30.50% | 30.50% | 30.50% | 30.50% | 30.50% | 30.50% | 30.50% | 30.50% | 30.50% | 30.50% | |
| Average Last 4 Pds Labor | | | | 38.95% | 38.84% | 38.73% | 38.61% | 38.50% | 38.50% | 38.50% | 38.50% | 38.50% | 38.50% | |
| Average Last 4 Pds Total Mgr Average Last 4 Pds Controllable Exp | | | | 11.42% | 11.35% | 11.29% | 11.22% | 11.15% | 11.15% | 11.15% | 11.15% | 11.13% | 11.10% | |
| Avg last 4 pds Total Other Oper Expenses | | | | 2.16% | 2.37% | 2.58% | 2.79% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | |
| Average Last 4 Pds Occupancy Expenses | | | | 7.44% | 7.51% | 7.60% | 7.71% | 7.75% | 7.71% | 7.65% | 7.61% | 7.68% | 7.75% | |

Debtor's Public First Notice 1.0
Case No. 10-60500-fra11
Exhibit 6 - Debtor's Projections
(Plan Year 1 Ending September 2011)

| | Pd 10 2010 | Pd 11 2010 | Pd 12 2010 | Pd 13 2010 | Pd 1 2011 | Pd 2 2011 | Pd 3 2011 | Pd 4 2011 | Pd 5 2011 | Pd 6 2011 | Pd 7 2011 | Pd 8 2011 | Pd 9 2011 | FYE 9-30-11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yr Over Yr | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | |
| | 5 Eugene | 5 Eugene | 5 Eugene | 5 Eugene | 5 Eugene | 5 Eugene | 5 Eugene | 5 Eugene | 5 Eugene | 5 Eugene | 5 Eugene | 5 Eugene | 5 Eugene | 5 Eugene |
| Sales | $207,595 | $210,633 | $208,266 | $203,611 | $217,997 | $225,919 | $212,803 | $208,299 | $220,635 | $209,308 | $215,286 | $220,820 | $207,122 | $2,768,293 |
| COGS | $66,430 | $67,402 | $66,645 | $65,155 | $69,759 | $72,294 | $68,097 | $66,656 | $70,603 | $66,978 | $68,892 | $70,662 | $66,279 | $885,854 |
| Gross Profit | $141,165 | $143,230 | $141,621 | $138,455 | $148,238 | $153,625 | $144,706 | $141,643 | $150,032 | $142,329 | $146,394 | $150,157 | $140,843 | $1,882,439 |
| Labor | $76,300 | $77,417 | $76,547 | $74,836 | $78,781 | $81,644 | $76,904 | $75,276 | $79,734 | $75,641 | $77,801 | $79,801 | $74,851 | $1,005,533 |
| Total Mgr Controllable Exp | $26,621 | $27,011 | $26,707 | $26,110 | $28,741 | $29,810 | $28,079 | $27,485 | $29,113 | $27,618 | $28,407 | $28,204 | $26,454 | $360,361 |
| Total Other Oper Expenses | $4,543 | $4,610 | $4,558 | $4,456 | $6,475 | $6,710 | $6,321 | $6,187 | $6,554 | $6,217 | $6,395 | $6,559 | $6,152 | $75,736 |
| Occupancy Expense | $14,791 | $15,008 | $14,839 | $14,507 | $15,675 | $16,683 | $15,716 | $15,384 | $16,297 | $15,461 | $15,904 | $15,806 | $14,827 | $200,898 |
| Total Restaurant Operating Expense | $122,256 | $124,045 | $122,651 | $119,909 | $129,671 | $134,848 | $127,020 | $124,333 | $131,697 | $124,937 | $128,507 | $130,370 | $122,284 | $1,642,529 |
| Total Oper Income (loss) | $18,909 | $19,186 | $18,970 | $18,546 | $18,567 | $18,777 | $17,686 | $17,310 | $18,334 | $17,392 | $17,888 | $19,787 | $18,559 | $239,910 |
| **Administrative Expenses** | | | | | | | | | | | | | | |
| Corporate Office & Admin Expense Allocation | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $84,615 |
| Other G&A Expenses | $1,596 | $1,596 | $1,596 | $1,596 | $1,596 | $1,596 | $1,596 | $1,596 | $1,596 | $1,596 | $1,596 | $1,004 | $1,004 | $19,564 |
| Total G&A | $8,105 | $8,105 | $8,105 | $8,105 | $8,105 | $8,105 | $8,105 | $8,105 | $8,105 | $8,105 | $8,105 | $7,513 | $7,513 | $104,179 |
| Other | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| EBITDA (with rent add back) | $10,804 | $11,081 | $10,865 | $10,441 | $10,462 | $10,672 | $9,581 | $9,205 | $10,229 | $9,287 | $9,783 | $12,275 | $11,046 | $135,731 |
| | 5.20% | 5.26% | 5.22% | 5.13% | 4.80% | 4.72% | 4.50% | 4.42% | 4.64% | 4.44% | 4.54% | 5.56% | 5.33% | |
| US Trustee Fee | $0 | $0 | $0 | $1,000 | $0 | $0 | $0 | $1,000 | $0 | $0 | $0 | $0 | $0 | $2,000 |
| Debt Service | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Tax Payment on past due taxes | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Debt Service Corporate | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $4,204 |
| Net Cash Flow | $10,454 | $10,730 | $10,515 | $9,091 | $10,111 | $10,322 | $9,230 | $7,855 | $9,879 | $8,937 | $9,432 | $11,924 | $11,046 | $129,526 |
| Capital Reserve Loan | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $0 | $18,000 |
| Net Cash Flow after Reserve | $8,954 | $9,230 | $9,015 | $7,591 | $8,611 | $8,822 | $7,730 | $6,355 | $8,379 | $7,437 | $7,932 | $10,424 | $11,046 | $111,526 |
| SSS Growth | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | |
| COGS | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% |
| Labor | 37.12% | 37.12% | 37.12% | 37.12% | 36.50% | 36.50% | 36.50% | 36.50% | 36.50% | 36.50% | 36.50% | 36.50% | 36.50% | 36.32% |
| Labor Savings | | | | | | | | | | | | | | |
| Mgr Controllables | 12.95% | 12.95% | 12.95% | 12.95% | 13.32% | 13.33% | 13.33% | 13.33% | 13.33% | 13.33% | 13.33% | 12.90% | 12.90% | 13.02% |
| Total Other Exp | 2.21% | 2.21% | 2.21% | 2.21% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 2.74% |
| Occupancy | 7.13% | 7.13% | 7.13% | 7.13% | 7.19% | 7.38% | 7.39% | 7.39% | 7.39% | 7.39% | 7.39% | 7.16% | 7.16% | 7.26% |
| Corporate Overhead | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | |
| Annual Total Corporate Overhead | | | | | | | | | | | | | | |
| Other G&A Expenses | 1,596 | 1,596 | 1,596 | 1,596 | 1,596 | 1,596 | 1,596 | 1,596 | 1,596 | 1,596 | 1,596 | 1,004 | 1,004 | |
| Expenses in Dollars at 0% SSS Growth | | | | | | | | | | | | | | |
| Labor | $76,300 | $77,417 | $76,547 | $74,836 | $78,781 | $81,644 | $76,904 | $75,276 | $79,734 | $75,641 | $77,801 | $79,801 | $74,851 | |
| Mgr Controllables | $26,621 | $27,011 | $26,707 | $26,110 | $28,741 | $29,810 | $28,079 | $27,485 | $29,113 | $27,618 | $28,407 | $28,204 | $26,454 | |
| Total Other Exp | $4,543 | $4,610 | $4,558 | $4,456 | $6,475 | $6,710 | $6,321 | $6,187 | $6,554 | $6,217 | $6,395 | $6,559 | $6,152 | |
| Occupancy | $14,645 | $14,859 | $14,692 | $14,364 | $15,519 | $16,518 | $15,560 | $15,232 | $16,135 | $15,308 | $15,746 | $15,650 | $14,680 | |
| Debt Service | | | | | | | | | | | | | | |
| Prior Year Sales | 205,540 | 208,547 | 206,204 | 201,595 | 215,839 | 223,683 | 210,696 | 206,237 | 218,450 | 207,235 | 213,154 | 218,633 | 205,072 | |
| Average Last 4 Pds COGS | | | | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% | |
| Average Last 4 Pds Labor | | | | 37.12% | 36.97% | 36.81% | 36.64% | 36.50% | 36.50% | 36.50% | 36.50% | 36.50% | 36.50% | |
| Average Last 4 Pds Total Mgr Average Last 4 Pds Controllable Exp | | | | 12.95% | 13.04% | 13.14% | 13.22% | 13.33% | 13.33% | 13.33% | 13.33% | 13.22% | 13.13% | |
| Avg last 4 pds Total Other Oper Expenses | | | | 2.21% | 2.41% | 2.61% | 2.80% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | |
| Average Last 4 Pds Occupancy Expenses | | | | 7.13% | 7.14% | 7.21% | 7.27% | 7.34% | 7.39% | 7.39% | 7.39% | 7.33% | 7.27% | |

Debtor's Public Hse Holdings, LLC
Case No. 10-60500-fra11
Exhibit 6 - Debtor's Projections
(Plan Year 1 Ending September 2011)

| | Pd 10 2010 | Pd 11 2010 | Pd 12 2010 | Pd 13 2010 | Pd 1 2011 | Pd 2 2011 | Pd 3 2011 | Pd 4 2011 | Pd 5 2011 | Pd 6 2011 | Pd 7 2011 | Pd 8 2011 | Pd # 2011 | FYE 9-30-11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yr Over Yr | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | |
| | 6 Corvallis | 6 Corvallis | 6 Corvallis | 6 Corvallis | 6 Corvallis | 6 Corvallis | 6 Corvallis | 6 Corvallis | 6 Corvallis | 6 Corvallis | 6 Corvallis | 6 Corvallis | 6 Corvallis | 6 Corvallis |
| Sales | $159,715 | $165,515 | $157,018 | $142,515 | $168,169 | $168,360 | $169,142 | $161,513 | $176,852 | $173,389 | $160,331 | $149,879 | | $2,121,319 |
| COGS | $49,512 | $51,310 | $48,676 | $44,179 | $52,132 | $52,191 | $52,434 | $50,069 | $54,824 | $53,750 | $49,702 | $52,366 | $46,463 | $657,609 |
| Gross Profit | $110,203 | $114,205 | $108,342 | $98,335 | $116,037 | $116,168 | $116,708 | $111,444 | $122,028 | $119,638 | $110,628 | $116,557 | $103,417 | $1,463,710 |
| Labor | $60,980 | $63,195 | $59,950 | $54,413 | $63,271 | $63,343 | $63,637 | $60,767 | $66,538 | $65,235 | $60,322 | $63,555 | $56,390 | $801,599 |
| Total Mgr Controllable Exp | $21,522 | $22,303 | $21,158 | $19,204 | $21,979 | $22,003 | $22,106 | $21,109 | $23,113 | $22,661 | $20,954 | $22,077 | $19,588 | $279,777 |
| Total Other Oper Expenses | $3,911 | $4,053 | $3,845 | $3,490 | $4,163 | $4,167 | $4,187 | $3,998 | $4,378 | $4,292 | $3,969 | $4,181 | $3,710 | $52,341 |
| Occupancy Expenses | $8,064 | $8,357 | $7,928 | $7,196 | $11,524 | $12,162 | $13,462 | $10,893 | $12,086 | $11,826 | $11,570 | $11,858 | $10,521 | $137,446 |
| Total Restaurant Operating Expense | $94,477 | $97,907 | $92,881 | $84,302 | $100,937 | $101,676 | $103,391 | $96,767 | $106,115 | $104,014 | $96,815 | $101,672 | $90,209 | $1,271,164 |
| Total Oper Income (loss) | $15,727 | $16,298 | $15,461 | $14,033 | $15,100 | $14,493 | $13,316 | $14,677 | $15,912 | $15,624 | $13,813 | $14,885 | $13,207 | $192,546 |
| **Administrative Expenses** | | | | | | | | | | | | | | |
| Corporate Office & Admin Expense Allocation | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $84,615 |
| Other G&A Expenses | $1,301 | $1,301 | $1,301 | $1,301 | $1,301 | $1,301 | $1,301 | $1,301 | $1,301 | $1,301 | $1,301 | $709 | $709 | $15,729 |
| Total G&A | $7,810 | $7,810 | $7,810 | $7,810 | $7,810 | $7,810 | $7,810 | $7,810 | $7,810 | $7,810 | $7,810 | $7,218 | $7,218 | $100,344 |
| Other | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| EBITDA (with rent add back) | $7,917 | $8,488 | $7,651 | $6,223 | $7,290 | $6,683 | $5,507 | $6,867 | $8,103 | $7,814 | $6,003 | $7,668 | $5,989 | $92,202 |
| | 4.96% | 5.13% | 4.87% | 4.37% | 4.33% | 3.97% | 3.26% | 4.25% | 4.58% | 4.51% | 3.74% | 4.54% | 4.00% | |
| US Trustee Fee | $0 | $0 | $0 | $1,000 | $0 | $0 | $0 | $1,000 | $0 | $0 | $0 | $0 | $0 | $2,000 |
| Debt Service | $6,480 | $6,480 | $6,480 | $6,480 | $6,480 | $6,480 | $6,480 | $6,480 | $6,480 | $6,480 | $6,480 | $6,480 | $0 | $77,758 |
| Tax Payment on past due taxes | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Debt Service Corporate | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $0 | $4,204 |
| Net Cash Flow | $1,086 | $1,658 | $821 | ($1,607) | $460 | ($148) | ($1,324) | ($963) | $1,272 | $984 | ($827) | $837 | $5,989 | $8,239 |
| Capital Reserve Loan | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $0 | $18,000 |
| Net Cash Flow after Reserve | ($414) | $158 | ($679) | ($3,107) | ($1,040) | ($1,648) | ($2,824) | ($2,463) | ($228) | ($516) | ($2,327) | ($663) | $5,989 | ($9,761) |
| SSS Growth | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | |
| COGS | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% |
| Labor | 38.56% | 38.56% | 38.56% | 38.56% | 38.00% | 38.00% | 38.00% | 38.00% | 38.00% | 38.00% | 38.00% | 38.00% | 38.00% | 37.79% |
| Labor Savings | | | | | | | | | | | | | | |
| Mgr Controllables | 13.61% | 13.61% | 13.61% | 13.61% | 13.20% | 13.20% | 13.20% | 13.20% | 13.20% | 13.20% | 13.20% | 13.20% | 13.20% | 13.19% |
| Total Other Exp | 2.47% | 2.47% | 2.47% | 2.47% | 2.50% | 2.50% | 2.50% | 2.50% | 2.50% | 2.50% | 2.50% | 2.50% | 2.50% | 2.47% |
| Occupancy | 5.05% | 5.05% | 5.05% | 5.05% | 6.85% | 7.22% | 7.96% | 6.74% | 6.83% | 6.82% | 7.22% | 7.02% | 7.02% | 6.48% |
| Corporate Overhead | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | |
| Annual Total Corporate Overhead | | | | | | | | | | | | | | |
| Other G&A Expenses | 1,301 | 1,301 | 1,301 | 1,301 | 1,301 | 1,301 | 1,301 | 1,301 | 1,301 | 1,301 | 1,301 | 709 | 709 | |
| **Expenses in Dollars at 0% SSS Growth** | | | | | | | | | | | | | | |
| Labor | $60,980 | $63,195 | $59,950 | $54,413 | $63,271 | $63,343 | $63,637 | $60,767 | $66,538 | $65,235 | $60,322 | $63,555 | $56,390 | |
| Mgr Controllables | $21,522 | $22,303 | $21,158 | $19,204 | $21,979 | $22,003 | $22,106 | $21,109 | $23,113 | $22,661 | $20,954 | $22,077 | $19,588 | |
| Total Other Exp | $3,911 | $4,053 | $3,845 | $3,490 | $4,163 | $4,167 | $4,187 | $3,998 | $4,378 | $4,292 | $3,969 | $4,181 | $3,710 | |
| Occupancy | $7,984 | $8,274 | $7,849 | $7,124 | $11,410 | $12,041 | $13,328 | $10,785 | $11,967 | $11,709 | $11,455 | $11,741 | $10,417 | |
| **Debt Service** | | | | | | | | | | | | | | |
| Prior Year Sales | 158,134 | 163,876 | 155,463 | 141,103 | 166,504 | 166,693 | 167,467 | 159,913 | 175,101 | 171,672 | 158,743 | 167,251 | 148,395 | |
| Average Last 4 Pds COGS | | | | | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | |
| Average Last 4 Pds Labor | | | | | 38.56% | 38.42% | 38.28% | 38.14% | 38.00% | 38.00% | 38.00% | 38.00% | 38.00% | |
| Average Last 4 Pds Total Mgr Average Last 4 Pds Controllable Exp | | | | | 13.61% | 13.51% | 13.40% | 13.33% | 13.20% | 13.20% | 13.20% | 13.20% | 13.20% | |
| Avg last 4 pds Total Other Exp | | | | | 2.47% | 2.48% | 2.49% | 2.49% | 2.50% | 2.50% | 2.50% | 2.50% | 2.50% | |
| Average Last 4 Pds Occupancy Expenses | | | | | 5.05% | 5.50% | 6.04% | 6.77% | 7.19% | 7.19% | 7.09% | 6.90% | 6.97% | 7.02% |

Debtor's Public Form Housing LLC
Case No. 10-60500-fra11
Exhibit 6 - Debtor's Projections
(Plan Year 1 Ending September 2011)

| | Pd 10 2010 | Pd 11 2010 | Pd 12 2010 | Pd 13 2011 | Pd 1 2011 | Pd 2 2011 | Pd 3 2011 | Pd 4 2011 | Pd 5 2011 | Pd 6 2011 | Pd 7 2011 | Pd 8 2011 | Pd 9 2011 | FYE 9-30-11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yr Over Yr | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | |
| | 7 Medford | 7 Medford | 7 Medford | 7 Medford | 7 Medford | 7 Medford | 7 Medford | 7 Medford | 7 Medford | 7 Medford | 7 Medford | 7 Medford | 7 Medford | 7 Medford |
| Sales | $193,780 | $203,177 | $192,920 | $182,125 | $173,478 | $189,541 | $189,367 | $180,725 | $199,226 | $202,614 | $214,412 | $208,702 | $199,424 | $2,529,490 |
| COGS | $61,041 | $64,001 | $60,770 | $57,369 | $54,646 | $59,705 | $59,651 | $56,928 | $62,756 | $63,823 | $67,540 | $65,741 | $62,819 | $796,789 |
| Gross Profit | $132,739 | $139,176 | $132,150 | $124,756 | $118,832 | $129,836 | $129,716 | $123,797 | $136,470 | $138,791 | $146,872 | $142,961 | $136,606 | $1,732,701 |
| Labor | $71,838 | $75,322 | $71,519 | $67,517 | $64,410 | $70,374 | $70,309 | $67,101 | $73,970 | $75,228 | $79,608 | $77,488 | $74,044 | $938,729 |
| Total Mgr Controllable Exp | $22,291 | $23,372 | $22,192 | $20,950 | $23,188 | $25,335 | $25,311 | $24,156 | $26,629 | $27,082 | $28,659 | $27,896 | $26,656 | $323,716 |
| Total Other Oper Expenses | $4,580 | $4,802 | $4,560 | $4,305 | $6,012 | $6,568 | $6,562 | $6,263 | $6,904 | $7,021 | $7,430 | $7,232 | $6,911 | $79,149 |
| Occupancy Expense | $1,313 | $1,377 | $1,307 | $1,234 | $1,528 | $1,670 | $1,668 | $1,577 | $1,738 | $1,768 | $1,870 | $1,857 | $1,775 | $20,683 |
| Total Restaurant Operating Expense | $100,022 | $104,872 | $99,578 | $94,006 | $95,138 | $103,947 | $103,852 | $99,097 | $109,241 | $111,099 | $117,568 | $114,474 | $109,385 | $1,362,278 |
| Total Oper Income (loss) | $32,717 | $34,304 | $32,572 | $30,749 | $23,694 | $25,889 | $25,865 | $24,700 | $27,229 | $27,692 | $29,304 | $28,487 | $27,221 | $370,423 |
| **Administrative Expenses** | | | | | | | | | | | | | | |
| Corporate Office & Admin Expense Allocation | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $84,615 |
| Other G&A Expenses | $2,572 | $2,572 | $2,572 | $2,572 | $2,572 | $2,572 | $2,572 | $2,572 | $2,572 | $2,572 | $2,572 | $1,980 | $1,980 | $32,252 |
| Total G&A | $9,081 | $9,081 | $9,081 | $9,081 | $9,081 | $9,081 | $9,081 | $9,081 | $9,081 | $9,081 | $9,081 | $8,489 | $8,489 | $116,867 |
| Other | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| EBITDA (with rent add back) | $23,636 | $25,223 | $23,491 | $21,669 | $14,614 | $16,808 | $16,784 | $15,619 | $18,148 | $18,611 | $20,223 | $19,998 | $18,732 | $253,555 |
| | 12.20% | 12.41% | 12.18% | 11.90% | 8.42% | 8.87% | 8.86% | 8.64% | 9.11% | 9.19% | 9.43% | 9.58% | 9.39% | |
| US Trustee Fee | $0 | $0 | $0 | $1,000 | $0 | $0 | $0 | $1,000 | $0 | $0 | $0 | $0 | $0 | $2,000 |
| Debt Service | $14,966 | $14,966 | $14,966 | $14,966 | $14,966 | $14,966 | $14,966 | $14,966 | $14,966 | $14,966 | $14,966 | $14,966 | $0 | $179,590 |
| Tax Payment on past due taxes | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| Debt Service Corporate | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $0 | $4,204 |
| Net Cash Flow | $8,320 | $9,907 | $8,175 | $5,352 | ($703) | $1,491 | $1,468 | ($697) | $2,832 | $3,295 | $4,907 | $4,682 | $18,732 | $67,761 |
| Capital Reserve Loan | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $0 | $18,000 |
| Net Cash Flow after Reserve | $6,820 | $8,407 | $6,675 | $3,852 | ($2,203) | ($9) | ($32) | ($2,197) | $1,332 | $1,795 | $3,407 | $3,182 | $18,732 | $49,761 |
| SSS Growth | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | |
| COGS | 31.50% | 31.50% | 31.50% | 31.50% | 31.50% | 31.50% | 31.50% | 31.50% | 31.50% | 31.50% | 31.50% | 31.50% | 31.50% | 31.50% |
| Labor | 37.44% | 37.44% | 37.44% | 37.44% | 37.50% | 37.50% | 37.50% | 37.50% | 37.50% | 37.50% | 37.50% | 37.50% | 37.50% | 37.11% |
| Labor Savings | | | | | | | | | | | | | | |
| Mgr Controllables | 11.62% | 11.62% | 11.62% | 11.62% | 13.50% | 13.50% | 13.50% | 13.50% | 13.50% | 13.50% | 13.50% | 13.50% | 13.50% | 12.80% |
| Total Other Exp | 2.39% | 2.39% | 2.39% | 2.39% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.13% |
| Occupancy | 0.68% | 0.68% | 0.68% | 0.68% | 0.89% | 0.89% | 0.89% | 0.88% | 0.88% | 0.88% | 0.88% | 0.90% | 0.90% | 0.82% |
| Corporate Overhead | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | |
| Annual Total Corporate Overhead | | | | | | | | | | | | | | |
| Other G&A Expenses | 2,572 | 2,572 | 2,572 | 2,572 | 2,572 | 2,572 | 2,572 | 2,572 | 2,572 | 2,572 | 2,572 | 1,980 | 1,980 | |
| **Expenses in Dollars at 0% SSS Growth** | | | | | | | | | | | | | | |
| Labor | $71,838 | $75,322 | $71,519 | $67,517 | $64,410 | $70,374 | $70,309 | $67,101 | $73,970 | $75,228 | $79,608 | $77,488 | $74,044 | |
| Mgr Controllables | $22,291 | $23,372 | $22,192 | $20,950 | $23,188 | $25,335 | $25,311 | $24,156 | $26,629 | $27,082 | $28,659 | $27,896 | $26,656 | |
| Total Other Exp | $4,580 | $4,802 | $4,560 | $4,305 | $6,012 | $6,568 | $6,562 | $6,263 | $6,904 | $7,021 | $7,430 | $7,232 | $6,911 | |
| Occupancy | $1,313 | $1,377 | $1,307 | $1,234 | $1,528 | $1,670 | $1,668 | $1,577 | $1,738 | $1,768 | $1,870 | $1,857 | $1,775 | |
| Debt Service | | | | | | | | | | | | | | |
| Prior Year Sales | 191,861 | 201,165 | 191,010 | 180,322 | 171,760 | 187,665 | 187,492 | 178,936 | 197,253 | 200,608 | 212,289 | 206,636 | 197,450 | |
| Average Last 4 Pds COGS | | | | 31.50% | 31.50% | 31.50% | 31.50% | 31.50% | 31.50% | 31.50% | 31.50% | 31.50% | 31.50% | |
| Average Last 4 Pds Labor | | | | 37.44% | 37.46% | 37.47% | 37.49% | 37.50% | 37.50% | 37.50% | 37.50% | 37.50% | 37.50% | |
| Average Last 4 Pds Total Mgr Average Last 4 Pds Controllable Exp | | | | 11.62% | 12.09% | 12.56% | 13.03% | 13.50% | 13.50% | 13.50% | 13.50% | 13.50% | 13.50% | |
| Avg last 4 pds Total Other Oper Expenses | | | | 2.39% | 2.67% | 2.94% | 3.22% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | |
| Average Last 4 Pds Occupancy Expenses | | | | 0.68% | 0.74% | 0.79% | 0.84% | 0.89% | 0.89% | 0.88% | 0.88% | 0.89% | 0.89% | |

McClain's Pizza Four House, LLC
Case No. 10-60500-fra11
Exhibit 6 - Debtor's Projections
(Plan Year 1 Ending September 2011)

| | Pd 10 2010 | Pd 11 2010 | Pd 12 2010 | Pd 13 2010 | Pd 1 2011 | Pd 2 2011 | Pd 3 2011 | Pd 4 2011 | Pd 5 2011 | Pd 6 2011 | Pd 7 2011 | Pd 8 2011 | Pd 9 2011 | FYE 9-30-11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yr Over Yr | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | |
| | 8 Boise | 8 Boise | 8 Boise | 8 Boise | 8 Boise | 8 Boise | 8 Boise | 8 Boise | 8 Boise | 8 Boise | 8 Boise | 8 Boise | 8 Boise | 8 Boise |
| Sales | $136,397 | $155,381 | $154,678 | $161,552 | $170,354 | $187,247 | $181,029 | $169,638 | $172,442 | $167,342 | $138,510 | $166,012 | $160,138 | $2,140,721 |
| COGS | $46,375 | $52,830 | $52,591 | $54,928 | $57,920 | $63,664 | $61,550 | $57,677 | $58,630 | $56,896 | $53,893 | $56,444 | $54,447 | $727,845 |
| Gross Profit | $90,022 | $102,552 | $102,088 | $106,625 | $112,433 | $123,583 | $119,479 | $111,961 | $113,812 | $110,446 | $104,616 | $109,568 | $105,691 | $1,412,876 |
| Labor | $43,449 | $49,497 | $49,273 | $51,463 | $53,130 | $58,399 | $56,459 | $52,907 | $53,782 | $52,191 | $49,436 | $51,776 | $49,944 | $671,705 |
| Total Mgr Controllable Exp | $19,481 | $22,192 | $22,092 | $23,074 | $24,457 | $26,882 | $25,989 | $24,354 | $24,757 | $24,024 | $22,756 | $23,833 | $22,990 | $306,882 |
| Total Other Oper Expenses | $3,631 | $4,136 | $4,117 | $4,300 | $6,747 | $7,416 | $7,169 | $6,718 | $6,829 | $6,627 | $6,278 | $6,575 | $6,342 | $76,885 |
| Occupancy Expenses | $15,686 | $17,869 | $17,788 | $18,579 | $18,580 | $20,423 | $18,717 | $17,540 | $17,631 | $17,304 | $16,392 | $17,102 | $16,777 | $230,588 |
| Total Restaurant Operating Expense | $82,247 | $93,694 | $93,270 | $97,415 | $102,913 | $113,120 | $108,335 | $101,519 | $103,198 | $100,147 | $94,862 | $99,286 | $96,053 | $1,286,060 |
| Total Oper Income (loss) | $7,775 | $8,857 | $8,817 | $9,209 | $9,520 | $10,463 | $11,144 | $10,442 | $10,614 | $10,299 | $9,754 | $10,282 | $9,638 | $126,815 |
| **Administrative Expenses** | | | | | | | | | | | | | | |
| Corporate Office & Admin Expense Allocation | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $84,615 |
| Other G&A Expenses | $1,393 | $1,393 | $1,393 | $1,393 | $1,393 | $1,393 | $1,393 | $1,393 | $1,393 | $1,393 | $1,393 | $801 | $801 | $16,925 |
| Total G&A | $7,902 | $7,902 | $7,902 | $7,902 | $7,902 | $7,902 | $7,902 | $7,902 | $7,902 | $7,902 | $7,902 | $7,310 | $7,310 | $101,540 |
| Other | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| EBITDA (with rent add back) | ($127) | $956 | $915 | $1,307 | $1,618 | $2,561 | $3,242 | $2,540 | $2,712 | $2,397 | $1,853 | $2,972 | $2,328 | $25,275 |
| | -0.09% | 0.61% | 0.59% | 0.81% | 0.95% | 1.37% | 1.79% | 1.50% | 1.57% | 1.43% | 1.17% | 1.79% | 1.45% | |
| US Trustee Fee | $0 | $0 | $0 | $1,000 | $0 | $0 | $0 | $1,000 | $0 | $0 | $0 | $0 | $0 | $2,000 |
| Debt Service | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Tax Payment on past due taxes | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Debt Service Corporate | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $4,204 |
| Net Cash Flow | ($477) | $605 | $565 | ($43) | $1,268 | $2,211 | $2,892 | $1,190 | $2,361 | $2,047 | $1,502 | $2,621 | $2,328 | $19,071 |
| Capital Reserve Loan | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $0 | $18,000 |
| Net Cash Flow after Reserve | ($1,977) | ($895) | ($935) | ($1,543) | ($232) | $711 | $1,392 | ($310) | $861 | $547 | $2 | $1,121 | $2,328 | $1,071 |
| SSS Growth | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | |
| COGS | 34.00% | 34.00% | 34.00% | 34.00% | 34.00% | 34.00% | 34.00% | 34.00% | 34.00% | 34.00% | 34.00% | 34.00% | 34.00% | 34.00% |
| Labor | 32.17% | 32.17% | 32.17% | 31.50% | 31.50% | 31.50% | 31.50% | 31.50% | 31.50% | 31.50% | 31.50% | 31.50% | 31.50% | 31.38% |
| Labor Savings | | | | | | | | | | | | | | |
| Mgr Controllables | 14.43% | 14.43% | 14.43% | 14.43% | 14.50% | 14.50% | 14.50% | 14.50% | 14.50% | 14.50% | 14.50% | 14.50% | 14.50% | 14.34% |
| Total Other Exp | 2.69% | 2.69% | 2.69% | 2.69% | 4.00% | 4.00% | 4.00% | 4.00% | 4.00% | 4.00% | 4.00% | 4.00% | 4.00% | 3.59% |
| Occupancy | 11.50% | 11.50% | 11.50% | 11.50% | 10.91% | 10.91% | 10.34% | 10.34% | 10.34% | 10.34% | 10.34% | 10.30% | 10.48% | 10.77% |
| Corporate Overhead | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | |
| Annual Total Corporate Overhead | | | | | | | | | | | | | | |
| Other G&A Expenses | 1,393 | 1,393 | 1,393 | 1,393 | 1,393 | 1,393 | 1,393 | 1,393 | 1,393 | 1,393 | 1,393 | 801 | 801 | |
| Expenses in Dollars at 0% SSS Growth | | | | | | | | | | | | | | |
| Labor | $43,449 | $49,497 | $49,273 | $51,463 | $53,130 | $58,399 | $56,459 | $52,907 | $53,782 | $52,191 | $49,436 | $51,776 | $49,944 | |
| Mgr Controllables | $19,481 | $22,192 | $22,092 | $23,074 | $24,457 | $26,882 | $25,989 | $24,354 | $24,757 | $24,024 | $22,756 | $23,833 | $22,990 | |
| Total Other Exp | $3,631 | $4,136 | $4,117 | $4,300 | $6,747 | $7,416 | $7,169 | $6,718 | $6,829 | $6,627 | $6,278 | $6,575 | $6,342 | |
| Occupancy | $15,531 | $17,692 | $17,612 | $18,395 | $18,396 | $20,241 | $18,531 | $17,366 | $17,654 | $17,133 | $16,229 | $16,933 | $16,611 | |
| Debt Service | | | | | | | | | | | | | | |
| Prior Year Sales | 135,047 | 153,843 | 153,147 | 159,953 | 168,667 | 185,393 | 179,236 | 167,959 | 170,735 | 165,685 | 156,940 | 164,369 | 158,553 | |
| Average Last 4 Pds COGS | | | | 34.00% | 34.00% | 34.00% | 34.00% | 34.00% | 34.00% | 34.00% | 34.00% | 34.00% | 34.00% | |
| Average Last 4 Pds Labor | | | | 32.17% | 32.00% | 31.84% | 31.67% | 31.50% | 31.50% | 31.50% | 31.50% | 31.50% | 31.50% | |
| Average Last 4 Pds Total Mgr Average Last 4 Pds Controllable Exp | | | | 14.43% | 14.43% | 14.46% | 14.48% | 14.50% | 14.50% | 14.50% | 14.50% | 14.50% | 14.50% | |
| Avg last 4 pds Total Other Oper Exp | | | | 2.69% | 3.02% | 3.34% | 3.67% | 4.00% | 4.00% | 4.00% | 4.00% | 4.00% | 4.00% | |
| Average Last 4 Pds Occupancy Expenses | | | | 11.50% | 11.35% | 11.20% | 10.91% | 10.62% | 10.48% | 10.34% | 10.34% | 10.33% | 10.37% | |

