Craig G. Russillo, OSB #973875
crussillo@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone 503.222.9981
Fax 503.796.2900

Of Attorneys for Creditor GE Commercial Finance Business
Property Corporation

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>McGrath's Publick Fish House,<br><br><br>Debtor. | No. 10-60500-fra11<br><br>**GE COMMERCIAL FINANCE BUSINESS PROPERTY CORPORATION'S OBJECTION TO EMPLOYMENT OF CORPORATE RECOVERY ASSOCIATES AS BUSINESS AND FINANCIAL ADVISOR TO CREDITORS' COMMITTEE** |

Creditor GE Commercial Finance Business Property Corporation, fka General Electric

Capital Business Asset Funding Corporation ("GE") objects to the Unsecured Creditor's

Committees' Application to Employ Corporation Recovery Associates ("CRA") as its business

and financial advisor [Docket No. 324].  GE joins in and incorporates by reference, where

applicable, the objections to the Application as lodged by creditors KeyBank National

/ / /

/ / /

/ / /

/ / /

/ / /

Page 1 -    **GE COMMERCIAL FINANCE BUSINESS PROPERTY CORPORATION'S OBJECTION TO EMPLOYMENT OF CORPORATE RECOVERY ASSOCIATES**

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone 503.222.9981  Fax 503.796.2900

PDX/114622/165996/KHA/6151256.1

1  Association and Key Equipment Finance [Docket No. 380], General Electric Capital Corporation

2  [Docket No. 384] and debtor, McGrath's Publick Fish House, Inc. [Docket No. 385].

3          Dated:  June 23, 2010.

                          SCHWABE, WILLIAMSON & WYATT, P.C.

4

5

6          By:      /s/ Craig G. Russillo
                    Craig G. Russillo, OSB #973875

7                    503.222-9981
                    Attorneys for GE Commercial Finance Business

8                    Property Corporation

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Page 2 -    **GE COMMERCIAL FINANCE BUSINESS PROPERTY
            CORPORATION'S OBJECTION TO EMPLOYMENT OF
            CORPORATE RECOVERY ASSOCIATES**

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone 503.222.9981  Fax 503.796.2900

PDX/114622/165996/KHA/6151256.1

1              Certificate of Service

2        I hereby certify that on the June 23, 2010, I served copies of **GE COMMERCIAL**

3    **FINANCE BUSINESS PROPERTY CORPORATION'S OBJECTION TO**

4    **EMPLOYMENT OF CORPORATE RECOVERY ASSOCIATES AS BUSINESS AND**

5    **FINANCIAL ADVISOR TO CREDITORS' COMMITTEE** with the Clerk of Court using the

6    CM/ECF system which will send notification of such filing to the following:

7

8    • JOHN A BERGE     berge@bljlawyers.com, jackie@bljlawyers.com
     • JASON B BINFORD     jason.binford@haynesboone.com
9    • DARWIN H BINGHAM     dbingham@scalleyreading.net, cat@scalleyreading.net
     • HALEY B BJERK     haley.bjerk@tonkon.com, kellie.weber@tonkon.com
10   • BARBARA LEE CALDWELL     blc@ashrlaw.com, jtg@ashrlaw.com
     • JUDSON M CARUSONE     jc@bromleynewton.com,
11      cd@bromleynewton.com;ep@bromleynewton.com
     • TANYA A DURKEE     durkeet@lanepowell.com, pinkleyl@lanepowell.com;docketing-
12      PDX@lanepowell.com;barkerd@lanepowell.com
     • SUSAN S FORD     susanf@sussmanshank.com, ecf.susan.ford@sussmanshank.com
13   • RONALD W GOSS     ronald_w_goss@keybank.com, joanne_aponte-
14      morgan@keybank.com
     • JOSEPH A GRUBE     joe@rgbcounsel.com
15   • DAVID W HERCHER     dave.hercher@millernash.com,
        teri.cochran@millernash.com;d.hercher@comcast.net
16   • JOHN F KIERAN     jkieran578@aol.com
     • WILSON C MUHLHEIM     ecf@mb-lawoffice.com
17   • KEVIN M NEWMAN     knewman@menterlaw.com
     • STEPHEN R NOBACH     srn@cejohn.com
18   • LEE C NUSICH     nusichl@lanepowell.com, barkerd@lanepowell.com;docketing-
19      pdx@lanepowell.com
     • KRISTEN N PATE     ggpbk@ggp.com
20   • SUZANNE C PICKGROBE     suzanne.pickgrobe@sba.gov, penny.williams@sba.gov
     • CRAIG G RUSSILLO     crussillo@schwabe.com,
21      dkinonen@schwabe.com;docket@schwabe.com;bankruptcynotices@schwabe.com
22   • DOUGLAS R SCHULTZ     schultz@gleaveslaw.com, kirsten@gleaveslaw.com
     • TIM SIMMONS     tim.simmons@usdoj.gov
23   • LEON SIMSON     leon.simson@tonkon.com,
24      laura.lindberg@tonkon.com;shannon.sullivan@tonkon.com
     • EDWARD H TALMADGE     talmadge@fdfirm.com, angiej@fdfirm.com
25   • LEE TUCKER     janelle@thetuckerlawfirm.com, lee@thetuckerlawfirm.com