Skadian's Public Fish House, Inc.
Case No. 10-60500-fra11
Exhibit 6 - Debtor's Projections
(Plan Year 1 Ending September 2011)

| | Pd 10 2010 | Pd 11 2010 | Pd 12 2010 | Pd 13 2010 | Pd 1 2011 | Pd 2 2011 | Pd 3 2011 | Pd 4 2011 | Pd 5 2011 | Pd 6 2011 | Pd 7 2011 | Pd 8 2011 | Pd 9 2011 | FYE 9-30-11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yr Over Yr | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | |
| | 9 Vancouver | 9 Vancouver | 9 Vancouver | 9 Vancouver | 9 Vancouver | 9 Vancouver | 9 Vancouver | 9 Vancouver | 9 Vancouver | 9 Vancouver | 9 Vancouver | 9 Vancouver | 9 Vancouver | 9 Vancouver |
| Sales | $219,695 | $227,053 | $220,821 | $219,801 | $238,322 | $244,952 | $231,600 | $221,122 | $234,724 | $213,434 | $234,656 | $232,592 | $228,070 | $2,966,843 |
| COGS | $68,106 | $70,386 | $68,455 | $68,138 | $73,880 | $75,935 | $71,796 | $68,548 | $72,764 | $66,165 | $72,743 | $72,104 | $70,702 | $919,721 |
| Gross Profit | $151,590 | $156,666 | $152,367 | $151,663 | $164,442 | $169,017 | $159,804 | $152,574 | $161,960 | $147,270 | $161,912 | $160,489 | $157,369 | $2,047,121 |
| Labor | $77,682 | $80,283 | $78,080 | $77,719 | $83,767 | $86,097 | $81,404 | $77,721 | $82,502 | $75,019 | $82,478 | $81,753 | $80,163 | $1,044,667 |
| Total Mgr Controllable Exp | $26,851 | $27,751 | $26,989 | $26,864 | $30,203 | $31,043 | $29,351 | $28,023 | $29,747 | $27,049 | $29,739 | $29,477 | $28,904 | $371,992 |
| Total Other Oper Expenses | $5,559 | $5,746 | $5,588 | $5,562 | $9,439 | $9,701 | $9,172 | $8,757 | $9,296 | $8,453 | $9,293 | $9,212 | $9,032 | $104,811 |
| Occupancy Expenses | $2,916 | $3,013 | $2,931 | $2,917 | $3,155 | $3,336 | $3,169 | $2,792 | $3,099 | $2,845 | $3,269 | $3,190 | $3,128 | $39,760 |
| Total Restaurant Operating Expense | $113,008 | $116,793 | $113,587 | $113,061 | $126,564 | $130,177 | $123,097 | $117,294 | $124,644 | $113,366 | $124,779 | $123,631 | $121,228 | $1,561,230 |
| Total Oper Income (loss) | $38,582 | $39,874 | $38,779 | $38,600 | $37,879 | $38,840 | $36,707 | $35,281 | $37,315 | $33,904 | $37,134 | $36,857 | $36,141 | $485,891 |
| Administrative Expenses | | | | | | | | | | | | | | |
| Corporate Office & Admin Expense Allocation | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $84,615 |
| Other G&A Expenses | $1,537 | $1,537 | $1,537 | $1,537 | $1,537 | $1,537 | $1,537 | $1,537 | $1,537 | $1,537 | $1,537 | $945 | $945 | $18,797 |
| Total G&A | $8,046 | $8,046 | $8,046 | $8,046 | $8,046 | $8,046 | $8,046 | $8,046 | $8,046 | $8,046 | $8,046 | $7,454 | $7,454 | $103,412 |
| Other | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| EBITDA (with rent add back) | $30,536 | $31,828 | $30,733 | $30,554 | $29,833 | $30,794 | $28,661 | $27,235 | $29,270 | $25,858 | $29,088 | $29,403 | $28,687 | $382,479 |
| | 13.90% | 14.02% | 13.92% | 13.90% | 12.52% | 12.57% | 12.38% | 12.32% | 12.47% | 12.12% | 12.40% | 12.64% | 12.58% | |
| US Trustee Fee | $0 | $0 | $0 | $1,000 | $0 | $0 | $0 | $1,000 | $0 | $0 | $0 | $0 | $0 | $2,000 |
| Debt Service | $21,176 | $21,176 | $21,176 | $21,176 | $21,176 | $21,176 | $21,176 | $21,176 | $21,176 | $21,176 | $21,176 | $21,176 | $0 | $254,112 |
| Tax Payment on past due taxes | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Debt Service Corporate | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $0 | $4,204 |
| Net Cash Flow | $9,009 | $10,301 | $9,207 | $8,028 | $8,306 | $9,268 | $7,135 | $4,708 | $7,743 | $4,331 | $7,562 | $7,877 | $28,687 | $122,163 |
| Capital Reserve Loan | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $0 | $18,000 |
| Net Cash Flow after Reserve | $7,509 | $8,801 | $7,707 | $6,528 | $6,806 | $7,768 | $5,635 | $3,208 | $6,243 | $2,831 | $6,062 | $6,377 | $28,687 | $104,163 |
| SSS Growth | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | |
| COGS | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% |
| Labor | 35.71% | 35.71% | 35.71% | 35.71% | 35.50% | 35.50% | 35.50% | 35.50% | 35.50% | 35.50% | 35.50% | 35.50% | 35.50% | 35.21% |
| Labor Savings | | | | | | | | | | | | | | |
| Mgr Controllables | 12.34% | 12.34% | 12.34% | 12.34% | 12.80% | 12.80% | 12.80% | 12.80% | 12.80% | 12.80% | 12.80% | 12.80% | 12.80% | 12.54% |
| Total Other Exp | 2.56% | 2.56% | 2.56% | 2.56% | 4.00% | 4.00% | 4.00% | 4.00% | 4.00% | 4.00% | 4.00% | 4.00% | 4.00% | 3.53% |
| Occupancy | 1.34% | 1.34% | 1.34% | 1.34% | 1.34% | 1.38% | 1.38% | 1.28% | 1.33% | 1.35% | 1.41% | 1.39% | 1.39% | 1.34% |
| Corporate Overhead | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | |
| Annual Total Corporate Overhead | | | | | | | | | | | | | | |
| Other G&A Expenses | 1,537 | 1,537 | 1,537 | 1,537 | 1,537 | 1,537 | 1,537 | 1,537 | 1,537 | 1,537 | 1,537 | 945 | 945 | |
| Expenses in Dollars at 0% SSS Growth | | | | | | | | | | | | | | |
| Labor | $77,682 | $80,283 | $78,080 | $77,719 | $83,767 | $86,097 | $81,404 | $77,721 | $82,502 | $75,019 | $82,478 | $81,753 | $80,163 | |
| Mgr Controllables | $26,851 | $27,751 | $26,989 | $26,864 | $30,203 | $31,043 | $29,351 | $28,023 | $29,747 | $27,049 | $29,739 | $29,477 | $28,904 | |
| Total Other Exp | $5,559 | $5,746 | $5,588 | $5,562 | $9,439 | $9,701 | $9,172 | $8,757 | $9,296 | $8,453 | $9,293 | $9,212 | $9,032 | |
| Occupancy | $2,916 | $3,013 | $2,931 | $2,917 | $3,155 | $3,336 | $3,169 | $2,792 | $3,099 | $2,845 | $3,269 | $3,190 | $3,128 | |
| Debt Service | | | | | | | | | | | | | | |
| Prior Year Sales | 217,520 | 224,805 | 218,635 | 217,625 | 235,963 | 242,526 | 229,307 | 218,933 | 232,400 | 211,321 | 232,332 | 230,289 | 225,812 | |
| Average Last 4 Pds COGS | | | | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | |
| Average Last 4 Pds Labor | | | | 35.71% | 35.66% | 35.61% | 35.55% | 35.50% | 35.50% | 35.50% | 35.50% | 35.50% | 35.50% | |
| Average Last 4 Pds Total Mgr Average Last 4 Pds Controllable Exp | | | | 12.34% | 12.46% | 12.57% | 12.69% | 12.80% | 12.80% | 12.80% | 12.80% | 12.80% | 12.80% | |
| Avg last 4 pds Total Other Oper Expenses | | | | 2.56% | 2.92% | 3.28% | 3.64% | 4.00% | 4.00% | 4.00% | 4.00% | 4.00% | 4.00% | |
| Average Last 4 Pds Occupancy Expenses | | | | 1.34% | 1.34% | 1.35% | 1.36% | 1.34% | 1.34% | 1.33% | 1.34% | 1.37% | 1.38% | |

Debtor's Public Hse, Houst, LLC
Case No. 10-60500-fra11
Exhibit 6 - Debtor's Projections
(Plan Year 1 Ending September 2011)

| | Pd 10 2010 | Pd 11 2010 | Pd 12 2010 | Pd 13 2010 | Pd 1 2011 | Pd 2 2011 | Pd 3 2011 | Pd 4 2011 | Pd 5 2011 | Pd 6 2011 | Pd 7 2011 | Pd 8 2011 | Pd 9 2011 | FYE 9-30-11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yr Over Yr | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | |
| | 11 Sandy | 11 Sandy | 11 Sandy | 11 Sandy | 11 Sandy | 11 Sandy | 11 Sandy | 11 Sandy | 11 Sandy | 11 Sandy | 11 Sandy | 11 Sandy | 11 Sandy | 11 Sandy |
| Sales | $119,662 | $132,516 | $129,796 | $129,846 | $150,976 | $165,245 | $163,620 | $144,305 | $145,849 | $143,185 | $145,597 | $137,503 | $131,996 | $1,840,097 |
| COGS | $39,489 | $43,730 | $42,833 | $42,849 | $49,822 | $54,531 | $53,995 | $47,621 | $48,130 | $47,251 | $48,047 | $45,376 | $43,559 | $607,232 |
| Gross Profit | $80,174 | $88,786 | $86,964 | $86,997 | $101,154 | $110,714 | $109,625 | $96,684 | $97,719 | $95,934 | $97,550 | $92,127 | $88,438 | $1,232,865 |
| Labor | $35,575 | $39,892 | $38,978 | $38,995 | $41,724 | $46,103 | $45,605 | $39,676 | $40,150 | $39,333 | $40,073 | $37,589 | $35,898 | $519,591 |
| Total Mgr Controllable Exp | $18,879 | $20,907 | $20,478 | $20,485 | $19,881 | $21,760 | $21,546 | $19,003 | $19,206 | $18,855 | $19,173 | $18,107 | $17,382 | $255,660 |
| Total Other Oper Expenses | $3,382 | $3,746 | $3,669 | $3,670 | $5,232 | $5,726 | $5,670 | $5,001 | $5,054 | $4,962 | $5,045 | $4,765 | $4,574 | $60,497 |
| Occupancy Expenses | $12,286 | $13,605 | $13,326 | $13,252 | $14,505 | $14,364 | $14,364 | $12,927 | $12,789 | $12,322 | $13,010 | $10,832 | $10,399 | $166,942 |
| Total Restaurant Operating Expense | $70,121 | $78,149 | $76,451 | $76,482 | $80,088 | $88,095 | $87,184 | $76,607 | $77,199 | $75,472 | $77,295 | $71,292 | $68,253 | $1,002,689 |
| Total Oper Income (loss) | $10,052 | $10,636 | $10,513 | $10,515 | $21,065 | $22,619 | $22,441 | $20,078 | $20,520 | $20,462 | $20,255 | $20,835 | $20,185 | $230,176 |
| **Administrative Expenses** | | | | | | | | | | | | | | |
| Corporate Office & Admin Expense Allocation | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $84,615 |
| Other G&A Expenses | $1,409 | $1,409 | $1,409 | $1,409 | $1,409 | $1,409 | $1,409 | $1,409 | $1,409 | $1,409 | $1,409 | $817 | $817 | $17,133 |
| Total G&A | $7,918 | $7,918 | $7,918 | $7,918 | $7,918 | $7,918 | $7,918 | $7,918 | $7,918 | $7,918 | $7,918 | $7,326 | $7,326 | $101,748 |
| Other | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| **EBITDA (with rent add back)** | $2,134 | $2,718 | $2,595 | $2,597 | $13,148 | $14,701 | $14,523 | $12,160 | $12,602 | $12,544 | $12,337 | $13,509 | $12,859 | $128,428 |
| | 1.78% | 2.05% | 2.00% | 2.00% | 8.71% | 8.90% | 8.88% | 8.43% | 8.64% | 8.76% | 8.47% | 9.82% | 9.74% | |
| US Trustee Fee | $0 | $0 | $0 | $1,000 | $0 | $0 | $0 | $1,000 | $0 | $0 | $0 | $0 | $0 | $2,000 |
| Debt Service | $8,281 | $8,281 | $8,281 | $8,281 | $8,281 | $8,281 | $8,281 | $8,281 | $8,281 | $8,281 | $8,281 | $8,281 | $0 | $99,375 |
| Tax Payment on past due taxes | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| Debt Service Corporate | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $0 | $4,204 |
| Net Cash Flow | ($6,497) | ($5,913) | ($6,037) | ($7,034) | $4,516 | $6,070 | $5,892 | $2,528 | $3,970 | $3,913 | $3,705 | $4,877 | $12,859 | $22,848 |
| Capital Reserve Loan | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $0 | $18,000 |
| Net Cash Flow after Reserve | ($7,997) | ($7,413) | ($7,537) | ($8,534) | $3,016 | $4,570 | $4,392 | $1,028 | $2,470 | $2,413 | $2,205 | $3,377 | $12,859 | $4,848 |
| SSS Growth | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | |
| COGS | 33.00% | 33.00% | 33.00% | 33.00% | 33.00% | 33.00% | 33.00% | 33.00% | 33.00% | 33.00% | 33.00% | 33.00% | 33.00% | 33.00% |
| Labor | 33.92% | 33.92% | 33.92% | 33.92% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 28.24% |
| Labor Savings | 4,615 | 4,615 | 4,615 | 4,615 | 4,615 | 4,615 | 4,615 | 4,615 | 4,615 | 4,615 | 4,615 | 4,615 | 4,615 | |
| Mgr Controllables | 15.93% | 15.93% | 15.93% | 15.93% | 13.30% | 13.30% | 13.30% | 13.30% | 13.30% | 13.30% | 13.30% | 13.30% | 13.30% | 13.89% |
| Total Other Exp | 2.85% | 2.85% | 2.85% | 2.85% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.29% |
| Occupancy | 10.27% | 10.27% | 10.27% | 10.27% | 8.78% | 8.78% | 8.78% | 8.96% | 8.77% | 8.61% | 8.93% | 7.88% | 7.88% | 9.07% |
| Corporate Overhead | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | |
| Annual Total Corporate Overhead | | | | | | | | | | | | | | |
| Other G&A Expenses | 1,409 | 1,409 | 1,409 | 1,409 | 1,409 | 1,409 | 1,409 | 1,409 | 1,409 | 1,409 | 1,409 | 817 | 817 | |
| **Expenses in Dollars at 0% SSS Growth** | | | | | | | | | | | | | | |
| Labor | $35,575 | $39,892 | $38,978 | $38,995 | $41,724 | $46,103 | $45,605 | $39,676 | $40,150 | $39,333 | $40,073 | $37,589 | $35,898 | |
| Mgr Controllables | $18,879 | $20,907 | $20,478 | $20,485 | $19,881 | $21,760 | $21,546 | $19,003 | $19,206 | $18,855 | $19,173 | $18,107 | $17,382 | |
| Total Other Exp | $3,382 | $3,746 | $3,669 | $3,670 | $5,232 | $5,726 | $5,670 | $5,001 | $5,054 | $4,962 | $5,045 | $4,765 | $4,574 | |
| Occupancy | $12,164 | $13,470 | $13,194 | $13,199 | $13,121 | $14,362 | $14,221 | $12,799 | $12,662 | $12,200 | $12,876 | $10,725 | $10,296 | |
| Debt Service | | | | | | | | | | | | | | |
| Prior Year Sales | 118,478 | 131,204 | 128,511 | 128,560 | 149,481 | 163,609 | 162,000 | 142,876 | 144,405 | 141,768 | 144,156 | 136,142 | 130,690 | |
| Average Last 4 Pds COGS | | | | 33.00% | 33.00% | 33.00% | 33.00% | 33.00% | 33.00% | 33.00% | 33.00% | 33.00% | 33.00% | |
| Average Last 4 Pds Labor | | | | 33.92% | 33.19% | 32.46% | 31.73% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | |
| Average Last 4 Pds Total Mgr Average Last 4 Pds Controllable Exp | | | | 15.93% | 15.28% | 14.62% | 13.96% | 13.30% | 13.30% | 13.30% | 13.30% | 13.30% | 13.30% | |
| Avg last 4 pds Total Other Exp Expenses | | | | 2.85% | 3.02% | 3.18% | 3.34% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | |
| Average Last 4 Pds Occupancy Expenses | | | | 10.27% | 9.89% | 9.52% | 9.15% | 8.82% | 8.82% | 8.78% | 8.82% | 8.55% | 8.32% | |

Debtor's Public Truck Foods, Inc.

Case No. 10-60500-fra11
Exhibit 6 - Debtor's Projections
(Plan Year 1 Ending September 2011)

| | Pd 10 2010 | Pd 11 2010 | Pd 12 2010 | Pd 13 2010 | Pd 1 2011 | Pd 2 2011 | Pd 3 2011 | Pd 4 2011 | Pd 5 2011 | Pd 6 2011 | Pd 7 2011 | Pd 8 2011 | Pd 9 2011 | FYE 9-30-11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yr Over Yr | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | |
| | 13 Layton | 13 Layton | 13 Layton | 13 Layton | 13 Layton | 13 Layton | 13 Layton | 13 Layton | 13 Layton | 13 Layton | 13 Layton | 13 Layton | 13 Layton | 13 Layton |
| Sales | $98,571 | $111,688 | $106,771 | $102,858 | $123,167 | $123,167 | $108,946 | $123,012 | $121,050 | $122,050 | $121,083 | $121,085 | $111,939 | $109,243 | $1,491,618 |
| COGS | $31,296 | $35,461 | $33,900 | $32,657 | $39,422 | $40,652 | $39,105 | $34,990 | $38,751 | $39,085 | $38,444 | $35,541 | $34,685 | $473,589 |
| Gross Profit | $67,275 | $76,227 | $72,871 | $70,201 | $84,742 | $87,385 | $84,061 | $74,355 | $83,299 | $83,299 | $82,639 | $76,399 | $74,558 | $1,018,020 |
| Labor | $33,788 | $38,284 | $36,599 | $35,257 | $41,798 | $43,102 | $41,462 | $36,675 | $41,086 | $41,440 | $40,761 | $37,683 | $36,775 | $504,709 |
| Total Mgr Controllable Exp | $14,183 | $16,071 | $15,363 | $14,800 | $15,613 | $16,100 | $15,487 | $13,699 | $15,347 | $15,479 | $15,225 | $14,076 | $13,736 | $195,180 |
| Total Other Oper Expenses | $2,875 | $3,257 | $3,114 | $3,000 | $3,872 | $3,993 | $3,841 | $3,398 | $3,807 | $3,839 | $3,776 | $3,491 | $3,407 | $45,670 |
| Occupancy Expenses | $8,348 | $9,458 | $9,042 | $8,711 | $9,386 | $9,678 | $9,095 | $7,938 | $8,941 | $8,995 | $9,095 | $7,602 | $7,571 | $113,461 |
| Total Restaurant Operating Expense | $59,193 | $67,071 | $64,118 | $61,768 | $70,669 | $72,873 | $69,886 | $61,710 | $69,181 | $69,754 | $68,858 | $62,852 | $61,489 | $859,420 |
| Total Oper Income (loss) | $8,081 | $9,157 | $8,753 | $8,433 | $14,073 | $14,512 | $14,175 | $12,646 | $14,118 | $14,263 | $13,782 | $13,547 | $13,069 | $158,610 |
| **Administrative Expenses** | | | | | | | | | | | | | | |
| Corporate Office & Admin Expense Allocation | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $84,615 |
| Other G&A Expenses | $1,250 | $1,250 | $1,250 | $1,250 | $1,250 | $1,250 | $1,250 | $1,250 | $1,250 | $1,250 | $1,250 | $1,250 | $1,250 | $16,250 |
| Total G&A | $7,759 | $7,759 | $7,759 | $7,759 | $7,759 | $7,759 | $7,759 | $7,759 | $7,759 | $7,759 | $7,759 | $7,759 | $7,759 | $100,865 |
| Other | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| **EBITDA (with rent add back)** | $322 | $1,398 | $995 | $674 | $6,315 | $6,754 | $6,416 | $4,887 | $6,359 | $6,505 | $6,023 | $5,788 | $5,310 | $57,744 |
| | 0.33% | 1.25% | 0.93% | 0.66% | 5.09% | 5.27% | 5.21% | 4.49% | 5.21% | 5.28% | 4.97% | 5.17% | 4.86% | |
| US Trustee Fee | $0 | $0 | $0 | $1,000 | $0 | $0 | $0 | $1,000 | $0 | $0 | $0 | $0 | $0 | $2,000 |
| Debt Service | $0 | $0 | $0 | $7,726 | $7,726 | $7,726 | $7,726 | $7,726 | $7,726 | $7,726 | $7,726 | $7,726 | $0 | $69,538 |
| Tax Payment on past due taxes | $0 | $0 | $0 | $0 | $791 | $1,620 | $1,620 | $1,620 | $1,620 | $1,620 | $1,620 | $1,620 | $0 | $12,131 |
| Debt Service Corporate | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $0 | $4,204 |
| **Net Cash Flow** | ($28) | $1,047 | $644 | ($8,403) | ($2,553) | ($2,943) | ($3,280) | ($5,810) | ($3,338) | ($3,192) | ($3,674) | ($3,909) | $5,310 | ($30,129) |
| Capital Reserve Loan | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | | $18,000 |
| **Net Cash Flow after Reserve** | ($1,528) | ($453) | ($856) | ($9,903) | ($4,053) | ($4,443) | ($4,780) | ($7,310) | ($4,838) | ($4,692) | ($5,174) | ($5,409) | $5,310 | ($48,129) |
| SSS Growth | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | |
| COGS | 31.75% | 31.75% | 31.75% | 31.75% | 31.75% | 31.75% | 31.75% | 31.75% | 31.75% | 31.75% | 31.75% | 31.75% | 31.75% | 31.75% |
| Labor | 34.62% | 34.62% | 34.62% | 34.62% | 34.00% | 34.00% | 34.00% | 34.00% | 34.00% | 34.00% | 34.00% | 34.00% | 34.00% | 33.84% |
| Labor Savings | | | | | | | | | | | | | | |
| Mgr Controllables | 14.53% | 14.53% | 14.53% | 14.53% | 12.70% | 12.70% | 12.70% | 12.70% | 12.70% | 12.70% | 12.70% | 12.70% | 12.70% | 13.09% |
| Total Other Exp | 2.95% | 2.95% | 2.95% | 2.95% | 3.15% | 3.15% | 3.15% | 3.15% | 3.15% | 3.15% | 3.15% | 3.15% | 3.15% | 3.06% |
| Occupancy | 8.55% | 8.55% | 8.55% | 8.55% | 7.63% | 7.63% | 7.46% | 7.36% | 7.40% | 7.38% | 7.59% | 6.86% | 7.00% | 7.63% |
| Corporate Overhead | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | |
| Annual Total Corporate Overhead | | | | | | | | | | | | | | |
| Other G&A Expenses | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | |
| **Expenses in Dollars at 0% SSS Growth** | | | | | | | | | | | | | | |
| Labor | $33,788 | $38,284 | $36,599 | $35,257 | $41,798 | $43,102 | $41,462 | $36,675 | $41,086 | $41,440 | $40,761 | $37,683 | $36,775 | |
| Mgr Controllables | $14,183 | $16,071 | $15,363 | $14,800 | $15,613 | $16,100 | $15,487 | $13,699 | $15,347 | $15,479 | $15,225 | $14,076 | $13,736 | |
| Total Other Exp | $2,875 | $3,257 | $3,114 | $3,000 | $3,872 | $3,993 | $3,841 | $3,398 | $3,807 | $3,839 | $3,776 | $3,491 | $3,407 | |
| Occupancy | $8,348 | $9,458 | $9,042 | $8,711 | $9,386 | $9,678 | $9,095 | $7,938 | $8,941 | $8,995 | $9,095 | $7,602 | $7,571 | |
| Debt Service | $4,594 | $3,297 | $3,074 | $2,449 | $829 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| | $1,298 | $222 | $625 | $1,620 | $1,620 | $1,620 | $1,620 | $1,620 | $1,620 | $1,620 | $1,620 | $1,620 | | |
| | $3,297 | $3,074 | $2,449 | $829 | ($791) | ($1,620) | ($1,620) | ($1,620) | ($1,620) | ($1,620) | ($1,620) | ($1,620) | | |
| Prior Year Sales | 97,595 | 110,583 | 105,713 | 101,840 | 122,935 | 126,769 | 121,947 | 107,867 | 120,841 | 121,883 | 119,884 | 110,831 | 108,161 | |
| Average Last 4 Pds COGS | | | | | 31.75% | 31.75% | 31.75% | 31.75% | 31.75% | 31.75% | 31.75% | 31.75% | 31.75% | |
| Average Last 4 Pds Labor | | | | | 34.62% | 34.31% | 34.16% | 34.00% | 34.00% | 34.00% | 34.00% | 34.00% | 34.00% | |
| Average Last 4 Pds Total Mgr Average Last 4 Pds Controllable Exp | | | | | 14.53% | 14.07% | 13.62% | 13.16% | 12.70% | 12.70% | 12.70% | 12.70% | 12.70% | |
| Avg last 4 pds Total Other Oper Exp | | | | | 2.95% | 3.00% | 3.05% | 3.10% | 3.15% | 3.15% | 3.15% | 3.15% | 3.15% | |
| Average Last 4 Pds Occupancy Expenses | | | | | 8.55% | 8.32% | 8.09% | 7.82% | 7.52% | 7.46% | 7.40% | 7.43% | 7.31% | |
| | 33787.96639 | 38284.37619 | 36598.6596 | 35257.4806 | 41797.917 | 43101.5042 | 41462.014 | 36674.7426 | 41086.059 | 41440.339 | 40760.6382 | 37682.5944 | 36774.7128 | |
| | 14183.29929 | 16070.77381 | 15363.15434 | 14800.16269 | 15612.75135 | 16099.67953 | 15487.2817 | 13699.09503 | 15346.85145 | 15479.18545 | 15225.29721 | 14075.55732 | 13736.43684 | |
| | 2874.628081 | 3257.175693 | 3113.757525 | 2999.652084 | 3872.454075 | 3993.227595 | 3841.33365 | 3397.807035 | 3806.502525 | 3839.325525 | 3776.353245 | 3491.18154 | 3407.06898 | |
| | 8347.541153 | 9458.409011 | 9041.941549 | 8710.594384 | 9385.59829 | 9678.314929 | 9095.263097 | 7908.111635 | 8941.437608 | 8994.996798 | 9095.345198 | 7602.404594 | 7570.707748 | |

Debtor's Public Form Rock11, LLC
Case No. 10-60500-fra11
Exhibit 6 - Debtor's Projections
(Plan Year 1 Ending September 2011)

| | Pd 10 2010 | Pd 11 2010 | Pd 12 2010 | Pd 13 2010 | Pd 1 2011 | Pd 2 2011 | Pd 3 2011 | Pd 4 2011 | Pd 5 2011 | Pd 6 2011 | Pd 7 2011 | Pd 8 2011 | Pd 9 2011 | FYE 9-30-11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yr Over Yr | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | |
| | 15 Beaverton | 15 Beaverton | 15 Beaverton | 15 Beaverton | 15 Beaverton | 15 Beaverton | 15 Beaverton | 15 Beaverton | 15 Beaverton | 15 Beaverton | 15 Beaverton | 15 Beaverton | 15 Beaverton | 15 Beaverton |
| Sales | $183,528 | $186,165 | $195,016 | $201,367 | $207,258 | $217,092 | $197,131 | $196,235 | $200,790 | $182,058 | $183,608 | $207,578 | $194,642 | $2,552,468 |
| COGS | $56,894 | $57,711 | $60,455 | $62,424 | $64,250 | $67,299 | $61,111 | $60,833 | $62,245 | $56,438 | $56,918 | $64,349 | $60,339 | $791,265 |
| Gross Profit | $126,635 | $128,454 | $134,561 | $138,943 | $143,008 | $149,794 | $136,020 | $135,402 | $138,545 | $125,620 | $126,689 | $143,229 | $134,303 | $1,761,203 |
| Labor | $67,544 | $68,514 | $71,771 | $74,109 | $74,900 | $78,454 | $71,240 | $70,917 | $72,563 | $65,793 | $66,353 | $75,016 | $70,341 | $927,515 |
| Total Mgr Controllable Exp | $20,555 | $20,850 | $21,842 | $22,553 | $23,599 | $24,718 | $22,446 | $22,344 | $22,862 | $20,729 | $20,906 | $23,635 | $22,162 | $289,202 |
| Total Other Oper Expenses | $4,325 | $4,388 | $4,596 | $4,746 | $6,156 | $6,448 | $5,855 | $5,829 | $5,964 | $5,408 | $5,454 | $6,166 | $5,781 | $71,116 |
| Occupancy Expenses | $9,235 | $9,368 | $9,813 | $10,133 | $12,249 | $12,248 | $10,771 | $10,417 | $10,179 | $10,115 | $11,069 | $11,658 | $10,932 | $138,187 |
| Total Restaurant Operating Expense | $101,659 | $103,120 | $108,023 | $111,541 | $116,904 | $121,868 | $110,312 | $109,506 | $111,568 | $102,045 | $103,782 | $116,475 | $109,216 | $1,426,019 |
| Total Oper Income (loss) | $24,975 | $25,334 | $26,538 | $27,403 | $26,104 | $27,925 | $25,708 | $25,896 | $26,977 | $23,575 | $22,907 | $26,754 | $25,086 | $335,184 |
| **Administrative Expenses** | | | | | | | | | | | | | | |
| Corporate Office & Admin Expense Allocation | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $84,615 |
| Other G&A Expenses | $1,643 | $1,643 | $1,643 | $1,643 | $1,643 | $1,643 | $1,643 | $1,643 | $1,643 | $1,643 | $1,643 | $1,051 | $1,051 | $20,175 |
| Total G&A | $8,152 | $8,152 | $8,152 | $8,152 | $8,152 | $8,152 | $8,152 | $8,152 | $8,152 | $8,152 | $8,152 | $7,560 | $7,560 | $104,790 |
| Other | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| EBITDA (with rent add back) | $16,823 | $17,182 | $18,386 | $19,251 | $17,953 | $19,773 | $17,557 | $17,744 | $18,825 | $15,423 | $14,755 | $19,194 | $17,527 | $230,393 |
| | 9.17% | 9.23% | 9.43% | 9.56% | 8.66% | 9.11% | 8.91% | 9.04% | 9.38% | 8.47% | 8.04% | 9.25% | 9.00% | |
| US Trustee Fee | $0 | $0 | $0 | $1,000 | $0 | $0 | $0 | $1,000 | $0 | $0 | $0 | $0 | $0 | $2,000 |
| Debt Service | $16,621 | $16,621 | $16,621 | $16,621 | $16,621 | $16,621 | $16,621 | $16,621 | $16,621 | $16,621 | $16,621 | $16,621 | $0 | $199,450 |
| Tax Payment on past due taxes | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| Debt Service Corporate | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $0 | $4,204 |
| Net Cash Flow | ($146) | $211 | $1,415 | $1,279 | $981 | $2,802 | $585 | ($227) | $1,854 | ($1,549) | ($2,216) | $2,223 | $17,527 | $24,739 |
| Capital Reserve Loan | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $0 | $18,000 |
| Net Cash Flow after Reserve | ($1,646) | ($1,289) | ($85) | ($221) | ($519) | $1,302 | ($915) | ($1,727) | $354 | ($3,049) | ($3,716) | $723 | $17,527 | $6,739 |
| SSS Growth | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | |
| COGS | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% |
| Labor | 37.17% | 37.17% | 37.17% | 37.17% | 36.50% | 36.50% | 36.50% | 36.50% | 36.50% | 36.50% | 36.50% | 36.50% | 36.50% | 36.34% |
| Labor Savings | | | | | | | | | | | | | | |
| Mgr Controllables | 11.31% | 11.31% | 11.31% | 11.31% | 11.50% | 11.50% | 11.50% | 11.50% | 11.50% | 11.50% | 11.50% | 11.50% | 11.50% | 11.33% |
| Total Other Exp | 2.38% | 2.38% | 2.38% | 2.38% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 2.79% |
| Occupancy | 5.08% | 5.08% | 5.08% | 5.08% | 5.97% | 5.70% | 5.52% | 5.36% | 5.12% | 5.61% | 6.09% | 5.67% | 5.67% | 5.41% |
| Corporate Overhead | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | |
| Annual Total Corporate Overhead | | | | | | | | | | | | | | |
| Other G&A Expenses | 1,643 | 1,643 | 1,643 | 1,643 | 1,643 | 1,643 | 1,643 | 1,643 | 1,643 | 1,643 | 1,643 | 1,051 | 1,051 | |
| **Expenses in Dollars at 0% SSS Growth** | | | | | | | | | | | | | | |
| Labor | $67,544 | $68,514 | $71,771 | $74,109 | $74,900 | $78,454 | $71,240 | $70,917 | $72,563 | $65,793 | $66,353 | $75,016 | $70,341 | |
| Mgr Controllables | $20,555 | $20,850 | $21,842 | $22,553 | $23,599 | $24,718 | $22,446 | $22,344 | $22,862 | $20,729 | $20,906 | $23,635 | $22,162 | |
| Total Other Exp | $4,325 | $4,388 | $4,596 | $4,746 | $6,156 | $6,448 | $5,855 | $5,829 | $5,964 | $5,408 | $5,454 | $6,166 | $5,781 | |
| Occupancy | $9,235 | $9,368 | $9,813 | $10,133 | $12,249 | $12,248 | $10,771 | $10,417 | $10,179 | $10,115 | $11,069 | $11,658 | $10,932 | |
| Debt Service | | | | | | | | | | | | | | |
| Prior Year Sales | 181,711 | 184,321 | 193,085 | 199,373 | 205,206 | 214,943 | 195,179 | 194,292 | 198,802 | 180,256 | 181,790 | 205,523 | 192,715 | |
| Average Last 4 Pds COGS | | | | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | |
| Average Last 4 Pds Labor | | | | 37.17% | 37.00% | 36.84% | 36.67% | 36.50% | 36.50% | 36.50% | 36.50% | 36.50% | 36.50% | |
| Average Last 4 Pds Total Mgr Controllable Exp | | | | 11.31% | 11.36% | 11.41% | 11.45% | 11.50% | 11.50% | 11.50% | 11.50% | 11.50% | 11.50% | |
| Avg last 4 pds Total Other Oper Expenses | | | | 2.38% | 2.54% | 2.69% | 2.85% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | |
| Average Last 4 Pds Occupancy Expenses | | | | 5.08% | 5.30% | 5.46% | 5.57% | 5.64% | 5.42% | 5.40% | 5.55% | 5.62% | 5.76% | |