26

Page 1 -    CERTIFICATE OF SERVICE

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981  Fax 503.796.2900

1    •   RONALD M TUCKER    rtucker@simon.com,
2         cmartin@simon.com,rwoodruff@simon.com,psummers@simon.com,lgrafton@simon.com

3    •   US Trustee, Eugene    USTPRegion18.EG.ECF@usdoj.gov
   •   JOSEPH M VANLEUVEN    joevanleuven@dwt.com, marciebutler@dwt.com
4    •   CHRISTOPHER G VARALLO    cgv@witherspoonkelley.com,
        teresae@witherspoonkelley.com
5    •   DANIEL F VIDAS    dvidas@dunncarney.com, sripley@dunncarney.com

6 and by mailing true copies thereof to the individuals or entities at the addresses below by first

7 class mail, deposited with the US Post Office, Portland, Oregon to:

8
9     AKT LLP
    5665 SW Meadows #200
    Lake Oswego, OR 97035

10
11     David/Hicks & Lampert Brokerage
    5750 DTC Pkwy #200
    Greenwood Village, CO 80111

12
13     M DOUGLAS FLAHAUT
    555 W 5th St 48th Fl
    Los Angeles, CA 90013

14
15     IVAN M. GOLD
    Allen Matkins et al
16     3 Embarcadero Ctr 12th Fl
    San Francisco, CA 94111

17
18     BRIAN D HUBEN
    2029 Century Park East #2600
    Los Angeles, CA 90067-3012

19
20     IKON Financial Svcs
21     Bankruptcy Adm
    1738 Bass Rd
    POB 13708
    Macon, GA 31208-3708

22
23     KBG Inc
    c/o Cindy Urresti
    2102 E Karcher Rd.
    Nampa, ID 83687

24
25     METTE H KURTH
    555 W 5th St 48th Fl
    Los Angeles, CA 90013

26

Page 2 -    CERTIFICATE OF SERVICE

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981 Fax 503.796.2900

PDX/114622/165996/KHA/6151256.1

1   Lane County Assessment & Taxation
    125 E 8th Ave
2   Eugene, OR 97401-2968

3   Legacy Air Inc
    c/o Ed Burran
4   3529 E Wood Street
    Phoenix, AZ 85040

5

    John P McGrath
6   1935 Davcor St SE
    Salem, OR 97302

7

    GAYLE PATTERSON
8   220 NW 2nd Ave
    Portland, OR 97209

9

    DUANE M SWINTON
10  422 W Riverside Ave #1100
    Spokane, WA 99201

11

    ELIZABETH M TAYLOR
12  200 W FRONT ST #3191
    Boise, ID 83702

13

    The Restaurant Mmgt Group
14  Banner Bank Bldg
    Attn Jim Balis
15  950 W Bannock St #11th Fl
    Boise, ID 83702

16

17  Dated:  June 23, 2010.

18
                        SCHWABE, WILLIAMSON & WYATT, P.C.
19

20

                   By:   /s/ Craig G. Russillo_____
21                       Craig G. Russillo, OSB #973875
22                       503.222-9981
                         Attorneys for GE Commercial Finance Business
23                       Property Corporation

24

25

26

Page 3 -    CERTIFICATE OF SERVICE

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981  Fax 503.796.2900

PDX/114622/165996/KHA/6151256.1