Debtor's Public Projections
Case No. 10-60500-fra11
Exhibit 6 - Debtor's Projections
(Plan Year 1 Ending September 2011)

| | Pd 10 Fed 2010 | Pd 11 Fed 2010 | Pd 12 Fed 2010 | Pd 13 Fed 2010 | Pd 1 2011 | Pd 2 2011 | Pd 3 2011 | Pd 4 2011 | Pd 5 2011 | Pd 6 2011 | Pd 7 2011 | Pd 8 2011 | Pd 9 2011 | FYE 9-30-11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yr Over Yr | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | |
| | 21 Fed Way | 21 Fed Way | 21 Fed Way | 21 Fed Way | 21 Fed Way | 21 Fed Way | 21 Fed Way | 21 Fed Way | 21 Fed Way | 21 Fed Way | 21 Fed Way | 21 Fed Way | 21 Fed Way | 21 Fed Way |
| Sales | $166,407 | $166,948 | $169,712 | $168,295 | $177,686 | $189,503 | $181,385 | $167,193 | $172,126 | $164,853 | $171,626 | $199,670 | $183,469 | $2,278,873 |
| COGS | $53,250 | $53,423 | $54,308 | $53,854 | $56,859 | $60,641 | $58,043 | $53,502 | $55,080 | $52,753 | $54,920 | $63,894 | $58,710 | $729,239 |
| Gross Profit | $113,157 | $113,525 | $115,404 | $114,441 | $120,826 | $128,862 | $123,342 | $113,691 | $117,046 | $112,100 | $116,706 | $135,775 | $124,759 | $1,549,633 |
| Labor | $61,353 | $61,553 | $62,572 | $62,049 | $64,213 | $68,484 | $65,550 | $60,421 | $62,204 | $59,576 | $62,023 | $70,743 | $66,303 | $827,044 |
| Total Mgr Controllable Exp | $26,192 | $26,277 | $26,712 | $26,489 | $21,463 | $22,891 | $21,910 | $20,196 | $20,791 | $19,913 | $20,731 | $24,118 | $22,162 | $299,845 |
| Total Other Oper Expenses | $4,193 | $4,206 | $4,276 | $4,240 | $5,278 | $5,629 | $5,388 | $4,966 | $5,113 | $4,897 | $5,098 | $5,931 | $5,450 | $64,663 |
| Occupancy Expenses | $14,361 | $14,408 | $14,646 | $14,524 | $15,453 | $16,212 | $15,649 | $13,662 | $13,188 | $13,341 | $13,703 | $15,453 | $14,199 | $188,798 |
| Total Restaurant Operating Expense | $106,099 | $106,444 | $108,206 | $107,303 | $106,407 | $113,216 | $108,496 | $99,245 | $101,296 | $97,726 | $101,555 | $116,245 | $108,113 | $1,380,350 |
| Total Oper Income (loss) | $7,058 | $7,081 | $7,198 | $7,138 | $14,419 | $15,647 | $14,846 | $14,446 | $15,750 | $14,374 | $15,150 | $19,531 | $16,646 | $169,284 |
| **Administrative Expenses** | | | | | | | | | | | | | | |
| Corporate Office & Admin Expense Allocation | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $84,615 |
| Other G&A Expenses | $1,722 | $1,722 | $1,722 | $1,722 | $1,722 | $1,722 | $1,722 | $1,722 | $1,722 | $1,722 | $1,722 | $1,130 | $1,130 | $21,201 |
| Total G&A | $8,231 | $8,231 | $8,231 | $8,231 | $8,231 | $8,231 | $8,231 | $8,231 | $8,231 | $8,231 | $8,231 | $7,638 | $7,638 | $105,817 |
| Other | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| EBITDA (with rent add back) | ($1,173) | ($1,150) | ($1,033) | ($1,093) | $6,188 | $7,416 | $6,615 | $6,216 | $7,519 | $6,143 | $6,920 | $11,892 | $9,007 | $63,467 |
| | -0.70% | -0.69% | -0.61% | -0.65% | 3.48% | 3.91% | 3.65% | 3.72% | 4.37% | 3.73% | 4.03% | 5.96% | 4.91% | |
| US Trustee Fee | $0 | $0 | $0 | $1,000 | $0 | $0 | $0 | $1,000 | $0 | $0 | $0 | $0 | $0 | $2,000 |
| Debt Service | $8,346 | $8,346 | $8,346 | $8,346 | $8,346 | $8,346 | $8,346 | $8,346 | $8,346 | $8,346 | $8,346 | $8,346 | $0 | $100,146 |
| Tax Payment on past due taxes | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Debt Service Corporate | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $0 | $0 | $4,234 |
| Net Cash Flow | ($9,869) | ($9,846) | ($9,729) | ($10,789) | ($2,508) | ($1,280) | ($2,081) | ($3,480) | ($1,177) | ($2,553) | ($1,776) | $3,196 | $9,007 | ($42,883) |
| Capital Reserve Loan | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $0 | $18,000 |
| Net Cash Flow after Reserve | ($11,369) | ($11,346) | ($11,229) | ($12,289) | ($4,008) | ($2,780) | ($3,581) | ($4,980) | ($2,677) | ($4,053) | ($3,276) | $1,696 | $9,007 | ($60,883) |
| SSS Growth | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | |
| COGS | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% |
| Labor | 37.24% | 37.24% | 37.24% | 37.24% | 36.50% | 36.50% | 36.50% | 36.50% | 36.50% | 36.50% | 36.50% | 35.78% | 36.50% | 36.29% |
| Labor Savings | | | | | | | | | | | | | | |
| Mgr Controllables | 15.90% | 15.90% | 15.90% | 15.90% | 12.20% | 12.20% | 12.20% | 12.20% | 12.20% | 12.20% | 12.20% | 12.20% | 12.20% | 13.16% |
| Total Other Exp | 2.54% | 2.54% | 2.54% | 2.54% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 2.84% |
| Occupancy | 8.72% | 8.72% | 8.72% | 8.72% | 8.78% | 8.64% | 8.71% | 8.25% | 7.74% | 8.17% | 8.06% | 7.82% | 7.82% | 8.28% |
| Corporate Overhead | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | |
| Annual Total Corporate Overhead | | | | | | | | | | | | | | |
| Other G&A Expenses | 1,722 | 1,722 | 1,722 | 1,722 | 1,722 | 1,722 | 1,722 | 1,722 | 1,722 | 1,722 | 1,722 | 1,130 | 1,130 | |
| **Expenses in Dollars at 0% SSS Growth** | | | | | | | | | | | | | | |
| Labor | $61,353 | $61,553 | $62,572 | $62,049 | $64,213 | $68,484 | $65,550 | $60,421 | $62,204 | $59,576 | $62,023 | $70,743 | $66,303 | |
| Mgr Controllables | $26,192 | $26,277 | $26,712 | $26,489 | $21,463 | $22,891 | $21,910 | $20,196 | $20,791 | $19,913 | $20,731 | $24,118 | $22,162 | |
| Total Other Exp | $4,193 | $4,206 | $4,276 | $4,240 | $5,278 | $5,629 | $5,388 | $4,966 | $5,113 | $4,897 | $5,098 | $5,931 | $5,450 | |
| Occupancy | $14,361 | $14,408 | $14,646 | $14,524 | $15,453 | $16,212 | $15,649 | $13,662 | $13,188 | $13,341 | $13,703 | $15,453 | $14,199 | |
| **Debt Service** | | | | | | | | | | | | | | |
| Prior Year Sales | 164,760 | 165,295 | 168,032 | 166,629 | 175,926 | 187,627 | 179,589 | 165,537 | 170,422 | 163,221 | 169,927 | 197,693 | 181,652 | |
| Average Last 4 Pds COGS | | | | | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% | |
| Average Last 4 Pds Labor | | | | | 37.24% | 37.05% | 36.87% | 36.68% | 36.50% | 36.50% | 36.50% | 36.32% | 36.32% | |
| Average Last 4 Pds Total Mgr Average Controllable Exp | | | | | 14.97% | 14.05% | 13.12% | 12.20% | 12.20% | 12.20% | 12.20% | 12.20% | 12.20% | |
| Avg last 4 Pds Total Other Exp | | | | | 2.54% | 2.66% | 2.77% | 2.89% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | |
| Average Last 4 Pds Occupancy Expenses | | | | | 8.72% | 8.73% | 8.71% | 8.71% | 8.60% | 8.34% | 8.22% | 8.06% | 7.95% | 7.97% |

McAlan's Public Fish House, Inc.
Case No. 10-60500-fra11
Exhibit 6 - Debtor's Projections
(Plan Year 1 Ending September 2011)

| Yr Over Yr | |
| --- | --- |
| | |
| | FYE 9-30-11 |
| | Consolidated |
| Sales | $30,046,350 |
| | |
| COGS | $9,458,871 |
| Gross Profit | $20,587,479 |
| | |
| Labor | $10,806,719 |
| Total Mgr Controllable Exp | $3,764,272 |
| Total Other Oper Expenses | $888,889 |
| Occupancy Expenses | $1,789,817 |
| Total Restaurant Operating Expense | $17,249,698 |
| Total Oper Income (loss) | $3,337,782 |
| | |
| Administrative Expenses | |
| Corporate Office & Admin Expense Allocation | $1,100,000 |
| Other G&A Expenses | $256,919 |
| Total G&A | $1,356,919 |
| | |
| Other | |
| | |
| EBITDA (with rent add back) | $1,980,863 |
| | |
| US Trustee Fee | $26,000 |
| | |
| Debt Service | $1,155,417 |
| Tax Payment on past due taxes | $12,131 |
| Debt Service Corporate | $54,658 |
| | |
| Net Cash Flow | $732,657 |
| | |
| Capital Reserve Loan | $234,000 |
| | |
| Net Cash Flow after Reserve | $498,657 |
| | |
| SSS Growth | |
| COGS | 31.50% |
| Labor | 36.50% |
| Labor Savings | |
| Mgr Controllables | 12.20% |
| Total Other Exp | 3.50% |
| Occupancy | 5.96% |
| Corporate Overhead | |
| Annual Total Corporate Overhead | |
| | |
| Other G&A Expenses | |
| | |
| Expenses in Dollars at 0% SSS Growth | |
| Labor | |
| Mgr Controllables | |
| Total Other Exp | |
| Occupancy | |
| | |
| Debt Service | |
| | |
| | |
| Prior Year Sales | |
| | |
| Average Last 4 Pds COGS | |
| Average Last 4 Pds Labor | |
| Average Last 4 Pds Total Mgr Average Last 4 Pds Controllable Exp | |
| Avg last 4 pds Total Other Oper Expenses | |
| Average Last 4 Pds Occupancy Expenses | |

McGrath's Publick Fish House, Inc.
Case No. 10-60500-fra11
Exhibit 6 - Debtor's Projections
(Plan Year 2 Ending September 2012)

| | Pd 10 2011 | Pd 11 2011 | Pd 12 2011 | Pd 13 2011 | Pd 1 2012 | Pd 2 2012 | Pd 3 2012 | Pd 4 2012 | Pd 5 2012 | Pd 6 2012 | Pd 7 2012 | Pd 8 2012 | Pd 9 2012 | FYE 9-30-12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yr Over Yr | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | |
| | 1 Salem | 1 Salem | 1 Salem | 1 Salem | 1 Salem | 1 Salem | 1 Salem | 1 Salem | 1 Salem | 1 Salem | 1 Salem | 1 Salem | 1 Salem | 1 Salem |
| Sales | $133,435 | $135,766 | $134,867 | $151,528 | $134,621 | $148,422 | $139,716 | $132,771 | $145,013 | $142,339 | $147,334 | $156,506 | $141,871 | $1,844,188 |
| | | | | | | | | | | | | | | |
| COGS | $40,030 | $40,730 | $40,460 | $45,458 | $40,386 | $44,527 | $41,915 | $39,831 | $43,504 | $42,702 | $44,200 | $46,952 | $42,561 | $553,257 |
| Gross Profit | $93,404 | $95,036 | $94,407 | $106,069 | $94,235 | $103,895 | $97,801 | $92,940 | $101,509 | $99,637 | $103,134 | $109,554 | $99,310 | $1,290,932 |
| | | | | | | | | | | | | | | |
| Labor | $57,555 | $58,560 | $58,172 | $65,358 | $58,066 | $64,019 | $60,264 | $57,268 | $62,548 | $61,395 | $63,550 | $67,506 | $61,193 | $795,454 |
| Total Mgr Controllable Exp | $15,108 | $15,372 | $15,270 | $17,157 | $15,242 | $16,805 | $15,819 | $15,033 | $16,419 | $16,116 | $16,682 | $17,720 | $15,646 | $208,390 |
| Total Other Oper Expenses | $4,055 | $4,126 | $4,098 | $4,605 | $4,091 | $4,510 | $4,246 | $4,035 | $4,407 | $4,326 | $4,477 | $4,756 | $4,311 | $56,043 |
| Occupancy Expenses | $6,672 | $6,788 | $6,743 | $7,576 | $6,731 | $7,421 | $6,986 | $6,639 | $7,251 | $7,117 | $7,367 | $7,825 | $7,094 | $92,209 |
| Total Restaurant Operating Exp | $83,389 | $84,846 | $84,284 | $94,696 | $84,131 | $92,755 | $87,315 | $82,974 | $90,625 | $88,954 | $92,076 | $97,808 | $88,244 | $1,152,097 |
| Total Oper Income (loss) | $10,015 | $10,190 | $10,123 | $11,373 | $10,104 | $11,140 | $10,487 | $9,965 | $10,884 | $10,683 | $11,058 | $11,747 | $11,066 | $138,835 |
| | | | | | | | | | | | | | | |
| **Administrative Expenses** | | | | | | | | | | | | | | |
| Corporate Office & Admin Expense Allocation | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $84,615 |
| Other G&A Expenses | $660 | $660 | $660 | $660 | $660 | $660 | $660 | $660 | $660 | $660 | $660 | $660 | $660 | $8,580 |
| Total G&A | $7,169 | $7,169 | $7,169 | $7,169 | $7,169 | $7,169 | $7,169 | $7,169 | $7,169 | $7,169 | $7,169 | $7,169 | $7,169 | $93,195 |
| | | | | | | | | | | | | | | |
| **Other** | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| EBITDA (with rent add back) | $2,846 | $3,021 | $2,954 | $4,204 | $2,935 | $3,971 | $3,318 | $2,796 | $3,715 | $3,515 | $3,889 | $4,578 | $3,897 | $45,640 |
| | | | | | | | | | | | | | | |
| US Trustee Fee | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| | | | | | | | | | | | | | | |
| Debt Service | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Tax Payment on past due taxes | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Debt Service Corporate | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $0 | $4,204 |
| | | | | | | | | | | | | | | |
| Net Cash Flow | $2,496 | $2,671 | $2,603 | $3,854 | $2,585 | $3,621 | $2,967 | $2,446 | $3,365 | $3,164 | $3,539 | $4,228 | $3,897 | $41,435 |
| | | | | | | | | | | | | | | |
| Capital Reserve Loan | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $0 | $18,000 |
| | | | | | | | | | | | | | | |
| Net Cash Flow after Reserve | $996 | $1,171 | $1,103 | $2,354 | $1,085 | $2,121 | $1,467 | $946 | $1,865 | $1,664 | $2,039 | $2,728 | $3,897 | $23,435 |
| | | | | | | | | | | | | | | |
| SSS Growth | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | |
| COGS | 30.00% | 30.00% | 30.00% | 30.00% | 30.00% | 30.00% | 30.00% | 30.00% | 30.00% | 30.00% | 30.00% | 30.00% | 30.00% | 30.00% |
| Labor | 44.00% | 44.00% | 44.00% | 44.00% | 44.00% | 44.00% | 44.00% | 44.00% | 44.00% | 44.00% | 44.00% | 44.00% | 44.00% | 43.13% |
| Labor Savings | | | | | | | | | | | | | | |
| Mgr Controllables | 11.55% | 11.55% | 11.55% | 11.55% | 11.55% | 11.55% | 11.55% | 11.55% | 11.55% | 11.55% | 11.55% | 11.55% | 11.25% | 11.30% |
| Total Other Exp | 3.10% | 3.10% | 3.10% | 3.10% | 3.10% | 3.10% | 3.10% | 3.10% | 3.10% | 3.10% | 3.10% | 3.10% | 3.10% | 3.04% |
| Occupancy | 5.00% | 5.00% | 5.00% | 5.00% | 5.00% | 5.00% | 5.00% | 5.00% | 5.00% | 5.00% | 5.00% | 5.00% | 5.00% | 5.00% |
| Corporate Overhead | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | |
| Annual Total Corporate Overhead | Annual G&A | Per Store Per Period | # Units | | | | | | | | | | | |
| | $1,100,000 | $6,509 | 13 | | | | | | | | | | | |
| Other G&A Expenses | 660 | 660 | 660 | 660 | 660 | 660 | 660 | 660 | 660 | 660 | 660 | 660 | 660 | |
| | | | | | | | | | | | | | | |
| Expenses in Dollars at 0% SSS Growth | | | | | | | | | | | | | | |
| Labor | $57,555 | $58,560 | $58,172 | $65,358 | $58,066 | $64,019 | $60,264 | $57,268 | $62,548 | $61,395 | $63,550 | $67,506 | $61,193 | |
| Mgr Controllables | $15,108 | $15,372 | $15,270 | $17,157 | $15,242 | $16,805 | $15,819 | $15,033 | $16,419 | $16,116 | $16,682 | $17,720 | $15,646 | |
| Total Other Exp | $4,055 | $4,126 | $4,098 | $4,605 | $4,091 | $4,510 | $4,246 | $4,035 | $4,407 | $4,326 | $4,477 | $4,756 | $4,311 | |
| Occupancy | $6,540 | $6,655 | $6,610 | $7,427 | $6,598 | $7,275 | $6,848 | $6,508 | $7,108 | $6,977 | $7,222 | $7,671 | $6,954 | |

McGrath's Publick Fish House, Inc.
Case No. 10-60500-fra11
Exhibit 6 - Debtor's Projections
(Plan Year 2 Ending September 2012)

| | Pd 10 2011 | Pd 11 2011 | Pd 12 2011 | Pd 13 2011 | Pd 1 2012 | Pd 2 2012 | Pd 3 2012 | Pd 4 2012 | Pd 5 2012 | Pd 6 2012 | Pd 7 2012 | Pd 8 2012 | Pd 9 2012 | FYE 9-30-12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yr Over Yr | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | | |
| | 2 Lancaster | 2 Lancaster | 2 Lancaster | 2 Lancaster | 2 Lancaster | 2 Lancaster | 2 Lancaster | 2 Lancaster | 2 Lancaster | 2 Lancaster | 2 Lancaster | 2 Lancaster | 2 Lancaster | 2 Lancaster |
| Sales | $227,146 | $241,019 | $228,308 | $240,681 | $242,596 | $262,535 | $243,173 | $224,616 | $235,737 | $228,592 | $232,488 | $244,676 | $244,041 | $3,095,609 |
| COGS | $70,415 | $74,716 | $70,776 | $74,611 | $75,205 | $81,386 | $75,384 | $69,631 | $73,079 | $70,863 | $72,071 | $75,849 | $75,653 | $959,639 |
| Gross Profit | $156,731 | $166,303 | $157,533 | $166,070 | $167,391 | $181,149 | $167,790 | $154,985 | $162,659 | $157,728 | $160,417 | $168,826 | $168,388 | $2,135,970 |
| Labor | $77,935 | $82,695 | $78,333 | $82,579 | $83,235 | $90,077 | $83,434 | $77,067 | $80,882 | $78,431 | $79,768 | $83,949 | $83,731 | $1,062,115 |
| Total Mgr Controllable Exp | $24,494 | $25,990 | $24,619 | $25,953 | $26,160 | $28,310 | $26,222 | $24,221 | $25,420 | $24,650 | $25,070 | $26,384 | $26,316 | $333,807 |
| Total Other Oper Expenses | $6,680 | $7,088 | $6,714 | $7,078 | $7,134 | $7,721 | $7,151 | $6,606 | $6,933 | $6,723 | $6,837 | $7,196 | $7,177 | $91,038 |
| Occupancy Expenses | $11,529 | $12,879 | $11,619 | $11,666 | $11,758 | $12,725 | $11,443 | $10,570 | $11,093 | $10,444 | $10,622 | $11,800 | $12,387 | $150,535 |
| Total Restaurant Operating Expense | $120,638 | $128,652 | $121,286 | $127,276 | $128,288 | $138,832 | $128,250 | $118,463 | $124,328 | $120,247 | $122,296 | $129,329 | $129,611 | $1,637,496 |
| Total Oper Income (loss) | $36,093 | $37,651 | $36,247 | $38,794 | $39,103 | $42,317 | $39,539 | $36,522 | $38,330 | $37,482 | $38,121 | $39,497 | $38,777 | $498,474 |
| **Administrative Expenses** | | | | | | | | | | | | | | |
| Corporate Office & Admin Expense Allocation | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $84,615 |
| Other G&A Expenses | $898 | $898 | $898 | $898 | $898 | $898 | $898 | $898 | $898 | $898 | $898 | $898 | $898 | $11,674 |
| Total G&A | $7,407 | $7,407 | $7,407 | $7,407 | $7,407 | $7,407 | $7,407 | $7,407 | $7,407 | $7,407 | $7,407 | $7,407 | $7,407 | $96,289 |
| Other | | | | | | | | | | | | | | |
| EBITDA (with rent add back) | $28,686 | $30,245 | $28,840 | $31,388 | $31,696 | $34,910 | $32,133 | $29,115 | $30,923 | $30,075 | $30,714 | $32,091 | $31,371 | $402,185 |
| US Trustee Fee | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Debt Service | $14,621 | $14,621 | $14,621 | $14,621 | $14,621 | $14,621 | $14,621 | $14,621 | $14,621 | $14,621 | $14,621 | $14,621 | $0 | $175,449 |
| Tax Payment on past due taxes | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Debt Service Corporate | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $0 | $4,204 |
| Net Cash Flow | $13,715 | $15,273 | $13,869 | $16,416 | $16,725 | $19,939 | $17,161 | $14,144 | $15,952 | $15,104 | $15,743 | $17,120 | $31,371 | $222,532 |
| Capital Reserve Loan | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $0 | $18,000 |
| Net Cash Flow after Reserve | $12,215 | $13,773 | $12,369 | $14,916 | $15,225 | $18,439 | $15,661 | $12,644 | $14,452 | $13,604 | $14,243 | $15,620 | $31,371 | $204,532 |
| SSS Growth | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | |
| COGS | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% |
| Labor | 35.00% | 35.00% | 35.00% | 35.00% | 35.00% | 35.00% | 35.00% | 35.00% | 35.00% | 35.00% | 35.00% | 35.00% | 35.00% | 34.31% |
| Labor Savings | | | | | | | | | | | | | | |
| Mgr Controllables | 11.00% | 11.00% | 11.00% | 11.00% | 11.00% | 11.00% | 11.00% | 11.00% | 11.00% | 11.00% | 11.00% | 11.00% | 11.00% | 10.78% |
| Total Other Exp | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 2.94% |
| Occupancy | 5.18% | 5.45% | 5.19% | 4.94% | 4.94% | 4.94% | 4.80% | 4.80% | 4.80% | 4.66% | 4.66% | 4.92% | 5.18% | 4.86% |
| Corporate Overhead | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | |
| Annual Total Corporate Overhead | | | | | | | | | | | | | | |
| Other G&A Expenses | 898 | 898 | 898 | 898 | 898 | 898 | 898 | 898 | 898 | 898 | 898 | 898 | 898 | |
| **Expenses in Dollars at 0% SSS Growth** | | | | | | | | | | | | | | |
| Labor | $77,935 | $82,695 | $78,333 | $82,579 | $83,235 | $90,077 | $83,434 | $77,067 | $80,882 | $78,431 | $79,768 | $83,949 | $83,731 | |
| Mgr Controllables | $24,494 | $25,990 | $24,619 | $25,953 | $26,160 | $28,310 | $26,222 | $24,221 | $25,420 | $24,650 | $25,070 | $26,384 | $26,316 | |
| Total Other Exp | $6,680 | $7,088 | $6,714 | $7,078 | $7,134 | $7,721 | $7,151 | $6,606 | $6,933 | $6,723 | $6,837 | $7,196 | $7,177 | |
| Occupancy | $11,529 | $12,879 | $11,619 | $11,666 | $11,758 | $12,725 | $11,443 | $10,570 | $11,093 | $10,444 | $10,622 | $11,800 | $12,387 | |

McGrath's Publick Fish House, Inc.
Case No. 10-60500-fra11
Exhibit 6 - Debtor's Projections
(Plan Year 2 Ending September 2012)

| | Pd 10 2011 | Pd 11 2011 | Pd 12 2011 | Pd 13 2011 | Pd 1 2012 | Pd 2 2012 | Pd 3 2012 | Pd 4 2012 | Pd 5 2012 | Pd 6 2012 | Pd 7 2012 | Pd 8 2012 | Pd 9 2012 | FYE 9-30-12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yr Over Yr | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | |
| | 3 Bend | 3 Bend | 3 Bend | 3 Bend | 3 Bend | 3 Bend | 3 Bend | 3 Bend | 3 Bend | 3 Bend | 3 Bend | 3 Bend | 3 Bend | 3 Bend |
| Sales | $153,934 | $161,850 | $147,205 | $152,435 | $135,666 | $133,636 | $123,277 | $132,774 | $137,943 | $160,794 | $171,025 | $185,425 | $175,673 | $1,971,638 |
| COGS | $47,720 | $50,174 | $45,634 | $47,255 | $42,056 | $41,427 | $38,216 | $41,160 | $42,762 | $49,846 | $53,018 | $57,482 | $54,459 | $611,208 |
| Gross Profit | $106,215 | $111,677 | $101,572 | $105,180 | $93,610 | $92,209 | $85,061 | $91,614 | $95,181 | $110,948 | $118,007 | $127,943 | $121,214 | $1,360,430 |
| Labor | $57,342 | $60,291 | $54,836 | $56,784 | $50,537 | $49,781 | $45,922 | $49,460 | $51,386 | $59,898 | $63,709 | $69,073 | $65,440 | $734,460 |
| Total Mgr Controllable Exp | $20,824 | $21,895 | $19,914 | $20,621 | $18,353 | $18,078 | $16,677 | $17,962 | $18,661 | $21,752 | $23,136 | $25,084 | $23,765 | $266,725 |
| Total Other Oper Expenses | $4,527 | $4,760 | $4,329 | $4,483 | $3,990 | $3,930 | $3,625 | $3,905 | $4,057 | $4,729 | $5,030 | $5,453 | $5,166 | $57,984 |
| Occupancy Expenses | $8,042 | $7,829 | $7,335 | $8,715 | $7,377 | $7,990 | $7,117 | $8,613 | $8,758 | $10,310 | $9,684 | $10,884 | $9,638 | $112,332 |
| Total Restaurant Operating Exp | $90,736 | $94,776 | $86,454 | $90,603 | $80,257 | $79,779 | $73,342 | $79,940 | $82,862 | $96,689 | $101,559 | $110,494 | $104,010 | $1,171,906 |
| Total Oper Income (loss) | $15,479 | $16,901 | $15,118 | $14,577 | $13,352 | $12,430 | $11,719 | $11,674 | $12,319 | $14,259 | $16,448 | $17,449 | $17,205 | $188,930 |
| **Administrative Expenses** | | | | | | | | | | | | | | |
| Corporate Office & Admin Expense Allocation | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $84,615 |
| Other G&A Expenses | $1,732 | $1,732 | $1,732 | $1,732 | $1,732 | $1,732 | $1,732 | $1,732 | $1,732 | $1,732 | $1,732 | $1,732 | $1,732 | $22,516 |
| Total G&A | $8,241 | $8,241 | $8,241 | $8,241 | $8,241 | $8,241 | $8,241 | $8,241 | $8,241 | $8,241 | $8,241 | $8,241 | $8,241 | $107,131 |
| Other | | | | | | | | | | | | | | |
| EBITDA (with rent add back) | $7,238 | $8,660 | $6,877 | $6,336 | $5,112 | $4,189 | $3,478 | $3,433 | $4,079 | $6,018 | $8,207 | $9,208 | $8,964 | $81,799 |
| US Trustee Fee | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Debt Service | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Tax Payment on past due taxes | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Debt Service Corporate | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $0 | $4,204 |
| Net Cash Flow | $6,887 | $8,310 | $6,527 | $5,985 | $4,761 | $3,838 | $3,128 | $3,083 | $3,728 | $5,668 | $7,857 | $8,858 | $8,964 | $77,594 |
| Capital Reserve Loan | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $0 | $18,000 |
| Net Cash Flow after Reserve | $5,387 | $6,810 | $5,027 | $4,485 | $3,261 | $2,338 | $1,628 | $1,583 | $2,228 | $4,168 | $6,357 | $7,358 | $8,964 | $59,594 |
| SSS Growth | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | |
| COGS | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% |
| Labor | 38.00% | 38.00% | 38.00% | 38.00% | 38.00% | 38.00% | 38.00% | 38.00% | 38.00% | 38.00% | 38.00% | 38.00% | 38.00% | 37.25% |
| Labor Savings | | | | | | | | | | | | | | |
| Mgr Controllables | 13.80% | 13.80% | 13.80% | 13.80% | 13.80% | 13.80% | 13.80% | 13.80% | 13.80% | 13.80% | 13.80% | 13.80% | 13.80% | 13.53% |
| Total Other Exp | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 2.94% |
| Occupancy | 5.22% | 4.84% | 5.01% | 5.72% | 5.44% | 5.98% | 5.77% | 6.49% | 6.35% | 6.41% | 5.66% | 5.87% | 5.49% | 5.70% |
| Corporate Overhead | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | |
| Annual Total Corporate Overhead | | | | | | | | | | | | | | |
| Other G&A Expenses | 1,732 | 1,732 | 1,732 | 1,732 | 1,732 | 1,732 | 1,732 | 1,732 | 1,732 | 1,732 | 1,732 | 1,732 | 1,732 | |
| Expenses in Dollars at 0% SSS Growth | | | | | | | | | | | | | | |
| Labor | $57,342 | $60,291 | $54,836 | $56,784 | $50,537 | $49,781 | $45,922 | $49,460 | $51,386 | $59,898 | $63,709 | $69,073 | $65,440 | |
| Mgr Controllables | $20,824 | $21,895 | $19,914 | $20,621 | $18,353 | $18,078 | $16,677 | $17,962 | $18,661 | $21,752 | $23,136 | $25,084 | $23,765 | |
| Total Other Exp | $4,527 | $4,760 | $4,329 | $4,483 | $3,990 | $3,930 | $3,625 | $3,905 | $4,057 | $4,729 | $5,030 | $5,453 | $5,166 | |
| Occupancy | $7,884 | $7,675 | $7,229 | $8,543 | $7,232 | $7,832 | $6,977 | $8,444 | $8,585 | $10,107 | $9,493 | $10,669 | $9,448 | |

McGrath's Publick Fish House, Inc.
Case No. 10-60500-fra11
Exhibit 6 - Debtor's Projections
(Plan Year 2 Ending September 2012)

| | Pd 10 2011 | Pd 11 2011 | Pd 12 2011 | Pd 13 2011 | Pd 1 2012 | Pd 2 2012 | Pd 3 2012 | Pd 4 2012 | Pd 5 2012 | Pd 6 2012 | Pd 7 2012 | Pd 8 2012 | Pd 9 2012 | FYE 9-30-12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yr Over Yr | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | |
| | 4 Milwuakie | 4 Milwuakie | 4 Milwuakie | 4 Milwuakie | 4 Milwuakie | 4 Milwuakie | 4 Milwuakie | 4 Milwuakie | 4 Milwuakie | 4 Milwuakie | 4 Milwuakie | 4 Milwuakie | 4 Milwuakie | 4 Milwuakie |
| Sales | $184,389 | $190,505 | $188,797 | $187,269 | $193,888 | $208,115 | $198,514 | $196,513 | $205,896 | $190,518 | $200,962 | $206,431 | $186,964 | $2,538,759 |
| | | | | | | | | | | | | | | |
| COGS | $56,239 | $58,104 | $57,583 | $57,117 | $59,136 | $63,475 | $60,547 | $59,937 | $62,798 | $58,108 | $61,293 | $62,961 | $57,024 | $774,322 |
| Gross Profit | $128,150 | $132,401 | $131,214 | $130,152 | $134,752 | $144,640 | $137,967 | $136,577 | $143,098 | $132,410 | $139,668 | $143,470 | $129,940 | $1,764,438 |
| | | | | | | | | | | | | | | |
| Labor | $69,591 | $71,899 | $71,255 | $70,678 | $73,176 | $78,545 | $74,922 | $74,167 | $77,708 | $71,904 | $75,846 | $77,910 | $70,563 | $958,163 |
| Total Mgr Controllable Exp | $19,973 | $20,636 | $20,451 | $20,285 | $21,002 | $22,544 | $21,504 | $21,287 | $22,303 | $20,637 | $21,769 | $22,361 | $20,252 | $275,005 |
| Total Other Oper Expenses | $5,423 | $5,603 | $5,552 | $5,507 | $5,702 | $6,120 | $5,838 | $5,779 | $6,055 | $5,603 | $5,910 | $6,071 | $5,498 | $74,662 |
| Occupancy Expenses | $14,467 | $14,946 | $14,586 | $14,670 | $14,701 | $15,922 | $15,312 | $14,640 | $15,278 | $14,125 | $15,224 | $16,196 | $14,669 | $194,736 |
| Total Restaurant Operating Expenses | $109,454 | $113,084 | $111,844 | $111,141 | $114,581 | $123,132 | $117,575 | $115,873 | $121,344 | $112,269 | $118,749 | $122,538 | $110,982 | $1,502,567 |
| Total Oper Income (loss) | $18,697 | $19,317 | $19,370 | $19,011 | $20,171 | $21,508 | $20,392 | $20,704 | $21,753 | $20,140 | $20,920 | $20,932 | $18,958 | $261,871 |
| | | | | | | | | | | | | | | |
| **Administrative Expenses** | | | | | | | | | | | | | | |
| Corporate Office & Admin Expense Allocation | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $84,615 |
| Other G&A Expenses | $775 | $775 | $775 | $775 | $775 | $775 | $775 | $775 | $775 | $775 | $775 | $775 | $775 | $10,075 |
| Total G&A | $7,284 | $7,284 | $7,284 | $7,284 | $7,284 | $7,284 | $7,284 | $7,284 | $7,284 | $7,284 | $7,284 | $7,284 | $7,284 | $94,690 |
| | | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| EBITDA (with rent add back) | $11,413 | $12,033 | $12,086 | $11,727 | $12,887 | $14,224 | $13,108 | $13,420 | $14,470 | $12,857 | $13,636 | $13,648 | $11,674 | $167,181 |
| | | | | | | | | | | | | | | |
| US Trustee Fee | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| | | | | | | | | | | | | | | |
| Debt Service | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Tax Payment on past due taxes | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Debt Service Corporate | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $0 | $4,204 |
| | | | | | | | | | | | | | | |
| Net Cash Flow | $11,062 | $11,683 | $11,736 | $11,377 | $12,536 | $13,874 | $12,758 | $13,070 | $14,119 | $12,506 | $13,285 | $13,297 | $11,674 | $162,976 |
| | | | | | | | | | | | | | | |
| Capital Reserve Loan | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $0 | $18,000 |
| | | | | | | | | | | | | | | |
| Net Cash Flow after Reserve | $9,562 | $10,183 | $10,236 | $9,877 | $11,036 | $12,374 | $11,258 | $11,570 | $12,619 | $11,006 | $11,785 | $11,797 | $11,674 | $144,976 |
| | | | | | | | | | | | | | | |
| SSS Growth | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | |
| COGS | 30.50% | 30.50% | 30.50% | 30.50% | 30.50% | 30.50% | 30.50% | 30.50% | 30.50% | 30.50% | 30.50% | 30.50% | 30.50% | 30.50% |
| Labor | 38.50% | 38.50% | 38.50% | 38.50% | 38.50% | 38.50% | 38.50% | 38.50% | 38.50% | 38.50% | 38.50% | 38.50% | 38.50% | 37.74% |
| Labor Savings | | | | | | | | | | | | | | |
| Mgr Controllables | 11.05% | 11.05% | 11.05% | 11.05% | 11.05% | 11.05% | 11.05% | 11.05% | 11.05% | 11.05% | 11.05% | 11.05% | 11.05% | 10.83% |
| Total Other Exp | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 2.94% |
| Occupancy | 7.85% | 7.85% | 7.73% | 7.83% | 7.58% | 7.65% | 7.71% | 7.45% | 7.42% | 7.41% | 7.58% | 7.85% | 7.85% | 7.67% |
| Corporate Overhead | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | |
| Annual Total Corporate Overhead | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| Other G&A Expenses | 775 | 775 | 775 | 775 | 775 | 775 | 775 | 775 | 775 | 775 | 775 | 775 | 775 | |
| | | | | | | | | | | | | | | |
| Expenses in Dollars at 0% SSS Growth | | | | | | | | | | | | | | |
| Labor | $69,591 | $71,899 | $71,255 | $70,678 | $73,176 | $78,545 | $74,922 | $74,167 | $77,708 | $71,904 | $75,846 | $77,910 | $70,563 | |
| Mgr Controllables | $19,973 | $20,636 | $20,451 | $20,285 | $21,002 | $22,544 | $21,504 | $21,287 | $22,303 | $20,637 | $21,769 | $22,361 | $20,252 | |
| Total Other Exp | $5,423 | $5,603 | $5,552 | $5,507 | $5,702 | $6,120 | $5,838 | $5,779 | $6,055 | $5,603 | $5,910 | $6,071 | $5,498 | |
| Occupancy | $14,181 | $14,652 | $14,299 | $14,381 | $14,411 | $15,609 | $15,010 | $14,351 | $14,977 | $13,847 | $14,924 | $15,877 | $14,380 | |

McGrath's Publick Fish House, Inc.
Case No. 10-60500-fra11
Exhibit 6 - Debtor's Projections
(Plan Year 2 Ending September 2012)

| | Pd 10 2011 | Pd 11 2011 | Pd 12 2011 | Pd 13 2011 | Pd 1 2012 | Pd 2 2012 | Pd 3 2012 | Pd 4 2012 | Pd 5 2012 | Pd 6 2012 | Pd 7 2012 | Pd 8 2012 | Pd 9 2012 | FYE 9-30-12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yr Over Yr | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | |
| | 5 Eugene | 5 Eugene | 5 Eugene | 5 Eugene | 5 Eugene | 5 Eugene | 5 Eugene | 5 Eugene | 5 Eugene | 5 Eugene | 5 Eugene | 5 Eugene | 5 Eugene | 5 Eugene |
| Sales | $209,671 | $212,739 | $210,349 | $205,647 | $220,177 | $228,179 | $214,931 | $210,382 | $222,841 | $211,401 | $217,439 | $223,028 | $209,194 | $2,795,976 |
| | | | | | | | | | | | | | | |
| COGS | $67,095 | $68,076 | $67,312 | $65,807 | $70,457 | $73,017 | $68,778 | $67,322 | $71,309 | $67,648 | $69,580 | $71,369 | $66,942 | $894,712 |
| Gross Profit | $142,576 | $144,663 | $143,037 | $139,840 | $149,720 | $155,161 | $146,153 | $143,060 | $151,532 | $143,753 | $147,858 | $151,659 | $142,252 | $1,901,264 |
| | | | | | | | | | | | | | | |
| Labor | $75,022 | $76,120 | $75,265 | $73,582 | $78,781 | $81,644 | $76,904 | $75,276 | $79,734 | $75,641 | $77,801 | $79,801 | $74,851 | $1,000,423 |
| Total Mgr Controllable Exp | $26,515 | $26,903 | $26,600 | $26,006 | $27,843 | $28,855 | $27,180 | $26,605 | $28,180 | $26,733 | $27,497 | $28,204 | $26,454 | $353,574 |
| Total Other Oper Expenses | $6,166 | $6,256 | $6,186 | $6,048 | $6,475 | $6,710 | $6,321 | $6,187 | $6,554 | $6,217 | $6,395 | $6,559 | $6,152 | $82,227 |
| Occupancy Expenses | $15,010 | $15,231 | $14,826 | $14,496 | $15,521 | $16,520 | $15,562 | $15,234 | $16,137 | $15,310 | $15,748 | $15,964 | $14,975 | $200,532 |
| Total Restaurant Operating Expense | $122,713 | $124,510 | $122,877 | $120,131 | $128,620 | $133,729 | $125,966 | $123,301 | $130,605 | $123,901 | $127,441 | $130,528 | $122,433 | $1,636,756 |
| Total Oper Income (loss) | $19,863 | $20,153 | $20,160 | $19,709 | $21,100 | $21,432 | $20,187 | $19,758 | $20,927 | $19,852 | $20,418 | $21,131 | $19,819 | $264,508 |
| | | | | | | | | | | | | | | |
| **Administrative Expenses** | | | | | | | | | | | | | | |
| Corporate Office & Admin Expense Allocation | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $84,615 |
| Other G&A Expenses | $1,004 | $1,004 | $1,004 | $1,004 | $1,004 | $1,004 | $1,004 | $1,004 | $1,004 | $1,004 | $1,004 | $1,004 | $1,004 | $13,052 |
| Total G&A | $7,513 | $7,513 | $7,513 | $7,513 | $7,513 | $7,513 | $7,513 | $7,513 | $7,513 | $7,513 | $7,513 | $7,513 | $7,513 | $97,667 |
| | | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| EBITDA (with rent add back) | $12,350 | $12,640 | $12,647 | $12,196 | $13,587 | $13,919 | $12,674 | $12,245 | $13,414 | $12,339 | $12,905 | $13,618 | $12,306 | $166,841 |
| | | | | | | | | | | | | | | |
| US Trustee Fee | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| | | | | | | | | | | | | | | |
| Debt Service | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Tax Payment on past due taxes | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Debt Service Corporate | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $4,204 |
| | | | | | | | | | | | | | | |
| Net Cash Flow | $12,000 | $12,290 | $12,297 | $11,845 | $13,237 | $13,569 | $12,323 | $11,895 | $13,064 | $11,988 | $12,554 | $13,268 | $12,306 | $162,636 |
| | | | | | | | | | | | | | | |
| Capital Reserve Loan | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $0 | $18,000 |
| | | | | | | | | | | | | | | |
| Net Cash Flow after Reserve | $10,500 | $10,790 | $10,797 | $10,345 | $11,737 | $12,069 | $10,823 | $10,395 | $11,564 | $10,488 | $11,054 | $11,768 | $12,306 | $144,636 |
| | | | | | | | | | | | | | | |
| SSS Growth | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | |
| COGS | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% |
| Labor | 36.50% | 36.50% | 36.50% | 36.50% | 36.50% | 36.50% | 36.50% | 36.50% | 36.50% | 36.50% | 36.50% | 36.50% | 36.50% | 35.78% |
| Labor Savings | | | | | | | | | | | | | | |
| Mgr Controllables | 12.90% | 12.90% | 12.90% | 12.90% | 12.90% | 12.90% | 12.90% | 12.90% | 12.90% | 12.90% | 12.90% | 12.90% | 12.90% | 12.65% |
| Total Other Exp | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 2.94% |
| Occupancy | 7.16% | 7.16% | 7.05% | 7.05% | 7.05% | 7.24% | 7.24% | 7.24% | 7.24% | 7.24% | 7.24% | 7.16% | 7.16% | 7.17% |
| Corporate Overhead | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | |
| Annual Total Corporate Overhead | | | | | | | | | | | | | | |
| Other G&A Expenses | 1,004 | 1,004 | 1,004 | 1,004 | 1,004 | 1,004 | 1,004 | 1,004 | 1,004 | 1,004 | 1,004 | 1,004 | 1,004 | |
| | | | | | | | | | | | | | | |
| Expenses in Dollars at 0% SSS Growth | | | | | | | | | | | | | | |
| Labor | $75,022 | $76,120 | $75,265 | $73,582 | $78,781 | $81,644 | $76,904 | $75,276 | $79,734 | $75,641 | $77,801 | $79,801 | $74,851 | |
| Mgr Controllables | $26,515 | $26,903 | $26,600 | $26,006 | $27,843 | $28,855 | $27,180 | $26,605 | $28,180 | $26,733 | $27,497 | $28,204 | $26,454 | |
| Total Other Exp | $6,166 | $6,256 | $6,186 | $6,048 | $6,475 | $6,710 | $6,321 | $6,187 | $6,554 | $6,217 | $6,395 | $6,559 | $6,152 | |
| Occupancy | $14,714 | $14,931 | $14,534 | $14,210 | $15,215 | $16,194 | $15,255 | $14,933 | $15,819 | $15,008 | $15,438 | $15,650 | $14,680 | |

McGrath's Publick Fish House, Inc.
Case No. 10-60500-fra11
Exhibit 6 - Debtor's Projections
(Plan Year 2 Ending September 2012)

| | Pd 10 2011 | Pd 11 2011 | Pd 12 2011 | Pd 13 2011 | Pd 1 2012 | Pd 2 2012 | Pd 3 2012 | Pd 4 2012 | Pd 5 2012 | Pd 6 2012 | Pd 7 2012 | Pd 8 2012 | Pd 9 2012 | FYE 9-30-12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yr Over Yr | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | | |
| | 6 Corvallis | 6 Corvallis | 6 Corvallis | 6 Corvallis | 6 Corvallis | 6 Corvallis | 6 Corvallis | 6 Corvallis | 6 Corvallis | 6 Corvallis | 6 Corvallis | 6 Corvallis | 6 Corvallis | 6 Corvallis |
| Sales | $161,312 | $167,170 | $158,588 | $143,940 | $169,851 | $170,043 | $170,833 | $163,128 | $178,621 | $175,122 | $161,934 | $170,613 | $151,378 | $2,142,532 |
| COGS | $50,007 | $51,823 | $49,162 | $44,621 | $52,654 | $52,713 | $52,958 | $50,570 | $55,372 | $54,288 | $50,199 | $52,890 | $46,927 | $664,185 |
| Gross Profit | $111,305 | $115,347 | $109,426 | $99,318 | $117,197 | $117,330 | $117,875 | $112,558 | $123,248 | $120,835 | $111,734 | $117,723 | $104,451 | $1,478,347 |
| Labor | $60,091 | $62,273 | $59,076 | $53,619 | $63,271 | $63,343 | $63,637 | $60,767 | $66,538 | $65,235 | $60,322 | $63,555 | $56,390 | $798,120 |
| Total Mgr Controllable Exp | $20,874 | $21,632 | $20,521 | $18,626 | $21,979 | $22,003 | $22,106 | $21,109 | $23,113 | $22,661 | $20,954 | $22,077 | $19,588 | $277,242 |
| Total Other Oper Expenses | $3,953 | $4,097 | $3,887 | $3,528 | $4,163 | $4,167 | $4,187 | $3,998 | $4,378 | $4,292 | $3,969 | $4,181 | $3,710 | $52,508 |
| Occupancy Expenses | $11,324 | $11,735 | $11,766 | $10,022 | $11,411 | $12,042 | $13,330 | $10,787 | $11,968 | $11,710 | $11,456 | $11,977 | $10,626 | $150,153 |
| Total Restaurant Operating Expense | $96,241 | $99,736 | $95,250 | $85,794 | $100,824 | $101,556 | $103,259 | $96,660 | $105,997 | $103,898 | $96,701 | $101,790 | $90,315 | $1,278,023 |
| Total Oper Income (loss) | $15,064 | $15,611 | $14,176 | $13,524 | $16,373 | $15,773 | $14,616 | $15,898 | $17,251 | $16,936 | $15,033 | $15,932 | $14,136 | $200,324 |
| **Administrative Expenses** | | | | | | | | | | | | | | |
| Corporate Office & Admin Expense Allocation | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $84,615 |
| Other G&A Expenses | $709 | $709 | $709 | $709 | $709 | $709 | $709 | $709 | $709 | $709 | $709 | $709 | $709 | $9,217 |
| Total G&A | $7,218 | $7,218 | $7,218 | $7,218 | $7,218 | $7,218 | $7,218 | $7,218 | $7,218 | $7,218 | $7,218 | $7,218 | $7,218 | $93,832 |
| Other | | | | | | | | | | | | | | |
| EBITDA (with rent add back) | $7,846 | $8,393 | $6,958 | $6,306 | $9,155 | $8,556 | $7,398 | $8,680 | $10,033 | $9,719 | $7,815 | $8,715 | $6,918 | $106,492 |
| US Trustee Fee | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Debt Service | $6,480 | $6,480 | $6,480 | $6,480 | $6,480 | $6,480 | $6,480 | $6,480 | $6,480 | $6,480 | $6,480 | $6,480 | $0 | $77,758 |
| Tax Payment on past due taxes | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Debt Service Corporate | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $0 | $4,204 |
| Net Cash Flow | $1,016 | $1,563 | $128 | ($524) | $2,325 | $1,725 | $567 | $1,850 | $3,203 | $2,888 | $985 | $1,884 | $6,918 | $24,530 |
| Capital Reserve Loan | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $0 | $18,000 |
| Net Cash Flow after Reserve | ($484) | $63 | ($1,372) | ($2,024) | $825 | $225 | ($933) | $350 | $1,703 | $1,388 | ($515) | $384 | $6,918 | $6,530 |
| SSS Growth | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | |
| COGS | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% |
| Labor | 38.00% | 38.00% | 38.00% | 38.00% | 38.00% | 38.00% | 38.00% | 38.00% | 38.00% | 38.00% | 38.00% | 38.00% | 38.00% | 37.25% |
| Labor Savings | | | | | | | | | | | | | | |
| Mgr Controllables | 13.20% | 13.20% | 13.20% | 13.20% | 13.20% | 13.20% | 13.20% | 13.20% | 13.20% | 13.20% | 13.20% | 13.20% | 13.20% | 12.94% |
| Total Other Exp | 2.50% | 2.50% | 2.50% | 2.50% | 2.50% | 2.50% | 2.50% | 2.50% | 2.50% | 2.50% | 2.50% | 2.50% | 2.50% | 2.45% |
| Occupancy | 7.02% | 7.02% | 7.42% | 6.96% | 6.72% | 7.08% | 7.80% | 6.61% | 6.70% | 6.69% | 7.07% | 7.02% | 7.02% | 7.01% |
| Corporate Overhead | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | |
| Annual Total Corporate Overhead | | | | | | | | | | | | | | |
| Other G&A Expenses | 709 | 709 | 709 | 709 | 709 | 709 | 709 | 709 | 709 | 709 | 709 | 709 | 709 | |
| Expenses in Dollars at 0% SSS Growth | | | | | | | | | | | | | | |
| Labor | $60,091 | $62,273 | $59,076 | $53,619 | $63,271 | $63,343 | $63,637 | $60,767 | $66,538 | $65,235 | $60,322 | $63,555 | $56,390 | |
| Mgr Controllables | $20,874 | $21,632 | $20,521 | $18,626 | $21,979 | $22,003 | $22,106 | $21,109 | $23,113 | $22,661 | $20,954 | $22,077 | $19,588 | |
| Total Other Exp | $3,953 | $4,097 | $3,887 | $3,528 | $4,163 | $4,167 | $4,187 | $3,998 | $4,378 | $4,292 | $3,969 | $4,181 | $3,710 | |
| Occupancy | $11,101 | $11,504 | $11,534 | $9,824 | $11,186 | $11,805 | $13,067 | $10,574 | $11,732 | $11,480 | $11,231 | $11,741 | $10,417 | |

McGrath's Publick Fish House, Inc.
Case No. 10-60500-fra11
Exhibit 6 - Debtor's Projections
(Plan Year 2 Ending September 2012)

| | Pd 10 2011 | Pd 11 2011 | Pd 12 2011 | Pd 13 2011 | Pd 1 2012 | Pd 2 2012 | Pd 3 2012 | Pd 4 2012 | Pd 5 2012 | Pd 6 2012 | Pd 7 2012 | Pd 8 2012 | Pd 9 2012 | FYE 9-30-12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yr Over Yr | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | |
| | 7 Medford | 7 Medford | 7 Medford | 7 Medford | 7 Medford | 7 Medford | 7 Medford | 7 Medford | 7 Medford | 7 Medford | 7 Medford | 7 Medford | 7 Medford | 7 Medford |
| Sales | $195,718 | $205,209 | $194,849 | $183,946 | $175,213 | $191,437 | $191,260 | $182,532 | $201,218 | $204,640 | $216,556 | $210,789 | $201,419 | $2,554,785 |
| | | | | | | | | | | | | | | |
| COGS | $61,651 | $64,641 | $61,377 | $57,943 | $55,192 | $60,303 | $60,247 | $57,498 | $63,384 | $64,462 | $68,215 | $66,399 | $63,447 | $804,757 |
| Gross Profit | $134,067 | $140,568 | $133,472 | $126,003 | $120,021 | $131,134 | $131,013 | $125,035 | $137,834 | $140,178 | $148,341 | $144,391 | $137,972 | $1,750,028 |
| | | | | | | | | | | | | | | |
| Labor | $71,948 | $75,437 | $71,629 | $67,621 | $64,410 | $70,374 | $70,309 | $67,101 | $73,970 | $75,228 | $79,608 | $77,488 | $74,044 | $939,167 |
| Total Mgr Controllable Exp | $25,901 | $27,157 | $25,786 | $24,343 | $23,188 | $25,335 | $25,311 | $24,156 | $26,629 | $27,082 | $28,659 | $27,896 | $26,656 | $338,100 |
| Total Other Oper Expenses | $6,715 | $7,041 | $6,685 | $6,311 | $6,012 | $6,568 | $6,562 | $6,263 | $6,904 | $7,021 | $7,430 | $7,232 | $6,911 | $87,656 |
| Occupancy Expenses | $1,725 | $1,808 | $1,700 | $1,589 | $1,499 | $1,637 | $1,636 | $1,546 | $1,704 | $1,733 | $1,834 | $1,857 | $1,775 | $22,042 |
| Total Restaurant Operating Expense | $106,289 | $111,443 | $105,800 | $99,864 | $95,108 | $103,914 | $103,819 | $99,066 | $109,207 | $111,064 | $117,531 | $114,474 | $109,385 | $1,386,965 |
| Total Oper Income (loss) | $27,778 | $29,125 | $27,671 | $26,139 | $24,913 | $27,220 | $27,195 | $25,969 | $28,627 | $29,114 | $30,810 | $29,917 | $28,587 | $363,063 |
| | | | | | | | | | | | | | | |
| **Administrative Expenses** | | | | | | | | | | | | | | |
| Corporate Office & Admin Expense Allocation | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $84,615 |
| Other G&A Expenses | $1,980 | $1,980 | $1,980 | $1,980 | $1,980 | $1,980 | $1,980 | $1,980 | $1,980 | $1,980 | $1,980 | $1,980 | $1,980 | $25,740 |
| **Total G&A** | $8,489 | $8,489 | $8,489 | $8,489 | $8,489 | $8,489 | $8,489 | $8,489 | $8,489 | $8,489 | $8,489 | $8,489 | $8,489 | $110,355 |
| | | | | | | | | | | | | | | |
| **Other** | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| **EBITDA (with rent add back)** | $19,289 | $20,636 | $19,182 | $17,650 | $16,424 | $18,731 | $18,706 | $17,480 | $20,139 | $20,625 | $22,321 | $21,428 | $20,098 | $252,708 |
| | | | | | | | | | | | | | | |
| **US Trustee Fee** | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| | | | | | | | | | | | | | | |
| Debt Service | $14,966 | $14,966 | $14,966 | $14,966 | $14,966 | $14,966 | $14,966 | $14,966 | $14,966 | $14,966 | $14,966 | $14,966 | $0 | $179,590 |
| Tax Payment on past due taxes | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Debt Service Corporate | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $0 | $4,204 |
| | | | | | | | | | | | | | | |
| **Net Cash Flow** | $3,973 | $5,320 | $3,866 | $2,334 | $1,108 | $3,415 | $3,390 | $2,164 | $4,822 | $5,309 | $7,004 | $6,112 | $20,098 | $68,914 |
| | | | | | | | | | | | | | | |
| Capital Reserve Loan | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $0 | $18,000 |
| | | | | | | | | | | | | | | |
| **Net Cash Flow after Reserve** | $2,473 | $3,820 | $2,366 | $834 | ($392) | $1,915 | $1,890 | $664 | $3,322 | $3,809 | $5,504 | $4,612 | $20,098 | $50,914 |
| | | | | | | | | | | | | | | |
| SSS Growth | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | |
| COGS | 31.50% | 31.50% | 31.50% | 31.50% | 31.50% | 31.50% | 31.50% | 31.50% | 31.50% | 31.50% | 31.50% | 31.50% | 31.50% | 31.50% |
| Labor | 37.50% | 37.50% | 37.50% | 37.50% | 37.50% | 37.50% | 37.50% | 37.50% | 37.50% | 37.50% | 37.50% | 37.50% | 37.50% | 36.76% |
| Labor Savings | | | | | | | | | | | | | | |
| Mgr Controllables | 13.50% | 13.50% | 13.50% | 13.50% | 13.50% | 13.50% | 13.50% | 13.50% | 13.50% | 13.50% | 13.50% | 13.50% | 13.50% | 13.23% |
| Total Other Exp | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.43% |
| Occupancy | 0.90% | 0.90% | 0.89% | 0.88% | 0.87% | 0.87% | 0.87% | 0.86% | 0.86% | 0.86% | 0.86% | 0.90% | 0.90% | 0.86% |
| Corporate Overhead | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | |
| Annual Total Corporate Overhead | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| Other G&A Expenses | 1,980 | 1,980 | 1,980 | 1,980 | 1,980 | 1,980 | 1,980 | 1,980 | 1,980 | 1,980 | 1,980 | 1,980 | 1,980 | |
| | | | | | | | | | | | | | | |
| Expenses in Dollars at 0% SSS Growth | | | | | | | | | | | | | | |
| Labor | $71,948 | $75,437 | $71,629 | $67,621 | $64,410 | $70,374 | $70,309 | $67,101 | $73,970 | $75,228 | $79,608 | $77,488 | $74,044 | |
| Mgr Controllables | $25,901 | $27,157 | $25,786 | $24,343 | $23,188 | $25,335 | $25,311 | $24,156 | $26,629 | $27,082 | $28,659 | $27,896 | $26,656 | |
| Total Other Exp | $6,715 | $7,041 | $6,685 | $6,311 | $6,012 | $6,568 | $6,562 | $6,263 | $6,904 | $7,021 | $7,430 | $7,232 | $6,911 | |
| Occupancy | $1,725 | $1,808 | $1,700 | $1,589 | $1,499 | $1,637 | $1,636 | $1,546 | $1,704 | $1,733 | $1,834 | $1,857 | $1,775 | |

McGrath's Publick Fish House, Inc.
Case No. 10-60500-fra11
Exhibit 6 - Debtor's Projections
(Plan Year 2 Ending September 2012)

| | Pd 10 2011 | Pd 11 2011 | Pd 12 2011 | Pd 13 2011 | Pd 1 2012 | Pd 2 2012 | Pd 3 2012 | Pd 4 2012 | Pd 5 2012 | Pd 6 2012 | Pd 7 2012 | Pd 8 2012 | Pd 9 2012 | FYE 9-30-12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yr Over Yr | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | |
| | 8 Boise | 8 Boise | 8 Boise | 8 Boise | 8 Boise | 8 Boise | 8 Boise | 8 Boise | 8 Boise | 8 Boise | 8 Boise | 8 Boise | 8 Boise | 8 Boise |
| Sales | $137,761 | $156,935 | $156,225 | $163,168 | $172,057 | $189,120 | $182,839 | $171,335 | $174,167 | $169,015 | $160,095 | $167,672 | $161,739 | $2,162,128 |
| | | | | | | | | | | | | | | |
| COGS | $46,839 | $53,358 | $53,117 | $55,477 | $58,499 | $64,301 | $62,165 | $58,254 | $59,217 | $57,465 | $54,432 | $57,009 | $54,991 | $735,124 |
| Gross Profit | $90,922 | $103,577 | $103,109 | $107,691 | $113,558 | $124,819 | $120,674 | $113,081 | $114,950 | $111,550 | $105,663 | $110,664 | $106,748 | $1,427,005 |
| | | | | | | | | | | | | | | |
| Labor | $42,540 | $48,461 | $48,241 | $50,385 | $53,130 | $58,399 | $56,459 | $52,907 | $53,782 | $52,191 | $49,436 | $51,776 | $49,944 | $667,651 |
| Total Mgr Controllable Exp | $19,582 | $22,307 | $22,206 | $23,193 | $24,457 | $26,882 | $25,989 | $24,354 | $24,757 | $24,024 | $22,756 | $23,833 | $22,990 | $307,331 |
| Total Other Oper Expenses | $5,402 | $6,154 | $6,126 | $6,398 | $6,747 | $7,416 | $7,169 | $6,718 | $6,829 | $6,627 | $6,278 | $6,575 | $6,342 | $84,781 |
| Occupancy Expenses | $14,433 | $16,441 | $16,532 | $17,442 | $18,392 | $20,216 | $18,525 | $17,360 | $17,647 | $17,125 | $16,221 | $17,273 | $16,945 | $224,551 |
| Total Restaurant Operating Expense | $81,956 | $93,363 | $93,106 | $97,418 | $102,725 | $112,912 | $108,143 | $101,339 | $103,014 | $99,967 | $94,691 | $99,457 | $96,221 | $1,284,314 |
| Total Oper Income (loss) | $8,966 | $10,214 | $10,003 | $10,273 | $10,833 | $11,907 | $12,530 | $11,742 | $11,936 | $11,583 | $10,972 | $11,206 | $10,527 | $142,691 |
| | | | | | | | | | | | | | | |
| **Administrative Expenses** | | | | | | | | | | | | | | |
| Corporate Office & Admin Expense Allocation | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $84,615 |
| Other G&A Expenses | $801 | $801 | $801 | $801 | $801 | $801 | $801 | $801 | $801 | $801 | $801 | $801 | $801 | $10,413 |
| Total G&A | $7,310 | $7,310 | $7,310 | $7,310 | $7,310 | $7,310 | $7,310 | $7,310 | $7,310 | $7,310 | $7,310 | $7,310 | $7,310 | $95,028 |
| | | | | | | | | | | | | | | |
| **Other** | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| **EBITDA (with rent add back)** | $1,656 | $2,904 | $2,693 | $2,963 | $3,523 | $4,597 | $5,220 | $4,432 | $4,626 | $4,273 | $3,662 | $3,896 | $3,217 | $47,663 |
| | | | | | | | | | | | | | | |
| **US Trustee Fee** | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| | | | | | | | | | | | | | | |
| Debt Service | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Tax Payment on past due taxes | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Debt Service Corporate | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $0 | $4,204 |
| | | | | | | | | | | | | | | |
| **Net Cash Flow** | $1,306 | $2,554 | $2,342 | $2,613 | $3,172 | $4,246 | $4,870 | $4,082 | $4,276 | $3,923 | $3,311 | $3,546 | $3,217 | $43,458 |
| | | | | | | | | | | | | | | |
| Capital Reserve Loan | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $0 | $18,000 |
| | | | | | | | | | | | | | | |
| **Net Cash Flow after Reserve** | ($194) | $1,054 | $842 | $1,113 | $1,672 | $2,746 | $3,370 | $2,582 | $2,776 | $2,423 | $1,811 | $2,046 | $3,217 | $25,458 |
| | | | | | | | | | | | | | | |
| SSS Growth | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | |
| COGS | 34.00% | 34.00% | 34.00% | 34.00% | 34.00% | 34.00% | 34.00% | 34.00% | 34.00% | 34.00% | 34.00% | 34.00% | 34.00% | 34.00% |
| Labor | 31.50% | 31.50% | 31.50% | 31.50% | 31.50% | 31.50% | 31.50% | 31.50% | 31.50% | 31.50% | 31.50% | 31.50% | 31.50% | 30.88% |
| Labor Savings | | | | | | | | | | | | | | |
| Mgr Controllables | 14.50% | 14.50% | 14.50% | 14.50% | 14.50% | 14.50% | 14.50% | 14.50% | 14.50% | 14.50% | 14.50% | 14.50% | 14.50% | 14.21% |
| Total Other Exp | 4.00% | 4.00% | 4.00% | 4.00% | 4.00% | 4.00% | 4.00% | 4.00% | 4.00% | 4.00% | 4.00% | 4.00% | 4.00% | 3.92% |
| Occupancy | 10.48% | 10.48% | 10.58% | 10.69% | 10.69% | 10.69% | 10.13% | 10.13% | 10.13% | 10.13% | 10.13% | 10.30% | 10.48% | 10.39% |
| Corporate Overhead | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | |
| Annual Total Corporate Overhead | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| Other G&A Expenses | 801 | 801 | 801 | 801 | 801 | 801 | 801 | 801 | 801 | 801 | 801 | 801 | 801 | |
| | | | | | | | | | | | | | | |
| Expenses in Dollars at 0% SSS Growth | | | | | | | | | | | | | | |
| Labor | $42,540 | $48,461 | $48,241 | $50,385 | $53,130 | $58,399 | $56,459 | $52,907 | $53,782 | $52,191 | $49,436 | $51,776 | $49,944 | |
| Mgr Controllables | $19,582 | $22,307 | $22,206 | $23,193 | $24,457 | $26,882 | $25,989 | $24,354 | $24,757 | $24,024 | $22,756 | $23,833 | $22,990 | |
| Total Other Exp | $5,402 | $6,154 | $6,126 | $6,398 | $6,747 | $7,416 | $7,169 | $6,718 | $6,829 | $6,627 | $6,278 | $6,575 | $6,342 | |
| Occupancy | $14,148 | $16,118 | $16,207 | $17,098 | $18,029 | $19,817 | $18,160 | $17,018 | $17,299 | $16,787 | $15,901 | $16,933 | $16,611 | |

McGrath's Publick Fish House, Inc.
Case No. 10-60500-fra11
Exhibit 6 - Debtor's Projections
(Plan Year 2 Ending September 2012)

| | Pd 10 2011 | Pd 11 2011 | Pd 12 2011 | Pd 13 2011 | Pd 1 2012 | Pd 2 2012 | Pd 3 2012 | Pd 4 2012 | Pd 5 2012 | Pd 6 2012 | Pd 7 2012 | Pd 8 2012 | Pd 9 2012 | FYE 9-30-12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yr Over Yr | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | |
| | 9 Vancouver | 9 Vancouver | 9 Vancouver | 9 Vancouver | 9 Vancouver | 9 Vancouver | 9 Vancouver | 9 Vancouver | 9 Vancouver | 9 Vancouver | 9 Vancouver | 9 Vancouver | 9 Vancouver | 9 Vancouver |
| Sales | $221,892 | $229,323 | $223,030 | $221,999 | $240,705 | $247,401 | $233,916 | $223,333 | $237,071 | $215,569 | $237,002 | $234,918 | $230,351 | $2,996,511 |
| COGS | $68,787 | $71,090 | $69,139 | $68,820 | $74,619 | $76,694 | $72,514 | $69,233 | $73,492 | $66,826 | $73,471 | $72,825 | $71,409 | $928,918 |
| Gross Profit | $153,106 | $158,233 | $153,890 | $153,180 | $166,087 | $170,707 | $161,402 | $154,100 | $163,579 | $148,742 | $163,531 | $162,093 | $158,942 | $2,067,593 |
| Labor | $77,220 | $79,806 | $77,615 | $77,257 | $83,767 | $86,097 | $81,404 | $77,721 | $82,502 | $75,019 | $82,478 | $81,753 | $80,163 | $1,042,801 |
| Total Mgr Controllable Exp | $27,843 | $28,775 | $27,985 | $27,856 | $30,203 | $31,043 | $29,351 | $28,023 | $29,747 | $27,049 | $29,739 | $29,477 | $28,904 | $375,996 |
| Total Other Oper Expenses | $8,701 | $8,992 | $8,745 | $8,705 | $9,439 | $9,701 | $9,172 | $8,757 | $9,296 | $8,453 | $9,293 | $9,212 | $9,032 | $117,499 |
| Occupancy Expenses | $3,013 | $3,114 | $3,001 | $2,943 | $3,087 | $3,263 | $3,099 | $2,729 | $3,028 | $2,779 | $3,192 | $3,190 | $3,128 | $39,566 |
| Total Restaurant Operating Expense | $116,777 | $120,687 | $117,347 | $116,761 | $126,496 | $130,104 | $123,026 | $117,231 | $124,573 | $113,300 | $124,702 | $123,631 | $121,228 | $1,575,862 |
| Total Oper Income (loss) | $36,329 | $37,546 | $36,544 | $36,419 | $39,591 | $40,603 | $38,375 | $36,869 | $39,006 | $35,442 | $38,830 | $38,462 | $37,714 | $491,731 |
| **Administrative Expenses** | | | | | | | | | | | | | | |
| Corporate Office & Admin Expense Allocation | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $84,615 |
| Other G&A Expenses | $945 | $945 | $945 | $945 | $945 | $945 | $945 | $945 | $945 | $945 | $945 | $945 | $945 | $12,285 |
| Total G&A | $7,454 | $7,454 | $7,454 | $7,454 | $7,454 | $7,454 | $7,454 | $7,454 | $7,454 | $7,454 | $7,454 | $7,454 | $7,454 | $96,900 |
| Other | | | | | | | | | | | | | | |
| EBITDA (with rent add back) | $28,876 | $30,092 | $29,090 | $28,965 | $32,137 | $33,149 | $30,922 | $29,415 | $31,552 | $27,988 | $31,376 | $31,008 | $30,260 | $394,831 |
| US Trustee Fee | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Debt Service | $21,176 | $21,176 | $21,176 | $21,176 | $21,176 | $21,176 | $21,176 | $21,176 | $21,176 | $21,176 | $21,176 | $21,176 | $0 | $254,112 |
| Tax Payment on past due taxes | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Debt Service Corporate | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $0 | $4,204 |
| Net Cash Flow | $7,349 | $8,566 | $7,563 | $7,439 | $10,611 | $11,623 | $9,395 | $7,889 | $10,026 | $6,462 | $9,850 | $9,482 | $30,260 | $136,514 |
| Capital Reserve Loan | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $0 | $18,000 |
| Net Cash Flow after Reserve | $5,849 | $7,066 | $6,063 | $5,939 | $9,111 | $10,123 | $7,895 | $6,389 | $8,526 | $4,962 | $8,350 | $7,982 | $30,260 | $118,514 |
| SSS Growth | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | |
| COGS | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% |
| Labor | 35.50% | 35.50% | 35.50% | 35.50% | 35.50% | 35.50% | 35.50% | 35.50% | 35.50% | 35.50% | 35.50% | 35.50% | 35.50% | 34.80% |
| Mgr Controllables | 12.80% | 12.80% | 12.80% | 12.80% | 12.80% | 12.80% | 12.80% | 12.80% | 12.80% | 12.80% | 12.80% | 12.80% | 12.80% | 12.55% |
| Total Other Exp | 4.00% | 4.00% | 4.00% | 4.00% | 4.00% | 4.00% | 4.00% | 4.00% | 4.00% | 4.00% | 4.00% | 4.00% | 4.00% | 3.92% |
| Occupancy | 1.39% | 1.39% | 1.37% | 1.35% | 1.31% | 1.35% | 1.35% | 1.25% | 1.30% | 1.32% | 1.37% | 1.39% | 1.39% | 1.32% |
| Corporate Overhead | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | |
| Annual Total Corporate Overhead | | | | | | | | | | | | | | |
| Other G&A Expenses | 945 | 945 | 945 | 945 | 945 | 945 | 945 | 945 | 945 | 945 | 945 | 945 | 945 | |
| Expenses in Dollars at 0% SSS Growth | | | | | | | | | | | | | | |
| Labor | $77,220 | $79,806 | $77,615 | $77,257 | $83,767 | $86,097 | $81,404 | $77,721 | $82,502 | $75,019 | $82,478 | $81,753 | $80,163 | |
| Mgr Controllables | $27,843 | $28,775 | $27,985 | $27,856 | $30,203 | $31,043 | $29,351 | $28,023 | $29,747 | $27,049 | $29,739 | $29,477 | $28,904 | |
| Total Other Exp | $8,701 | $8,992 | $8,745 | $8,705 | $9,439 | $9,701 | $9,172 | $8,757 | $9,296 | $8,453 | $9,293 | $9,212 | $9,032 | |
| Occupancy | $3,013 | $3,114 | $3,001 | $2,943 | $3,087 | $3,263 | $3,099 | $2,729 | $3,028 | $2,779 | $3,192 | $3,190 | $3,128 | |

McGrath's Publick Fish House, Inc.
Case No. 10-60500-fra11
Exhibit 6 - Debtor's Projections
(Plan Year 2 Ending September 2012)

| | Pd 10 2011 | Pd 11 2011 | Pd 12 2011 | Pd 13 2011 | Pd 1 2012 | Pd 2 2012 | Pd 3 2012 | Pd 4 2012 | Pd 5 2012 | Pd 6 2012 | Pd 7 2012 | Pd 8 2012 | Pd 9 2012 | FYE 9-30-12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yr Over Yr | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | |
| | 11 Sandy | 11 Sandy | 11 Sandy | 11 Sandy | 11 Sandy | 11 Sandy | 11 Sandy | 11 Sandy | 11 Sandy | 11 Sandy | 11 Sandy | 11 Sandy | 11 Sandy | 11 Sandy |
| Sales | $120,859 | $133,841 | $131,094 | $131,144 | $152,485 | $166,898 | $165,256 | $145,748 | $147,308 | $144,617 | $147,053 | $138,878 | $133,316 | $1,858,498 |
| COGS | $39,883 | $44,167 | $43,261 | $43,278 | $50,320 | $55,076 | $54,534 | $48,097 | $48,611 | $47,724 | $48,528 | $45,830 | $43,994 | $613,304 |
| Gross Profit | $80,975 | $89,673 | $87,833 | $87,867 | $102,165 | $111,821 | $110,721 | $97,651 | $98,696 | $96,894 | $98,526 | $93,048 | $89,322 | $1,245,194 |
| Labor | $32,113 | $36,058 | $35,223 | $35,238 | $41,724 | $46,103 | $45,605 | $39,676 | $40,150 | $39,333 | $40,073 | $38,950 | $37,205 | $507,451 |
| Total Mgr Controllable Exp | $15,758 | $17,450 | $17,092 | $17,099 | $19,881 | $21,760 | $21,546 | $19,003 | $19,206 | $18,855 | $19,173 | $18,107 | $17,382 | $242,310 |
| Total Other Oper Expenses | $4,147 | $4,592 | $4,498 | $4,500 | $5,232 | $5,726 | $5,670 | $5,001 | $5,054 | $4,962 | $5,045 | $4,765 | $4,574 | $63,766 |
| Occupancy Expenses | $9,522 | $10,546 | $10,941 | $10,946 | $13,122 | $14,363 | $14,223 | $12,801 | $12,664 | $12,200 | $12,877 | $10,940 | $10,503 | $155,648 |
| Total Restaurant Operating Expense | $61,539 | $68,646 | $67,754 | $67,783 | $79,958 | $87,953 | $87,043 | $76,480 | $77,074 | $75,351 | $77,168 | $72,762 | $69,664 | $969,174 |
| Total Oper Income (loss) | $19,437 | $21,028 | $20,079 | $20,084 | $22,207 | $23,869 | $23,678 | $21,171 | $21,622 | $21,542 | $21,358 | $20,286 | $19,658 | $276,019 |
| Administrative Expenses | | | | | | | | | | | | | | |
| Corporate Office & Admin Expense Allocation | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $84,615 |
| Other G&A Expenses | $817 | $817 | $817 | $817 | $817 | $817 | $817 | $817 | $817 | $817 | $817 | $817 | $817 | $10,621 |
| Total G&A | $7,326 | $7,326 | $7,326 | $7,326 | $7,326 | $7,326 | $7,326 | $7,326 | $7,326 | $7,326 | $7,326 | $7,326 | $7,326 | $95,236 |
| Other | | | | | | | | | | | | | | |
| EBITDA (with rent add back) | $12,111 | $13,702 | $12,753 | $12,758 | $14,881 | $16,543 | $16,352 | $13,845 | $14,296 | $14,217 | $14,032 | $12,960 | $12,332 | $180,783 |
| US Trustee Fee | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Debt Service | $8,281 | $8,281 | $8,281 | $8,281 | $8,281 | $8,281 | $8,281 | $8,281 | $8,281 | $8,281 | $8,281 | $8,281 | $0 | $99,375 |
| Tax Payment on past due taxes | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Debt Service Corporate | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $0 | $4,204 |
| Net Cash Flow | $3,479 | $5,070 | $4,122 | $4,127 | $6,249 | $7,911 | $7,721 | $5,214 | $5,665 | $5,585 | $5,400 | $4,329 | $12,332 | $77,204 |
| Capital Reserve Loan | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $0 | $18,000 |
| Net Cash Flow after Reserve | $1,979 | $3,570 | $2,622 | $2,627 | $4,749 | $6,411 | $6,221 | $3,714 | $4,165 | $4,085 | $3,900 | $2,829 | $12,332 | $59,204 |
| SSS Growth | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | |
| COGS | 33.00% | 33.00% | 33.00% | 33.00% | 33.00% | 33.00% | 33.00% | 33.00% | 33.00% | 33.00% | 33.00% | 33.00% | 33.00% | 33.00% |
| Labor | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 32.00% | 32.00% | 27.30% |
| Labor Savings | 4,615 | 4,615 | 4,615 | 4,615 | 4,615 | 4,615 | 4,615 | 4,615 | 4,615 | 4,615 | 4,615 | 4,615 | 4,615 | |
| Mgr Controllables | 13.30% | 13.30% | 13.30% | 13.30% | 13.30% | 13.30% | 13.30% | 13.30% | 13.30% | 13.30% | 13.30% | 13.30% | 13.30% | 13.04% |
| Total Other Exp | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.43% |
| Occupancy | 7.88% | 7.88% | 8.35% | 8.35% | 8.61% | 8.61% | 8.61% | 8.78% | 8.60% | 8.44% | 8.76% | 7.88% | 7.88% | 8.37% |
| Corporate Overhead | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | |
| Annual Total Corporate Overhead | | | | | | | | | | | | | | |
| Other G&A Expenses | 817 | 817 | 817 | 817 | 817 | 817 | 817 | 817 | 817 | 817 | 817 | 817 | 817 | |
| Expenses in Dollars at 0% SSS Growth | | | | | | | | | | | | | | |
| Labor | $32,113 | $36,058 | $35,223 | $35,238 | $41,724 | $46,103 | $45,605 | $39,676 | $40,150 | $39,333 | $40,073 | $38,950 | $37,205 | |
| Mgr Controllables | $15,758 | $17,450 | $17,092 | $17,099 | $19,881 | $21,760 | $21,546 | $19,003 | $19,206 | $18,855 | $19,173 | $18,107 | $17,382 | |
| Total Other Exp | $4,147 | $4,592 | $4,498 | $4,500 | $5,232 | $5,726 | $5,670 | $5,001 | $5,054 | $4,962 | $5,045 | $4,765 | $4,574 | |
| Occupancy | $9,334 | $10,338 | $10,726 | $10,730 | $12,863 | $14,080 | $13,942 | $12,548 | $12,414 | $11,961 | $12,623 | $10,725 | $10,296 | |

McGrath's Publick Fish House, Inc.
Case No. 10-60500-fra11
Exhibit 6 - Debtor's Projections
(Plan Year 2 Ending September 2012)

| | Pd 10 2011 | Pd 11 2011 | Pd 12 2011 | Pd 13 2011 | Pd 1 2012 | Pd 2 2012 | Pd 3 2012 | Pd 4 2012 | Pd 5 2012 | Pd 6 2012 | Pd 7 2012 | Pd 8 2012 | Pd 9 2012 | FYE 9-30-12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yr Over Yr | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | |
| | 13 Layton | 13 Layton | 13 Layton | 13 Layton | 13 Layton | 13 Layton | 13 Layton | 13 Layton | 13 Layton | 13 Layton | 13 Layton | 13 Layton | 13 Layton | 13 Layton |
| Sales | $99,557 | $112,805 | $107,838 | $103,886 | $125,406 | $129,317 | $124,398 | $110,035 | $123,270 | $124,333 | $122,294 | $113,059 | $110,335 | $1,506,534 |
| COGS | $31,609 | $35,816 | $34,239 | $32,984 | $39,816 | $41,058 | $39,496 | $34,936 | $39,138 | $39,476 | $38,828 | $35,896 | $35,031 | $478,325 |
| Gross Profit | $67,947 | $76,990 | $73,600 | $70,903 | $85,590 | $88,259 | $84,902 | $75,099 | $84,132 | $84,857 | $83,466 | $77,163 | $75,304 | $1,028,210 |
| Labor | $33,182 | $37,598 | $35,943 | $34,625 | $41,798 | $43,102 | $41,462 | $36,675 | $41,086 | $41,440 | $40,761 | $37,683 | $36,775 | $502,129 |
| Total Mgr Controllable Exp | $12,395 | $14,044 | $13,426 | $12,934 | $15,613 | $16,100 | $15,487 | $13,699 | $15,347 | $15,479 | $15,225 | $14,076 | $13,736 | $187,560 |
| Total Other Oper Expenses | $3,074 | $3,483 | $3,330 | $3,208 | $3,872 | $3,993 | $3,841 | $3,398 | $3,807 | $3,839 | $3,776 | $3,491 | $3,407 | $46,521 |
| Occupancy Expenses | $6,831 | $7,898 | $7,865 | $7,577 | $9,202 | $9,489 | $8,917 | $7,782 | $8,766 | $8,819 | $8,917 | $7,602 | $7,571 | $107,235 |
| Total Restaurant Operating Expense | $55,482 | $63,024 | $60,563 | $58,344 | $70,485 | $72,683 | $69,708 | $61,554 | $69,005 | $69,577 | $68,679 | $62,852 | $61,489 | $843,445 |
| Total Oper Income (loss) | $12,465 | $13,966 | $13,036 | $12,559 | $15,105 | $15,576 | $15,194 | $13,545 | $15,126 | $15,280 | $14,786 | $14,311 | $13,815 | $184,765 |
| **Administrative Expenses** | | | | | | | | | | | | | | |
| Corporate Office & Admin Expense Allocation | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $84,615 |
| Other G&A Expenses | $658 | $658 | $658 | $658 | $658 | $658 | $658 | $658 | $658 | $658 | $658 | $658 | $658 | $8,554 |
| Total G&A | $7,167 | $7,167 | $7,167 | $7,167 | $7,167 | $7,167 | $7,167 | $7,167 | $7,167 | $7,167 | $7,167 | $7,167 | $7,167 | $93,169 |
| Other | | | | | | | | | | | | | | |
| EBITDA (with rent add back) | $5,298 | $6,799 | $5,870 | $5,392 | $7,938 | $8,409 | $8,027 | $6,378 | $7,960 | $8,113 | $7,619 | $7,144 | $6,648 | $91,595 |
| US Trustee Fee | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Debt Service | $7,726 | $7,726 | $7,726 | $7,726 | $7,726 | $7,726 | $7,726 | $7,726 | $7,726 | $7,726 | $7,726 | $7,726 | $0 | $92,717 |
| Tax Payment on past due taxes | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Debt Service Corporate | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | | $4,204 |
| Net Cash Flow | ($2,778) | ($1,278) | ($2,207) | ($2,685) | ($139) | $332 | ($49) | ($1,699) | ($117) | $36 | ($457) | ($933) | $6,648 | ($5,326) |
| Capital Reserve Loan | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $0 | $18,000 |
| Net Cash Flow after Reserve | ($4,278) | ($2,778) | ($3,707) | ($4,185) | ($1,639) | ($1,168) | ($1,549) | ($3,199) | ($1,617) | ($1,464) | ($1,957) | ($2,433) | $6,648 | ($23,326) |
| SSS Growth | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | |
| COGS | 31.75% | 31.75% | 31.75% | 31.75% | 31.75% | 31.75% | 31.75% | 31.75% | 31.75% | 31.75% | 31.75% | 31.75% | 31.75% | 31.75% |
| Labor | 34.00% | 34.00% | 34.00% | 34.00% | 34.00% | 34.00% | 34.00% | 34.00% | 34.00% | 34.00% | 34.00% | 34.00% | 34.00% | 33.33% |
| Labor Savings | | | | | | | | | | | | | | |
| Mgr Controllables | 12.70% | 12.70% | 12.70% | 12.70% | 12.70% | 12.70% | 12.70% | 12.70% | 12.70% | 12.70% | 12.70% | 12.70% | 12.70% | 12.45% |
| Total Other Exp | 3.15% | 3.15% | 3.15% | 3.15% | 3.15% | 3.15% | 3.15% | 3.15% | 3.15% | 3.15% | 3.15% | 3.15% | 3.15% | 3.09% |
| Occupancy | 7.00% | 7.14% | 7.44% | 7.44% | 7.48% | 7.48% | 7.31% | 7.21% | 7.25% | 7.24% | 7.44% | 6.86% | 7.00% | 7.12% |
| Corporate Overhead | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | |
| Annual Total Corporate Overhead | | | | | | | | | | | | | | |
| Other G&A Expenses | 658 | 658 | 658 | 658 | 658 | 658 | 658 | 658 | 658 | 658 | 658 | 658 | 658 | |
| Expenses in Dollars at 0% SSS Growth | | | | | | | | | | | | | | |
| Labor | $33,182 | $37,598 | $35,943 | $34,625 | $41,798 | $43,102 | $41,462 | $36,675 | $41,086 | $41,440 | $40,761 | $37,683 | $36,775 | |
| Mgr Controllables | $12,395 | $14,044 | $13,426 | $12,934 | $15,613 | $16,100 | $15,487 | $13,699 | $15,347 | $15,479 | $15,225 | $14,076 | $13,736 | |
| Total Other Exp | $3,074 | $3,483 | $3,330 | $3,208 | $3,872 | $3,993 | $3,841 | $3,398 | $3,807 | $3,839 | $3,776 | $3,491 | $3,407 | |
| Occupancy | $6,831 | $7,898 | $7,865 | $7,577 | $9,202 | $9,489 | $8,917 | $7,782 | $8,766 | $8,819 | $8,917 | $7,602 | $7,571 | |
| | 33182.2626 | 37598.067 | 35942.5696 | 34625.4334 | 41797.917 | 43101.5042 | 41462.014 | 36674.7426 | 41086.059 | 41440.339 | 40760.6382 | 37682.9944% | 36774.7128 | |
| | 12394.55103 | 14043.98385 | 13425.60688 | 12933.61777 | 15612.75135 | 16099.67951 | 15487.2817 | 13699.09503 | 15346.91535 | 15479.18545 | 15225.29721 | 14075.55731 | 13736.43684 | |
| | 3074.239035 | 3483.350325 | 3329.97336 | 3207.944565 | 3872.454075 | 3993.227595 | 3841.33365 | 3397.807035 | 3806.502525 | 3839.325525 | 3776.353245 | 3491 18.15% | 3407.06898 | |
| | 6831.140026 | 7898.149945 | 7864.982242 | 7576.76543 | 9201.566951 | 9488.544048 | 8916.924605 | 7782.462387 | 8766.115302 | 8818.624312 | 8917.005096 | 7602.404594 | 7570.707748 | |

McGrath's Publick Fish House, Inc.
Case No. 10-60500-fra11
Exhibit 6 - Debtor's Projections
(Plan Year 2 Ending September 2012)

| | Pd 10 2011 | Pd 11 2011 | Pd 12 2011 | Pd 13 2011 | Pd 1 2012 | Pd 2 2012 | Pd 3 2012 | Pd 4 2012 | Pd 5 2012 | Pd 6 2012 | Pd 7 2012 | Pd 8 2012 | Pd 9 2012 | FYE 9-30-12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yr Over Yr | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | |
| | 15 Beaverton | 15 Beaverton | 15 Beaverton | 15 Beaverton | 15 Beaverton | 15 Beaverton | 15 Beaverton | 15 Beaverton | 15 Beaverton | 15 Beaverton | 15 Beaverton | 15 Beaverton | 15 Beaverton | 15 Beaverton |
| Sales | $185,364 | $188,026 | $196,966 | $203,381 | $209,331 | $219,263 | $199,102 | $198,197 | $202,798 | $183,879 | $185,444 | $209,654 | $196,588 | $2,577,993 |
| COGS | $57,463 | $58,288 | $61,059 | $63,048 | $64,893 | $67,972 | $61,722 | $61,441 | $62,867 | $57,003 | $57,488 | $64,993 | $60,942 | $799,178 |
| Gross Profit | $127,901 | $129,738 | $135,906 | $140,333 | $144,438 | $151,292 | $137,380 | $136,756 | $139,931 | $126,877 | $127,956 | $144,661 | $135,646 | $1,778,815 |
| Labor | $66,325 | $67,277 | $70,476 | $72,771 | $74,900 | $78,454 | $71,240 | $70,917 | $72,563 | $65,793 | $66,353 | $75,016 | $70,341 | $922,427 |
| Total Mgr Controllable Exp | $20,897 | $21,197 | $22,205 | $22,928 | $23,599 | $24,718 | $22,446 | $22,344 | $22,862 | $20,729 | $20,906 | $23,635 | $22,162 | $290,628 |
| Total Other Oper Expenses | $5,451 | $5,530 | $5,793 | $5,981 | $6,156 | $6,448 | $5,855 | $5,829 | $5,964 | $5,408 | $5,454 | $6,166 | $5,781 | $75,816 |
| Occupancy Expenses | $10,308 | $10,456 | $10,807 | $11,835 | $12,008 | $12,007 | $10,559 | $10,213 | $9,979 | $9,917 | $10,852 | $11,658 | $10,932 | $141,532 |
| Total Restaurant Operating | $102,980 | $104,460 | $109,280 | $113,515 | $116,664 | $121,628 | $110,101 | $109,302 | $111,369 | $101,847 | $103,565 | $116,475 | $109,216 | $1,430,402 |
| Total Oper Income (loss) | $24,920 | $25,278 | $26,626 | $26,818 | $27,775 | $29,663 | $27,280 | $27,455 | $28,562 | $25,030 | $24,391 | $28,186 | $26,429 | $348,413 |
| **Administrative Expenses** | | | | | | | | | | | | | | |
| Corporate Office & Admin Expense Allocation | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $84,615 |
| Other G&A Expenses | $1,051 | $1,051 | $1,051 | $1,051 | $1,051 | $1,051 | $1,051 | $1,051 | $1,051 | $1,051 | $1,051 | $1,051 | $1,051 | $13,663 |
| Total G&A | $7,560 | $7,560 | $7,560 | $7,560 | $7,560 | $7,560 | $7,560 | $7,560 | $7,560 | $7,560 | $7,560 | $7,560 | $7,560 | $98,278 |
| **Other** | | | | | | | | | | | | | | |
| **EBITDA (with rent add back)** | $17,361 | $17,719 | $19,066 | $19,258 | $20,215 | $22,104 | $19,720 | $19,895 | $21,002 | $17,470 | $16,831 | $20,626 | $18,870 | $250,135 |
| **US Trustee Fee** | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Debt Service | $16,621 | $16,621 | $16,621 | $16,621 | $16,621 | $16,621 | $16,621 | $16,621 | $16,621 | $16,621 | $16,621 | $16,621 | $0 | $199,450 |
| Tax Payment on past due taxes | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Debt Service Corporate | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $0 | $4,204 |
| **Net Cash Flow** | $389 | $747 | $2,095 | $2,286 | $3,244 | $5,132 | $2,749 | $2,924 | $4,031 | $498 | ($140) | $3,655 | $18,870 | $46,480 |
| Capital Reserve Loan | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $0 | $18,000 |
| **Net Cash Flow after Reserve** | ($1,111) | ($753) | $595 | $786 | $1,744 | $3,632 | $1,249 | $1,424 | $2,531 | ($1,002) | ($1,640) | $2,155 | $18,870 | $28,480 |
| SSS Growth | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | |
| COGS | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% |
| Labor | 36.50% | 36.50% | 36.50% | 36.50% | 36.50% | 36.50% | 36.50% | 36.50% | 36.50% | 36.50% | 36.50% | 36.50% | 36.50% | 35.78% |
| Labor Savings | | | | | | | | | | | | | | |
| Mgr Controllables | 11.50% | 11.50% | 11.50% | 11.50% | 11.50% | 11.50% | 11.50% | 11.50% | 11.50% | 11.50% | 11.50% | 11.50% | 11.50% | 11.27% |
| Total Other Exp | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 2.94% |
| Occupancy | 5.67% | 5.67% | 5.60% | 5.94% | 5.85% | 5.59% | 5.41% | 5.26% | 5.02% | 5.50% | 5.97% | 5.67% | 5.67% | 5.49% |
| Corporate Overhead | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | |
| Annual Total Corporate Overhead | | | | | | | | | | | | | | |
| Other G&A Expenses | 1,051 | 1,051 | 1,051 | 1,051 | 1,051 | 1,051 | 1,051 | 1,051 | 1,051 | 1,051 | 1,051 | 1,051 | 1,051 | |
| Expenses in Dollars at 0% SSS Growth | | | | | | | | | | | | | | |
| Labor | $66,325 | $67,277 | $70,476 | $72,771 | $74,900 | $78,454 | $71,240 | $70,917 | $72,563 | $65,793 | $66,353 | $75,016 | $70,341 | |
| Mgr Controllables | $20,897 | $21,197 | $22,205 | $22,928 | $23,599 | $24,718 | $22,446 | $22,344 | $22,862 | $20,729 | $20,906 | $23,635 | $22,162 | |
| Total Other Exp | $5,451 | $5,530 | $5,793 | $5,981 | $6,156 | $6,448 | $5,855 | $5,829 | $5,964 | $5,408 | $5,454 | $6,166 | $5,781 | |
| Occupancy | $10,308 | $10,456 | $10,807 | $11,835 | $12,008 | $12,007 | $10,559 | $10,213 | $9,979 | $9,917 | $10,852 | $11,658 | $10,932 | |

McGrath's Publick Fish House, Inc.
Case No. 10-60500-fra11
Exhibit 6 - Debtor's Projections
(Plan Year 2 Ending September 2012)

| | Pd 10 2011 | Pd 11 2011 | Pd 12 2011 | Pd 13 2011 | Pd 1 2012 | Pd 2 2012 | Pd 3 2012 | Pd 4 2012 | Pd 5 2012 | Pd 6 2012 | Pd 7 2012 | Pd 8 2012 | Pd 9 2012 | FYE 9-30-12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yr Over Yr | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | |
| | 21 Fed Way | 21 Fed Way | 21 Fed Way | 21 Fed Way | 21 Fed Way | 21 Fed Way | 21 Fed Way | 21 Fed Way | 21 Fed Way | 21 Fed Way | 21 Fed Way | 21 Fed Way | 21 Fed Way | 21 Fed Way |
| Sales | $168,071 | $168,618 | $171,409 | $169,978 | $179,462 | $191,398 | $183,199 | $168,865 | $173,847 | $166,502 | $173,342 | $201,666 | $185,303 | $2,301,661 |
| | | | | | | | | | | | | | | |
| COGS | $53,783 | $53,958 | $54,851 | $54,393 | $57,428 | $61,247 | $58,624 | $54,037 | $55,631 | $53,281 | $55,469 | $64,533 | $59,297 | $736,532 |
| Gross Profit | $114,288 | $114,660 | $116,558 | $115,585 | $122,034 | $130,151 | $124,575 | $114,828 | $118,216 | $113,221 | $117,873 | $137,133 | $126,006 | $1,565,130 |
| | | | | | | | | | | | | | | |
| Labor | $60,137 | $60,333 | $61,332 | $60,820 | $64,213 | $68,484 | $65,550 | $60,421 | $62,204 | $59,576 | $62,023 | $70,743 | $66,303 | $822,138 |
| Total Mgr Controllable Exp | $20,101 | $20,166 | $20,500 | $20,329 | $21,463 | $22,891 | $21,910 | $20,196 | $20,791 | $19,913 | $20,731 | $24,118 | $22,162 | $275,270 |
| Total Other Oper Expenses | $4,943 | $4,959 | $5,041 | $4,999 | $5,278 | $5,629 | $5,388 | $4,966 | $5,113 | $4,897 | $5,098 | $5,931 | $5,450 | $67,689 |
| Occupancy Expenses | $13,141 | $12,925 | $13,167 | $14,396 | $15,150 | $15,894 | $15,341 | $13,394 | $12,929 | $13,079 | $13,434 | $15,453 | $14,199 | $182,501 |
| Total Restaurant Operating Exp | $98,322 | $98,383 | $100,039 | $100,543 | $106,104 | $112,897 | $108,189 | $98,976 | $101,037 | $97,464 | $101,286 | $116,245 | $108,113 | $1,347,598 |
| Total Oper Income (loss) | $15,967 | $16,277 | $16,519 | $15,042 | $15,931 | $17,254 | $16,386 | $15,851 | $17,179 | $15,757 | $16,587 | $20,888 | $17,893 | $217,531 |
| | | | | | | | | | | | | | | |
| Administrative Expenses | | | | | | | | | | | | | | |
| Corporate Office & Admin Expense Allocation | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $84,615 |
| Other G&A Exp | $1,130 | $1,130 | $1,130 | $1,130 | $1,130 | $1,130 | $1,130 | $1,130 | $1,130 | $1,130 | $1,130 | $1,130 | $1,130 | $14,685 |
| Total G&A | $7,638 | $7,638 | $7,638 | $7,638 | $7,638 | $7,638 | $7,638 | $7,638 | $7,638 | $7,638 | $7,638 | $7,638 | $7,638 | $99,300 |
| | | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| EBITDA (with rent add back) | $8,328 | $8,639 | $8,880 | $7,404 | $8,292 | $9,615 | $8,748 | $8,213 | $9,541 | $8,119 | $8,948 | $13,250 | $10,255 | $118,231 |
| | | | | | | | | | | | | | | |
| US Trustee Fee | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| | | | | | | | | | | | | | | |
| Debt Service | $8,346 | $8,346 | $8,346 | $8,346 | $8,346 | $8,346 | $8,346 | $8,346 | $8,346 | $8,346 | $8,346 | $8,346 | $0 | $100,146 |
| Tax Payment on past due taxes | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Debt Service Corporate | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $0 | $4,204 |
| | | | | | | | | | | | | | | |
| Net Cash Flow | ($368) | ($557) | $185 | ($1,292) | ($404) | $919 | $52 | ($483) | $845 | ($577) | $252 | $4,554 | $10,255 | $13,881 |
| | | | | | | | | | | | | | | |
| Capital Reserve Loan | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $0 | $18,000 |
| | | | | | | | | | | | | | | |
| Net Cash Flow after Reserve | ($1,868) | ($1,557) | ($1,315) | ($2,792) | ($1,904) | ($581) | ($1,448) | ($1,983) | ($655) | ($2,077) | ($1,248) | $3,054 | $10,255 | ($4,119) |
| | | | | | | | | | | | | | | |
| SSS Growth | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | |
| COGS | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% |
| Labor | 36.50% | 36.50% | 36.50% | 36.50% | 36.50% | 36.50% | 36.50% | 36.50% | 36.50% | 36.50% | 36.50% | 35.78% | 36.50% | 35.72% |
| Labor Savings | | | | | | | | | | | | | | |
| Mgr Controllables | 12.20% | 12.20% | 12.20% | 12.20% | 12.20% | 12.20% | 12.20% | 12.20% | 12.20% | 12.20% | 12.20% | 12.20% | 12.20% | 11.96% |
| Total Other Exp | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 2.94% |
| Occupancy | 7.98% | 7.82% | 7.84% | 8.64% | 8.61% | 8.47% | 8.54% | 8.09% | 7.59% | 8.01% | 7.91% | 7.82% | 7.82% | 7.93% |
| Corporate Overhead | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | |
| Annual Total Corporate Overhead | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| Other G&A Expenses | 1,130 | 1,130 | 1,130 | 1,130 | 1,130 | 1,130 | 1,130 | 1,130 | 1,130 | 1,130 | 1,130 | 1,130 | 1,130 | |
| | | | | | | | | | | | | | | |
| Expenses in Dollars at 0% SSS Growth | | | | | | | | | | | | | | |
| Labor | $60,137 | $60,333 | $61,332 | $60,820 | $64,213 | $68,484 | $65,550 | $60,421 | $62,204 | $59,576 | $62,023 | $70,743 | $66,303 | |
| Mgr Controllables | $20,101 | $20,166 | $20,500 | $20,329 | $21,463 | $22,891 | $21,910 | $20,196 | $20,791 | $19,913 | $20,731 | $24,118 | $22,162 | |
| Total Other Exp | $4,943 | $4,959 | $5,041 | $4,999 | $5,278 | $5,629 | $5,388 | $4,966 | $5,113 | $4,897 | $5,098 | $5,931 | $5,450 | |
| Occupancy | $13,141 | $12,925 | $13,167 | $14,396 | $15,150 | $15,894 | $15,341 | $13,394 | $12,929 | $13,079 | $13,434 | $15,453 | $14,199 | |

McGrath's Publick Fish House, Inc.
Case No. 10-60500-fra11
Exhibit 6 - Debtor's Projections
(Plan Year 2 Ending September 2012)

| | Yr Over Yr | |
| --- | --- | --- |
| | | FYE 9-30-12 |
| | | Consolidated |
| Sales | | $30,346,814 |
| | | |
| COGS | | $9,553,460 |
| Gross Profit | | $20,793,354 |
| | | |
| Labor | | $10,752,498 |
| Total Mgr Controllable Exp | | $3,731,937 |
| Total Other Oper Expenses | | $958,189 |
| Occupancy Expenses | | $1,773,573 |
| Total Restaurant Operating Expense | | $17,216,197 |
| Total Oper Income (loss) | | $3,577,158 |
| | | |
| Administrative Expenses | | |
| Corporate Office & Admin Expense Allocation | | $1,100,000 |
| Other G&A Expenses | | $171,075 |
| Total G&A | | $1,271,075 |
| | | |
| Other | | |
| | | |
| EBITDA (with rent add back) | | $2,306,083 |
| | | |
| US Trustee Fee | | $0 |
| | | |
| Debt Service | | $1,178,596 |
| Tax Payment on past due taxes | | $0 |
| Debt Service Corporate | | $54,658 |
| | | |
| | | |
| Net Cash Flow | | $1,072,829 |
| | | |
| Capital Reserve Loan | | $234,000 |
| | | |
| Net Cash Flow after Reserve | | $838,829 |
| | | |
| SSS Growth | | |
| COGS | | 31.50% |
| Labor | | 36.50% |
| Labor Savings | | |
| Mgr Controllables | | 12.20% |
| Total Other Exp | | 3.50% |
| Occupancy | | 5.84% |
| Corporate Overhead | | |
| Annual Total Corporate Overhead | | |
| | | |
| Other G&A Expenses | | |
| | | |
| Expenses in Dollars at 0% SSS Growth | | |
| Labor | | |
| Mgr Controllables | | |
| Total Other Exp | | |
| Occupancy | | |

McGrath's Publick Fish House, Inc.
Case No. 10-60500-fra11
Exhibit 6 - Debtor's Projections
(Plan Year 3 Ending September 2013)

| | Pd 10 2012 | Pd 11 2012 | Pd 12 2012 | Pd 13 2012 | Pd 1 2013 | Pd 2 2013 | Pd 3 2013 | Pd 4 2013 | Pd 5 2013 | Pd 6 2013 | Pd 7 2013 | Pd 8 2013 | Pd 9 2013 | FYE 9/30/13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yr Over Yr | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | |
| | 1 Salem | 1 Salem | 1 Salem | 1 Salem | 1 Salem | 1 Salem | 1 Salem | 1 Salem | 1 Salem | 1 Salem | 1 Salem | 1 Salem | 1 Salem | 1 Salem |
| Sales | $134,769 | $137,123 | $153,043 | $135,968 | $135,968 | $149,906 | $141,113 | $134,099 | $146,463 | $143,762 | $148,808 | $158,071 | $143,290 | $1,862,630 |
| COGS | $40,431 | $41,137 | $40,865 | $45,913 | $40,790 | $44,972 | $42,334 | $40,230 | $43,939 | $43,129 | $44,642 | $47,421 | $42,987 | $558,789 |
| Gross Profit | $94,339 | $95,986 | $95,351 | $107,130 | $95,177 | $104,934 | $98,779 | $93,869 | $102,524 | $100,633 | $104,165 | $110,650 | $100,303 | $1,303,841 |
| Labor | $57,555 | $58,560 | $58,172 | $65,358 | $58,066 | $64,019 | $60,264 | $57,268 | $62,548 | $61,395 | $63,550 | $67,506 | $61,193 | $795,454 |
| Total Mgr Controllable Exp | $14,716 | $14,973 | $14,874 | $16,711 | $14,846 | $16,368 | $15,408 | $14,642 | $15,992 | $15,698 | $16,249 | $17,260 | $15,646 | $203,383 |
| Total Other Oper Expenses | $4,055 | $4,126 | $4,098 | $4,605 | $4,091 | $4,510 | $4,246 | $4,035 | $4,407 | $4,326 | $4,477 | $4,756 | $4,311 | $56,043 |
| Occupancy Expenses | $6,738 | $6,856 | $6,811 | $7,652 | $6,798 | $7,495 | $7,056 | $6,705 | $7,323 | $7,188 | $7,440 | $7,904 | $7,165 | $93,132 |
| Total Restaurant Operating Expense | $83,064 | $84,514 | $83,955 | $94,326 | $83,802 | $92,393 | $86,974 | $82,650 | $90,271 | $88,606 | $91,716 | $97,426 | $88,315 | $1,148,012 |
| Total Oper Income (loss) | $11,275 | $11,472 | $11,396 | $12,804 | $11,375 | $12,541 | $11,806 | $11,219 | $12,253 | $12,027 | $12,449 | $13,224 | $11,988 | $155,829 |
| **Administrative Expenses** | | | | | | | | | | | | | | |
| Corporate Office & Admin Expense Allocation | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $84,615 |
| Other G&A Expenses | $660 | $660 | $660 | $660 | $660 | $660 | $660 | $660 | $660 | $660 | $660 | $660 | $660 | $8,580 |
| **Total G&A** | $7,169 | $7,169 | $7,169 | $7,169 | $7,169 | $7,169 | $7,169 | $7,169 | $7,169 | $7,169 | $7,169 | $7,169 | $7,169 | $93,195 |
| **Other** | | | | | | | | | | | | | | |
| **EBITDA (with rent add back)** | $4,106 | $4,303 | $4,227 | $5,635 | $4,206 | $5,372 | $4,637 | $4,050 | $5,084 | $4,858 | $5,280 | $6,055 | $4,819 | $62,633 |
| US Trustee Fee | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Debt Service | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Tax Payment on past due taxes | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Debt Service Corporate | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | | $4,204 |
| **Net Cash Flow** | $3,756 | $3,953 | $3,877 | $5,284 | $3,856 | $5,022 | $4,286 | $3,700 | $4,734 | $4,508 | $4,930 | $5,705 | $4,819 | $58,429 |
| Capital Reserve Loan | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $0 | $18,000 |
| **Net Cash Flow after Reserve** | $2,256 | $2,453 | $2,377 | $3,784 | $2,356 | $3,522 | $2,786 | $2,200 | $3,234 | $3,008 | $3,430 | $4,205 | $4,819 | $40,429 |
| SSS Growth | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | |
| COGS | 30.00% | 30.00% | 30.00% | 30.00% | 30.00% | 30.00% | 30.00% | 30.00% | 30.00% | 30.00% | 30.00% | 30.00% | 30.00% | |
| Labor | 44.00% | 44.00% | 44.00% | 44.00% | 44.00% | 44.00% | 44.00% | 44.00% | 44.00% | 44.00% | 44.00% | 44.00% | 44.00% | |
| Labor Savings | | | | | | | | | | | | | | |
| Mgr Controllables | 11.25% | 11.25% | 11.25% | 11.25% | 11.25% | 11.25% | 11.25% | 11.25% | 11.25% | 11.25% | 11.25% | 11.25% | 11.25% | |
| Total Other Exp | 3.10% | 3.10% | 3.10% | 3.10% | 3.10% | 3.10% | 3.10% | 3.10% | 3.10% | 3.10% | 3.10% | 3.10% | 3.10% | |
| Occupancy | 5.00% | 5.00% | 5.00% | 5.00% | 5.00% | 5.00% | 5.00% | 5.00% | 5.00% | 5.00% | 5.00% | 5.00% | 5.00% | |
| Corporate Overhead | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | | |
| Annual Total Corporate Overhead | Annual G&A | Per Store Per Period | # Units | | | | | | | | | | | |
| | $1,100,000 | $6,509 | 13 | | | | | | | | | | | |
| Other G&A Expenses | 660 | 660 | 660 | 660 | 660 | 660 | 660 | 660 | 660 | 660 | 660 | 660 | 660 | |
| Expenses in Dollars at 0% SSS Growth | | | | | | | | | | | | | | |
| Labor | $57,555 | $58,560 | $58,172 | $65,358 | $58,066 | $64,019 | $60,264 | $57,268 | $62,548 | $61,395 | $63,550 | $67,506 | $61,193 | |
| Mgr Controllables | $14,716 | $14,973 | $14,874 | $16,711 | $14,846 | $16,368 | $15,408 | $14,642 | $15,992 | $15,698 | $16,249 | $17,260 | $15,646 | |
| Total Other Exp | $4,055 | $4,126 | $4,098 | $4,605 | $4,091 | $4,510 | $4,246 | $4,035 | $4,407 | $4,326 | $4,477 | $4,756 | $4,311 | |
| Occupancy | $6,540 | $6,655 | $6,610 | $7,427 | $6,598 | $7,275 | $6,848 | $6,508 | $7,108 | $6,977 | $7,222 | $7,671 | $6,954 | |

McGrath's Publick Fish House, Inc.
Case No. 10-60500-fra11
Exhibit 6 - Debtor's Projections
(Plan Year 3 Ending September 2013)

| | Pd 10 2012 | Pd 11 2012 | Pd 12 2012 | Pd 13 2012 | Pd 1 2013 | Pd 2 2013 | Pd 3 2013 | Pd 4 2013 | Pd 5 2013 | Pd 6 2013 | Pd 7 2013 | Pd 8 2013 | Pd 9 2013 | FYE 9-30-13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yr Over Yr | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | |
| | 2 Lancaster | 2 Lancaster | 2 Lancaster | 2 Lancaster | 2 Lancaster | 2 Lancaster | 2 Lancaster | 2 Lancaster | 2 Lancaster | 2 Lancaster | 2 Lancaster | 2 Lancaster | 2 Lancaster | 2 Lancaster |
| Sales | $229,418 | $243,429 | $230,591 | $243,088 | $245,021 | $265,160 | $245,605 | $226,862 | $238,095 | $230,878 | $234,813 | $247,122 | $246,482 | $3,126,565 |
| COGS | $71,119 | $75,463 | $71,483 | $75,357 | $75,957 | $82,200 | $76,138 | $70,327 | $73,809 | $71,572 | $72,792 | $76,608 | $76,409 | $969,235 |
| Gross Profit | $158,298 | $167,966 | $159,108 | $167,731 | $169,065 | $182,960 | $169,468 | $156,535 | $164,285 | $159,306 | $162,021 | $170,514 | $170,072 | $2,157,330 |
| Labor | $77,935 | $82,695 | $78,333 | $82,579 | $83,235 | $90,077 | $83,434 | $77,067 | $80,882 | $78,431 | $79,768 | $83,949 | $83,731 | $1,062,115 |
| Total Mgr Controllable Exp | $24,494 | $25,990 | $24,619 | $25,953 | $26,160 | $28,310 | $26,222 | $24,221 | $25,420 | $24,650 | $25,070 | $26,384 | $26,316 | $333,807 |
| Total Other Oper Expenses | $6,680 | $7,088 | $6,714 | $7,078 | $7,134 | $7,721 | $7,151 | $6,606 | $6,933 | $6,723 | $6,837 | $7,196 | $7,177 | $91,038 |
| Occupancy Expenses | $11,529 | $12,879 | $11,619 | $11,666 | $11,758 | $12,725 | $11,443 | $10,570 | $11,093 | $10,444 | $10,622 | $11,178 | $11,149 | $148,676 |
| Total Restaurant Operating Expense | $120,638 | $128,652 | $121,286 | $127,276 | $128,288 | $138,832 | $128,250 | $118,463 | $124,328 | $120,247 | $122,296 | $128,707 | $128,373 | $1,635,637 |
| Total Oper Income (loss) | $37,660 | $39,315 | $37,822 | $40,455 | $40,777 | $44,128 | $41,217 | $38,072 | $39,957 | $39,059 | $39,725 | $41,807 | $41,699 | $521,693 |
| **Administrative Expenses** | | | | | | | | | | | | | | |
| Corporate Office & Admin Expense Allocation | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $84,615 |
| Other G&A Expenses | $898 | $898 | $898 | $898 | $898 | $898 | $898 | $898 | $898 | $898 | $898 | $898 | $898 | $11,674 |
| Total G&A | $7,407 | $7,407 | $7,407 | $7,407 | $7,407 | $7,407 | $7,407 | $7,407 | $7,407 | $7,407 | $7,407 | $7,407 | $7,407 | $96,289 |
| Other | | | | | | | | | | | | | | |
| EBITDA (with rent add back) | $30,253 | $31,908 | $30,415 | $33,048 | $33,370 | $36,721 | $33,810 | $30,665 | $32,550 | $31,652 | $32,318 | $34,400 | $34,292 | $425,404 |
| US Trustee Fee | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Debt Service | $14,621 | $14,621 | $14,621 | $14,621 | $14,621 | $14,621 | $14,621 | $14,621 | $14,621 | $14,621 | $14,621 | $14,621 | $0 | $175,449 |
| Tax Payment on past due taxes | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Debt Service Corporate | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $0 | $4,204 |
| Net Cash Flow | $15,282 | $16,937 | $15,444 | $18,077 | $18,399 | $21,750 | $18,839 | $15,694 | $17,579 | $16,681 | $17,347 | $19,429 | $34,292 | $245,751 |
| Capital Reserve Loan | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $0 | $18,000 |
| Net Cash Flow after Reserve | $13,782 | $15,437 | $13,944 | $16,577 | $16,899 | $20,250 | $17,339 | $14,194 | $16,079 | $15,181 | $15,847 | $17,929 | $34,292 | $227,751 |
| SSS Growth | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | |
| COGS | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | |
| Labor | 35.00% | 35.00% | 35.00% | 35.00% | 35.00% | 35.00% | 35.00% | 35.00% | 35.00% | 35.00% | 35.00% | 35.00% | 35.00% | |
| Labor Savings | | | | | | | | | | | | | | |
| Mgr Controllables | 11.00% | 11.00% | 11.00% | 11.00% | 11.00% | 11.00% | 11.00% | 11.00% | 11.00% | 11.00% | 11.00% | 11.00% | 11.00% | |
| Total Other Exp | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | |
| Occupancy | 5.18% | 5.45% | 5.19% | 4.94% | 4.94% | 4.94% | 4.80% | 4.80% | 4.80% | 4.66% | 4.66% | 4.66% | 4.66% | |
| Corporate Overhead | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | |
| Annual Total Corporate Overhead | | | | | | | | | | | | | | |
| Other G&A Expenses | 898 | 898 | 898 | 898 | 898 | 898 | 898 | 898 | 898 | 898 | 898 | 898 | 898 | |
| Expenses in Dollars at 0% SSS Growth | | | | | | | | | | | | | | |
| Labor | $77,935 | $82,695 | $78,333 | $82,579 | $83,235 | $90,077 | $83,434 | $77,067 | $80,882 | $78,431 | $79,768 | $83,949 | $83,731 | |
| Mgr Controllables | $24,494 | $25,990 | $24,619 | $25,953 | $26,160 | $28,310 | $26,222 | $24,221 | $25,420 | $24,650 | $25,070 | $26,384 | $26,316 | |
| Total Other Exp | $6,680 | $7,088 | $6,714 | $7,078 | $7,134 | $7,721 | $7,151 | $6,606 | $6,933 | $6,723 | $6,837 | $7,196 | $7,177 | |
| Occupancy | $11,529 | $12,879 | $11,619 | $11,666 | $11,758 | $12,725 | $11,443 | $10,570 | $11,093 | $10,444 | $10,622 | $11,178 | $11,149 | |

McGrath's Publick Fish House, Inc.
Case No. 10-60500-fra11
Exhibit 6 - Debtor's Projections
(Plan Year 3 Ending September 2013)

| | Pd 10 2012 | Pd 11 2012 | Pd 12 2012 | Pd 13 2012 | Pd 1 2013 | Pd 2 2013 | Pd 3 2013 | Pd 4 2013 | Pd 5 2013 | Pd 6 2013 | Pd 7 2013 | Pd 8 2013 | Pd 9 2013 | FYE 9-30-13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yr Over Yr | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | |
| | 3 Bend | 3 Bend | 3 Bend | 3 Bend | 3 Bend | 3 Bend | 3 Bend | 3 Bend | 3 Bend | 3 Bend | 3 Bend | 3 Bend | 3 Bend | 3 Bend |
| Sales | $155,473 | $163,469 | $148,677 | $153,959 | $137,023 | $134,973 | $124,510 | $134,102 | $139,323 | $162,402 | $172,736 | $187,279 | $177,430 | $1,991,354 |
| COGS | $48,197 | $50,675 | $46,090 | $47,727 | $42,477 | $41,842 | $38,598 | $41,572 | $43,190 | $50,345 | $53,548 | $58,056 | $55,003 | $617,320 |
| Gross Profit | $107,277 | $112,793 | $102,587 | $106,232 | $94,546 | $93,131 | $85,912 | $92,530 | $96,133 | $112,058 | $119,188 | $129,222 | $122,427 | $1,374,035 |
| Labor | $57,342 | $60,291 | $54,836 | $56,784 | $50,537 | $49,781 | $45,922 | $49,460 | $51,386 | $59,898 | $63,709 | $69,073 | $65,440 | $734,460 |
| Total Mgr Controllable Exp | $20,824 | $21,895 | $19,914 | $20,621 | $18,353 | $18,078 | $16,677 | $17,962 | $18,661 | $21,752 | $23,136 | $25,084 | $23,765 | $266,725 |
| Total Other Oper Expenses | $4,527 | $4,760 | $4,329 | $4,483 | $3,990 | $3,930 | $3,625 | $3,905 | $4,057 | $4,729 | $5,030 | $5,453 | $5,166 | $57,984 |
| Occupancy Expenses | $8,123 | $7,908 | $7,448 | $8,802 | $7,451 | $8,070 | $7,189 | $8,699 | $8,846 | $10,413 | $9,781 | $10,604 | $10,047 | $113,379 |
| Total Restaurant Operating Expense | $90,816 | $94,854 | $86,527 | $90,690 | $80,331 | $79,859 | $73,413 | $80,026 | $82,949 | $96,792 | $101,656 | $110,215 | $104,418 | $1,172,548 |
| Total Oper Income (loss) | $16,460 | $17,939 | $16,060 | $15,541 | $14,215 | $13,272 | $12,498 | $12,504 | $13,184 | $15,266 | $17,532 | $19,008 | $18,008 | $201,487 |
| **Administrative Expenses** | | | | | | | | | | | | | | |
| Corporate Office & Admin Expense Allocation | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $84,615 |
| Other G&A Expenses | $1,732 | $1,732 | $1,732 | $1,732 | $1,732 | $1,732 | $1,732 | $1,732 | $1,732 | $1,732 | $1,732 | $1,732 | $1,732 | $22,516 |
| Total G&A | $8,241 | $8,241 | $8,241 | $8,241 | $8,241 | $8,241 | $8,241 | $8,241 | $8,241 | $8,241 | $8,241 | $8,241 | $8,241 | $107,131 |
| **Other** | | | | | | | | | | | | | | |
| EBITDA (with rent add back) | $8,220 | $9,699 | $7,819 | $7,300 | $5,974 | $5,031 | $4,258 | $4,263 | $4,943 | $7,025 | $9,291 | $10,767 | $9,767 | $94,355 |
| US Trustee Fee | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Debt Service | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Tax Payment on past due taxes | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Debt Service Corporate | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $0 | $4,204 |
| Net Cash Flow | $7,869 | $9,348 | $7,469 | $6,950 | $5,623 | $4,681 | $3,907 | $3,913 | $4,592 | $6,674 | $8,940 | $10,416 | $9,767 | $90,151 |
| Capital Reserve Loan | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $0 | $18,000 |
| Net Cash Flow after Reserve | $6,369 | $7,848 | $5,969 | $5,450 | $4,123 | $3,181 | $2,407 | $2,413 | $3,092 | $5,174 | $7,440 | $8,916 | $9,767 | $72,151 |
| SSS Growth | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | |
| COGS | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | |
| Labor | 38.00% | 38.00% | 38.00% | 38.00% | 38.00% | 38.00% | 38.00% | 38.00% | 38.00% | 38.00% | 38.00% | 38.00% | 38.00% | |
| Labor Savings | | | | | | | | | | | | | | |
| Mgr Controllables | 13.80% | 13.80% | 13.80% | 13.80% | 13.80% | 13.80% | 13.80% | 13.80% | 13.80% | 13.80% | 13.80% | 13.80% | 13.80% | |
| Total Other Exp | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | |
| Occupancy | 5.22% | 4.84% | 5.01% | 5.72% | 5.44% | 5.98% | 5.77% | 6.49% | 6.35% | 6.41% | 5.66% | 5.66% | 5.66% | |
| Corporate Overhead | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | |
| Annual Total Corporate Overhead | | | | | | | | | | | | | | |
| Other G&A Expenses | 1,732 | 1,732 | 1,732 | 1,732 | 1,732 | 1,732 | 1,732 | 1,732 | 1,732 | 1,732 | 1,732 | 1,732 | 1,732 | |
| **Expenses in Dollars at 0% SSS Growth** | | | | | | | | | | | | | | |
| Labor | $57,342 | $60,291 | $54,836 | $56,784 | $50,537 | $49,781 | $45,922 | $49,460 | $51,386 | $59,898 | $63,709 | $69,073 | $65,440 | |
| Mgr Controllables | $20,824 | $21,895 | $19,914 | $20,621 | $18,353 | $18,078 | $16,677 | $17,962 | $18,661 | $21,752 | $23,136 | $25,084 | $23,765 | |
| Total Other Exp | $4,527 | $4,760 | $4,329 | $4,483 | $3,990 | $3,930 | $3,625 | $3,905 | $4,057 | $4,729 | $5,030 | $5,453 | $5,166 | |
| Occupancy | $7,884 | $7,675 | $7,229 | $8,543 | $7,232 | $7,832 | $6,977 | $8,444 | $8,585 | $10,107 | $9,493 | $10,292 | $9,751 | |

McGrath's Publick Fish House, Inc.
Case No. 10-60500-fra11
Exhibit 6 - Debtor's Projections
(Plan Year 3 Ending September 2013)

| | Pd 10 2012 | Pd 11 2012 | Pd 12 2012 | Pd 13 2012 | Pd 1 2013 | Pd 2 2013 | Pd 3 2013 | Pd 4 2013 | Pd 5 2013 | Pd 6 2013 | Pd 7 2013 | Pd 8 2013 | Pd 9 2013 | FYE 9-30-13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yr Over Yr | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | |
| | 4 Milwaukie | 4 Milwaukie | 4 Milwaukie | 4 Milwaukie | 4 Milwaukie | 4 Milwaukie | 4 Milwaukie | 4 Milwaukie | 4 Milwaukie | 4 Milwaukie | 4 Milwaukie | 4 Milwaukie | 4 Milwaukie | 4 Milwaukie |
| Sales | $186,233 | $192,410 | $190,685 | $189,142 | $195,827 | $210,196 | $200,499 | $198,478 | $207,955 | $192,423 | $202,971 | $208,495 | $188,833 | $2,564,147 |
| COGS | $56,801 | $58,685 | $58,159 | $57,688 | $59,727 | $64,110 | $61,152 | $60,536 | $63,426 | $58,689 | $61,906 | $63,591 | $57,594 | $782,065 |
| Gross Profit | $129,432 | $133,725 | $132,526 | $131,453 | $136,100 | $146,086 | $139,347 | $137,942 | $144,529 | $133,734 | $141,065 | $144,904 | $131,239 | $1,782,082 |
| Labor | $69,591 | $71,899 | $71,255 | $70,678 | $73,176 | $78,545 | $74,922 | $74,167 | $77,708 | $71,904 | $75,846 | $77,910 | $70,563 | $958,163 |
| Total Mgr Controllable Exp | $19,973 | $20,636 | $20,451 | $20,285 | $21,002 | $22,544 | $21,504 | $21,287 | $22,303 | $20,637 | $21,769 | $22,361 | $20,252 | $275,005 |
| Total Other Oper Expenses | $5,423 | $5,603 | $5,552 | $5,507 | $5,702 | $6,120 | $5,838 | $5,779 | $6,055 | $5,603 | $5,910 | $6,071 | $5,498 | $74,662 |
| Occupancy Expenses | $14,611 | $15,096 | $14,732 | $14,817 | $14,848 | $16,082 | $15,465 | $14,786 | $15,431 | $14,266 | $15,376 | $15,795 | $14,305 | $195,610 |
| Total Restaurant Operating Expense | $109,598 | $113,234 | $111,990 | $111,288 | $114,728 | $123,291 | $117,729 | $116,019 | $121,497 | $112,411 | $118,901 | $122,137 | $110,619 | $1,503,441 |
| Total Oper Income (loss) | $19,833 | $20,491 | $20,536 | $20,166 | $21,371 | $22,795 | $21,618 | $21,923 | $23,032 | $21,323 | $22,164 | $22,767 | $20,620 | $278,641 |
| Administrative Expenses | | | | | | | | | | | | | | |
| Corporate Office & Admin Expense Allocation | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $84,615 |
| Other G&A Expenses | $775 | $775 | $775 | $775 | $775 | $775 | $775 | $775 | $775 | $775 | $775 | $775 | $775 | $10,075 |
| Total G&A | $7,284 | $7,284 | $7,284 | $7,284 | $7,284 | $7,284 | $7,284 | $7,284 | $7,284 | $7,284 | $7,284 | $7,284 | $7,284 | $94,690 |
| Other | | | | | | | | | | | | | | |
| EBITDA (with rent add back) | $12,550 | $13,207 | $13,252 | $12,882 | $14,087 | $15,511 | $14,335 | $14,639 | $15,748 | $14,039 | $14,880 | $15,483 | $13,336 | $183,951 |
| US Trustee Fee | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Debt Service | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Tax Payment on past due taxes | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Debt Service Corporate | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $4,204 |
| Net Cash Flow | $12,199 | $12,857 | $12,902 | $12,532 | $13,737 | $15,161 | $13,984 | $14,289 | $15,397 | $13,689 | $14,530 | $15,133 | $13,336 | $179,746 |
| Capital Reserve Loan | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $0 | $18,000 |
| Net Cash Flow after Reserve | $10,699 | $11,357 | $11,402 | $11,032 | $12,237 | $13,661 | $12,484 | $12,789 | $13,897 | $12,189 | $13,030 | $13,633 | $13,336 | $161,746 |
| SSS Growth | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | |
| COGS | 30.50% | 30.50% | 30.50% | 30.50% | 30.50% | 30.50% | 30.50% | 30.50% | 30.50% | 30.50% | 30.50% | 30.50% | 30.50% | |
| Labor | 38.50% | 38.50% | 38.50% | 38.50% | 38.50% | 38.50% | 38.50% | 38.50% | 38.50% | 38.50% | 38.50% | 38.50% | 38.50% | |
| Labor Savings | | | | | | | | | | | | | | |
| Mgr Controllables | 11.05% | 11.05% | 11.05% | 11.05% | 11.05% | 11.05% | 11.05% | 11.05% | 11.05% | 11.05% | 11.05% | 11.05% | 11.05% | |
| Total Other Exp | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | |
| Occupancy | 7.85% | 7.85% | 7.73% | 7.83% | 7.58% | 7.65% | 7.71% | 7.45% | 7.42% | 7.41% | 7.58% | 7.58% | 7.58% | |
| Corporate Overhead | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | |
| Annual Total Corporate Overhead | | | | | | | | | | | | | | |
| Other G&A Expenses | 775 | 775 | 775 | 775 | 775 | 775 | 775 | 775 | 775 | 775 | 775 | 775 | 775 | |
| Expenses in Dollars at 0% SSS Growth | | | | | | | | | | | | | | |
| Labor | $69,591 | $71,899 | $71,255 | $70,678 | $73,176 | $78,545 | $74,922 | $74,167 | $77,708 | $71,904 | $75,846 | $77,910 | $70,563 | |
| Mgr Controllables | $19,973 | $20,636 | $20,451 | $20,285 | $21,002 | $22,544 | $21,504 | $21,287 | $22,303 | $20,637 | $21,769 | $22,361 | $20,252 | |
| Total Other Exp | $5,423 | $5,603 | $5,552 | $5,507 | $5,702 | $6,120 | $5,838 | $5,779 | $6,055 | $5,603 | $5,910 | $6,071 | $5,498 | |
| Occupancy | $14,181 | $14,652 | $14,299 | $14,381 | $14,411 | $15,609 | $15,010 | $14,351 | $14,977 | $13,847 | $14,924 | $15,330 | $13,885 | |

McGrath's Publick Fish House, Inc.
Case No. 10-60500-fra11
Exhibit 6 - Debtor's Projections
(Plan Year 3 Ending September 2013)

| | Pd 10 2012 | Pd 11 2012 | Pd 12 2012 | Pd 13 2012 | Pd 1 2013 | Pd 2 2013 | Pd 3 2013 | Pd 4 2013 | Pd 5 2013 | Pd 6 2013 | Pd 7 2013 | Pd 8 2013 | Pd 9 2013 | FYE 9-30-13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yr Over Yr | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | |
| | 5 Eugene | 5 Eugene | 5 Eugene | 5 Eugene | 5 Eugene | 5 Eugene | 5 Eugene | 5 Eugene | 5 Eugene | 5 Eugene | 5 Eugene | 5 Eugene | 5 Eugene | 5 Eugene |
| Sales | $211,768 | $214,866 | $212,452 | $207,703 | $222,379 | $230,460 | $217,080 | $212,486 | $225,070 | $213,515 | $219,613 | $225,258 | $211,286 | $2,823,936 |
| COGS | $67,766 | $68,757 | $67,985 | $66,465 | $71,161 | $73,747 | $69,466 | $67,995 | $72,022 | $68,325 | $70,276 | $72,083 | $67,611 | $903,660 |
| Gross Profit | $144,002 | $146,109 | $144,468 | $141,238 | $151,218 | $156,713 | $147,614 | $144,490 | $153,047 | $145,190 | $149,337 | $153,176 | $143,674 | $1,920,276 |
| Labor | $75,022 | $76,120 | $75,265 | $73,582 | $78,781 | $81,644 | $76,904 | $75,276 | $79,734 | $75,641 | $77,801 | $79,801 | $74,851 | $1,000,423 |
| Total Mgr Controllable Exp | $26,515 | $26,903 | $26,600 | $26,006 | $27,843 | $28,855 | $27,180 | $26,605 | $28,180 | $26,733 | $27,497 | $28,204 | $26,434 | $353,374 |
| Total Other Oper Expenses | $6,166 | $6,256 | $6,186 | $6,048 | $6,475 | $6,710 | $6,321 | $6,187 | $6,554 | $6,217 | $6,395 | $6,559 | $6,152 | $82,227 |
| Occupancy Expenses | $15,160 | $15,383 | $14,974 | $14,641 | $15,676 | $16,685 | $15,717 | $15,386 | $16,298 | $15,463 | $15,905 | $16,314 | $15,302 | $202,905 |
| Total Restaurant Operating Expense | $122,863 | $124,662 | $123,025 | $120,276 | $128,776 | $133,895 | $126,122 | $123,454 | $130,766 | $124,054 | $127,598 | $130,878 | $122,760 | $1,639,129 |
| Total Oper Income (loss) | $21,139 | $21,447 | $21,442 | $20,962 | $22,442 | $22,818 | $21,492 | $21,036 | $22,281 | $21,136 | $21,739 | $22,297 | $20,914 | $281,148 |
| Administrative Expenses | | | | | | | | | | | | | | |
| Corporate Office & Admin Expense Allocation | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $84,615 |
| Other G&A Expenses | $1,004 | $1,004 | $1,004 | $1,004 | $1,004 | $1,004 | $1,004 | $1,004 | $1,004 | $1,004 | $1,004 | $1,004 | $1,004 | $13,052 |
| Total G&A | $7,513 | $7,513 | $7,513 | $7,513 | $7,513 | $7,513 | $7,513 | $7,513 | $7,513 | $7,513 | $7,513 | $7,513 | $7,513 | $97,667 |
| Other | | | | | | | | | | | | | | |
| EBITDA (with rent add back) | $13,626 | $13,934 | $13,930 | $13,449 | $14,929 | $15,305 | $13,980 | $13,524 | $14,768 | $13,623 | $14,226 | $14,785 | $13,401 | $183,480 |
| US Trustee Fee | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Debt Service | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Tax Payment on past due taxes | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Debt Service Corporate | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $0 | $4,204 |
| Net Cash Flow | $13,276 | $13,584 | $13,579 | $13,099 | $14,579 | $14,955 | $13,629 | $13,173 | $14,418 | $13,273 | $13,875 | $14,434 | $13,401 | $179,276 |
| Capital Reserve Loan | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $0 | $18,000 |
| Net Cash Flow after Reserve | $11,776 | $12,084 | $12,079 | $11,599 | $13,079 | $13,455 | $12,129 | $11,673 | $12,918 | $11,773 | $12,375 | $12,934 | $13,401 | $161,276 |
| SSS Growth | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | |
| COGS | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% | |
| Labor | 36.50% | 36.50% | 36.50% | 36.50% | 36.50% | 36.50% | 36.50% | 36.50% | 36.50% | 36.50% | 36.50% | 36.50% | 36.50% | |
| Labor Savings | | | | | | | | | | | | | | |
| Mgr Controllables | 12.90% | 12.90% | 12.90% | 12.90% | 12.90% | 12.90% | 12.90% | 12.90% | 12.90% | 12.90% | 12.90% | 12.90% | 12.90% | |
| Total Other Exp | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | |
| Occupancy | 7.16% | 7.16% | 7.05% | 7.05% | 7.05% | 7.24% | 7.24% | 7.24% | 7.24% | 7.24% | 7.24% | 7.24% | 7.24% | |
| Corporate Overhead | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | | | |
| Annual Total Corporate Overhead | | | | | | | | | | | | | | |
| Other G&A Expenses | 1,004 | 1,004 | 1,004 | 1,004 | 1,004 | 1,004 | 1,004 | 1,004 | 1,004 | 1,004 | 1,004 | | | |
| Expenses in Dollars at 0% SSS Growth | | | | | | | | | | | | | | |
| Labor | $75,022 | $76,120 | $75,265 | $73,582 | $78,781 | $81,644 | $76,904 | $75,276 | $79,734 | $75,641 | $77,801 | $79,801 | $74,851 | |
| Mgr Controllables | $26,515 | $26,903 | $26,600 | $26,006 | $27,843 | $28,855 | $27,180 | $26,605 | $28,180 | $26,733 | $27,497 | $28,204 | $26,434 | |
| Total Other Exp | $6,166 | $6,256 | $6,186 | $6,048 | $6,475 | $6,710 | $6,321 | $6,187 | $6,554 | $6,217 | $6,395 | $6,559 | $6,152 | |
| Occupancy | $14,714 | $14,931 | $14,534 | $14,210 | $15,215 | $16,194 | $15,255 | $14,933 | $15,819 | $15,008 | $15,438 | $15,834 | $14,852 | |

McGrath's Publick Fish House, Inc.
Case No. 10-60500-fra11
Exhibit 6 - Debtor's Projections
(Plan Year 3 Ending September 2013)

| | Pd 10 2012 | Pd 11 2012 | Pd 12 2012 | Pd 13 2012 | Pd 1 2013 | Pd 2 2013 | Pd 3 2013 | Pd 4 2013 | Pd 5 2013 | Pd 6 2013 | Pd 7 2013 | Pd 8 2013 | Pd 9 2013 | FYE 9-30-13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yr Over Yr | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | |
| | 6 Corvallis | 6 Corvallis | 6 Corvallis | 6 Corvallis | 6 Corvallis | 6 Corvallis | 6 Corvallis | 6 Corvallis | 6 Corvallis | 6 Corvallis | 6 Corvallis | 6 Corvallis | 6 Corvallis | 6 Corvallis |
| Sales | $162,925 | $168,841 | $160,174 | $145,379 | $171,549 | $171,744 | $172,541 | $164,759 | $180,407 | $176,874 | $163,553 | $172,319 | $152,892 | $2,163,957 |
| COGS | $50,507 | $52,341 | $49,654 | $45,068 | $53,180 | $53,241 | $53,488 | $51,075 | $55,926 | $54,831 | $50,701 | $53,419 | $47,397 | $670,827 |
| Gross Profit | $112,418 | $116,501 | $110,520 | $100,312 | $118,369 | $118,503 | $119,054 | $113,684 | $124,481 | $122,043 | $112,852 | $118,900 | $105,495 | $1,493,130 |
| Labor | $60,091 | $62,273 | $59,076 | $53,619 | $63,271 | $63,343 | $63,637 | $60,767 | $66,538 | $65,235 | $60,322 | $63,555 | $56,390 | $798,120 |
| Total Mgr Controllable Exp | $20,874 | $21,632 | $20,521 | $18,626 | $21,979 | $22,003 | $22,106 | $21,109 | $23,113 | $22,661 | $20,954 | $22,077 | $19,588 | $277,242 |
| Total Other Oper Expenses | $3,953 | $4,097 | $3,887 | $3,528 | $4,163 | $4,167 | $4,187 | $3,998 | $4,378 | $4,292 | $3,969 | $4,181 | $3,710 | $52,508 |
| Occupancy Expenses | $11,437 | $11,852 | $11,884 | $10,122 | $11,525 | $12,133 | $13,463 | $10,894 | $12,087 | $11,827 | $11,571 | $12,191 | $10,817 | $151,833 |
| Total Restaurant Operating Expense | $96,355 | $99,854 | $95,367 | $85,894 | $100,938 | $101,677 | $103,393 | $96,768 | $106,117 | $104,015 | $96,816 | $102,005 | $90,505 | $1,279,703 |
| Total Oper Income (loss) | $16,064 | $16,647 | $15,153 | $14,417 | $17,431 | $16,826 | $15,661 | $16,916 | $18,364 | $18,028 | $16,036 | $16,895 | $14,990 | $213,428 |
| Administrative Expenses | | | | | | | | | | | | | | |
| Corporate Office & Admin Expense Allocation | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $84,615 |
| Other G&A Expenses | $709 | $709 | $709 | $709 | $709 | $709 | $709 | $709 | $709 | $709 | $709 | $709 | $709 | $9,217 |
| Total G&A | $7,218 | $7,218 | $7,218 | $7,218 | $7,218 | $7,218 | $7,218 | $7,218 | $7,218 | $7,218 | $7,218 | $7,218 | $7,218 | $93,832 |
| Other | | | | | | | | | | | | | | |
| EBITDA (with rent add back) | $8,846 | $9,429 | $7,935 | $7,199 | $10,213 | $9,608 | $8,443 | $9,698 | $11,146 | $10,810 | $8,818 | $9,677 | $7,773 | $119,595 |
| US Trustee Fee | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Debt Service | $6,480 | $6,480 | $6,480 | $6,480 | $6,480 | $6,480 | $6,480 | $6,480 | $6,480 | $6,480 | $6,480 | $6,480 | $0 | $77,758 |
| Tax Payment on past due taxes | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Debt Service Corporate | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $0 | $4,204 |
| Net Cash Flow | $2,016 | $2,599 | $1,104 | $369 | $3,383 | $2,778 | $1,613 | $2,868 | $4,316 | $3,980 | $1,988 | $2,847 | $7,773 | $37,633 |
| Capital Reserve Loan | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $0 | $18,000 |
| Net Cash Flow after Reserve | $516 | $1,099 | ($396) | ($1,131) | $1,883 | $1,278 | $113 | $1,368 | $2,816 | $2,480 | $488 | $1,347 | $7,773 | $19,633 |
| SSS Growth | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | |
| COGS | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | |
| Labor | 38.00% | 38.00% | 38.00% | 38.00% | 38.00% | 38.00% | 38.00% | 38.00% | 38.00% | 38.00% | 38.00% | 38.00% | 38.00% | |
| Labor Savings | | | | | | | | | | | | | | |
| Mgr Controllables | 13.20% | 13.20% | 13.20% | 13.20% | 13.20% | 13.20% | 13.20% | 13.20% | 13.20% | 13.20% | 13.20% | 13.20% | 13.20% | |
| Total Other Exp | 2.50% | 2.50% | 2.50% | 2.50% | 2.50% | 2.50% | 2.50% | 2.50% | 2.50% | 2.50% | 2.50% | 2.50% | 2.50% | |
| Occupancy | 7.02% | 7.02% | 7.42% | 6.96% | 6.72% | 7.08% | 7.80% | 6.61% | 6.70% | 6.69% | 7.07% | 7.07% | 7.07% | |
| Corporate Overhead | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | |
| Annual Total Corporate Overhead | | | | | | | | | | | | | | |
| Other G&A Expenses | 709 | 709 | 709 | 709 | 709 | 709 | 709 | 709 | 709 | 709 | 709 | 709 | 709 | |
| Expenses in Dollars at 0% SSS Growth | | | | | | | | | | | | | | |
| Labor | $60,091 | $62,273 | $59,076 | $53,619 | $63,271 | $63,343 | $63,637 | $60,767 | $66,538 | $65,235 | $60,322 | $63,555 | $56,390 | |
| Mgr Controllables | $20,874 | $21,632 | $20,521 | $18,626 | $21,979 | $22,003 | $22,106 | $21,109 | $23,113 | $22,661 | $20,954 | $22,077 | $19,588 | |
| Total Other Exp | $3,953 | $4,097 | $3,887 | $3,528 | $4,163 | $4,167 | $4,187 | $3,998 | $4,378 | $4,292 | $3,969 | $4,181 | $3,710 | |
| Occupancy | $11,101 | $11,504 | $11,534 | $9,824 | $11,186 | $11,805 | $13,067 | $10,574 | $11,732 | $11,480 | $11,231 | $11,833 | $10,499 | |

McGrath's Publick Fish House, Inc.
Case No. 10-60500-fra11
Exhibit 6 - Debtor's Projections
(Plan Year 3 Ending September 2013)

| Yr Over Yr | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Pd 10 2012 | Pd 11 2012 | Pd 12 2012 | Pd 13 2012 | Pd 1 2013 | Pd 2 2013 | Pd 3 2013 | Pd 4 2013 | Pd 5 2013 | Pd 6 2013 | Pd 7 2013 | Pd 8 2013 | Pd 9 2013 | FYE 9-30-13 |
| | 7 Medford | 7 Medford | 7 Medford | 7 Medford | 7 Medford | 7 Medford | 7 Medford | 7 Medford | 7 Medford | 7 Medford | 7 Medford | 7 Medford | 7 Medford | 7 Medford |
| Sales | $197,675 | $207,261 | $196,798 | $185,786 | $176,965 | $193,351 | $193,173 | $184,358 | $203,230 | $206,687 | $218,721 | $212,897 | $203,433 | $2,580,333 |
| COGS | $62,268 | $65,287 | $61,991 | $58,522 | $55,744 | $60,906 | $60,849 | $58,073 | $64,017 | $65,106 | $68,897 | $67,063 | $64,081 | $812,805 |
| Gross Profit | $135,407 | $141,974 | $134,806 | $127,263 | $121,221 | $132,445 | $132,323 | $126,285 | $139,213 | $141,580 | $149,824 | $145,835 | $139,351 | $1,767,528 |
| Labor | $71,948 | $75,437 | $71,629 | $67,621 | $64,410 | $70,374 | $70,309 | $67,101 | $73,970 | $75,228 | $79,608 | $77,488 | $74,044 | $939,167 |
| Total Mgr Controllable Exp | $25,901 | $27,157 | $25,786 | $24,343 | $23,188 | $25,335 | $25,311 | $24,156 | $26,629 | $27,082 | $28,659 | $27,896 | $26,656 | $338,100 |
| Total Other Oper Expenses | $6,715 | $7,041 | $6,685 | $6,311 | $6,012 | $6,568 | $6,562 | $6,263 | $6,904 | $7,021 | $7,430 | $7,232 | $6,911 | $87,656 |
| Occupancy Expenses | $1,725 | $1,808 | $1,700 | $1,589 | $1,499 | $1,637 | $1,636 | $1,546 | $1,704 | $1,733 | $1,834 | $1,785 | $1,706 | $21,900 |
| Total Restaurant Operating Expense | $106,289 | $111,443 | $105,800 | $99,864 | $95,108 | $103,914 | $103,819 | $99,066 | $109,207 | $111,064 | $117,531 | $114,401 | $109,316 | $1,386,823 |
| Total Oper Income (loss) | $29,118 | $30,530 | $29,006 | $27,399 | $26,113 | $28,531 | $28,505 | $27,219 | $30,006 | $30,516 | $32,293 | $31,433 | $30,036 | $380,705 |
| Administrative Expenses | | | | | | | | | | | | | | |
| Corporate Office & Admin Expense Allocation | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $84,615 |
| Other G&A Expenses | $1,980 | $1,980 | $1,980 | $1,980 | $1,980 | $1,980 | $1,980 | $1,980 | $1,980 | $1,980 | $1,980 | $1,980 | $1,980 | $25,740 |
| Total G&A | $8,489 | $8,489 | $8,489 | $8,489 | $8,489 | $8,489 | $8,489 | $8,489 | $8,489 | $8,489 | $8,489 | $8,489 | $8,489 | $110,355 |
| Other | | | | | | | | | | | | | | |
| EBITDA (with rent add back) | $20,629 | $22,041 | $20,517 | $18,910 | $17,624 | $20,042 | $20,016 | $18,730 | $21,517 | $22,027 | $23,804 | $22,944 | $21,547 | $270,350 |
| US Trustee Fee | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Debt Service | $14,966 | $14,966 | $14,966 | $14,966 | $14,966 | $14,966 | $14,966 | $14,966 | $14,966 | $14,966 | $14,966 | $14,966 | $0 | $179,590 |
| Tax Payment on past due taxes | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Debt Service Corporate | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $0 | $4,204 |
| Net Cash Flow | $5,313 | $6,725 | $5,201 | $3,594 | $2,308 | $4,726 | $4,700 | $3,414 | $6,201 | $6,711 | $8,488 | $7,628 | $21,547 | $86,556 |
| Capital Reserve Loan | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $0 | $18,000 |
| Net Cash Flow after Reserve | $3,813 | $5,225 | $3,701 | $2,094 | $808 | $3,226 | $3,200 | $1,914 | $4,701 | $5,211 | $6,988 | $6,128 | $21,547 | $68,556 |
| SSS Growth | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | |
| COGS | 31.50% | 31.50% | 31.50% | 31.50% | 31.50% | 31.50% | 31.50% | 31.50% | 31.50% | 31.50% | 31.50% | 31.50% | 31.50% | |
| Labor | 37.50% | 37.50% | 37.50% | 37.50% | 37.50% | 37.50% | 37.50% | 37.50% | 37.50% | 37.50% | 37.50% | 37.50% | 37.50% | |
| Labor Savings | | | | | | | | | | | | | | |
| Mgr Controllables | 13.50% | 13.50% | 13.50% | 13.50% | 13.50% | 13.50% | 13.50% | 13.50% | 13.50% | 13.50% | 13.50% | 13.50% | 13.50% | |
| Total Other Exp | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | |
| Occupancy | 0.90% | 0.90% | 0.89% | 0.88% | 0.87% | 0.87% | 0.87% | 0.86% | 0.86% | 0.86% | 0.86% | 0.86% | 0.86% | |
| Corporate Overhead | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | |
| Annual Total Corporate Overhead | | | | | | | | | | | | | | |
| Other G&A Expenses | 1,980 | 1,980 | 1,980 | 1,980 | 1,980 | 1,980 | 1,980 | 1,980 | 1,980 | 1,980 | 1,980 | 1,980 | 1,980 | |
| Expenses in Dollars at 0% SSS Growth | | | | | | | | | | | | | | |
| Labor | $71,948 | $75,437 | $71,629 | $67,621 | $64,410 | $70,374 | $70,309 | $67,101 | $73,970 | $75,228 | $79,608 | $77,488 | $74,044 | |
| Mgr Controllables | $25,901 | $27,157 | $25,786 | $24,343 | $23,188 | $25,335 | $25,311 | $24,156 | $26,629 | $27,082 | $28,659 | $27,896 | $26,656 | |
| Total Other Exp | $6,715 | $7,041 | $6,685 | $6,311 | $6,012 | $6,568 | $6,562 | $6,263 | $6,904 | $7,021 | $7,430 | $7,232 | $6,911 | |
| Occupancy | $1,725 | $1,808 | $1,700 | $1,589 | $1,499 | $1,637 | $1,636 | $1,546 | $1,704 | $1,733 | $1,834 | $1,785 | $1,706 | |

McGrath's Publick Fish House, Inc.
Case No. 10-60500-fra11
Exhibit 6 - Debtor's Projections
(Plan Year 3 Ending September 2013)

| | Pd 10 2012 | Pd 11 2012 | Pd 12 2012 | Pd 13 2012 | Pd 1 2013 | Pd 2 2013 | Pd 3 2013 | Pd 4 2013 | Pd 5 2013 | Pd 6 2013 | Pd 7 2013 | Pd 8 2013 | Pd 9 2013 | FYE 9-30-13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yr Over Yr | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | |
| | 8 Boise | 8 Boise | 8 Boise | 8 Boise | 8 Boise | 8 Boise | 8 Boise | 8 Boise | 8 Boise | 8 Boise | 8 Boise | 8 Boise | 8 Boise | 8 Boise |
| Sales | $139,139 | $158,505 | $157,787 | $164,800 | $173,778 | $191,011 | $184,667 | $173,048 | $175,908 | $170,705 | $161,696 | $169,349 | $163,357 | $2,183,749 |
| COGS | $47,307 | $53,892 | $53,648 | $56,032 | $59,084 | $64,944 | $62,787 | $58,836 | $59,809 | $58,040 | $54,977 | $57,579 | $55,541 | $742,475 |
| Gross Profit | $91,832 | $104,613 | $104,140 | $108,768 | $114,693 | $126,067 | $121,880 | $114,212 | $116,100 | $112,666 | $106,719 | $111,770 | $107,816 | $1,441,275 |
| Labor | $42,540 | $48,461 | $48,241 | $50,385 | $53,130 | $58,399 | $56,459 | $52,907 | $53,782 | $52,191 | $49,436 | $51,776 | $49,944 | $667,651 |
| Total Mgr Controllable Exp | $19,582 | $22,307 | $22,206 | $23,193 | $24,457 | $26,882 | $25,989 | $24,354 | $24,757 | $24,024 | $22,756 | $23,833 | $22,990 | $307,331 |
| Total Other Oper Expenses | $5,402 | $6,154 | $6,126 | $6,398 | $6,747 | $7,416 | $7,169 | $6,718 | $6,829 | $6,627 | $6,278 | $6,575 | $6,342 | $84,781 |
| Occupancy Expenses | $14,577 | $16,606 | $16,698 | $17,616 | $18,576 | $20,418 | $19,715 | $17,533 | $17,823 | $17,296 | $16,383 | $17,159 | $16,551 | $225,946 |
| Total Restaurant Operating Expense | $82,100 | $93,527 | $93,271 | $97,592 | $102,909 | $113,114 | $108,329 | $101,513 | $103,191 | $100,139 | $94,853 | $99,343 | $95,828 | $1,285,709 |
| Total Oper Income (loss) | $9,731 | $11,086 | $10,868 | $11,175 | $11,784 | $12,953 | $13,552 | $12,699 | $12,909 | $12,527 | $11,866 | $12,428 | $11,988 | $155,566 |
| Administrative Expenses | | | | | | | | | | | | | | |
| Corporate Office & Admin Expense Allocation | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | |
| Other G&A Expenses | $801 | $801 | $801 | $801 | $801 | $801 | $801 | $801 | $801 | $801 | $801 | $801 | $801 | $10,413 |
| Total G&A | $7,310 | $7,310 | $7,310 | $7,310 | $7,310 | $7,310 | $7,310 | $7,310 | $7,310 | $7,310 | $7,310 | $7,310 | $7,310 | $95,028 |
| Other | | | | | | | | | | | | | | |
| EBITDA (with rent add back) | $2,421 | $3,776 | $3,559 | $3,865 | $4,474 | $5,643 | $6,242 | $5,389 | $5,599 | $5,217 | $4,556 | $5,118 | $4,678 | $60,537 |
| US Trustee Fee | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Debt Service | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Tax Payment on past due taxes | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Debt Service Corporate | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | | $4,204 |
| Net Cash Flow | $2,071 | $3,425 | $3,208 | $3,515 | $4,124 | $5,293 | $5,891 | $5,039 | $5,249 | $4,867 | $4,206 | $4,767 | $4,678 | $56,333 |
| Capital Reserve Loan | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $0 | $18,000 |
| Net Cash Flow after Reserve | $571 | $1,925 | $1,708 | $2,015 | $2,624 | $3,793 | $4,391 | $3,539 | $3,749 | $3,367 | $2,706 | $3,267 | $4,678 | $38,333 |
| SSS Growth | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | |
| COGS | 34.00% | 34.00% | 34.00% | 34.00% | 34.00% | 34.00% | 34.00% | 34.00% | 34.00% | 34.00% | 34.00% | 34.00% | 34.00% | |
| Labor | 31.50% | 31.50% | 31.50% | 31.50% | 31.50% | 31.50% | 31.50% | 31.50% | 31.50% | 31.50% | 31.50% | 31.50% | 31.50% | |
| Labor Savings | | | | | | | | | | | | | | |
| Mgr Controllables | 14.50% | 14.50% | 14.50% | 14.50% | 14.50% | 14.50% | 14.50% | 14.50% | 14.50% | 14.50% | 14.50% | 14.50% | 14.50% | |
| Total Other Exp | 4.00% | 4.00% | 4.00% | 4.00% | 4.00% | 4.00% | 4.00% | 4.00% | 4.00% | 4.00% | 4.00% | 4.00% | 4.00% | |
| Occupancy | 10.48% | 10.48% | 10.58% | 10.69% | 10.69% | 10.69% | 10.13% | 10.13% | 10.13% | 10.13% | 10.13% | 10.13% | 10.13% | |
| Corporate Overhead | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | |
| Annual Total Corporate Overhead | | | | | | | | | | | | | | |
| Other G&A Expenses | 801 | 801 | 801 | 801 | 801 | 801 | 801 | 801 | 801 | 801 | 801 | 801 | 801 | |
| Expenses in Dollars at 0% SSS Growth | | | | | | | | | | | | | | |
| Labor | $42,540 | $48,461 | $48,241 | $50,385 | $53,130 | $58,399 | $56,459 | $52,907 | $53,782 | $52,191 | $49,436 | $51,776 | $49,944 | |
| Mgr Controllables | $19,582 | $22,307 | $22,206 | $23,193 | $24,457 | $26,882 | $25,989 | $24,354 | $24,757 | $24,024 | $22,756 | $23,833 | $22,990 | |
| Total Other Exp | $5,402 | $6,154 | $6,126 | $6,398 | $6,747 | $7,416 | $7,169 | $6,718 | $6,829 | $6,627 | $6,278 | $6,575 | $6,342 | |
| Occupancy | $14,148 | $16,118 | $16,207 | $17,098 | $18,029 | $19,817 | $18,160 | $17,018 | $17,299 | $16,787 | $15,901 | $16,654 | $16,065 | |

McGrath's Publick Fish House, Inc.
Case No. 10-60500-fra11
Exhibit 6 - Debtor's Projections
(Plan Year 3 Ending September 2013)

| | Pd 10 2012 | Pd 11 2012 | Pd 12 2012 | Pd 13 2012 | Pd 1 2013 | Pd 2 2013 | Pd 3 2013 | Pd 4 2013 | Pd 5 2013 | Pd 6 2013 | Pd 7 2013 | Pd 8 2013 | Pd 9 2013 | FYE 9-30-13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yr Over Yr | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | |
| | 9 Vancouver | 9 Vancouver | 9 Vancouver | 9 Vancouver | 9 Vancouver | 9 Vancouver | 9 Vancouver | 9 Vancouver | 9 Vancouver | 9 Vancouver | 9 Vancouver | 9 Vancouver | 9 Vancouver | 9 Vancouver |
| Sales | $224,111 | $231,616 | $225,260 | $224,219 | $243,112 | $249,875 | $236,255 | $225,566 | $239,442 | $217,724 | $239,372 | $237,267 | $232,655 | $3,026,476 |
| COGS | $69,475 | $71,801 | $69,831 | $69,508 | $75,365 | $77,461 | $73,239 | $69,926 | $74,227 | $67,495 | $74,205 | $73,553 | $72,123 | $938,208 |
| Gross Profit | $154,637 | $159,815 | $155,429 | $154,711 | $167,748 | $172,414 | $163,016 | $155,641 | $165,215 | $150,230 | $165,167 | $163,714 | $160,532 | $2,088,268 |
| Labor | $77,220 | $79,806 | $77,615 | $77,257 | $83,767 | $86,097 | $81,404 | $77,721 | $82,502 | $75,019 | $82,478 | $81,753 | $80,163 | $1,042,801 |
| Total Mgr Controllable Exp | $27,843 | $28,775 | $27,985 | $27,856 | $30,203 | $31,043 | $29,351 | $28,023 | $29,747 | $27,049 | $29,739 | $29,477 | $28,904 | $375,996 |
| Total Other Oper Expenses | $8,701 | $8,992 | $8,745 | $8,705 | $9,439 | $9,701 | $9,172 | $8,757 | $9,296 | $8,453 | $9,293 | $9,212 | $9,032 | $117,499 |
| Occupancy Expenses | $3,013 | $3,114 | $3,001 | $2,943 | $3,087 | $3,263 | $3,099 | $2,729 | $3,028 | $2,779 | $3,192 | $3,164 | $3,102 | $39,514 |
| Total Restaurant Operating Expense | $116,776 | $120,687 | $117,347 | $116,761 | $126,496 | $130,104 | $123,026 | $117,231 | $124,573 | $113,300 | $124,702 | $123,605 | $121,202 | $1,575,809 |
| Total Oper Income (loss) | $37,860 | $39,128 | $38,083 | $37,951 | $41,252 | $42,310 | $39,989 | $38,410 | $40,642 | $36,930 | $40,465 | $40,109 | $39,330 | $512,459 |
| **Administrative Expenses** | | | | | | | | | | | | | | |
| Corporate Office & Admin Expense Allocation | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $84,615 |
| Other G&A Expenses | $945 | $945 | $945 | $945 | $945 | $945 | $945 | $945 | $945 | $945 | $945 | $945 | $945 | $12,285 |
| Total G&A | $7,454 | $7,454 | $7,454 | $7,454 | $7,454 | $7,454 | $7,454 | $7,454 | $7,454 | $7,454 | $7,454 | $7,454 | $7,454 | $96,900 |
| Other | | | | | | | | | | | | | | |
| EBITDA (with rent add back) | $30,407 | $31,674 | $30,629 | $30,497 | $33,798 | $34,856 | $32,536 | $30,956 | $33,188 | $29,476 | $33,011 | $32,655 | $31,876 | $415,559 |
| US Trustee Fee | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Debt Service | $21,176 | $21,176 | $21,176 | $21,176 | $21,176 | $21,176 | $21,176 | $21,176 | $21,176 | $21,176 | $21,176 | $21,176 | $0 | $254,112 |
| Tax Payment on past due taxes | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Debt Service Corporate | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $0 | $4,204 |
| Net Cash Flow | $8,880 | $10,148 | $9,102 | $8,971 | $12,272 | $13,330 | $11,009 | $9,430 | $11,661 | $7,950 | $11,485 | $11,129 | $31,876 | $157,242 |
| Capital Reserve Loan | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $0 | $18,000 |
| Net Cash Flow after Reserve | $7,380 | $8,648 | $7,602 | $7,471 | $10,772 | $11,830 | $9,509 | $7,930 | $10,161 | $6,450 | $9,985 | $9,629 | $31,876 | $139,242 |
| SSS Growth | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | |
| COGS | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | |
| Labor | 35.50% | 35.50% | 35.50% | 35.50% | 35.50% | 35.50% | 35.50% | 35.50% | 35.50% | 35.50% | 35.50% | 35.50% | 35.50% | |
| Labor Savings | | | | | | | | | | | | | | |
| Mgr Controllables | 12.80% | 12.80% | 12.80% | 12.80% | 12.80% | 12.80% | 12.80% | 12.80% | 12.80% | 12.80% | 12.80% | 12.80% | 12.80% | |
| Total Other Exp | 4.00% | 4.00% | 4.00% | 4.00% | 4.00% | 4.00% | 4.00% | 4.00% | 4.00% | 4.00% | 4.00% | 4.00% | 4.00% | |
| Occupancy | 1.39% | 1.39% | 1.37% | 1.35% | 1.31% | 1.35% | 1.35% | 1.25% | 1.30% | 1.32% | 1.37% | 1.37% | 1.37% | |
| Corporate Overhead | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | |
| Annual Total Corporate Overhead | | | | | | | | | | | | | | |
| Other G&A Expenses | 945 | 945 | 945 | 945 | 945 | 945 | 945 | 945 | 945 | 945 | 945 | 945 | 945 | |
| Expenses in Dollars at 0% SSS Growth | | | | | | | | | | | | | | |
| Labor | $77,220 | $79,806 | $77,615 | $77,257 | $83,767 | $86,097 | $81,404 | $77,721 | $82,502 | $75,019 | $82,478 | $81,753 | $80,163 | |
| Mgr Controllables | $27,843 | $28,775 | $27,985 | $27,856 | $30,203 | $31,043 | $29,351 | $28,023 | $29,747 | $27,049 | $29,739 | $29,477 | $28,904 | |
| Total Other Exp | $8,701 | $8,992 | $8,745 | $8,705 | $9,439 | $9,701 | $9,172 | $8,757 | $9,296 | $8,453 | $9,293 | $9,212 | $9,032 | |
| Occupancy | $3,013 | $3,114 | $3,001 | $2,943 | $3,087 | $3,263 | $3,099 | $2,729 | $3,028 | $2,779 | $3,192 | $3,164 | $3,102 | |

McGrath's Publick Fish House, Inc.
Case No. 10-60500-fra11
Exhibit 6 - Debtor's Projections
(Plan Year 3 Ending September 2013)

| | Fd 10 2012 | Fd 11 2012 | Fd 12 2012 | Fd 13 2012 | Fd 1 2013 | Fd 2 2013 | Fd 3 2013 | Fd 4 2013 | Fd 5 2013 | Fd 6 2013 | Fd 7 2013 | Fd 8 2013 | Fd 9 2013 | FYE 9-30-13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yr Over Yr | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | |
| | 11 Sandy | 11 Sandy | 11 Sandy | 11 Sandy | 11 Sandy | 11 Sandy | 11 Sandy | 11 Sandy | 11 Sandy | 11 Sandy | 11 Sandy | 11 Sandy | 11 Sandy | 11 Sandy |
| Sales | $122,068 | $135,179 | $132,405 | $132,456 | $154,010 | $168,567 | $166,908 | $147,206 | $148,781 | $146,063 | $148,524 | $140,267 | $134,650 | $1,877,083 |
| COGS | $40,282 | $44,609 | $43,694 | $43,710 | $50,823 | $55,627 | $55,080 | $48,578 | $49,098 | $48,201 | $49,013 | $46,288 | $44,434 | $619,437 |
| Gross Profit | $81,785 | $90,570 | $88,712 | $88,745 | $103,187 | $112,940 | $111,829 | $98,628 | $99,683 | $97,862 | $99,511 | $93,979 | $90,215 | $1,257,646 |
| Labor | $33,297 | $37,370 | $36,508 | $36,524 | $43,218 | $47,740 | $47,225 | $41,105 | $41,594 | $40,750 | $41,514 | $38,950 | $37,205 | $523,001 |
| Total Mgr Controllable Exp | $15,758 | $17,450 | $17,092 | $17,099 | $19,881 | $21,760 | $21,546 | $19,003 | $19,206 | $18,855 | $19,173 | $18,107 | $17,382 | $242,310 |
| Total Other Oper Expenses | $4,147 | $4,592 | $4,498 | $4,500 | $5,232 | $5,726 | $5,670 | $5,001 | $5,054 | $4,962 | $5,045 | $4,765 | $4,574 | $63,766 |
| Occupancy Expenses | $9,617 | $10,651 | $11,051 | $11,056 | $13,253 | $14,507 | $14,365 | $12,929 | $12,790 | $12,324 | $13,006 | $12,283 | $11,791 | $159,620 |
| Total Restaurant Operating Expense | $62,819 | $70,063 | $69,149 | $69,178 | $81,584 | $89,733 | $88,805 | $78,037 | $78,644 | $76,891 | $78,738 | $74,104 | $70,952 | $988,697 |
| Total Oper Income (loss) | $18,966 | $20,507 | $19,563 | $19,568 | $21,603 | $23,207 | $23,023 | $20,591 | $21,039 | $20,972 | $20,773 | $19,875 | $19,263 | $268,949 |
| **Administrative Expenses** | | | | | | | | | | | | | | |
| Corporate Office & Admin Expense Allocation | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $84,615 |
| Other G&A Expenses | $817 | $817 | $817 | $817 | $817 | $817 | $817 | $817 | $817 | $817 | $817 | $817 | $817 | $10,621 |
| Total G&A | $7,326 | $7,326 | $7,326 | $7,326 | $7,326 | $7,326 | $7,326 | $7,326 | $7,326 | $7,326 | $7,326 | $7,326 | $7,326 | $95,236 |
| Other | | | | | | | | | | | | | | |
| EBITDA (with rent add back) | $11,640 | $13,181 | $12,237 | $12,242 | $14,277 | $15,881 | $15,697 | $13,265 | $13,713 | $13,646 | $13,447 | $12,549 | $11,938 | $173,712 |
| US Trustee Fee | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Debt Service | $8,281 | $8,281 | $8,281 | $8,281 | $8,281 | $8,281 | $8,281 | $8,281 | $8,281 | $8,281 | $8,281 | $8,281 | $0 | $99,375 |
| Tax Payment on past due taxes | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Debt Service Corporate | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $0 | $4,204 |
| Net Cash Flow | $3,009 | $4,550 | $3,605 | $3,610 | $5,645 | $7,250 | $7,066 | $4,633 | $5,081 | $5,014 | $4,815 | $3,917 | $11,938 | $70,133 |
| Capital Reserve Loan | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $0 | $18,000 |
| Net Cash Flow after Reserve | $1,509 | $3,050 | $2,105 | $2,110 | $4,145 | $5,750 | $5,566 | $3,133 | $3,581 | $3,514 | $3,315 | $2,417 | $11,938 | $52,133 |
| SSS Growth | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | |
| COGS | 33.00% | 33.00% | 33.00% | 33.00% | 33.00% | 33.00% | 33.00% | 33.00% | 33.00% | 33.00% | 33.00% | 33.00% | 33.00% | |
| Labor | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% | |
| Labor Savings | 4,615 | 4,615 | 4,615 | 4,615 | 4,615 | 4,615 | 4,615 | 4,615 | 4,615 | 4,615 | 4,615 | 4,615 | 4,615 | |
| Mgr Controllables | 13.30% | 13.30% | 13.30% | 13.30% | 13.30% | 13.30% | 13.30% | 13.30% | 13.30% | 13.30% | 13.30% | 13.30% | 13.30% | |
| Total Other Exp | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | |
| Occupancy | 7.88% | 7.88% | 8.35% | 8.35% | 8.61% | 8.61% | 8.61% | 8.78% | 8.60% | 8.44% | 8.76% | 8.76% | 8.76% | |
| Corporate Overhead | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | |
| Annual Total Corporate Overhead | | | | | | | | | | | | | | |
| Other G&A Expenses | 817 | 817 | 817 | 817 | 817 | 817 | 817 | 817 | 817 | 817 | 817 | 817 | 817 | |
| Expenses in Dollars at 0% SSS Growth | | | | | | | | | | | | | | |
| Labor | $33,297 | $37,370 | $36,508 | $36,524 | $43,218 | $47,740 | $47,225 | $41,105 | $41,594 | $40,750 | $41,514 | $38,950 | $37,205 | |
| Mgr Controllables | $15,758 | $17,450 | $17,092 | $17,099 | $19,881 | $21,760 | $21,546 | $19,003 | $19,206 | $18,855 | $19,173 | $18,107 | $17,382 | |
| Total Other Exp | $4,147 | $4,592 | $4,498 | $4,500 | $5,232 | $5,726 | $5,670 | $5,001 | $5,054 | $4,962 | $5,045 | $4,765 | $4,574 | |
| Occupancy | $9,334 | $10,338 | $10,726 | $10,730 | $12,863 | $14,080 | $13,942 | $12,548 | $12,414 | $11,961 | $12,623 | $11,921 | $11,444 | |

McGrath's Publick Fish House, Inc.
Case No. 10-60500-fra11
Exhibit 6 - Debtor's Projections
(Plan Year 3 Ending September 2013)

| | Pd 10 2012 | Pd 11 2012 | Pd 12 2012 | Pd 13 2012 | Pd 1 2013 | Pd 2 2013 | Pd 3 2013 | Pd 4 2013 | Pd 5 2013 | Pd 6 2013 | Pd 7 2013 | Pd 8 2013 | Pd 9 2013 | FYE 9-30-13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yr Over Yr | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | |
| | 13 Layton | 13 Layton | 13 Layton | 13 Layton | 13 Layton | 13 Layton | 13 Layton | 13 Layton | 13 Layton | 13 Layton | 13 Layton | 13 Layton | 13 Layton | 13 Layton |
| Sales | $100,552 | $113,933 | $108,917 | $104,925 | $126,660 | $130,610 | $125,642 | $111,135 | $124,503 | $125,577 | $123,517 | $114,189 | $111,438 | $1,521,600 |
| COGS | $31,925 | $36,174 | $34,581 | $33,314 | $40,215 | $41,469 | $39,891 | $35,285 | $39,530 | $39,871 | $39,217 | $36,255 | $35,382 | $483,108 |
| Gross Profit | $68,627 | $77,759 | $74,336 | $71,612 | $86,446 | $89,142 | $85,751 | $75,850 | $84,973 | $85,706 | $84,300 | $77,934 | $76,057 | $1,038,492 |
| Labor | $33,182 | $37,598 | $35,943 | $34,625 | $41,798 | $43,102 | $41,462 | $36,675 | $41,086 | $41,440 | $40,761 | $37,683 | $36,775 | $502,129 |
| Total Mgr Controllable Exp | $12,395 | $14,044 | $13,426 | $12,934 | $15,613 | $16,100 | $15,487 | $13,699 | $15,347 | $15,479 | $15,225 | $14,076 | $13,736 | $187,560 |
| Total Other Oper Expenses | $3,074 | $3,483 | $3,330 | $3,208 | $3,872 | $3,993 | $3,841 | $3,398 | $3,807 | $3,839 | $3,776 | $3,491 | $3,407 | $46,521 |
| Occupancy Expenses | $6,831 | $7,898 | $7,865 | $7,577 | $9,202 | $9,489 | $8,917 | $7,782 | $8,766 | $8,819 | $8,917 | $8,244 | $8,045 | $108,351 |
| Total Restaurant Operating Expense | $55,482 | $63,024 | $60,563 | $58,344 | $70,485 | $72,683 | $69,708 | $61,554 | $69,006 | $69,577 | $68,679 | $63,493 | $61,963 | $844,560 |
| Total Oper Income (loss) | $13,145 | $14,736 | $13,772 | $13,268 | $15,961 | $16,459 | $16,043 | $14,296 | $15,968 | $16,129 | $15,621 | $14,441 | $14,093 | $193,931 |
| **Administrative Expenses** | | | | | | | | | | | | | | |
| Corporate Office & Admin Expense Allocation | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $84,615 |
| Other G&A Expenses | $658 | $658 | $658 | $658 | $658 | $658 | $658 | $658 | $658 | $658 | $658 | $658 | $658 | $8,554 |
| **Total G&A** | $7,167 | $7,167 | $7,167 | $7,167 | $7,167 | $7,167 | $7,167 | $7,167 | $7,167 | $7,167 | $7,167 | $7,167 | $7,167 | $93,169 |
| **Other** | | | | | | | | | | | | | | |
| **EBITDA (with rent add back)** | $5,978 | $7,569 | $6,606 | $6,101 | $8,794 | $9,292 | $8,876 | $7,129 | $8,801 | $8,962 | $8,454 | $7,274 | $6,927 | $100,762 |
| **US Trustee Fee** | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Debt Service | $7,726 | $7,726 | $7,726 | $7,726 | $7,726 | $7,726 | $7,726 | $7,726 | $7,726 | $7,726 | $7,726 | $7,726 | $0 | $92,717 |
| Tax Payment on past due taxes | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Debt Service Corporate | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $0 | $4,204 |
| **Net Cash Flow** | ($2,099) | ($508) | ($1,471) | ($1,976) | $717 | $1,215 | $800 | ($948) | $724 | $885 | $377 | ($802) | $6,927 | $3,841 |
| Capital Reserve Loan | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $0 | $18,000 |
| **Net Cash Flow after Reserve** | ($3,599) | ($2,008) | ($2,971) | ($3,476) | ($783) | ($285) | ($700) | ($2,448) | ($776) | ($615) | ($1,123) | ($2,302) | $6,927 | ($14,159) |
| SSS Growth | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | |
| COGS | 31.75% | 31.75% | 31.75% | 31.75% | 31.75% | 31.75% | 31.75% | 31.75% | 31.75% | 31.75% | 31.75% | 31.75% | 31.75% | |
| Labor | 34.00% | 34.00% | 34.00% | 34.00% | 34.00% | 34.00% | 34.00% | 34.00% | 34.00% | 34.00% | 34.00% | 34.00% | 34.00% | |
| Labor Savings | | | | | | | | | | | | | | |
| Mgr Controllables | 12.70% | 12.70% | 12.70% | 12.70% | 12.70% | 12.70% | 12.70% | 12.70% | 12.70% | 12.70% | 12.70% | 12.70% | 12.70% | |
| Total Other Exp | 3.15% | 3.15% | 3.15% | 3.15% | 3.15% | 3.15% | 3.15% | 3.15% | 3.15% | 3.15% | 3.15% | 3.15% | 3.15% | |
| Occupancy | 7.00% | 7.14% | 7.44% | 7.44% | 7.48% | 7.48% | 7.31% | 7.21% | 7.25% | 7.24% | 7.44% | 7.44% | 7.44% | |
| Corporate Overhead | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | |
| Annual Total Corporate Overhead | | | | | | | | | | | | | | |
| Other G&A Expenses | 658 | 658 | 658 | 658 | 658 | 658 | 658 | 658 | 658 | 658 | 658 | 658 | 658 | |
| Expenses in Dollars at 0% SSS Growth | | | | | | | | | | | | | | |
| Labor | $33,182 | $37,598 | $35,943 | $34,625 | $41,798 | $43,102 | $41,462 | $36,675 | $41,086 | $41,440 | $40,761 | $37,683 | $36,775 | |
| Mgr Controllables | $12,395 | $14,044 | $13,426 | $12,934 | $15,613 | $16,100 | $15,487 | $13,699 | $15,347 | $15,479 | $15,225 | $14,076 | $13,736 | |
| Total Other Exp | $3,074 | $3,483 | $3,330 | $3,208 | $3,872 | $3,993 | $3,841 | $3,398 | $3,807 | $3,839 | $3,776 | $3,491 | $3,407 | |
| Occupancy | $6,831 | $7,898 | $7,865 | $7,577 | $9,202 | $9,489 | $8,917 | $7,782 | $8,766 | $8,819 | $8,917 | $8,244 | $8,045 | |
| | 33182.2626 | 37598.067 | 35942.5696 | 34625.4334 | 41797.917 | 43101.5042 | 41462.014 | 36674.7426 | 41086.059 | 41440.339 | 40760.6382 | 37682.5944 | 36774.7128 | |
| | 12394.55103 | 14043.98385 | 12933.61777 | 15612.75135 | 16099.67951 | 15487.2017 | 13699.09503 | 15346.85145 | 15479.18545 | 15225.29721 | 14075.55732 | 13736.43684 | | |
| | 3074.239035 | 3483.350325 | 3329.97336 | 3207.944565 | 3872.454075 | 3993.227595 | 3841.33365 | 3397.807035 | 3806.502525 | 3839.325525 | 3776.353245 | 3491.18154 | 3407.06898 | |
| | 6831.140026 | 7898.149945 | 7864.982242 | 7576.76543 | 9201.566951 | 9488.544048 | 8916.924605 | 7782.462387 | 8766.115302 | 8818.624312 | 8917.005096 | 8243.636536 | 8045.023727 | |

McGrath's Publick Fish House, Inc.
Case No. 10-60500-fra11
Exhibit 6 - Debtor's Projections
(Plan Year 3 Ending September 2013)

| | Pd 10 2012 | Pd 11 2012 | Pd 12 2012 | Pd 13 2012 | Pd 1 2013 | Pd 2 2013 | Pd 3 2013 | Pd 4 2013 | Pd 5 2013 | Pd 6 2013 | Pd 7 2013 | Pd 8 2013 | Pd 9 2013 | FYE 9-30-13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yr Over Yr | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | |
| | 15 Beaverton | 15 Beaverton | 15 Beaverton | 15 Beaverton | 15 Beaverton | 15 Beaverton | 15 Beaverton | 15 Beaverton | 15 Beaverton | 15 Beaverton | 15 Beaverton | 15 Beaverton | 15 Beaverton | 15 Beaverton |
| Sales | $187,217 | $189,907 | $198,935 | $205,414 | $211,424 | $221,456 | $201,093 | $200,179 | $204,826 | $185,718 | $187,298 | $211,750 | $198,554 | $2,603,773 |
| COGS | $58,037 | $58,871 | $61,670 | $63,678 | $65,541 | $68,651 | $62,339 | $62,056 | $63,496 | $57,573 | $58,062 | $65,643 | $61,552 | $807,170 |
| Gross Profit | $129,180 | $131,035 | $137,265 | $141,736 | $145,883 | $152,805 | $138,754 | $138,124 | $141,330 | $128,145 | $129,236 | $146,108 | $137,002 | $1,796,603 |
| Labor | $66,325 | $67,277 | $70,476 | $72,771 | $74,900 | $78,454 | $71,240 | $70,917 | $72,563 | $65,793 | $66,353 | $75,016 | $70,341 | $922,427 |
| Total Mgr Controllable Exp | $20,897 | $21,197 | $22,205 | $22,928 | $23,599 | $24,718 | $22,446 | $22,344 | $22,862 | $20,729 | $20,906 | $23,635 | $22,162 | $290,628 |
| Total Other Oper Expenses | $5,451 | $5,530 | $5,793 | $5,981 | $6,156 | $6,448 | $5,855 | $5,829 | $5,964 | $5,408 | $5,454 | $6,166 | $5,781 | $75,816 |
| Occupancy Expense | $10,308 | $10,456 | $10,807 | $11,835 | $12,008 | $12,007 | $10,559 | $10,213 | $9,979 | $9,917 | $10,852 | $12,269 | $11,505 | $142,715 |
| Total Restaurant Operating Expense | $102,980 | $104,460 | $109,280 | $113,515 | $116,664 | $121,628 | $110,101 | $109,302 | $111,369 | $101,847 | $103,565 | $117,086 | $109,789 | $1,431,585 |
| Total Oper Income (loss) | $26,199 | $26,576 | $27,985 | $28,221 | $29,219 | $31,176 | $28,654 | $28,822 | $29,962 | $26,298 | $25,671 | $29,022 | $27,213 | $365,018 |
| | | | | | | | | | | | | | | |
| Administrative Expenses | | | | | | | | | | | | | | |
| Corporate Office & Admin Expense Allocation | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $84,615 |
| Other G&A Expenses | $1,051 | $1,051 | $1,051 | $1,051 | $1,051 | $1,051 | $1,051 | $1,051 | $1,051 | $1,051 | $1,051 | $1,051 | $1,051 | $13,663 |
| Total G&A | $7,560 | $7,560 | $7,560 | $7,560 | $7,560 | $7,560 | $7,560 | $7,560 | $7,560 | $7,560 | $7,560 | $7,560 | $7,560 | $98,278 |
| Other | | | | | | | | | | | | | | |
| EBITDA (with rent add back) | $18,640 | $19,016 | $20,425 | $20,661 | $21,659 | $23,616 | $21,094 | $21,262 | $22,402 | $18,738 | $18,111 | $21,462 | $19,653 | $266,740 |
| US Trustee Fee | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Debt Service | $16,621 | $16,621 | $16,621 | $16,621 | $16,621 | $16,621 | $16,621 | $16,621 | $16,621 | $16,621 | $16,621 | $16,621 | $0 | $199,450 |
| Tax Payment on past due taxes | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Debt Service Corporate | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $0 | $4,204 |
| Net Cash Flow | $1,668 | $2,045 | $3,454 | $3,690 | $4,688 | $6,645 | $4,122 | $4,291 | $5,431 | $1,767 | $1,139 | $4,491 | $19,653 | $63,085 |
| Capital Reserve Loan | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $0 | $18,000 |
| Net Cash Flow after Reserve | $168 | $545 | $1,954 | $2,190 | $3,188 | $5,145 | $2,622 | $2,791 | $3,931 | $267 | ($361) | $2,991 | $19,653 | $45,085 |
| SSS Growth | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | |
| COGS | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | 31.00% | |
| Labor | 36.50% | 36.50% | 36.50% | 36.50% | 36.50% | 36.50% | 36.50% | 36.50% | 36.50% | 36.50% | 36.50% | 36.50% | 36.50% | |
| Labor Savings | | | | | | | | | | | | | | |
| Mgr Controllables | 11.50% | 11.50% | 11.50% | 11.50% | 11.50% | 11.50% | 11.50% | 11.50% | 11.50% | 11.50% | 11.50% | 11.50% | 11.50% | |
| Total Other Exp | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | |
| Occupancy | 5.67% | 5.67% | 5.60% | 5.94% | 5.85% | 5.59% | 5.41% | 5.26% | 5.02% | 5.50% | 5.97% | 5.97% | 5.97% | |
| Corporate Overhead | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | |
| Annual Total Corporate Overhead | | | | | | | | | | | | | | |
| Other G&A Expenses | 1,051 | 1,051 | 1,051 | 1,051 | 1,051 | 1,051 | 1,051 | 1,051 | 1,051 | 1,051 | 1,051 | 1,051 | 1,051 | |
| Expenses in Dollars at 0% SSS Growth | | | | | | | | | | | | | | |
| Labor | $66,325 | $67,277 | $70,476 | $72,771 | $74,900 | $78,454 | $71,240 | $70,917 | $72,563 | $65,793 | $66,353 | $75,016 | $70,341 | |
| Mgr Controllables | $20,897 | $21,197 | $22,205 | $22,928 | $23,599 | $24,718 | $22,446 | $22,344 | $22,862 | $20,729 | $20,906 | $23,635 | $22,162 | |
| Total Other Exp | $5,451 | $5,530 | $5,793 | $5,981 | $6,156 | $6,448 | $5,855 | $5,829 | $5,964 | $5,408 | $5,454 | $6,166 | $5,781 | |
| Occupancy | $10,308 | $10,456 | $10,807 | $11,835 | $12,008 | $12,007 | $10,559 | $10,213 | $9,979 | $9,917 | $10,852 | $12,269 | $11,505 | |

McGrath's Publick Fish House, Inc.
Case No. 10-60500-fra11
Exhibit 6 - Debtor's Projections
(Plan Year 3 Ending September 2013)

| | Pd 10 2012 | Pd 11 2012 | Pd 12 2012 | Pd 13 2012 | Pd 1 2013 | Pd 2 2013 | Pd 3 2013 | Pd 4 2013 | Pd 5 2013 | Pd 6 2013 | Pd 7 2013 | Pd 8 2013 | Pd 9 2013 | FYE 9-30-13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yr Over Yr | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | |
| | 21 Fed Way | 21 Fed Way | 21 Fed Way | 21 Fed Way | 21 Fed Way | 21 Fed Way | 21 Fed Way | 21 Fed Way | 21 Fed Way | 21 Fed Way | 21 Fed Way | 21 Fed Way | 21 Fed Way | 21 Fed Way |
| Sales | $169,752 | $170,304 | $173,124 | $171,678 | $181,257 | $193,312 | $185,031 | $170,553 | $175,586 | $168,167 | $175,075 | $203,683 | $187,156 | $2,324,678 |
| COGS | $54,321 | $54,497 | $55,400 | $54,937 | $58,002 | $61,860 | $59,210 | $54,577 | $56,187 | $53,813 | $56,024 | $65,179 | $59,890 | $743,897 |
| Gross Profit | $115,431 | $115,807 | $117,724 | $116,741 | $123,255 | $131,452 | $125,821 | $115,976 | $119,398 | $114,353 | $119,051 | $138,504 | $127,266 | $1,580,781 |
| Labor | $60,137 | $60,333 | $61,332 | $60,820 | $64,213 | $68,484 | $65,550 | $60,421 | $62,204 | $59,576 | $62,023 | $72,158 | $66,303 | $823,553 |
| Total Mgr Controllable Exp | $20,101 | $20,166 | $20,500 | $20,329 | $21,463 | $22,891 | $21,910 | $20,196 | $20,791 | $19,913 | $20,731 | $24,118 | $22,162 | $275,270 |
| Total Other Oper Expenses | $4,943 | $4,959 | $5,041 | $4,999 | $5,278 | $5,629 | $5,388 | $4,966 | $5,113 | $4,897 | $5,098 | $5,931 | $5,450 | $67,689 |
| Occupancy Expenses | $13,141 | $12,925 | $13,167 | $14,396 | $15,150 | $15,894 | $15,341 | $13,394 | $12,929 | $13,079 | $13,434 | $15,629 | $14,361 | $182,840 |
| Total Restaurant Operating Expense | $98,322 | $98,383 | $100,039 | $100,543 | $106,104 | $112,897 | $108,189 | $98,976 | $101,037 | $97,464 | $101,286 | $117,836 | $108,275 | $1,349,352 |
| Total Oper Income (loss) | $17,109 | $17,424 | $17,684 | $16,198 | $17,151 | $18,555 | $17,632 | $17,000 | $18,361 | $16,889 | $17,765 | $20,668 | $18,991 | $231,429 |
| Administrative Expenses | | | | | | | | | | | | | | |
| Corporate Office & Admin Expense Allocation | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $6,509 | $84,615 |
| Other G&A Expenses | $1,130 | $1,130 | $1,130 | $1,130 | $1,130 | $1,130 | $1,130 | $1,130 | $1,130 | $1,130 | $1,130 | $1,130 | $1,130 | $14,685 |
| Total G&A | $7,638 | $7,638 | $7,638 | $7,638 | $7,638 | $7,638 | $7,638 | $7,638 | $7,638 | $7,638 | $7,638 | $7,638 | $7,638 | $99,300 |
| Other | | | | | | | | | | | | | | |
| EBITDA (with rent add back) | $9,471 | $9,785 | $10,046 | $8,560 | $9,513 | $10,917 | $9,994 | $9,361 | $10,723 | $9,251 | $10,127 | $13,030 | $11,353 | $132,129 |
| US Trustee Fee | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Debt Service | $8,346 | $8,346 | $8,346 | $8,346 | $8,346 | $8,346 | $8,346 | $8,346 | $8,346 | $8,346 | $8,346 | $8,346 | $0 | $100,146 |
| Tax Payment on past due taxes | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Debt Service Corporate | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $0 | $4,204 |
| Net Cash Flow | $775 | $1,089 | $1,350 | ($136) | $817 | $2,221 | $1,298 | $665 | $2,027 | $555 | $1,431 | $4,334 | $11,353 | $27,778 |
| Capital Reserve Loan | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $0 | $18,000 |
| Net Cash Flow after Reserve | ($725) | ($411) | ($150) | ($1,636) | ($683) | $721 | ($202) | ($835) | $527 | ($945) | ($69) | $2,834 | $11,353 | $9,778 |
| SSS Growth | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | |
| COGS | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% | 32.00% | |
| Labor | 36.50% | 36.50% | 36.50% | 36.50% | 36.50% | 36.50% | 36.50% | 36.50% | 36.50% | 36.50% | 36.50% | 36.50% | 36.50% | |
| Labor Savings | | | | | | | | | | | | | | |
| Mgr Controllables | 12.20% | 12.20% | 12.20% | 12.20% | 12.20% | 12.20% | 12.20% | 12.20% | 12.20% | 12.20% | 12.20% | 12.20% | 12.20% | |
| Total Other Exp | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | |
| Occupancy | 7.98% | 7.82% | 7.84% | 8.64% | 8.61% | 8.47% | 8.54% | 8.09% | 7.59% | 8.01% | 7.91% | 7.91% | 7.91% | |
| Corporate Overhead | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | 6,509 | |
| Annual Total Corporate Overhead | | | | | | | | | | | | | | |
| Other G&A Expenses | 1,130 | 1,130 | 1,130 | 1,130 | 1,130 | 1,130 | 1,130 | 1,130 | 1,130 | 1,130 | 1,130 | 1,130 | 1,130 | |
| Expenses in Dollars at 0% SSS Growth | | | | | | | | | | | | | | |
| Labor | $60,137 | $60,333 | $61,332 | $60,820 | $64,213 | $68,484 | $65,550 | $60,421 | $62,204 | $59,576 | $62,023 | $72,158 | $66,303 | |
| Mgr Controllables | $20,101 | $20,166 | $20,500 | $20,329 | $21,463 | $22,891 | $21,910 | $20,196 | $20,791 | $19,913 | $20,731 | $24,118 | $22,162 | |
| Total Other Exp | $4,943 | $4,959 | $5,041 | $4,999 | $5,278 | $5,629 | $5,388 | $4,966 | $5,113 | $4,897 | $5,098 | $5,931 | $5,450 | |
| Occupancy | $13,141 | $12,925 | $13,167 | $14,396 | $15,150 | $15,894 | $15,341 | $13,394 | $12,929 | $13,079 | $13,434 | $15,629 | $14,361 | |

McGrath's Publick Fish House, Inc.
Case No. 10-60500-fra11
Exhibit 6 - Debtor's Projections
(Plan Year 3 Ending September 2013)

| | Yr Over Yr | FYE 9-30-13 |
|---|---|---|
| | | Consolidated |
| Sales | | $30,650,282 |
| | | |
| COGS | | $9,648,994 |
| Gross Profit | | $21,001,288 |
| | | |
| Labor | | $10,769,463 |
| Total Mgr Controllable Exp | | $3,726,931 |
| Total Other Oper Expenses | | $958,189 |
| Occupancy Expenses | | $1,786,423 |
| Total Restaurant Operating Expense | | $17,241,006 |
| Total Oper Income (loss) | | $3,760,282 |
| | | |
| Administrative Expenses | | |
| Corporate Office & Admin Expense Allocation | | $1,100,000 |
| Other G&A Expenses | | $171,075 |
| Total G&A | | $1,271,075 |
| | | |
| Other | | |
| | | |
| EBITDA (with rent add back) | | $2,489,207 |
| | | |
| US Trustee Fee | | $0 |
| | | |
| Debt Service | | $1,178,596 |
| Tax Payment on past due taxes | | $0 |
| Debt Service Corporate | | $54,658 |
| | | |
| | | |
| Net Cash Flow | | $1,255,953 |
| | | |
| Capital Reserve Loan | | $234,000 |
| | | |
| Net Cash Flow after Reserve | | $1,021,953 |
| | | |
| SSS Growth | | |
| COGS | | 31.50% |
| Labor | | 36.50% |
| Labor Savings | | |
| Mgr Controllables | | 12.20% |
| Total Other Exp | | 3.50% |
| Occupancy | | 5.83% |
| Corporate Overhead | | |
| Annual Total Corporate Overhead | | |
| | | |
| Other G&A Expenses | | |
| | | |
| Expenses in Dollars at 0% SSS Growth | | |
| Labor | | |
| Mgr Controllables | | |
| Total Other Exp | | |
| Occupancy | | |

McGrath's Publick Fish House, Inc.
Case No. 10-60500-fra11
Exhibit 6 - Debtor's Projections
(Consolidated Plan Year 1 - 3)

| | FYE 9-11 | FYE 9-12 | FYE 9-13 |
|---|---|---|---|
| | Consolidated | Consolidated | Consolidated |
| Sales | $30,046,350 | $30,346,814 | $30,650,282 |
| | | | |
| COGS | $9,458,871 | $9,553,460 | $9,648,994 |
| **Gross Profit** | $20,587,479 | $20,793,354 | $21,001,288 |
| | | | |
| Labor | $10,806,719 | $10,752,490 | $10,769,463 |
| Total Mgr Controllable Exp | $3,764,272 | $3,731,937 | $3,726,931 |
| Total Other Oper Expenses | $888,889 | $958,189 | $958,189 |
| Occupancy Expenses | $1,789,817 | $1,773,573 | $1,786,423 |
| Total Restaurant Operating Expense | $17,249,698 | $17,216,197 | $17,241,006 |
| Total Oper Income (loss) | $3,337,782 | $3,577,158 | $3,760,282 |
| | | | |
| **Administrative Expenses** | | | |
| Corporate Office & Admin Expense Allocation | $1,100,000 | $1,100,000 | $1,100,000 |
| Other G&A Expenses | $256,919 | $171,075 | $171,075 |
| **Total G&A** | $1,356,919 | $1,271,075 | $1,271,075 |
| | | | |
| **Other** | $0 | $0 | $0 |
| | | | |
| **EBITDA (with rent add back)** | **$1,980,863** | **$2,306,083** | **$2,489,207** |
| | | | |
| US Trustee Fee | $26,000 | $0 | $0 |
| | | | |
| Debt Service | $1,155,417 | $1,178,596 | $1,178,596 |
| Tax Payment on past due taxes | $12,131 | $0 | $0 |
| Debt Service Corporate | $54,658 | $54,658 | $54,658 |
| | | | |
| | | | |
| **Net Cash Flow** | **$732,657** | **$1,072,829** | **$1,255,953** |
| | | | |
| **Payment to Unsecured Creditors** | **$439,594** | **$643,698** | **$753,572** |
| | | | |
| **Net Cash Flow after Unsecured Pmts** | **$293,063** | **$429,132** | **$502,381** |
| | | | |
| **Capex Reserve Loan** | **$234,000** | **$234,000** | **$234,000** |
| | | | |
| **Net Cash Flow after Unsecured Pmts** | **$59,063** | **$195,132** | **$268,381** |
| | | | |
| COGS | 31.48% | 31.48% | 31.48% |
| Labor | 35.97% | 35.43% | 35.14% |
| Mgr Controllables | 12.53% | 12.30% | 12.16% |
| Total Other Exp | 2.96% | 3.16% | 3.13% |
| Occupancy | 5.96% | 5.84% | 5.83% |

# EXHIBIT 8

**Exhibit 8**
**LIQUIDATION ANALYSIS**

| Store Number | Nature of Interest in Property | Liquidation Value | Amount of Secured Claim | Net to Estate |
|---|---|---|---|---|
| #1 | Lease real estate<br>Own equipment | $0^1$<br>$\$77,102^2$ | 0 | $77,102 |
| #2 | Own the building subject to ground lease,<br>Own equipment | $\$1,100,000 - \$1,150,000^3$ | $1,124,800 | 0 - $25,200 |
| #3 | Lease real estate<br>Own equipment | $0^1$<br>$\$73,006^2$ | 0 | $73,006 |
| #4 | Lease real estate<br>Own equipment | $0^1$<br>$\$86,353^2$ | 0 | $86,353 |
| #5 | Lease real estate<br>Own equipment | $0^1$<br>$\$86,187^2$ | 0 | $86,187 |
| #6 | Lease real estate<br>Own equipment | $0^1$<br>$\$64,647^2$ | $575,933 | 0 |
| #7 | Own the real estate<br>Own equipment | $\$1,300,000^4$<br>$\$97,479^2$ | Approximately $2.1 million which includes KeyBank's debt of approximately $1,383,590 and approximately $700,000 of Sterling's total debt of approximately $5.1 million. The $700,000 amount assumes Sterling would realize $2.7 million from the liquidation of the Vancouver store and $1.7 million from the sale of the Lakewood store. | 0 |

**Exhibit 8**
**LIQUIDATION ANALYSIS**

| #8 | Lease real estate<br>Own equipment | $0^1$<br>$102,591^2$ | 0 | $102,591 |
|---|---|---|---|---|
| #9 | Own the real estate<br>Own the equipment | $1,800,000^5$<br>$95,000^6$ | $3,400,000, see discussion regarding store #7 above<br>$1,573,878 | 0 |
| #10 | Debtor owns the building subject to ground lease,<br>Owns the equipment | $450,000^3$ | $847,808 | 0 |
| #11 | Debtor owns the building subject to ground lease,<br>Owns the equipment | $600,000^3$ | $1,038,563 | 0 |
| #12 | Leases the real property<br>Owns the equipment | $0^1$<br>$40,000^7$ | $130,132 | 0 |
| #13 | Debtor owns the building subject to ground lease,<br>Owns the equipment | $450,000^3$ | $1,095,682 | 0 |
| #14 | Leases the real property<br>Owns the equipment | $0^1$<br>$138,555^2$ | $2,135,000 | 0 |
| #15 | Debtor owns the building subject to ground lease<br>Owns the equipment | $1,025,000^3$ | $1,339,671 | 0 |
| #17 | Lease building<br>Owns equipment | $0^1$<br>$166,348^2$ | $1,841,000 | 0 |
| #18 | Debtor owns the building subject to ground lease,<br>Owns the equipment | $500,000^5$<br>$140,000^2$ | $1,395,000<br>$857,411 | 0 |
| #19 | Owns the real estate<br>Owns the equipment | $1,300,000^5$<br>$140,000^2$ | $2,397,526<br>$1,093,486 | 0 |

**Exhibit 8**
**LIQUIDATION ANALYSIS**

| | | | | |
|---|---|---|---|---|
| #20 | Owns the real estate<br>Owns the equipment | $1,700,000[8] | Approximately $2.3 million.  Assumes Sterling would realize $2.7 million from liquidation of Vancouver store and approximately $97,000 from liquidation of the equipment at the Medford store because Sterling's interest in the real estate at Medford is subordinate to KeyBank's interest. | 0 |
| #21 | Debtor owns the building subject to ground lease,<br>Owns the equipment | 0[9]<br>$168,812[2] | $2,750,000<br>$1,182,086 | 0 |
| #99 | Owns the real estate<br>Owns the equipment | $350,000[5] | $56,811 | $294,000 |
| --- | Cash | $325,000[10] | $673,000 - $985,000[11] | 0 |
| --- | Inventory[12] | 0 | Various | 0 |
| | | | | |
| **TOTAL** | | | | **$719,239 – $744,439** |

[1] Debtor assumes that a Chapter 7 trustee will not pay rent for a closed restaurant and since lease rent is not below market rent, lease will be rejected.

[2] Jim Balis of RMG states that the liquidation value of restaurant equipment and furnishings averages between 10% and 15% of original cost.  This is confirmed by the appraisal of the equipment at the Vancouver store performed for the SBA which produced a liquidation value of 12% of cost.  That 12% number is used to calculate the liquidation value of the equipment for all stores other than 9, 10, 11, 12, 13, 15 and 20.

[3] Broker's opinion of liquidation value of fully equipped restaurant building.

**Exhibit 8**
**LIQUIDATION ANALYSIS**

---

[4] Value of real estate from appraisal performed for KeyBank.

[5] Based on broker's opinion

[6] Value of equipment is from appraisal performed for SBA.

[7] Gross liquidation value of equipment, before costs of sales, provided by KeyBank's liquidator.

[8] Agreed liquidation value with Sterling Savings Bank.

[9] Based on broker's opinion that building has no value because the rent which would be paid to lease the building is approximately equal to amount of ground rent.

[10] Estimated cash after payment of all administrative expenses including closing payroll and payroll related benefits, vendor invoices to be paid in the ordinary course and estimated professional fees.

[11] US Bank's setoff claim.

[12] Debtor's assumption is that inventory has no value in a liquidation because it is perishable and/or non-transferable.

1 | **CERTIFICATE OF SERVICE**

2 |       I hereby certify that I served the foregoing **DEBTOR'S FIRST AMENDED
DISCLOSURE STATEMENT (June 8, 2010)** on the parties indicated as "ECF" on the
3 | attached List of Interested Parties by electronic means through the Court's Case
Management/Electronic Case File system on the date set forth below.

4 |

5 |       In addition, I served the foregoing on the parties indicated as "Non-ECF" on
the attached List of Interested Parties:

6 | ☒ by mailing a copy thereof in a sealed, first-class postage prepaid envelope,
addressed to each attorney's last-known address and depositing in the U.S.
7 | mail at Portland, Oregon on the date set forth below;

8 | ☐ by causing a copy thereof to be hand-delivered to said attorneys at each
attorney's last-known office address on the date set forth below;

9 |

10 | ☐ by sending a copy thereof via overnight courier in a sealed, prepaid envelope,
addressed to each attorney's last-known address on the date set forth below;
or

11 |

12 | ☐ by faxing a copy thereof to each attorney at his last-known facsimile number
on the date set forth below.

13 |       DATED:  June 8, 2010.

14 |       TONKON TORP LLP

15 |

16 |       By _/s/ Leon Simson_____

17 |       Leon Simson, OSB No. 753429
        Timothy J. Conway, OSB No. 851752
        Haley B. Bjerk, OSB No. 062760
18 |           Attorneys for Debtor

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

**Page 1 of 1** - CERTIFICATE OF SERVICE

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

## LIST OF INTERESTED PARTIES

*In re: McGrath's Publick Fish House, Inc.,*
**U.S. Bankruptcy Court Case No. 10-60500-fra11**

### ECF PARTICIPANTS

- US Trustee, Eugene - USTPRegion18.EG.ECF@usdoj.gov
- HALEY B BJERK *on behalf of Debtor McGrath's Publick Fish House, Inc*.
  haley.bjerk@tonkon.com, kellie.weber@tonkon.com
- LEON SIMSON *on behalf of Debtor McGrath's Publick Fish House, Inc.*
  leon.simson@tonkon.com, laura.lindberg@tonkon.com;shannon.sullivan@tonkon.com
- DANIEL F VIDAS *on behalf of Secured Lender Arizona Business Bank*
  dvidas@dunncarney.com, sripley@dunncarney.com
- JOSEPH M VANLEUVEN *on behalf of Secured Lenders GE Capital Franchise Finance Corp AND General Electric Capital Corp* - joevanleuven@dwt.com, marciebutler@dwt.com
- CRAIG G RUSSILLO *on behalf of Secured Lender GE Commercial Finance Business Property Corporation*
  crussillo@schwabe.com, dkinonen@schwabe.com;docket@schwabe.com;bankruptcynotices@schwabe.com
- RONALD W GOSS *on behalf of Secured Lender KeyBank National Association*
  ronald_w_goss@keybank.com, joanne_aponte-morgan@keybank.com
- TANYA A DURKEE *on behalf of Secured Lender KeyBank National Association*
  durkeet@lanepowell.com, pinkleyl@lanepowell.com; docketing-PDX@lanepowell.com; barkerd@lanepowell.com
- LEE C. NUSICH *on behalf of Secured Lender KeyBank National Association*
  nusichl@lanepowell.com, barkerd@lanepowell.com;docketing-pdx@lanepowell.com
- SUZANNE C PICKGROBE *on behalf of Secured Lender Small Business Administration (SBA –*
  suzanne.pickgrobe@sba.gov, penny.williams@sba.gov
- TIM SIMMONS *on behalf of Secured Lender Small Business Administration (SBA)* –
  tim.simmons@usdoj.gov
- CHRISTOPHER G VARALLO *on behalf of Secured Lender Sterling Savings Bank*
  cgv@witherspoonkelley.com, teresae@witherspoonkelley.com
- DAVID W HERCHER *on behalf of Secured Lender U.S. Bank National Association*
  dave.hercher@millernash.com, teri.cochran@millernash.com;d.hercher@comcast.net
- WILSON C. MULHEIM *on behalf of Unsecured Creditors Committee* - ecf@mb-lawoffice.com
- KRISTEN N PATE *on behalf of Landlord/Creditor GGP Limited Partnership (Alderwood Mall LLC)*
  ggpbk@ggp.com
- SUSAN S FORD *on behalf of Creditor Pacific Seafood*
  susanf@sussmanshank.com, ecf.susan.ford@sussmanshank.com
- RONALD M TUCKER *on behalf of Creditor Simon Property Group, Inc.*
  rtucker@simon.com, cmartin@simon.com,rwoodruff@simon.com,psummers@simon.com,lgrafton@simon.com
- JASON B BINFORD *on behalf of Creditor Sysco Corporation Inc*
  jason.binford@haynesboone.com
- BARBARA LEE CALDWELL *on behalf of Creditor Maricopa County*
  blc@ashrlaw.com, jtg@ashrlaw.com
- GRUBE, JOSEPH *on behalf of Creditor Rebecca Keithley* – joe@rgbcounsel.com
- LEE TUCKER *on behalf of Creditor Rebecca Keithley* – janelle@thetuckerlawfirm.com,
  lee@thetuckerlawfirm.com
- JUDSON M. CARUSONE *on behalf of Creditor Washburn Management, LC* –
  jc@bromleynewton.com; cd@bromleynewton.com; ep@bromleynewton.com

- JOHN A. BERGE *on behalf of Landlord/Creditor Outlot Developers, LLC AND Smith & Sons Investment Co.* - berge@bljlawyers.com, jackie@bljlawyers.com
- DARWIN H. BINGHAM *on behalf of Landlord/Creditor JT Layton Crossing North, LC* dbingham@scalleyreading.net, cat@scalleyreading.net
- EDWARD H. TALMADGE *on behalf of Landlord/Creditors Kimco Realty Corp. and PKII Milwaukie MarketPlace LLC* - talmadge@fdfirm.com, angiej@fdfirm.com
- KEVIN M. NEWMAN *on behalf of Creditor Inland US Management, LLC* – knewman@menterlaw.com
- STEPHEN R. NOBACH *on behalf of Landlords/Creditors Center Developments Oreg., Ltd and Lancaster Development Company LLC* – srn@cejohn.com

## NON-ECF PARTICIPANTS

### SECURED LENDERS

SunTrust Equipment Finance & Leasing Corp
Attn Michael Ireton
300 E. Joppa Rd., Suite 700
Towson, MD 21286
Phone: 410-307-6634
Fax: 410-307-6652
E-mail: Mike.Ireton@suntrust.com

Bank of the West
Attn: Accounts Receivable
Dept LA 23083
Pasadena, CA 91185-3083
Phone: 626-564-4000
Fax: 626-564-4020

### COMMITTEE OF UNSECURED CREDITORS

Eric Severson
Northwest Mechanical
PO Box 1593
Albany, OR 97321
Ph: 541-967-7094
Fax: 541-967-7089
E-mail: Eric@NWMechanical.net
  *Chairperson*

Julie Minnick Bowden
Alderwood Mall LLC
c/o GGP Limited Partnership
110 N Wacker Drive
Chicago, IL 60606
Ph: 312-960-2707
Fax: 312-442-6874
E-mail: Julie.minnick@ggp.com

Cindy Urresti
KNG Inc
2102 E Karcher Rd.
Nampa, ID 83687
Ph: 208-318-0700
Fax: 208-318-0187
E-mail: cindy.urresti@kng.com

Ed Burran
Legacy Air, Inc.
3529 E Wood Street
Phoenix, AZ 85040
Ph: 602-263-8111
Fax: 602-957-7252
E-mail: eburran@legacyair.com

### OTHER

Ivan M. Gold
Allen Matkins et al.
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111
Ph: 415-837-1515
Fax 415-837-1516
E-mail: igold@allenmatkins.com
  *Pro Hac Vice Counsel for
  Alderwood Mall, LLC*

Bankruptcy Administration
IKON Financial Services
1738 Bass Road
Post Office Box 13708
Macon, GA 31208-3708

Brian D. Huben
Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012
Ph: 310-788-4771
Fax: 310-712-8254
E-mail: brian.huben@kattenlaw.com
  *Pro Hac Vice Counsel for
  The Macerich Company*

Duane M. Swinton
422 Riverside Avenue, Suite 1100
Spokane, WA 99201
Ph: 509-624-5265
Fax: 509-458-2728
E-mail: dms@witherspoonkelley.com
  *Pro Hac Vice Counsel for
  Sterling Savings Bank*

Richer & Overholt PC
David W Overholt, Atty for SYSCO
c/o Andalin Bachman
901 West Baxter Drive
South Jordan, UT 84095
Ph: 801-561-4750
Fax: 801-561-4744

M. Douglas Flahaut
Arent Fox, LLP
48th Floor
555 West Fifth Street
Los Angeles, CA  90013
Ph: 213-629-7400
Fax: 213-629-7401
E-mail: flahaut.douglas@arentfox.com
 *Pro Hac Vice Counsel for*
 *The Official Committee of Unsecured*
 *Creditors*

Mette H. Kurth
Arent Fox, LLP
48th Floor
555 West Fifth Street
Los Angeles, CA  90013
Ph: 213-629-7400
Fax: 213-629-7401
E-mail: kurth.mette@arentfox.com
 *Pro Hac Vice Counsel for*
 *The Official Committee of Unsecured*
 *Creditors*